IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nikola Corp., *et al.*,[1] | Case No. 25-10258 (TMH) |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED DOCUMENTS AND (II) AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR FEBRUARY 20, 2025 AT 10:00 A.M. (ET)**[2]

> **This proceeding will be conducted in-person and remotely via Zoom. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.**
>
> **At the direction of the Court, all out-of-town parties are permitted to appear remotely via Zoom.**
>
> **Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by one hour prior the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**PLEASE TAKE NOTICE** that on February 19, 2025, the above-captioned debtors and debtors in possession (the "Debtors") filed the following voluntarily petitions (the "Petitions") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Nikola Corporation (registered to do business in California as Nikola Truck Manufacturing Corporation) (1153); Nikola Properties, LLC (3648); Nikola Subsidiary Corporation (1876); Nikola Motor Company LLC (0193); Nikola Energy Company LLC (0706); Nikola Powersports LLC (6771); Free Form Factory Inc. (2510); Nikola H2 2081 W Placentia Lane LLC (N/A); 4141 E Broadway Road LLC (N/A); and Nikola Desert Logistics LLC (N/A). The Debtors' headquarters are located at 4141 East Broadway Road, Phoenix, AZ 85040.

[2] All motions and other pleadings referenced herein are available online at the following address: https://dm.epiq11.com/Nikola.

IMPAC - 12006841v.3

A.  Voluntary Petitions:

   1.  Nikola Corporation [Case No. 25-10258]

   2.  Nikola Properties, LLC [Case No. 25-10259]

   3.  Nikola Subsidiary Corporation [Case No. 25-10260]

   4.  Nikola Motor Company LLC [Case No. 25-10261]

   5.  Nikola Energy Company LLC [Case No. 25-10262]

   6.  Nikola Powersports LLC [Case No. 25-10263]

   7.  Free Form Factory Inc. [Case No. 25-10264]

   8.  Nikola H2 2081 W Placentia Lane LLC [Case No. 25-10265]

   9.  4141 E Broadway Road LLC [Case No. 25-10266]

   10. Nikola Desert Logistics LLC [Case No. 25-10267]

   **PLEASE TAKE FURTHER NOTICE** that in addition to the filing of the Petitions, the Debtors filed the following first day motions and related pleadings (collectively, the "First Day Motions").

B.  First Day Motions:

   11. Debtors' Motion for an Order Directing Joint Administration of Chapter 11 Cases [Docket No. 3 - filed February 19, 2025]

   12. Debtors' Application for Authority to Employ and Retain Epiq Corporate Restructuring, LLC as Claims and Noticing Agent Effective as of the Petition Date [Docket No. 22 - filed February 19, 2025]

   13. Debtors' Motion for an Order Seeking Relief from the Requirement to File Lists of Equity Holders [Docket No. 5 - filed February 19, 2025]

   14. Debtors' Motion for Entry of an Order Authorizing Redaction of Certain Personal Identifying Information Within the Consolidated List of Creditors and Other Filings [Docket No. 6 - filed February 19, 2025]

2

15. Debtors' Motion for Entry of Interim and Final Orders (I) Approving Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, and (IV) Granting Related Relief [Docket No. 7 - filed February 19, 2025]

16. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Them to (A) Maintain Insurance Policies and Honor Obligations Thereunder, and (B) Renew, Amend, Supplement, Extend, or Purchase New Insurance Policies, and (II) Granting Related Relief [Docket No. 8 - filed February 19, 2025]

17. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees, (II) Authorizing the Debtors' Banks to Honor All Related Payment Requests, and (III) Granting Related Relief [Docket No. 9 - filed February 19, 2025]

18. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Compensation, Employee Benefits, and Other Employee Obligations and (B) Continue Certain Employee Benefit Programs in the Ordinary Course; (II) Authorizing All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations; and (III) Granting Related Relief [Docket No. 10 - filed February 19, 2025]

19. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms; (II) Authorizing the Debtors' Banks to Honor All Related Payment Requests; and (III) Granting Related Relief [Docket No. 11 - filed February 19, 2025]

20. Debtors' Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock and (II) Granting Related Relief [Docket No. 12 - filed February 19, 2025]

21. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Maintenance, Administration, and Continuation of Debtors' Customer Programs, and (II) Granting Related Relief [Docket No. 13 - filed February 19, 2025]

22. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Trade Claimants, Lienholder Claims, and 503(b)(9) Claims; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [Docket No. 14 - filed February 19, 2025]

23. Debtors' Motion for Entry of an Order Shortening and Limiting the Notice with Respect to the Debtors' Bid Procedures Motion [Docket No. 17 - filed February 19, 2025]

    i. Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Designate One or More Stalking Horse Bidders and to Provide Bid Protections, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 15 - filed February 19, 2025]

C. First Day Declarations:

24. Declaration of Stephen J. Girsky in Support of Chapter 11 Petitions and First Day Motions [Docket No. 18 - filed February 19, 2025]

25. Declaration of Drew M. Talarico in Support of the Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Designate One or More Stalking Horse Bidders and to Provide Bid Protections, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof, and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Approving the Assumption And Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 16 - filed February 19, 2025]

D. Other Documents:

26. Notice of Filing of Initial Cash Flow Budget [Docket No. 19 - filed February 19, 2025]

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the First Day Motions is scheduled for **February 20, 2025 at 10:00 a.m. (ET)** at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 before The Honorable Thomas M. Horan, United States Bankruptcy

Judge for the District of Delaware. Out-of-town parties who wish to participate in the First Day Hearing may do so by registering using the Court's *eCourtAppearances* tool at http://www.deb.uscourts.gov/ecourt-appearances and also found on the Court's website. Registration is required one-hour prior to the hearing unless otherwise noticed.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Motions may be made at the First Day Hearing.

Dated: February 19, 2025
       Wilmington, Delaware

Joshua D. Morse, Esq.
Jonathan R. Doolittle, Esq.
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Four Embarcadero Center, 22nd Floor
San Francisco, California 94111-5998
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: joshua.morse@pillsburylaw.com
       jonathan.doolittle@pillsburylaw.com

-and-

Andrew V. Alfano, Esq.
Caroline Tart, Esq.
Chazz C. Coleman, Esq.
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
31 West 52nd Street
New York, New York 10019
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
Email: andrew.alfano@pillsburylaw.com
       caroline.tart@pillsburylaw.com
       chazz.coleman@pillsburylaw.com

Respectfully submitted,

*/s/ Maria Kotsiras*
M. Blake Cleary (No. 3614)
Brett M. Haywood (No. 6166)
Maria Kotsiras (No. 6840)
Shannon A. Forshay (No. 7293)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: bcleary@potteranderson.com
       bhaywood@potteranderson.com
       mkotsiras@potteranderson.com
       sforshay@potteranderson.com

*Proposed Counsel to the Debtors and Debtors in Possession*