# EXHIBIT B

## Prepetition Investment Banker Agreements

| Investment Banker | Date of Investment Banker Agreement |
|---|---|
| Citigroup Global Markets Inc. | February 2, 2022, as amended 4/30/2022; June 1, 2022; October 25, 2022, as amended 3/13/ 2023; and May 19, 2023; and September 19, 2023 |
| BTIG, LLC | November 21, 2023 |
| Goldman Sachs & Co., LLC | May 13, 2024 |