## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nikola Corp., *et al.*,[1] | Case No. 25-10258 (TMH) |
| Debtors. | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Pashman Stein Walder Hayden, P.C., Pomerantz, LLP, Block & Leviton, LLP, and Labaton Keller Sucharow LLP hereby enter their appearance (the "Notice of Appearance") in the above-captioned cases as counsel to Daniel Borteanu, on behalf of himself and similarly situated securities holders of Nikola Corporation (the "Lead Class Plaintiff"), pursuant to section 1109(b) of title 11 of the United States Code, rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Nikola Corporation (registered to do business in California as Nikola Truck Manufacturing Corporation) (1153); Nikola Properties, LLC (3648); Nikola Subsidiary Corporation (1876); Nikola Motor Company LLC (0193); Nikola Energy Company LLC (0706); Nikola Powersports LLC (6771); Free Form Factory Inc. (2510); Nikola H2 2081 W Placentia Lane LLC (N/A); 4141 E Broadway Road LLC (N/A); and Nikola Desert Logistics LLC (N/A). The Debtors' headquarters are located at 4141 East Broadway Road, Phoenix, AZ 85040.

**PASHMAN STEIN WALDER HAYDEN, P.C.**
Joseph C. Barsalona II (No. 6102)
Michael J. Custer (DE No. 4843)
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6497
Email:  jbarsalona@pashmanstein.com
      mcuster@pashmanstein.com

**BLOCK & LEVITON, LLP**
Jeffrey Block
Jacob Walker
Michael D. Gaines
Mark Byrne
222 Delaware Avenue, Suite 1120
Wilmington, DE 19801
Telephone: (302) 499-3600
Email: jeff@blockleviton.com
     jake@blockleviton.com
     michael@blockleviton.com
     mark@blockleviton.com

**POMERANTZ, LLP**
Jeremy A. Lieberman
Brian Calandra
Michael J. Wernke
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Email: jalieberman@pomlaw.com
     bcalandra@pomlaw.com
     mjwernke@pomlaw.com

**LABATON KELLER SUCHAROW LLP**
Jonathan Gardner
Michael H. Rogers
Michael Canty
James T. Christie
Jacqueline Meyers
222 Delaware Avenue, Suite 1510
Wilmington, DE 19801
Telephone: (212) 907-0700
Email: jgardner@labaton.com
     mrogers@labaton.com
     mcanty@labaton.com
     jchristie@labaton.com
     jmeyers@labaton.com

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, email or otherwise, (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the debtors in the above-captioned cases (the "Debtors") and any related adversary proceedings, whether currently pending or later commenced, (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession,

custody, or control of others that the Debtors may seek to use, or (2) requires or seeks to require any act or other conduct by a party in interest.

      **PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of the Lead Class Plaintiff: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Lead Class Plaintiff is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: February 19, 2025
      Wilmington, Delaware

Respectfully submitted.

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Joseph C. Barsalona II*
Joseph C. Barsalona II (No. 6102)
Michael J. Custer (DE No. 4843)
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6497
Email:  jbarsalona@pashmanstein.com
      mcuster@pashmanstein.com

**POMERANTZ, LLP**
Jeremy A. Lieberman
Brian Calandra
Michael J. Wernke
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Email: jalieberman@pomlaw.com
      bcalandra@pomlaw.com
      mjwernke@pomlaw.com

**LABATON KELLER SUCHAROW LLP**
Jonathan Gardner
Michael H. Rogers
Michael Canty
James T. Christie
Jacqueline Meyers
222 Delaware Avenue, Suite 1510
Wilmington, DE 19801
Telephone: (212) 907-0700
Email: jgardner@labaton.com
      mrogers@labaton.com
      mcanty@labaton.com
      jchristie@labaton.com
      jmeyers@labaton.com

**BLOCK & LEVITON, LLP**
Jeffrey Block
Jacob Walker
Michael D. Gaines
Mark Byrne
222 Delaware Avenue, Suite 1120
Wilmington, DE 19801
Telephone: (302) 499-3600
Email: jeff@blockleviton.com
      jake@blockleviton.com
      michael@blockleviton.com
      mark@blockleviton.com

*Counsel to Lead Class Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I, Joseph C. Barsalona II, hereby certify that on February 19, 2025, I caused a copy of the foregoing *NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS* to be served on all parties who are scheduled to receive notice through the Court's ECF system.

Dated: February 19, 2025
      Wilmington, Delaware

                                      */s/ Joseph C. Barsalona II*
                                        Joseph C. Barsalona II (No. 6102)