# SIGN-IN SHEET

**CASE NAME:** Nikola Corporation
**CASE NO:** 25-10258

**COURTROOM LOCATION:** 5
**DATE:** 2/20/2025 at 10:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Josh Morse | Pillsbury Winthrop | Debtors |
| Blake Cleary | Potter Anderson | |
| Anisha Alldina | Pillsbury Winthrop | |
| Graye Torr | Pillsbury Winthrop | |
| Mira Katsiras | Potter Anderson | |
| Shanna Forsythy | Potter Anderson | |
| Aaron Gindery | Potter Anderson | |
| Joe Borsalong | Pashman Stein | Lead Class Plaintiffs |
| Michael Custer | " | " |
| Timothy Fox, Jr. | Office of U.S. Trustee | U.S. Trustee |
| Chaz Coleman | Pillsbury Winthrop | Debtors |

Nikola Corporation
25-10258

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| DVIR | WEINBERG | | | 5166532494 Nikola Corp Audio Only |
| Frank | Oswald | Togut, Segal & Segal LLP | AREA 4141 INVESTOR, LLC, AREA 4141 SPONSOR, LLC | Video and Audio |
| Sheryl | Toby | Dykema Gossett | Bosch | Video and Audio |
| Christopher | Bailey | Holland & Knight, LLP | Certain Equipment Lessors | Video and Audio |
| Alexander | Warso | Epiq Corporate Restructuring, LLC | Claims and Noticing Agent | Video and Audio |
| Jacob | Walker | Block & Leviton LLP | Daniel Borteanu | Video and Audio |
| Andrew | Alfano | Pillsbury Winthrop Shaw Pittman LLP | Debtors | Video and Audio |
| M. | Cleary | Potter Anderson & Corroon LLP | Debtors | Video and Audio |
| Chazz | Coleman | Pillsbury Winthrop Shaw Pittman LLP | Debtors | Video and Audio |
| Jonathan | Doolittle | Pillsbury Winthrop Shaw Pittman LLP | Debtors | Video and Audio |
| Lauren | Eastburn | Potter Anderson & Corroon LLP | Debtors | Video and Audio |
| Shannon | Forshay | Potter Anderson & Corroon LLP | Debtors | Video and Audio |
| Sarah | Gladieux | Potter Anderson & Corroon | Debtors | Video and Audio |
| Brett | Haywood | Potter Anderson & Corroon | Debtors | Video and Audio |
| Maria | Kotsiras | Potter Anderson & Corroon LLP | Debtors | Video and Audio |
| Gabriella | Lombardi | Pillsbury Winthrop Shaw Pittman LLP | Debtors | Video and Audio |
| Joshua | Morse | Pillsbury Winthrop Shaw Pittman LLP | Debtors | Video and Audio |
| Julie | Park | Pillsbury Winthrop Shaw Pittman LLP | Debtors | Video and Audio |
| Caroline | Tart | Pillsbury Winthrop Shaw Pittman LLP | Debtors | Video and Audio |
| Tye | Hancock | Holland & Knight LLP | Equipment Lessors | Video and Audio |
| Tom | Acton | M3 Advisory Partners, LP | Financial Advisor to the Debtors | Video and Audio |
| Jessica | Castro | M3 Advisory Partners, LP | Financial Advisor to the Debtors | Video and Audio |
| Richard | Easterly | M3 Advisory Partners, LP | Financial Advisor to the Debtors | Video and Audio |
| Adam | Engleking | M3 Advisory Partners, LP | Financial Advisor to the Debtors | Video and Audio |
| Kunal | Kamlani | M3 Advisory Partners, LP | Financial Advisor to the Debtors | Video and Audio |
| Ryan | Rowan | M3 Advisory Partners, LP | Financial Advisor to the Debtors | Video and Audio |
| Matt | Brod | Milbank LLP | Interested Party | Video and Audio |
| Marjorie | Carter | Arnold & Porter | Interested Party | Audio Only |
| Rachel | Parisi | Porzio, Bromberg & Newman P.C. | Interested Party | Audio Only |
| Kimberly | Posin | | Interested Party | Audio Only |
| Michael | Price | Milbank LLP | Interested Party | Video and Audio |
| Colin | Robinson | Pachulski Stang Ziehl & Jones LLP | Interested Party | Video and Audio |

Nikola Corporation
25-10258

| First | Last | Firm | Party Represented | Attendance |
|---|---|---|---|---|
| Brian | Rosen | | Interested Party | Audio Only |
| Benjamin | Schak | Milbank LLP | Interested Party | Video and Audio |
| Ronald | Silverman | Hogan Lovells US LLP | Interested party | Audio Only |
| Alyssa | Yoder | | Interested Party | Audio Only |
| Marcus | Bellows | Houlihan Lokey | Investment Banker to the Debtors | Video and Audio |
| Blake | Ber | Houlihan Lokey | Investment Banker to the Debtors | Video and Audio |
| Max | Isaacman | Houlihan Lokey | Investment Banker to the Debtors | Video and Audio |
| Drew | Talarico | Houlihan Lokey | Investment Banker to the Debtors | Video and Audio |
| Rachel | Mauceri | Robinson & Cole LLP | n/a | Audio Only |
| Stephen | Girsky | | Nikola Corp. | Video and Audio |
| Aziz | Khan | | Nikola Corp. | Video and Audio |
| Joe | Pike | | Nikola Corp. | Video and Audio |
| Julia | Steyn | | Nikola Corp. | Video and Audio |
| Britton | Worthen | | Nikola Corp. | Video and Audio |
| Dennis | O&#039;Donnell | DLA Piper LLP | Party in Interest | Video and Audio |
| Richard | Minott | Cleary Gottlieb Steen & Hamilton LLP | Proterra Powered LLC | Video and Audio |
| Sean | O&#039;Neal | Cleary Gottlieb Steen & Hamilton LLP | Proterra Powered LLC | Video and Audio |
| Nicholas | Brannick | Ballard Spahr LLP | STORE Master Funding XXXII, LLC | Video and Audio |
| Jason | Reed | Maslon, LLP | U.S. Bank Trust Company, National Association | Video and Audio |
| Michael | Rosow | Maslon, LLP | U.S. Bank Trust Company, National Association | Video and Audio |
| Megan | Seliber | | U.S. Trustee | Video and Audio |
| Timothy | Fox | Office of the United States Trustee | U.S. Trustee (observe only) | Video and Audio |
| Holly | Dice | | USTP (Auditor) | Video and Audio |
| Soma | Biswas | Dow Jones | WSJ | Video and Audio |
| Kenneth | Aulet | Brown Rudnick | | Audio Only |
| Andrew | Carty | Brown Rudnick | | Audio Only |
| Nicole | Chen | | | Audio Only |
| Eli | Christopher | Kramer Levin Naftalis & Frankel | | Audio Only |
| Shari | Dwoskin | Brown Rudnick | | Audio Only |
| Madeline | Finnegan | Cleary Gottlieb Steen & Hamilton LLP | | Audio Only |
| Taylor | Harrison | | | Audio Only |
| Patrick | Holohan | | | Audio Only |
| Dorothy | Ma | | | Audio Only |

Nikola Corporation
25-10258

| First | Last | Firm | Access |
|---|---|---|---|
| Sean | OKane | | Audio Only |
| Kelly | Porcelli | Kramer Levin Naftalis & Frankel | Video and Audio |
| Jennifer | Sharret | Kramer Levin Naftalis & Frankel | Audio Only |
| Bennett | Silverberg | Brown Rudnick | Audio Only |
| Robert | Stark | Brown Rudnick | Audio Only |
| Joseph | Sternberg | FTI Consulting | Audio Only |
| Vince | Sullivan | Law360 | Audio Only |
| Michael | Tomback | | Audio Only |
| John | Veraja | Cleary Gottlieb Steen & Hamilton LLP | Audio Only |
| Alex | Wittenberg | Law360 | Audio Only |
| Howard | Wu | | Audio Only |
| Emileigh | Yan | | Audio Only |
| Ben | Zigterman | Law360 | Audio Only |