# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nikola Corp., et al.,<br><br>              Debtors. | Chapter 11<br><br>Case No. 25-10258 (TMH)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appear in the above-referenced chapter 11 cases as counsel to Robert Bosch LLC ("Bosch"), and pursuant to Rules 2002, 3017 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), request that all notices given or required in these cases, and all documents, and other papers served in these cases, be given to and served upon:

| | |
|---|---|
| Jody C. Barillare, Esq. (#5107)<br>Morgan, Lewis & Bockius LLP<br>1201 N. Market Street, Suite 2201<br>Wilmington, Delaware 19801<br>Telephone: (302) 574-3000<br>Facsimile: (302) 574-3001<br>jody.barillare@morganlewis.com | John C. Goodchild, III, Esq.<br>Matthew C. Ziegler, Esq.<br>Michael Morgan, Esq.<br>Morgan Lewis & Bockius LLP<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br>john.goodchild@morganlewis.com<br>matthew.ziegler@morganlewis.com<br>michael.morgan@morganlewis.com |
| Sheryl L. Toby, Esq.<br>Dykema Gossett PLLC<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, MI 48304<br>Telephone: (248) 203-0522<br>Facsimile: (248) 203-0763<br>stoby@dykema.com | |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities whether formal or informal, whether written or oral, and whether transmitted or conveyed by the United States, overnight or electronic mail, facsimile, courier, telephone, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver of any of the rights of Bosch including, without limitation (i) the right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) Bosch's right to enforce any contractual provision with respect to arbitration; or (v) any other rights, claims, actions, or defenses to which Bosch is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions and defenses expressly are reserved.

Dated: February 26, 2025
      Wilmington, Delaware

**MORGAN, LEWIS & BOCKIUS LLP**

 /s/ *Jody C. Barillare*
Jody C. Barillare (Bar No. 5107)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
Email: jody.barillare@morganlewis.com

– and –

John C. Goodchild, III (*pro hac vice* pending)
Matthew C. Ziegler (*pro hac vice* pending)
Michael Morgan (*pro hac vice* pending)
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Email: john.goodchild@morganlewis.com
       matthew.ziegler@morganlewis.com
       michael.morgan@morganlewis.com

– and –

**DYKEMA GOSSETT PLLC**

Sheryl L. Toby, Esq. (*pro hac vice* pending)
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI  48304
Telephone: (248) 203-0522
Email: stoby@dykema.com

*Counsel to Robert Bosch LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February 2025, a true and correct copy of the foregoing *Notice of Appearance and Request for Service* was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

*/s/ Jody C. Barillare*
Jody C. Barillare, Esq.
