## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nikola Corp., *et al.*,[1] | Case No. 25-10258 (TMH) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT**, U.S. Bank Trust Company, National Association, solely in its capacities as Paying Agent and Indenture Trustee with respect to certain Toggle Convertible Notes due on May 31, 2026 (the "Indenture Trustee") hereby appears in the above-captioned chapter 11 case by and through its undersigned counsel in accordance with 11 U.S.C. § 1109(b) and Rule 9010 of the General Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests, as provided in 11 U.S.C. §§ 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given and all papers served or required to be served in these chapter 11 cases be given and served at the offices, addresses, and numbers as follows: to and served as set forth below:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Nikola Corporation (registered to do business in California as Nikola Truck Manufacturing Corporation) (1153); Nikola Properties, LLC (3648); Nikola Subsidiary Corporation (1876); Nikola Motor Company LLC (0193); Nikola Energy Company LLC (0706); Nikola Powersports LLC (6771); Free Form Factory Inc. (2510); Nikola H22081 W Placentia Lane LLC (N/A); 4141 E Broadway Road LLC (N/A); and Nikola Desert Logistics LLC (N/A). The Debtors' headquarters are located at 4141 East Broadway Road, Phoenix, AZ 85040.

Eric Lopez Schnabel, Esq.
Alessandra Glorioso, Esq.
DORSEY & WHITNEY (DELAWARE) LLP
300 Delaware Avenue
Suite 1010
Wilmington, DE  19801
Telephone: (302) 425-7171
Email: schnabel.eric@dorsey.com
        glorioso.alessandra@dorsey.com

Michael Rosow, Esq.
Jason Reed, Esq.
MASLON LLP
225 South Sixth Street
Suite 2900
Minneapolis, MN 55402
Telephone: (612) 672-8322
Email: michael.rosow@masion.com
        jason.reed@maslon.com

**PLEASE TAKE FURTHER NOTICE** that in accordance with 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, or otherwise that affects or seek to affect in anyway any rights or interests of the Indenture Trustee.

**PLEASE TAKE FURTHER NOTICE** that the undersigned intends that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of the rights of the Indenture Trustee: (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to these chapter 11 cases or any other case, controversy, or proceeding related to these chapter 11 cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Indenture

2

Trustee may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments are expressly reserved.

Dated: February 26, 2025

DORSEY & WHITNEY (DELAWARE) LLP

*/s/ Alessandra Glorioso*

Eric Lopez Schnabel (DE Bar No. 3672)
Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Email: eric.schnabel@dorsey.com
         glorioso.alessandra@dorsey.com

*Attorneys for U.S. Bank Trust Company, National Association, as Paying Agent and Indenture Trustee*

4899-9127-0942\1