# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nikola Corp., et al.,<br><br>                      Debtors. | Chapter 11<br><br>Case No. 25-10258 (TMH)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 9010-1 and the certification below, counsel hereby moves for the admission *pro hac vice* of Sheryl L. Toby of Dykema Gossett PLLC to represent Robert Bosch LLC in the above-captioned chapter 11 cases.

Dated: February 26, 2025

                                                  **MORGAN, LEWIS & BOCKIUS LLP**

                                                  */s/ Jody C. Barillare*
                                                  Jody C. Barillare (#5107)
                                                  1201 N. Market Street, Suite 2201
                                                  Wilmington, Delaware 19801
                                                  Telephone: (302) 574-7294
                                                  Email: jody.barillare@morganlewis.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Michigan, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

                                                  */s/ Sheryl L. Toby*
                                                  Sheryl L. Toby
                                                  DYKEMA GOSSETT PLLC
                                                  39577 Woodward Avenue, Suite 300
                                                  Bloomfield Hills, MI 48304
                                                  Telephone: (248) 203-0522
                                                  Facsimile: (248) 203-0763
                                                  Email: stoby@dykema.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: March 7th, 2025**                                                           **THOMAS M. HORAN**
**Wilmington, Delaware**                                                     **UNITED STATES BANKRUPTCY JUDGE**