IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nikola Corp., *et al.*,[1] | Case No. 25-10258 (TMH) |
| Debtors. | (Jointly Administered) |

AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 7, 2025 AT 2:00 P.M. (ET)

> **This proceeding will be conducted in-person in Courtroom No. 7 on the 3rd Floor. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.**
>
> **Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (ET) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

**MATTER GOING FORWARD:**

1. Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Designate One or More Stalking Horse Bidders and to Provide Bid Protections, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 15 – filed February 19, 2025]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Nikola Corporation (registered to do business in California as Nikola Truck Manufacturing Corporation) (1153); Nikola Properties, LLC (3648); Nikola Subsidiary Corporation (1876); Nikola Motor Company LLC (0193); Nikola Energy Company LLC (0706); Nikola Powersports LLC (6771); Free Form Factory Inc. (2510); Nikola H2 2081 W Placentia Lane LLC (N/A); 4141 E Broadway Road LLC (N/A); and Nikola Desert Logistics LLC (N/A). The Debtors' headquarters are located at 4141 East Broadway Road, Phoenix, AZ 85040.

[2] **Amended items appear in bold.**

Response/Objection Deadline:    March 5, 2025 at 4:00 p.m. (ET).  Extended for the Official Committee of Unsecured Creditors (the "Committee") to **March 7, 2025 at 12:00 a.m. (ET)**.

Responses/Objections Received:

i.  Informal response from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee").

**ii.  Informal response from STORE Master Funding XXXII, LLC ("STORE").**

**iii.  Informal response from the Committee.**

Related Documents:

A.  Declaration of Drew M. Talarico in Support of the Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Designate One or More Stalking Horse Bidders and to Provide Bid Protections, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof, and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Approving the Assumption And Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 16 – filed February 19, 2025]

B.  Order Shortening and Limiting Notice with Respect to the Debtors' Bid Procedures Motion [Docket No. 51 – entered February 20, 2025]

C.  Notice of Hearing Regarding Bidding Procedures Motion [Docket No. 61 – filed February 20, 2025]

**D.  Notice of Filing of Revised Proposed Bidding Procedures Order [Docket No. 128 – filed March 7, 2025]**

Status:  **On March 7, 2025, the Debtors filed a revised proposed form of order resolving the informal responses of the U.S. Trustee, STORE, and the Committee.  The Debtors intend to present the revised proposed form of order at the hearing.  This matter will go forward.**

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: March **7**, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Shannon A. Forshay* |

Joshua D. Morse, Esq.
Jonathan R. Doolittle, Esq.
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Four Embarcadero Center, 22nd Floor
San Francisco, California 94111-5998
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: joshua.morse@pillsburylaw.com
          jonathan.doolittle@pillsburylaw.com

-and-

Andrew V. Alfano, Esq.
Chazz C. Coleman, Esq.
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
31 West 52nd Street
New York, New York 10019
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
Email: andrew.alfano@pillsburylaw.com
          chazz.coleman@pillsburylaw.com

M. Blake Cleary (No. 3614)
Brett M. Haywood (No. 6166)
Maria Kotsiras (No. 6840)
Shannon A. Forshay (No. 7293)
Sarah R. Gladieux (No. 7404)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: bcleary@potteranderson.com
          bhaywood@potteranderson.com
          mkotsiras@potteranderson.com
          sforshay@potteranderson.com
          sgladieux@potteranderson.com

*Proposed Counsel to the Debtors and Debtors in Possession*