UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:    Chapter 11

Case No. 25-10258 (TMH)

Debtor: Nikola Corp., et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of John M. Craig

to represent Arizona Public Service Company and Salt River Project.

in this action.

Date: March 11, 2025

/s/ William F. Taylor, Jr.

Firm Name: WHITEFORD, TAYLOR & PRESTON LLC
Address: 600 North King Street, Suite 300 Wilmington, DE 19801
Phone: (302) 353-4145
Email: wtalyor@whitefordlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ John M. Craig

Firm Name: LAW FIRM OF RUSSELL R. JOHNSON III, PLC
Address: 2258 Wheatlands Drive, Manakin-Sabot, VA 23103
Phone: (804) 749-8861
Email: john@russelljohnsonlawfirm.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105