## Schedule 1

**Nikola Corporation, et. al.**
*Schedule of Executory Contracts with Cure Amounts*

| Ref # | Counterparty Name | Nikola Debtor Entity | Agreement Type | Cure Amount[1] |
|---|---|---|---|---|
| 1 | 1898 & Co. | Nikola Corporation | Independent Contractor Agreement | $ 0 |
| 2 | 29Tech LLC | Nikola Corporation | Supply Agreement | $ 0 |
| 3 | 4141 E Broadway Road LLC | Nikola Corporation | Operating Agreement | $ 0 |
| 4 | 4Gen Logistics LLC | Nikola Corporation | Purchase Agreement | $ 0 |
| 5 | 4Gen Logistics LLC [1] | Nikola Corporation | Purchase Agreement | $ 0 |
| 6 | 7th Wave Communications, Inc. | Nikola Motor Company, LLC | Services Agreement | $ 0 |
| 7 | A&P Solutions | Nikola Corporation | Supply Agreement | $ 136,698 |
| 8 | A&S Engineering, Inc. | Nikola Corporation | Services Agreement | $ 0 |
| 9 | Abrams MFG | Nikola Corporation | Supply Agreement | $ 0 |
| 10 | Accenture International Limited | Nikola Corporation | Services Agreement | $ 0 |
| 11 | Ace Multi Axes Systems Ltd. | Nikola Corporation | Supply Agreement | $ 0 |
| 12 | Advanced Wheel Sales, LLC | Nikola Corporation | Services Agreement | $ 2,378 |
| 13 | aiMotive Kft | Nikola Corporation | Software License Agreement | $ 0 |
| 14 | Air Water America Inc | Nikola Corporation | Lease Agreement | $ 0 |
| 15 | Alaorrant Inc | Nikola Corporation | Supply Agreement | $ 0 |
| 16 | Albany Road-Quattro LLC | Nikola Corporation | Lease Agreement | $ 0 |
| 17 | All Environmental Inc | Nikola Corporation | Services Agreement | $ 0 |
| 18 | All Time Metals | Nikola Corporation | Supply Agreement | $ 0 |
| 19 | Alliance for Sustainable Energy LLC | Nikola Corporation | Contractor Agreement | $ 0 |
| 20 | Alliance for Sustainable Energy LLC; US Department of Energy | Nikola Corporation | Transfer Agreement | $ 0 |
| 21 | Allied Waste Transportation Inc | Nikola Corporation | Services Agreement | $ 0 |
| 22 | Allison Transmission, Inc. | Nikola Corporation | Services Agreement | $ 217,500 |
| 23 | Alta Electric Vehicles North East | Nikola Corporation | Services Agreement | $ 1,948 |
| 24 | Alta Electric Vehicles North East [1] | Nikola Corporation | Sales Agreement | $ 0 |
| 25 | Alta Electric Vehicles Southwest LLC | Nikola Corporation | Services Agreement | $ 0 |

| Ref # | Counterparty Name | Nikola Debtor Entity | Agreement Type | Cure Amount[1] |
|---|---|---|---|---|
| 26 | Alta New Co LLC; Alta Industrial Equipment New York LLC; NITCO, LLC | Nikola Corporation | Services Agreement | $ 0 |
| 27 | Altair Engineering Inc. | Nikola Corporation | Services Agreement | $ 555,002 |
| 28 | Altair Engineering Inc. [1] | Nikola Corporation | Software License Agreement | $ 0 |
| 29 | Alten Technology USA, Inc. | Nikola Corporation | Services Agreement | $ 119,564 |
| 30 | America Rechargeable Battery Group | Nikola Corporation | Supply Agreement | $ 0 |
| 31 | American Air Liquide Holdings, Inc. | Nikola Corporation | Sale Agreement | $ 1,242,366 |
| 32 | American Air Liquide Holdings, Inc. [1] | Nikola Corporation | Services Agreement | $ 0 |
| 33 | American Air Liquide Holdings, Inc. [1] | Nikola Corporation | Sale Agreement | $ 0 |
| 34 | American Air Liquide Holdings, Inc. [1] | Nikola Corporation | Supply Agreement | $ 0 |
| 35 | Amerit Fleet Solutions Inc | Nikola Corporation | Services Agreement | $ 0 |
| 36 | AMI Industries Inc | Nikola Corporation | Supply Agreement | $ 0 |
| 37 | Amper Auto S.R.L. | Nikola Corporation | Supply Agreement | $ 0 |
| 38 | AMT LLC | Nikola Corporation | Supply Agreement | $ 0 |
| 39 | AMW Packaging | Nikola Corporation | Supply Agreement | $ 0 |
| 40 | ANGI Energy Systems LLC; Indiana Limited Liability Company | Nikola Corporation | Services Agreement | $ 0 |
| 41 | Anheuser-Busch LLC | Nikola Motor Company, LLC | Lease Agreement | $ 0 |
| 42 | Annata Dynamics USA Inc | Nikola Corporation | Services Agreement | $ 0 |
| 43 | Ansys, Inc. | Nikola Corporation | License Agreement | $ 914,000 |
| 44 | API Controls Systems | Nikola Corporation | Services Agreement | $ 0 |
| 45 | Apriori Technologies, Inc. | Nikola Corporation | Professional Services Agreement | $ 256,175 |
| 46 | Apriori Technologies, Inc. [1] | Nikola Corporation | Professional Services Agreement | $ 0 |
| 47 | Arbomex LCM, S.A. de C.V. | Nikola Corporation | Supply Agreement | $ 302,336 |
| 48 | Arelmex SA de CV | Nikola Corporation | Supply Agreement | $ 0 |
| 49 | Arizona Public Service Company | Nikola Motor Company, LLC | Design Agreement | $ 0 |
| 50 | Arizona Public Service Company [1] | Nikola Corporation | Easement Agreement | $ 0 |
| 51 | Arizona State University; Arizona Board of Regents | Nikola Corporation | Services Agreement | $ 0 |

| Ref # | Counterparty Name | Nikola Debtor Entity | Agreement Type | Cure Amount[1] |
|---|---|---|---|---|
| 52 | Arizona/Albuquerque Valve & Fitting Corporation | Nikola Corporation | Supply Agreement | $ 0 |
| 53 | Arizona/Albuquerque Valve & Fitting Corporation [1] | Nikola Corporation | Supply Agreement; Amendment | $ 0 |
| 54 | ASI Datamyte, Inc. | Nikola Corporation | License Agreement | $ 46,804 |
| 55 | Asteelflash USA Corp | Nikola Corporation | Supply Agreement | $ 0 |
| 56 | Astotec Automotive GmbH | Nikola Corporation | Supply Agreement | $ 0 |
| 57 | AT&T Corp | Nikola Corporation | Services Agreement | $ 0 |
| 58 | Athena 3D Manufacturing | Nikola Corporation | Supply Agreement | $ 0 |
| 59 | Atlas Production Company LLC | Nikola Corporation | Development Agreement | $ 0 |
| 60 | Atlas Technical Consultants LLC | Nikola Corporation | Services Agreement | $ 0 |
| 61 | AudioCodes Inc. | Nikola Corporation | Supply Agreement | $ 0 |
| 62 | Avago Technologies International Sales Pte Limited | Nikola Corporation | Software License Agreement | $ 0 |
| 63 | AVL Powertrain Engineering Inc | Nikola Corporation | Services Agreement | $ 0 |
| 64 | AZTEK TECHNOLOGIES S.A. DE C.V. | Nikola Corporation | Supply Agreement | $ 314,680 |
| 65 | Bandura Cyber Inc | Nikola Corporation | License Agreement | $ 0 |
| 66 | Barcodes LLC | Nikola Corporation | Supply Agreement | $ 0 |
| 67 | Barghausen Consulting Engineers, In | Nikola Corporation | Services Agreement | $ 1,854 |
| 68 | Baur & Associates Consulting Engineers | Nikola Corporation | Consulting Agreement | $ 0 |
| 69 | Bayotech Inc | Nikola Corporation | Supply Agreement | $ 0 |
| 70 | Beijing Victory Electric Co Ltd | Nikola Corporation | Supply Agreement | $ 0 |
| 71 | Bel Fuse Inc | Nikola Powersports LLC | Supply Agreement | $ 0 |
| 72 | Bel Power Solutions Inc | Nikola Corporation | Supply Agreement | $ 241,860 |
| 73 | Biagi Brothers Inc | Nikola Corporation | Services Agreement | $ 0 |
| 74 | Bizlink Technology Inc | Nikola Corporation | Supply Agreement | $ 0 |
| 75 | Black & Veatch Corporation | Nikola Corporation | Services Agreement | $ 0 |
| 76 | Blanchard Machinery Company | Nikola Corporation | Services Agreement | $ 0 |

| Ref # | Counterparty Name | Nikola Debtor Entity | Agreement Type | Cure Amount[1] |
|---|---|---|---|---|
| 77 | Blink Network LLC | Nikola Corporation | Program Agreement | $ 0 |
| 78 | Blue Sky Pest Control | Nikola Corporation | Services Agreement | $ 0 |
| 79 | Bollhoff Inc | Nikola Corporation | Supply Agreement | $ 0 |
| 80 | Boreal Metalworks S C | Nikola Corporation | Supply Agreement | $ 7,122 |
| 81 | Bosch Automotive Services Solutions Inc. | Nikola Corporation | Development Agreement | $ 0 |
| 82 | Bosio S.r.l. | Nikola Corporation | Supply Agreement | $ 0 |
| 83 | Bossard Inc. | Nikola Corporation | Supply Agreement | $ 9,369 |
| 84 | BRUSA HyPower AG | Nikola Corporation | Supply Agreement | $ 11,771 |
| 85 | Calcraft Corporation | Nikola Corporation | Services Agreement | $ 0 |
| 86 | Caliente Construction Inc | Nikola Corporation | Contractor Agreement | $ 0 |
| 87 | Carter Machinery Company, Incorpora | Nikola Corporation | Services Agreement | $ 8,951 |
| 88 | Cayata Grupo Larrion | Nikola Corporation | Supply Agreement | $ 152,126 |
| 89 | CB&I Storage Tank Solutions LLC | Nikola Corporation | Services Agreement | $ 0 |
| 90 | Cenit North America Inc. | Nikola Corporation | Services Agreement | $ 46,576 |
| 91 | Certarus (USA) Ltd. | Nikola Corporation | Lease Agreement | $ 23,709 |
| 92 | Chart Inc; Cryo-Lease LLC | Nikola Corporation | Lease Agreement | $ 0 |
| 93 | Chart Inc; Cryo-Lease LLC | Nikola Corporation | Lease Agreement | $ 0 |
| 94 | Clarinox Technologies PTY Ltd | Nikola Corporation | Licensing Agreement | $ 0 |
| 95 | Claritas LLC | Nikola Corporation | Licensing Agreement | $ 0 |
| 96 | Claritas LLC [1] | Nikola Corporation | Licensing Agreement | $ 0 |
| 97 | Cleveland Brothers Equipment Co., I | Nikola Corporation | Services Agreement | $ 20,562 |
| 98 | CNC Tech.com Inc | Nikola Corporation | Supply Agreement | $ 11,515 |
| 99 | Cobalt Robotics Inc | Nikola Corporation | Services Agreement | $ 0 |
| 100 | Cobraplast | Nikola Corporation | Supply Agreement | $ 24,364 |

| Ref # | Counterparty Name | Nikola Debtor Entity | Agreement Type | Cure Amount[1] |
|---|---|---|---|---|
| 101 | Colmeneros Pallets Inc | Nikola Corporation | Services Agreement | $ 0 |
| 102 | Colmeneros Pallets Inc [1] | Nikola Corporation | Services Agreement | $ 0 |
| 103 | Comdata Inc | Nikola Corporation | Licensing Agreement | $ 0 |
| 104 | Comdata Inc [1] | Nikola Corporation | Services Agreement | $ 0 |
| 105 | Comfort Systems USA (Southwest), In | Nikola Corporation | Maintenance Agreement | $ 88,734 |
| 106 | Contax, Inc. | Nikola Corporation | Services Agreement | $ 0 |
| 107 | Continental Automotive Systems Inc | Nikola Corporation | Services Agreement | $ 124 |
| 108 | Continental Broadband LLC | Nikola Corporation | Services Agreement | $ 24,101 |
| 109 | Contitech North America, Inc. | Nikola Corporation | Supply Agreement | $ 15,551 |
| 110 | Core Molding Technologies Inc | Nikola Corporation | Supply Agreement | $ 0 |
| 111 | Coretek Inc | Nikola Corporation | Services Agreement | $ 0 |
| 112 | Cprime, Inc. | Nikola Corporation | Services Agreement | $ 0 |
| 113 | Crane Worldwide Logistics LLC | Nikola Corporation | Services Agreement; Amendment | $ 0 |
| 114 | Crane Worldwide Logistics LLC [1] | Nikola Corporation | Services Agreement; Amendment | $ 0 |
| 115 | Creative Liquid Coatings, Inc. | Nikola Corporation | Supply Agreement | $ 45,741 |
| 116 | Cryo-Lease LLC | Nikola Corporation | Lease Agreement | $ 0 |
| 117 | Cryo-Lease LLC [1] | Nikola Corporation | Lease Agreement | $ 0 |
| 118 | Cryo-Lease LLC [1] | Nikola Corporation | Lease Agreement | $ 0 |
| 119 | Cryo-Lease LLC [1] | Nikola Corporation | Lease Agreement | $ 0 |
| 120 | Cryo-Lease LLC [1] | Nikola Corporation | Lease Agreement | $ 0 |
| 121 | C's Manufacturing Inc | Nikola Corporation | Supply Agreement | $ 0 |
| 122 | CVG National Seating Company, LLC | Nikola Corporation | Supply Agreement | $ 17,468 |
| 123 | Cyvatar.ai Inc | Nikola Corporation | Services Agreement | $ 0 |
| 124 | Daimler Ag; Robert Bosch GmbH; Ford Motor Company; Autosar Core Partners; Volkswagen Ag Berliner; Toyota Motor Corporation; General Motors Holding LLC; Bayerische Motoren Werke Ag; Peugeot CitroëN Automobiles SA | Nikola Corporation | Partner Agreement | $ 0 |
| 125 | Daniel Fuller | Nikola Corporation | Independent Contractor Agreement | $ 0 |
| 126 | Danotherm Electric A/S | Nikola Corporation | Supply Agreement | $ 539,837 |
| 127 | Danotherm Electric A/S [1] | Nikola Corporation | Supply Agreement | $ 0 |

| Ref # | Counterparty Name | Nikola Debtor Entity | Agreement Type | Cure Amount[1] |
|-------|-------------------|---------------------|----------------|----------------|
| 128 | Dassault Systemes Americas Corp | Nikola Corporation | License Agreement | $ 114,625 |
| 129 | Datavail Corporation | Nikola Corporation | Services Agreement | $ 0 |
| 130 | Datavail Corporation [1] | Nikola Corporation | Services Agreement | $ 0 |
| 131 | David Mason Roberts | Nikola Corporation | Independent Contractor Agreement | $ 0 |
| 132 | Deflecto, LLC | Nikola Corporation | Supply Agreement | $ 1,258 |
| 133 | Delta Diversified Enterprises Inc | Nikola Corporation | Services Agreement | $ 0 |
| 134 | Derivados de Metal, S.A. de C.V. | Nikola Corporation | Supply Agreement | $ 51,245 |
| 135 | Design Maker Studios LLC | Nikola Corporation | Supply Agreement | $ 0 |
| 136 | Detector Electronics Corporation | Nikola Corporation | Sale Agreement | $ 0 |
| 137 | Deutsche Bank AG | Nikola Corporation | Financing Agreement | $ 0 |
| 138 | Dialpad Inc | Nikola Corporation | Services Agreement | $ 0 |
| 139 | DiCentral Corporation | Nikola Corporation | Services Agreement | $ 0 |
| 140 | Dirt Dogs Holding LLC | Nikola Corporation | Lease Agreement | $ 7,067 |
| 141 | Dirt Dogs Holding LLC [1] | Nikola Corporation | Lease Agreement | $ 0 |
| 142 | Don Small and Sons Oil Distributor | Nikola Corporation | Sales Agreement | $ 0 |
| 143 | Dr Sebastian Freund Energiefreund Consulting | Nikola Corporation | Independent Contractor Agreement | $ 0 |
| 144 | Drexel University | Nikola Corporation | Licensing Agreement | $ 0 |
| 145 | Duotec de Norteamerica S de RL de C | Nikola Corporation | Supply Agreement | $ 549,264 |
| 146 | Duramax Holdings LLC | Nikola Corporation | Supply Agreement | $ 0 |
| 147 | EAN Services LLC | Nikola Corporation | Services Agreement | $ 0 |
| 148 | EAN Services LLC [1] | Nikola Corporation | Services Agreement | $ 0 |
| 149 | Ecoclean Inc | Nikola Corporation | Supply Agreement | $ 0 |
| 150 | EDAG, Inc | Nikola Corporation | Services Agreement | $ 0 |
| 151 | EJOT Fastening Systems L.P. | Nikola Corporation | Supply Agreement | $ 0 |
| 152 | Electromatic Equipment Co. | Nikola Corporation | Supply Agreement | $ 0 |
| 153 | Elite Manufacturing Technologies | Nikola Corporation | Supply Agreement | $ 59,533 |
| 154 | Emaint Enterprises LLC | Nikola Corporation | Subscription Agreement | $ 0 |

| Ref # | Counterparty Name | Nikola Debtor Entity | Agreement Type | Cure Amount[1] |
|---|---|---|---|---|
| 155 | Emcara Gas Development Inc | Nikola Corporation | Supply Agreement | $ 0 |
| 156 | Energiefreund Consulting | Nikola Corporation | Independent Contractor Agreement | $ 0 |
| 157 | Engineered Machined Products, Inc | Nikola Corporation | Development Agreement | $ 168,815 |
| 158 | Engineered Machined Products, Inc [1] | Nikola Corporation | Supply Agreement | $ 0 |
| 159 | Engineering, Procurement & Construction, LLC | Nikola Corporation | Services Agreement | $ 0 |
| 160 | ENGS Commercial Finance Co | Nikola Corporation | Program Agreement | $ 0 |
| 161 | ENGS Commercial Finance Co [1] | Nikola Corporation | Marketing Agreement | $ 0 |
| 162 | ENGS Commercial Finance Co [1] | Nikola Corporation | Promissory Note; Amendment | $ 0 |
| 163 | ENGS Commercial Finance Co [1] | Nikola Corporation | Promissory Note | $ 0 |
| 164 | Entron Technology (Shanghai) Inc | Nikola Corporation | Supply Agreement | $ 0 |
| 165 | Environmental Resources Management Southwest Inc | Nikola Corporation | Services Agreement | $ 0 |
| 166 | Envoy Inc | Nikola Corporation | Subscription Agreement | $ 0 |
| 167 | EPC Project Services Inc | Nikola Corporation | Services Agreement | $ 0 |
| 168 | Es Estampaciones Metalicas Egiu S.A.U. | Nikola Corporation | Supply Agreement | $ 0 |
| 169 | Eskube SRL | Nikola Corporation | Services Agreement | $ 0 |
| 170 | ETC Compliance Solutions | Nikola Corporation | Services Agreement | $ 0 |
| 171 | Evco GmbH | Nikola Corporation | Services Agreement | $ 0 |
| 172 | Exel Inc. | Nikola Corporation | Services Agreement | $ 0 |
| 173 | Experlogix | Nikola Corporation | Licensing Agreement | $ 0 |
| 174 | Expert Assembly Services Inc | Nikola Corporation | Supply Agreement | $ 0 |
| 175 | EZI Metales, S.A. de C.V. | Nikola Corporation | Supply Agreement | $ 130,820 |
| 176 | Facil North America, Inc | Nikola Corporation | Supply Agreement | $ 25,385 |
| 177 | Fiedler Group | Nikola Corporation | Services Agreement | $ 478,064 |
| 178 | First Citizens Bancshares Inc; First-Citizens Bank & Trust Company | Nikola Corporation | Financing Agreement | $ 0 |
| 179 | First Element Fuel, Inc. | Nikola Corporation | Services Agreement | $ 13,870 |
| 180 | Flattop Consulting LLC | Nikola Corporation | Consulting Agreement | $ 0 |

| Ref # | Counterparty Name | Nikola Debtor Entity | Agreement Type | Cure Amount[1] |
|---|---|---|---|---|
| 181 | Flex Technologies Inc | Nikola Corporation | Supply Agreement | $ 21,669 |
| 182 | Flex-N-Gate Valladolid S.L.U | Nikola Corporation | Supply Agreement | $ 1,000 |
| 183 | Flexseals Inc | Nikola Corporation | Supply Agreement | $ 0 |
| 184 | FLOURISH FOREVER TECHNOLOGY CO., LI | Nikola Corporation | Supply Agreement | $ 5,518 |
| 185 | Foley Industries Inc | Nikola Corporation | Services Agreement | $ 0 |
| 186 | Fontana Redwood Properties, LLC | Nikola Corporation | Lease Agreement | $ 29,374 |
| 187 | Forewin Flex Corporation Limited | Nikola Corporation | Supply Agreement | $ 0 |
| 188 | Formfab LLC | Nikola Corporation | Supply Agreement | $ 31,000 |
| 189 | Fortil Inc | Nikola Corporation | Services Agreement | $ 0 |
| 190 | FPT Industrial S.p.A. | Nikola Corporation | Services Agreement | $ 1,633,810 |
| 191 | FPT Industrial S.p.A. [1] | Nikola Corporation | Supply Agreement | $ 0 |
| 192 | FPT Industrial S.p.A. [1] | Nikola Corporation | Supply Agreement | $ 0 |
| 193 | Franklin Pictures Incorporated | Nikola Corporation | Services Agreement | $ 0 |
| 194 | Franklin Pictures Incorporated [1] | Nikola Corporation | Copyright Agreement | $ 0 |
| 195 | Frauenthal Airtank Elterlein GmbH | Nikola Corporation | Supply Agreement | $ 0 |
| 196 | Friedrich Graepel AG | Nikola Corporation | Supply Agreement | $ 0 |
| 197 | Fueling & Service Technologies, Inc | Nikola Corporation | Services Agreement | $ 580 |
| 198 | Fwu Jih Casting Industrial Co Ltd | Nikola Corporation | Supply Agreement | $ 0 |
| 199 | Gamma Technologies LLC | Nikola Motor Company, LLC | License Agreement | $ 0 |
| 200 | Gamma Technologies LLC [1] | Nikola Corporation | Software License Agreement | $ 0 |
| 201 | GBT US LLC | Nikola Corporation | Services Agreement | $ 0 |
| 202 | Gencell Inc | Nikola Corporation | Lease Agreement | $ 0 |
| 203 | Georgia Tech Research Corporation | Nikola Corporation | Services Agreement | $ 0 |
| 204 | Geotab USA Inc | Nikola Corporation | Services Agreement | $ 0 |
| 205 | Ghafari Associates LLC | Nikola Corporation | Services Agreement | $ 0 |
| 206 | GHD Inc | Nikola Corporation | Services Agreement | $ 0 |
| 207 | GKN Driveline North America Inc | Nikola Corporation | Bailment Agreement | $ 0 |

| Ref # | Counterparty Name | Nikola Debtor Entity | Agreement Type | Cure Amount[1] |
|---|---|---|---|---|
| 208 | GKN Driveline North America Inc [1] | Nikola Corporation | Purchase Agreement | $ 0 |
| 209 | Gladstein Neandross & Associates LLC | Nikola Corporation | Services Agreement | $ 0 |
| 210 | Global Water Resources Inc. | Nikola Corporation | Services Agreement | $ 0 |
| 211 | Grant Management Associates | Nikola Corporation | Services Agreement | $ 0 |
| 212 | Grant Products International | Nikola Corporation | Supply Agreement | $ 0 |
| 213 | Great Dane LLC | Nikola Corporation | Lease Agreement | $ 0 |
| 214 | Gregory Manufacturing Company | Nikola Corporation | Supply Agreement | $ 0 |
| 215 | Grupo Industrial Magnoacero Sadecv | Nikola Corporation | Supply Agreement | $ 52,286 |
| 216 | Hanwha Advanced Materials | Nikola Corporation | Supply Agreement | $ 0 |
| 217 | Health Advocate Solutions Inc | Nikola Corporation | Services Agreement | $ 0 |
| 218 | Healthy Home Flooring Inc; Meritex Cotton Center LLC | Nikola Corporation | Lease Agreement; Amendment | $ 0 |
| 219 | Hellmann Worldwide Logistics Inc | Nikola Corporation | Power of Attorney | $ 24,693 |
| 220 | HEM Holdings LLC | Nikola Properties LLC | Lease Agreement | $ 0 |
| 221 | Hendrickson Commercial Vehicle Systems Europe GmbH | Nikola Corporation | Supply Agreement | $ 0 |
| 222 | Here North America LLC | Nikola Corporation | Licensing Agreement | $ 0 |
| 223 | Here North America LLC [1] | Nikola Corporation | Services Agreement | $ 0 |
| 224 | Hexagon Purus GmbH | Nikola Corporation | Supply Agreement | $ 907,669 |
| 225 | Hilgartwilson, LLC | Nikola Corporation | Services Agreement | $ 110 |
| 226 | Hodess Cleanroom Construction | Nikola Corporation | Services Agreement | $ 0 |
| 227 | Holt Truck Centers LLC | Nikola Corporation | Services Agreement | $ 0 |
| 228 | Holt Truck Centers LLC [1] | Nikola Corporation | Sales Agreement | $ 0 |
| 229 | Hovair Automotive LLC | Nikola Corporation | Supply Agreement | $ 0 |
| 230 | HSBC Bank USA National Association | Nikola Corporation | Line of Credit Agreement | $ 0 |
| 231 | HSBC Bank USA National Association [1] | Nikola Corporation | Securities Agreement | $ 0 |
| 232 | Huber+Suhner Inc | Nikola Corporation | Supply Agreement | $ 4,270 |
| 233 | Hultek S.A de C.V. | Nikola Corporation | Supply Agreement | $ 5,946 |

| Ref # | Counterparty Name | Nikola Debtor Entity | Agreement Type | Cure Amount[1] |
|---|---|---|---|---|
| 234 | Hyundai Motor Company; Equilon Enterprises LLC; Air Liquide Hydrogen Energy U.S. LLC; Toyota Motor North America, Inc.; NEL Hydrogen A/S | Nikola Corporation | Licensing Agreement | $ 0 |
| 235 | IEC Infrared Systems LLC | Nikola Powersports LLC | Bailment Agreement | $ 0 |
| 236 | IKD Co Ltd | Nikola Corporation | Supply Agreement | $ 0 |
| 237 | Iljin USA Corporation | Nikola Corporation | Supply Agreement | $ 0 |
| 238 | Illumiti Corp | Nikola Corporation | Services Agreement | $ 0 |
| 239 | Immedia Integrated Technologies LLC | Nikola Corporation | Services Agreement | $ 0 |
| 240 | Impersealco, S.A. de C.V. | Nikola Corporation | Supply Agreement | $ 38,099 |
| 241 | Independence Hydrogen Inc | Nikola Corporation | Sale Agreement | $ 0 |
| 242 | Industrial Supply Company, Inc. | Nikola Corporation | Supply Agreement | $ 8,839 |
| 243 | Infosys Limited | Nikola Corporation | Services Agreement | $ 96,120 |
| 244 | Insight Direct USA Inc | Nikola Corporation | Services Agreement | $ 776 |
| 245 | Integrated Cryogenic Solutions | Nikola Corporation | Collaboration Agreement | $ 0 |
| 246 | Integrated Silicon Solution Inc. | Nikola Corporation | Software License Agreement | $ 0 |
| 247 | Integrity Security Services LLC | Nikola Corporation | License Agreement | $ 0 |
| 248 | Intelidrive LLC | Nikola Corporation | Services Agreement | $ 0 |
| 249 | Intellaquest, LLC | Nikola Corporation | Licensing Agreement | $ 139,752 |
| 250 | Inventus LLC | Nikola Corporation | Services Agreement | $ 0 |
| 251 | ITD Sales Corp. | Nikola Corporation | Sales Agreement | $ 23,226 |
| 252 | Iveco S.p.A | Nikola Corporation | Product Sharing Agreement | $ 2,458,055 |
| 253 | Iveco S.p.A [1] | Nikola Corporation | Supply Agreement; Side Letter | $ 0 |
| 254 | Iveco S.p.A [1] | Nikola Corporation | Supply Agreement; Side Letter | $ 0 |
| 255 | Iveco S.p.A [1] | Nikola Corporation | Services Agreement; Amendment | $ 0 |
| 256 | Iveco S.p.A [1] | Nikola Corporation | License Agreement | $ 0 |
| 257 | Iveco S.p.A [1] | Nikola Corporation | License Agreement | $ 0 |
| 258 | Iveco S.p.A [1] | Nikola Corporation | Product Sharing Agreement | $ 0 |
| 259 | Iveco S.p.A [1] | Nikola Corporation | Shareholders Agreement | $ 0 |
| 260 | Iveco S.p.A [1] | Nikola Corporation | Supply Agreement | $ 0 |
| 261 | Iveco S.p.A [1] | Nikola Corporation | Transfer Agreement | $ 0 |

| Ref # | Counterparty Name | Nikola Debtor Entity | Agreement Type | Cure Amount[1] |
|---|---|---|---|---|
| 262 | Iveco Spa; ASK Industries Spa | Nikola Corporation | Supply Agreement | $    0 |
| 263 | Iveco Spa; AT&T Mobility LLC | Nikola Corporation | Supply Agreement | $    0 |
| 264 | Iveco Spa; CNH Industrial NV | Nikola Corporation | Alliance Agreement; Amendment | $    0 |
| 265 | Iveco Spa; Cobraplast Spa | Nikola Corporation | Supply Agreement | $    0 |
| 266 | Iveco Spa; Denso Thermal Systems Spa | Nikola Corporation | Supply Agreement | $    0 |
| 267 | Iveco Spa; Eaton Corporation | Nikola Corporation | Supply Agreement | $    0 |
| 268 | Iveco Spa; Engineered Machined Products, Inc. | Nikola Corporation | Supply Agreement | $    0 |
| 269 | Iveco Spa; Faurecia Clarion | Nikola Corporation | Supply Agreement | $    0 |
| 270 | Iveco Spa; FPT Industrial Spa | Nikola Corporation | Services Agreement | $    0 |
| 271 | Iveco Spa; Huber + Suhner, Inc. | Nikola Corporation | Supply Agreement | $    0 |
| 272 | Iveco Spa; JVIS USA LLC | Nikola Corporation | Supply Agreement | $    0 |
| 273 | Iveco Spa; Kongsberg Power Product Systems I LLC | Nikola Corporation | Supply Agreement | $    0 |
| 274 | Iveco Spa; Methode Electronics Malta Ltd | Nikola Corporation | Supply Agreement | $    0 |
| 275 | Iveco Spa; Modine Manufacturing Company | Nikola Corporation | Supply Agreement | $    0 |
| 276 | Iveco Spa; Nikola Iveco Europe Bv | Nikola Corporation | Licensing Agreement | $    0 |
| 277 | Iveco Spa; Nikola Iveco Europe Bv | Nikola Corporation | Licensing Agreement | $    0 |
| 278 | Iveco Spa; Nikola Iveco Europe Bv | Nikola Corporation | Licensing Agreement | $    0 |
| 279 | Iveco Spa; Nikola Iveco Europe Bv | Nikola Corporation | Contribution Agreement | $    0 |
| 280 | Iveco Spa; Nikola Iveco Europe Bv | Nikola Corporation | Supply Agreement | $    0 |
| 281 | Iveco Spa; Nikola Iveco Europe Bv | Nikola Corporation | Licensing Agreement; Amendment | $    0 |
| 282 | Iveco Spa; Nikola Iveco Europe Bv | Nikola Corporation | Licensing Agreement; Amendment | $    0 |
| 283 | Iveco Spa; Nikola Iveco Europe Bv | Nikola Corporation | Transaction Agreement | $    0 |
| 284 | Iveco Spa; Nikola Iveco Europe Bv | Nikola Corporation | Supply Agreement | $    0 |

| Ref # | Counterparty Name | Nikola Debtor Entity | Agreement Type | Cure Amount[1] |
|---|---|---|---|---|
| 285 | Iveco Spa; Nikola Iveco Europe Bv | Nikola Corporation | Contribution Agreement | $ 0 |
| 286 | Iveco Spa; Nikola Iveco Europe Bv | Nikola Corporation | Supply Agreement | $ 0 |
| 287 | Iveco Spa; Promens AS | Nikola Corporation | Supply Agreement | $ 0 |
| 288 | Iveco Spa; Robertshaw Controls Company | Nikola Corporation | Supply Agreement | $ 0 |
| 289 | Iveco Spa; Sanhua International Inc | Nikola Corporation | Supply Agreement | $ 0 |
| 290 | Iveco Spa; Sara ING Sandro Benussi SRL | Nikola Corporation | Supply Agreement | $ 0 |
| 291 | Iveco Spa; Semikron | Nikola Corporation | Supply Agreement | $ 0 |
| 292 | Iveco Spa; Siroco SAS | Nikola Corporation | Supply Agreement | $ 0 |
| 293 | Iveco Spa; Wabco North America LLC | Nikola Corporation | Supply Agreement | $ 0 |
| 294 | Iveco Spa; Webasto Group | Nikola Corporation | Supply Agreement | $ 0 |
| 295 | Iwatani Corporation | Nikola Corporation | Supply Agreement | $ 0 |
| 296 | James Dunham | Nikola Corporation | Independent Contractor Agreement | $ 0 |
| 297 | Jayashree Polymers Pvt Ltd | Nikola Corporation | Supply Agreement | $ 0 |
| 298 | JB Hunt Transport Inc. | Nikola Corporation | Services Agreement | $ 0 |
| 299 | Jtekt-Europe SAS | Nikola Corporation | Supply Agreement | $ 0 |
| 300 | JW Speaker Corporation | Nikola Corporation | Supply Agreement | $ 1,229 |
| 301 | JW Speaker Corporation [1] | Nikola Corporation | Services Agreement | $ 0 |
| 302 | KC Tool LLC | Nikola Corporation | Supply Agreement | $ 0 |
| 303 | KeyBank National Association | Nikola Corporation | Financing Agreement | $ 0 |
| 304 | Keystone Engineering Inc. | Nikola Corporation | Services Agreement | $ 185,736 |
| 305 | Khoros LLC | Nikola Corporation | Services Agreement | $ 0 |
| 306 | KL Coatings Inc | Nikola Corporation | Supply Agreement | $ 0 |
| 307 | Kongsberg Automotive | Nikola Corporation | Supply Agreement | $ 0 |
| 308 | KPMG AG Wirtschaftsprufungsgesellschaft | Nikola Corporation | Services Agreement | $ 0 |
| 309 | KPMG Law Rechtsanwaltsgesellschaft mbH | Nikola Corporation | Services Agreement | $ 0 |
| 310 | kVA by UL | Nikola Corporation | Services Agreement | $ 0 |
| 311 | Larry T Nitz | Nikola Corporation | Independent Contractor Agreement | $ 0 |
| 312 | Levelpath Inc | Nikola Corporation | Services Agreement | $ 0 |

| Ref # | Counterparty Name | Nikola Debtor Entity | Agreement Type | Cure Amount[1] |
|---|---|---|---|---|
| 313 | Lighthouse Document Technologies, I | Nikola Motor Company, LLC | Services Agreement; Amendment | $ 99,809 |
| 314 | Lighthouse Global Europe Ltd; Lighthouse Document Technologies Inc | Nikola Corporation | Services Agreement | $ 0 |
| 315 | Linde Gas & Equipment Inc. | Nikola Corporation | Supply Agreement | $ 13,486 |
| 316 | Linde Hydrogen FuelTech GmbH | Nikola Corporation | Supply Agreement | $ 131,920 |
| 317 | Linde Inc. | Nikola Corporation | Supply Agreement | $ 176,246 |
| 318 | Linde Inc. [1] | Nikola Corporation | Supply Agreement; Amendment | $ 0 |
| 319 | Linde Inc. [1] | Nikola Corporation | Supply Agreement | $ 0 |
| 320 | Linde Inc. [1] | Nikola Corporation | Supply Agreement | $ 0 |
| 321 | Linde Inc. [1] | Nikola Corporation | Supply Agreement | $ 0 |
| 322 | Littelfuse, Inc. | Nikola Corporation | Supply Agreement | $ 9,806 |
| 323 | Lloyd's Register Quality Assurance Inc | Nikola Corporation | Services Agreement | $ 0 |
| 324 | Loftin Equipment Co | Nikola Corporation | Services Agreement | $ 2,043 |
| 325 | Logicmonitor, Inc. | Nikola Corporation | Services Agreement | $ 73 |
| 326 | MacAllister Machinery Co. Inc. | Nikola Corporation | Services Agreement | $ 0 |
| 327 | Macetonia SA de CV | Nikola Corporation | Supply Agreement | $ 20,248 |
| 328 | Magid Glove & Safety Manufacturing LLC. | Nikola Corporation | Lease Agreement | $ 2,084 |
| 329 | Mahle Industries Incorporated; Iveco Spa; CNH Industrial | Nikola Corporation | Supply Agreement | $ 0 |
| 330 | Mainspring Cotton Center LLC | Nikola Corporation | Lease Agreement | $ 0 |
| 331 | Manaflex | Nikola Corporation | Supply Agreement | $ 0 |
| 332 | Mann+Hummel USA, LLC | Nikola Corporation | Supply Agreement | $ 1,031 |
| 333 | Mann+Hummel USA, LLC [1] | Nikola Corporation | Supply Agreement | $ 0 |
| 334 | ManpowerGroup US Inc | Nikola Corporation | Services Agreement | $ 0 |
| 335 | Manufacturas Metalicas Alme SA de CV | Nikola Corporation | Supply Agreement | $ 0 |
| 336 | Mario Strano | Nikola Corporation | Independent Contractor Agreement | $ 0 |
| 337 | Matthews, Gold, Kennedy, and Snow Inc. | Nikola Corporation | Services Agreement | $ 0 |
| 338 | MC Area 4141 Owner LLC; Area 4141 Investor LLC; Area 4141 Sponsor LLC | Nikola Corporation | Lease Agreement | $ 0 |

**Nikola Corporation, et. al.**
*Schedule of Executory Contracts with Cure Amounts*

| Ref # | Counterparty Name | Nikola Debtor Entity | Agreement Type | Cure Amount[1] |
|---|---|---|---|---|
| 339 | MCA Connect LLC | Nikola Corporation | Services Agreement | $ 0 |
| 340 | MCA Connect LLC [1] | Nikola Corporation | Services Agreement | $ 0 |
| 341 | Mekra Lang Gmbh & Co. KG | Nikola Corporation | Supply Agreement | $ 0 |
| 342 | Meritex Cotton Center LLC | Nikola Corporation | Services Agreement | $ 0 |
| 343 | Meritor Heavy Vehicle Systems LLC | Nikola Motor Company, LLC | Development Agreement | $ 0 |
| 344 | Metalbuilt LLC | Nikola Corporation | Supply Agreement | $ 2,040 |
| 345 | Metalsa, S.A.P.I. de C.V. | Nikola Corporation | Supply Agreement | $ 0 |
| 346 | Methodica Technologies LLC | Nikola Corporation | Services Agreement | $ 30,240 |
| 347 | Metlife Pet Insurance Solutions LLC | Nikola Corporation | Program Agreement | $ 0 |
| 348 | MGFH2 LLC | Nikola Corporation | Lease Agreement | $ 0 |
| 349 | MGFH2 LLC [1] | Nikola Corporation | Lease Agreement; Amendment | $ 0 |
| 350 | MGL s.r.o. | Nikola Corporation | Supply Agreement | $ 0 |
| 351 | Mission Plaza Properties Inc; Thomas E. Miller, Dennis A. Miller, Alison A. Miller, Marisa M. Zimmer, Diedre M. Watson, Barry Kahn, Kenneth Kahn, Nancy Kahn Letson | Nikola Corporation | Lease Agreement; Amendment | $ 0 |
| 352 | Mitsubishi HC Capital Canada Inc; Mitsubishi HC Capital America Inc; MHCC-US | Nikola Corporation | Repurchase Agreement | $ 0 |
| 353 | Moldtecs GmbH | Nikola Corporation | Supply Agreement | $ 5,119 |
| 354 | Molex LLC | Nikola Corporation | Supply Agreement | $ 0 |
| 355 | MP Industrial | Nikola Corporation | Supply Agreement | $ 0 |
| 356 | MSA Safety Incorporated | Nikola Corporation | Lease Agreement | $ 5,750 |
| 357 | MSA Safety Incorporated [1] | Nikola Corporation | Lease Agreement | $ 0 |
| 358 | MSC Software Corporation | Nikola Corporation | Development Agreement | $ 0 |
| 359 | MTA Slovakia s.r.o | Nikola Corporation | Supply Agreement | $ 9,800 |
| 360 | Mubea Precision Springs Inc | Nikola Corporation | Supply Agreement | $ 0 |
| 361 | Muelles y Ballestas Hispano Alemana S.L. | Nikola Corporation | Supply Agreement | $ 28,038 |
| 362 | Nanoscience Analytical | Nikola Corporation | Services Agreement; Amendment | $ 0 |
| 363 | Nanoscience Analytical [1] | Nikola Corporation | Services Agreement | $ 0 |
| 364 | Nasdaq, Inc | Nikola Corporation | Services Agreement | $ 74,612 |

| Ref # | Counterparty Name | Nikola Debtor Entity | Agreement Type | Cure Amount[1] |
|---|---|---|---|---|
| 365 | Nel ASA | Nikola Motor Company, LLC | Supply Agreement | $ 0 |
| 366 | Neudesic LLC | Nikola Corporation | Services Agreement | $ 0 |
| 367 | Neutron Automotive Controls Inc. | Nikola Corporation | License Agreement | $ 0 |
| 368 | Nextenergy Center; Hyundai Motor Company; Equilon Enterprises LLC; Toyota Motor North America Inc; Air Liquide Hydrogen Energy US LLC; Nel Hydrogen A/S | Nikola Corporation | Agency Agreement; Amendment | $ 0 |
| 369 | Nextenergy Center; Hyundai Motor Company; Equilon Enterprises LLC; Toyota Motor North America Inc; Air Liquide Hydrogen Energy US LLC; Nel Hydrogen A/S | Nikola Corporation | Agency Agreement; Amendment | $ 0 |
| 370 | Ningbo Wego Machinery Co. Ltd | Nikola Corporation | Supply Agreement | $ 0 |
| 371 | NiponGroup LLC | Nikola Corporation | Supply Agreement | $ 0 |
| 372 | Nissha Co Ltd; Novatronic Deutschland GmbH | Nikola Corporation | Supply Agreement | $ 0 |
| 373 | Noel Manley | Nikola Corporation | Independent Contractor Agreement | $ 0 |
| 374 | Norfab Manufacturing/Zuern Inc | Nikola Corporation | Supply Agreement | $ 0 |
| 375 | Norma MI, Inc. | Nikola Corporation | Supply Agreement | $ 504,059 |
| 376 | Nu-Star Inc | Nikola Corporation | Supply Agreement | $ 0 |
| 377 | NXP USA, Inc. | Nikola Corporation | License Agreement | $ 0 |
| 378 | Officine Metallurgiche Cornaglia S.p.A. | Nikola Corporation | Supply Agreement | $ 0 |
| 379 | Olvan S.p.A. | Nikola Corporation | Supply Agreement | $ 3,712 |
| 380 | OMB Saleri Spa | Nikola Corporation | Supply Agreement; Amendment | $ 0 |
| 381 | OMB Saleri Spa [1] | Nikola Corporation | Addendum; Supply Agreement | $ 0 |
| 382 | OMR Spa | Nikola Corporation | Supply Agreement | $ 345,002 |
| 383 | One/One Lab Design Studio | Nikola Motor Company, LLC | Design Agreement | $ 0 |
| 384 | Otay Truck Parking, L.P. | Nikola Properties LLC | Lease Agreement | $ 26,218 |
| 385 | P.C.M. s.r.l. | Nikola Corporation | Supply Agreement | $ 210,999 |
| 386 | Pacific Office Automation, Inc. | Nikola Corporation | Supply Agreement | $ 10,897 |

| Ref # | Counterparty Name | Nikola Debtor Entity | Agreement Type | Cure Amount[1] |
|-------|-------------------|---------------------|----------------|---------------|
| 387 | Packaging Concepts and Design | Nikola Corporation | Supply Agreement | $ 16,254 |
| 388 | Paton & Associates Inc | Nikola Corporation | Independent Contractor Agreement | $ 0 |
| 389 | Peerless Maintenance Service, Inc | Nikola Corporation | Services Agreement | $ 911 |
| 390 | Pektron SEV limited | Nikola Corporation | Supply Agreement | $ 0 |
| 391 | Performance Court QOZB, LLC | Nikola Properties LLC | Lease Agreement | $ 32,790 |
| 392 | PESC, Inc. | Nikola Corporation | Independent Contractor Agreement; Amendment | $ 0 |
| 393 | PESC, Inc. [1] | Nikola Corporation | Independent Contractor Agreement | $ 0 |
| 394 | Peter Budzinski | Nikola Corporation | Independent Contractor Agreement | $ 0 |
| 395 | Phoenix Hydrogen Hub LLC | Nikola Corporation | Services Agreement | $ 0 |
| 396 | Phoenix Hydrogen Hub LLC; Nikola Energy Company LLC; Nel Hydrogen Inc. | Nikola Corporation | Services Agreement | $ 0 |
| 397 | Phoenix Winsupply Co. | Nikola Corporation | Supply Agreement | $ 0 |
| 398 | Pilot Travel Centers LLC | Nikola Corporation | Services Agreement | $ 0 |
| 399 | Pinal County Community Development Aquifer Protection Division | Nikola Corporation | Services Agreement | $ 0 |
| 400 | Pinal Land Holdings LLC | Nikola Corporation | Transfer Agreement | $ 0 |
| 401 | Plasticos Automotrices de Sahagun S.A. de C.V. | Nikola Corporation | Supply Agreement | $ 126,299 |
| 402 | Plug Power Inc | Nikola Corporation | Acquisition Agreement | $ 253,887 |
| 403 | Plug Power Inc [1] | Nikola Corporation | Services Agreement | $ 0 |
| 404 | Plug Power Inc [1] | Nikola Corporation | Services Agreement | $ 0 |
| 405 | Plug Project Holding Co LLC | Nikola Corporation | Supply Agreement | $ 0 |
| 406 | Power Holdings, LLC | Nikola H2 2081 Placentia Lane LLC | Lease Agreement | $ 34,200 |
| 407 | Power Sol Inc | Nikola Corporation | Independent Contractor Agreement | $ 0 |
| 408 | Powerbuilt Material Handling Soluti LLC. | Nikola Corporation | Supply Agreement | $ 81,168 |
| 409 | Powertap Hydrogen Fueling Corporation | Nikola Corporation | Purchase Agreement | $ 0 |
| 410 | Pratt & Miller Engineering and Fabrication, Inc. | Nikola Corporation | Supply Agreement | $ 0 |
| 411 | Pratt & Miller Engineering and Fabrication, Inc. [1] | Nikola Motor Company, LLC | Development Agreement | $ 0 |
| 412 | Pratt & Miller Engineering and Fabrication, Inc. [1] | Nikola Powersports LLC | Services Agreement | $ 0 |
| 413 | Preferred Precision Group LLC | Nikola Corporation | Services Agreement | $ 0 |
| 414 | Presidio Holdings Inc. | Nikola Corporation | Sale Agreement | $ 134,899 |
| 415 | Professional Service Industries Inc | Nikola Corporation | Sublease Agreement | $ 0 |
| 416 | Proformance Vend USA Inc | Nikola Corporation | Services Agreement | $ 35,214 |
| 417 | Promens a.s. | Nikola Corporation | Supply Agreement | $ 0 |

**Nikola Corporation, et. al.**
*Schedule of Executory Contracts with Cure Amounts*

| Ref # | Counterparty Name | Nikola Debtor Entity | Agreement Type | Cure Amount[1] |
|---|---|---|---|---|
| 418 | Proterra Operating Company Inc | Nikola Corporation | Supply Agreement; Amendment | $ 0 |
| 419 | Proterra Powered LLC | Nikola Corporation | Supply Agreement; Amendment | $ 0 |
| 420 | Proterra Powered LLC [1] | Nikola Corporation | Supply Agreement; Amendment | $ 0 |
| 421 | Proterra Powered LLC [1] | Nikola Corporation | Supply Agreement; Amendment | $ 0 |
| 422 | Proterra Powered LLC [1] | Nikola Corporation | Supply Agreement | $ 0 |
| 423 | Proterra Powered LLC [1] | Nikola Corporation | Supply Agreement | $ 0 |
| 424 | Protiviti Inc. | Nikola Corporation | Services Agreement | $ 9,536 |
| 425 | Purdue University | Nikola Corporation | Research Agreement | $ 0 |
| 426 | Queue Solutions | Nikola Corporation | Supply Agreement | $ 0 |
| 427 | Quinn Company | Nikola Corporation | Services Agreement | $ 20,180 |
| 428 | R&J Manufacturing Inc | Nikola Corporation | Supply Agreement | $ 0 |
| 429 | R.A. Phillips Industries Inc. | Nikola Corporation | Supply Agreement | $ 5,519 |
| 430 | R.S. Hughes Corporation | Nikola Corporation | Supply Agreement | $ 0 |
| 431 | Ramco Stamping de México, S.A. de C | Nikola Corporation | Supply Agreement | $ 205,082 |
| 432 | Rev 1 Power Services Inc | Nikola Corporation | Services Agreement | $ 0 |
| 433 | REV1 Oil & Gas LLC | Nikola Corporation | Services Agreement | $ 0 |
| 434 | Rhino Tool House | Nikola Corporation | Supply Agreement | $ 0 |
| 435 | Ring Power Corporation | Nikola Corporation | Services Agreement | $ 0 |
| 436 | RJ S.R.L. | Nikola Corporation | Supply Agreement | $ 3,442 |
| 437 | Robert Bosch GmbH; A. Kayser Automotive Systems GmbH | Nikola Corporation | Purchase Agreement | $ 0 |
| 438 | Robert Bosch GMBH; Blmoda Precision Machinery Co Ltd | Nikola Corporation | Purchase Agreement | $ 0 |
| 439 | Robert Bosch GMBH; Geiger GmbH | Nikola Corporation | Purchase Agreement | $ 0 |
| 440 | Robert Bosch GMBH; Gentherm | Nikola Corporation | Purchase Agreement | $ 0 |
| 441 | Robert Bosch GMBH; ModineManufacturing | Nikola Corporation | Purchase Agreement | $ 0 |

**Nikola Corporation, *et. al.***
*Schedule of Executory Contracts with Cure Amounts*

| Ref # | Counterparty Name | Nikola Debtor Entity | Agreement Type | Cure Amount[1] |
|---|---|---|---|---|
| 442 | Robert Bosch GMBH; OMB Saleri SpA | Nikola Corporation | Purchase Agreement | $ 0 |
| 443 | Robert Bosch GMBH; Pacific Engineerng Corporation | Nikola Corporation | Purchase Agreement | $ 0 |
| 444 | Robert Bosch GMBH; Poppelmann GmbH & Co. | Nikola Corporation | Purchase Agreement | $ 0 |
| 445 | Robert Bosch GMBH; Progresswek Oberkirch AG | Nikola Corporation | Purchase Agreement | $ 0 |
| 446 | Robert Bosch GmbH; Ribermold | Nikola Corporation | Purchase Agreement | $ 0 |
| 447 | Robert Bosch GMBH; RPK S. Coop. Ind. | Nikola Corporation | Purchase Agreement | $ 0 |
| 448 | Robert Bosch GMBH; Sarigozoglu Hidrolik Makinave Kalip Sanayi VE Ticaret A.S. | Nikola Corporation | Purchase Agreement | $ 0 |
| 449 | Robert Bosch GMBH; Voss Automotive | Nikola Corporation | Purchase Agreement | $ 0 |
| 450 | Robert Bosch GMBH; Woco Indushietechnik GmbH | Nikola Corporation | Purchase Agreement | $ 0 |
| 451 | Robert Bosch LLC | Nikola Corporation | Development Agreement | $ 12,717,584 |
| 452 | Robert Bosch LLC [1] | Nikola Corporation | Supply Agreement; Amendment | $ 0 |
| 453 | Robert Bosch LLC [1] | Nikola Corporation | Supply Agreement | $ 0 |
| 454 | Robert Bosch LLC [1] | Nikola Corporation | Framework Agreement | $ 0 |
| 455 | Robert Bosch LLC [1] | Nikola Corporation | Supply Agreement; Amendment | $ 0 |
| 456 | Robert Bosch LLC [1] | Nikola Corporation | Supply Agreement; Amendment | $ 0 |
| 457 | Robert Bosch LLC [1] | Nikola Corporation | Framework Agreement; Amendment | $ 0 |
| 458 | Robert Bosch LLC [1] | Nikola Corporation | Supply Agreement; Amendment | $ 0 |
| 459 | Robert Bosch LLC [1] | Nikola Corporation | Release Agreement | $ 0 |
| 460 | Robert Bosch LLC [1] | Nikola Corporation | Supply Agreement | $ 0 |
| 461 | Robert Bosch LLC [1] | Nikola Corporation | Production Agreement | $ 0 |
| 462 | Robert Bosch LLC [1] | Nikola Corporation | Licensing Agreement | $ 0 |
| 463 | Robert Bosch LLC [1] | Nikola Corporation | Release Agreement | $ 0 |
| 464 | Robert Bosch LLC [1] | Nikola Corporation | Test Agreement | $ 0 |

| Ref # | Counterparty Name | Nikola Debtor Entity | Agreement Type | Cure Amount[1] |
|---|---|---|---|---|
| 465 | Robert Bosch LLC [1] | Nikola Corporation | Production Agreement | $ 0 |
| 466 | Robert Bosch LLC [1] | Nikola Corporation | Supply Agreement | $ 0 |
| 467 | Robert Bosch LLC [1] | Nikola Corporation | Production Agreement | $ 0 |
| 468 | Robert Bosch LLC [1] | Nikola Corporation | Production Agreement | $ 0 |
| 469 | Robert Bosch LLC [1] | Nikola Corporation | Production Agreement | $ 0 |
| 470 | Robert Bosch LLC [1] | Nikola Corporation | Risk Agreement | $ 0 |
| 471 | Robert Bosch LLC [1] | Nikola Corporation | Supply Agreement | $ 0 |
| 472 | Robert Bosch LLC [1] | Nikola Corporation | Production Agreement | $ 0 |
| 473 | Robert Bosch LLC [1] | Nikola Motor Company, LLC | Development Agreement | $ 0 |
| 474 | Robert Bosch LLC [1] | Nikola Corporation | Supply Agreement | $ 0 |
| 475 | Robert Bosch LLC [1] | Nikola Corporation | Supply Agreement | $ 0 |
| 476 | Robert Bosch LLC [1] | Nikola Corporation | Supply Agreement | $ 0 |
| 477 | Robert Bosch LLC [1] | Nikola Corporation | Supply Agreement | $ 0 |
| 478 | Robert Bosch LLC [1] | Nikola Corporation | Supply Agreement; Amendment | $ 0 |
| 479 | Robert Bosch LLC [1] | Nikola Corporation | Supply Agreement; Amendment | $ 0 |
| 480 | Robert Bosch LLC [1] | Nikola Corporation | Supply Agreement; Amendment | $ 0 |
| 481 | Robert Bosch LLC [1] | Nikola Corporation | Supply Agreement; Amendment | $ 0 |
| 482 | Robert Bosch LLC [1] | Nikola Corporation | Production Agreement | $ 0 |
| 483 | Robert Bosch LLC [1] | Nikola Corporation | Release Agreement | $ 0 |
| 484 | Robert Bosch LLC (EUR) | Nikola Corporation | Access Agreement | $ 3,848,900 |
| 485 | Robert Bosch LLC (EUR) [1] | Nikola Corporation | Joint Development Agreement | $ 0 |
| 486 | Robert Bosch North America Corporat | Nikola Corporation | Services Agreement | $ 195,944 |
| 487 | Robert Bosch S de RL de CV | Nikola Corporation | Services Agreement | $ 0 |
| 488 | Robertshaw Controls Company | Nikola Corporation | Supply Agreement | $ 9,392 |
| 489 | Rockford Corporation | Nikola Motor Company, LLC | Development Agreement | $ 0 |
| 490 | Romeo Systems, Inc. | Nikola Corporation | Supply Agreement | $ 0 |

| Ref # | Counterparty Name | Nikola Debtor Entity | Agreement Type | Cure Amount[1] |
|---|---|---|---|---|
| 491 | RPT Alliance LLC | Nikola Corporation | Services Agreement | $ 0 |
| 492 | RSM US LLP | Nikola Corporation | Services Agreement | $ 0 |
| 493 | S&B Engineers And Constructors Ltd | Nikola Corporation | Services Agreement | $ 0 |
| 494 | S&P Global Market Intelligence LLC | Nikola Corporation | Subscription Agreement | $ 0 |
| 495 | SAB Automotive Group | Nikola Corporation | Supply Agreement | $ 0 |
| 496 | Salt River Project Agricultural Improvement | Nikola Corporation | Services Agreement | $ 0 |
| 497 | Salt River Project Agricultural Improvement and Power District | Nikola Corporation | Distribution Service Agreement | $ 0 |
| 498 | SBE-Varvit S.P.A. | Nikola Corporation | Supply Agreement | $ 1,057 |
| 499 | Schuetz Container Systems Inc | Nikola Corporation | Services Agreement | $ 0 |
| 500 | Schwab Industries, Inc | Nikola Corporation | Supply Agreement | $ 53,509 |
| 501 | Seacliff Quatro LLC | Nikola Corporation | Lease Agreement | $ 27,128 |
| 502 | Seacliff Quattro LLC; Albany Road-Quattro LLC; TOR Engineering Corporation | Nikola Corporation | Sublease Agreement | $ 0 |
| 503 | Semco Consultants Inc | Nikola Corporation | Services Agreement | $ 0 |
| 504 | Semikron Danfoss Inc | Nikola Corporation | Supply Agreement | $ 540 |
| 505 | Semikron Danfoss Inc [1] | Nikola Corporation | Supply Agreement | $ 0 |
| 506 | Serrala Solutions US Corporation | Nikola Corporation | Services Agreement | $ 0 |
| 507 | Serrala Solutions US Corporation [1] | Nikola Corporation | Services Agreement | $ 0 |
| 508 | Servicio de Ingenieria Industrial y Outsourcing SA de CV | Nikola Corporation | Supply Agreement | $ 19,847 |
| 509 | SFS Heritage Park, LLC | Nikola Corporation | Lease Agreement | $ 5,233 |
| 510 | Sibros Technologies, Inc. | Nikola Corporation | License Agreement | $ 0 |
| 511 | Siemens Industry Inc | Nikola Corporation | Services Agreement | $ 87,044 |
| 512 | Siltherm Group Holdings Ltd | Nikola Corporation | Production Agreement | $ 0 |
| 513 | Sisflex, SA de CV | Nikola Corporation | Supply Agreement | $ 70 |
| 514 | Slalom Inc | Nikola Corporation | Consulting Agreement | $ 0 |
| 515 | SMP Automotive Technology Iberica SL | Nikola Corporation | Supply Agreement | $ 0 |

| Ref # | Counterparty Name | Nikola Debtor Entity | Agreement Type | Cure Amount[1] |
|---|---|---|---|---|
| 516 | SO.ME.L Spa | Nikola Corporation | Supply Agreement | $ 0 |
| 517 | Social Navigator Inc | Nikola Corporation | Subscription Agreement | $ 0 |
| 518 | Social Reality Inc | Nikola Corporation | Subscription Agreement | $ 0 |
| 519 | Softchoice LP | Nikola Corporation | Services Agreement | $ 0 |
| 520 | Southco, Inc. | Nikola Corporation | Supply Agreement | $ 6,629 |
| 521 | Southwest Battery Company | Nikola Corporation | Supply Agreement | $ 0 |
| 522 | Spacis LLC | Nikola Corporation | Licensing Agreement | $ 0 |
| 523 | Stabilus GmbH | Nikola Corporation | Supply Agreement | $ 0 |
| 524 | Stack Av Co | Nikola Corporation | Services Agreement | $ 0 |
| 525 | Stearns, Conrad and Schmidt Consulting Engineers Inc | Nikola Corporation | Services Agreement | $ 0 |
| 526 | Steven Tarnowsky PE PLLC | Nikola Corporation | Services Agreement | $ 0 |
| 527 | Store Master Funding XXXII, LLC | Nikola Corporation | Lease Agreement | $ 0 |
| 528 | Summit Electric Supply Co., Inc | Nikola Corporation | Supply Agreement | $ 1,378 |
| 529 | Summit Energy Services Inc | Nikola Corporation | Services Agreement | $ 0 |
| 530 | Sundt Construction Inc | Nikola Motor Company, LLC | Design Agreement | $ 0 |
| 531 | Sundt Construction Inc [1] | Nikola Corporation | Services Agreement | $ 0 |
| 532 | Sundt Construction Inc [1] | Nikola Corporation | Design Agreement | $ 0 |
| 533 | Sustainability Engineering Group LLC | Nikola Corporation | Services Agreement | $ 0 |
| 534 | Suzhou YongChuang Metal Science and Technology Co., Ltd. | Nikola Corporation | Supply Agreement | $ 0 |
| 535 | Talenta LLC | Nikola Corporation | Independent Contractor Agreement | $ 0 |
| 536 | Tata Technologies Inc | Nikola Corporation | Services Agreement | $ 0 |
| 537 | Tata Technologies Inc [1] | Nikola Corporation | Supply Agreement; Agreement | $ 0 |
| 538 | TC Energy Development Holdings Inc | Nikola Corporation | Joint Development Agreement | $ 0 |
| 539 | Technica Engineering Inc | Nikola Corporation | Supply Agreement | $ 0 |
| 540 | Technique Inc | Nikola Corporation | Supply Agreement | $ 0 |
| 541 | Tecnomec s.r.l | Nikola Corporation | Supply Agreement | $ 0 |
| 542 | Temporary Warehouse Structures, LLC | Nikola Corporation | Rental Agreement | $ 0 |

**Nikola Corporation, *et. al.***
*Schedule of Executory Contracts with Cure Amounts*

| Ref # | Counterparty Name | Nikola Debtor Entity | Agreement Type | Cure Amount[1] |
|---|---|---|---|---|
| 543 | Tesoro Logistics Operations LLC | Nikola Corporation | Lease Agreement | $ 0 |
| 544 | Tetra Tech, Inc. | Nikola Corporation | Services Agreement | $ 32,352 |
| 545 | TForce Freight Inc | Nikola Properties LLC | Lease Agreement | $ 0 |
| 546 | The Board of Governors of The Colorado State University System | Nikola Corporation | Services Agreement | $ 0 |
| 547 | The Federal Group USA | Nikola Corporation | Supply Agreement | $ 0 |
| 548 | The QT Company | Nikola Corporation | License Agreement | $ 9,683 |
| 549 | The Truck People, Inc. | Nikola Corporation | Sales Agreement | $ 18,219 |
| 550 | Thompson Tractor Co Inc | Nikola Corporation | Services Agreement | $ 0 |
| 551 | Thompson Truck Center LLC | Nikola Corporation | Services Agreement | $ 0 |
| 552 | Tom's Truck Center, Inc. | Nikola Corporation | Dealer Agreement | $ 0 |
| 553 | Tom's Truck Center North County | Nikola Properties LLC | Lease Agreement | $ 49,747 |
| 554 | Toyota Motor North America Inc. | Nikola Corporation | Services Agreement | $ 0 |
| 555 | Transportation Research Center Inc. | Nikola Corporation | Lease Agreement | $ 9,916 |
| 556 | True North Instrument & Electrical Services | Nikola Corporation | Services Agreement | $ 0 |
| 557 | Turlock Tractor, Inc. | Nikola Corporation | Dealer Agreement | $ 0 |
| 558 | Tuxera US Inc | Nikola Corporation | Licensing Agreement | $ 0 |
| 559 | Universal Protection Service, LP | Nikola Corporation | Services Agreement | $ 50,085 |
| 560 | Unum Group | Nikola Corporation | Services Agreement | $ 0 |
| 561 | Us Army Combat Capabilities Development Command Ground Vehicle Systems Center | Nikola Corporation | Services Agreement | $ 0 |
| 562 | Userway Inc | Nikola Corporation | License Agreement | $ 0 |
| 563 | Vantage Cast Europe Srl | Nikola Corporation | Supply Agreement | $ 0 |
| 564 | VBH Technologies Inc | Nikola Corporation | Supply Agreement | $ 0 |
| 565 | Venair Inc | Nikola Corporation | Supply Agreement | $ 134,417 |
| 566 | Vernay Laboratories Inc | Nikola Corporation | Supply Agreement | $ 0 |
| 567 | Vic Pear Realty | Nikola Corporation | Lease Agreement | $ 0 |
| 568 | Visier, Inc. | Nikola Corporation | Services Agreement | $ 135,761 |

**Nikola Corporation, *et. al.***
*Schedule of Executory Contracts with Cure Amounts*

| Ref # | Counterparty Name | Nikola Debtor Entity | Agreement Type | Cure Amount[1] |
|---|---|---|---|---|
| 569 | Volvo Battery Solutions LLC | Nikola Corporation | Supply Agreement | $ 0 |
| 570 | Vorwerk Autotec | Nikola Corporation | Supply Agreement | $ 0 |
| 571 | VOSS Automotive GmbH | Nikola Corporation | Supply Agreement | $ 10,685 |
| 572 | VOSS Automotive GmbH [1] | Nikola Corporation | Supply Agreement | $ 0 |
| 573 | VOSS Automotive GmbH [1] | Nikola Corporation | Supply Agreement | $ 0 |
| 574 | Wabash Valley Resources LLC | Nikola Corporation | Purchase Agreement | $ 0 |
| 575 | Wabash Valley Resources LLC [1] | Nikola Corporation | Services Agreement | $ 0 |
| 576 | Wabco USA LLC | Nikola Corporation | Sale Agreement | $ 10,638 |
| 577 | Wabco USA LLC; ZF CV Systems North America LLC | Nikola Corporation | Supply Agreement; Amendment | $ 0 |
| 578 | Wabco USA LLC; ZF CV Systems North America LLC | Nikola Corporation | Supply Agreement | $ 0 |
| 579 | Wagner Equipment Co | Nikola Corporation | Services Agreement | $ 22,397 |
| 580 | Walbridge Aldinger LLC | Nikola Corporation | Contractor Agreement | $ 0 |
| 581 | Waukesha Metal Products | Nikola Corporation | Supply Agreement | $ 0 |
| 582 | WD Manor Mechanical Contractors Inc | Nikola Corporation | Services Agreement | $ 0 |
| 583 | Webasto Charging Systems Inc | Nikola Corporation | Test Agreement | $ 0 |
| 584 | Webasto Thermo & Comfort SE | Nikola Corporation | Supply Agreement | $ 0 |
| 585 | Weldex Corporation | Nikola Corporation | Supply Agreement | $ 0 |
| 586 | Westair Gases & Equipment, Inc. | Nikola Corporation | Supply Agreement | $ 788 |
| 587 | Williams Scotsman, Inc. | Nikola Corporation | Lease Agreement | $ 7,533 |
| 588 | Winn-Marion Companies | Nikola Corporation | Sale Agreement | $ 0 |
| 589 | Wittenstein Aerospace & Simulation ltd | Nikola Corporation | Licensing Agreement | $ 0 |
| 590 | Wittenstein Aerospace & Simulation ltd [1] | Nikola Corporation | Licensing Agreement | $ 0 |
| 591 | Xiao-Lin Yang | Nikola Corporation | Services Agreement | $ 0 |
| 592 | Yancey Bros. Company | Nikola Corporation | Services Agreement | $ 0 |
| 593 | ZF Active Safety and Electronics US LLC | Nikola Corporation | Supply Agreement | $ 0 |

**Nikola Corporation, *et. al.***
*Schedule of Executory Contracts with Cure Amounts*

| Ref # | Counterparty Name | Nikola Debtor Entity | Agreement Type | Cure Amount[1] |
|-------|-------------------|----------------------|----------------|------------------|
| 594 | ZF Gainesville LLC | Nikola Corporation | Trial Agreement | $ 0 |
| 595 | ZF North America, Inc. | Nikola Corporation | Trial Agreement | $ 1,013,164 |
| 596 | ZheJiang HongXin Technology Co.,LTD | Nikola Corporation | Supply Agreement | $ 9,701 |
| 597 | Ziegler Truck Group LLC | Nikola Corporation | Services Agreement | $ 59,487 |

Notes: (1) Cure amount represents the consolidated prepetition balance by vendor; counterparties with multiple contracts will only have one cure balance listed