# Exhibit B

OFFICIAL RECORDS OF
PINAL COUNTY RECORDER
Dana Lewis
Electronically Recorded

DATE/TIME:      06/29/2023  1441
FEE:            $30.00
PAGES:          6
FEE NUMBER:     2023-048131

PREPARED BY:
Kutak Rock LLP
1801 California Street, Suite 3000
Denver, CO 80202
Attention: Kelly G. Reynoldson, Esq.

TO BE RETURNED TO:
First American Title Insurance Company
2555 E. Camelback Road, Suite 350
Phoenix, AZ 85016
Attention: Kristin Brown

## MEMORANDUM OF GROUND LEASE

**THIS MEMORANDUM OF GROUND LEASE** (this "Memorandum") is executed effective as of June 29, 2023, by and between **STORE MASTER FUNDING XXXII, LLC**, a Delaware limited liability company ("Lessor"), whose address is 8377 E. Hartford Drive, Suite 100, Scottsdale, Arizona 85255, and **NIKOLA CORPORATION**, a Delaware corporation ("Lessee"), whose address is 4141 E. Broadway Road, Phoenix, Arizona 85040.

### Recitals

Lessor and Lessee entered into that certain Ground Lease Agreement (the "Lease") of even date herewith (the "Effective Date"), the terms, provisions and conditions of which are incorporated herein by this reference to the same extent as if recited in their entirety herein, whereby Lessor has leased to Lessee, and Lessee has rented and leased from Lessor, on and subject to the terms, provisions and conditions of the Lease, certain parcels of real property, including, without limitation, that certain real property, more particularly described in Exhibit A attached hereto and incorporated herein by this reference (the "Property"). The Lease is a ground lease, and the definition of Property specifically excludes all buildings, building improvements, fixtures, land improvements and other improvements (collectively, the "Improvements") now or hereafter located on the Property (whether or not affixed to the Property).  Unless otherwise expressly provided herein, all defined terms used in this Memorandum shall have the same meanings as are ascribed to such terms in the Lease.

NOW, THEREFORE, Lessor and Lessee hereby make specific reference to the following terms, provisions and conditions of the Lease:

1.      The term of the Lease commences as of the Effective Date and expires on June 30, 2122, unless extended as provided below or terminated sooner as provided in the Lease.

STORE / Nikola Corporation
Memorandum of Ground Lease
680 E. Houser Road, Coolidge, AZ 85128
File No. 7210/02-963.1

4883-8987-0182.1

2.    NOTICE IS HEREBY GIVEN THAT, EXCEPT AS EXPRESSLY PROVIDED IN THE LEASE, LESSEE IS NOT AUTHORIZED TO PLACE OR ALLOW TO BE PLACED ANY LIEN, MORTGAGE, DEED OF TRUST OR ENCUMBRANCE OF ANY KIND UPON ALL OR ANY PART OF THE PROPERTY , AND ANY SUCH PURPORTED TRANSACTION WHICH IS NOT EXPRESSLY PERMITTED BY THE LEASE, OR OTHERWISE APPROVED BY LESSOR SHALL BE VOID.   FURTHERMORE, ANY SUCH PURPORTED TRANSACTION SHALL BE DEEMED A TORTIOUS INTERFERENCE WITH LESSOR'S RELATIONSHIP WITH LESSEE AND LESSOR'S OWNERSHIP OF THE PROPERTY. The foregoing restriction shall not apply to the Improvements or Lessee's leasehold interest in the Property.

3.    Except as expressly provided in the Lease, Lessee may not assign its interest in the Lease in any manner whatsoever without the prior written consent of Lessor.  ANY SUCH PURPORTED TRANSACTION WHICH IS NOT EXPRESSLY PERMITTED BY THE LEASE, OR OTHERWISE APPROVED BY LESSOR SHALL BE VOIDABLE AT THE SOLE OPTION OF LESSOR.

4.    Unless the landlord, mortgagee or trustee under any ground lease, mortgage or trust deed, as applicable, now or hereafter placed on the Property by Lessor elects otherwise by notice given to Lessee, the Lease at all times shall automatically be subordinate to any and all the liens of any and all mortgages and trust deeds now or hereafter placed on the Property by Lessor, subject, however, to Lessee's rights regarding non-disturbance, attornment and recognition as set out in the Lease.

5.    The Lease is a "true lease"; the only relationship created thereby is that of landlord and tenant.  Lessee is not an agent, legal representative, partner, subsidiary, or employee of Lessor.  Lessor is not responsible for any of the debts, obligations or losses of Lessee.

6.    As more expressly provided in the Lease, Lessee has a purchase option, and a right of first offer to purchase the Property on the terms and conditions set forth in the Lease.

7.    Original copies of the Lease are in the possession of Lessor and Lessee.  The Lease contains other terms not herein set forth but which are incorporated by reference herein for all purposes, and this Memorandum is executed for the purpose of placing parties dealing with the Property on notice of the existence of the Lease and, where appropriate, its contents, and shall ratify and confirm all other terms of the Lease as fully as if the same had been set forth herein. Additional information concerning the terms of the Lease can be obtained by persons with a legitimate interest therein from Lessor or Lessee at the addresses set forth above.

8.    This Memorandum is intended for recording purposes only, and does not modify, supersede, diminish, add to or change all or any of the terms of the Lease in any respect.  To the extent that the terms hereof are inconsistent with the terms of the Lease, the terms of the Lease shall control.

9.    This Memorandum may be executed in one or more counterparts, each of which shall be deemed an original.

*[Remainder of page intentionally left blank; signature page(s) to follow]*

STORE / Nikola Corporation
Memorandum of Ground Lease
680 E. Houser Road, Coolidge, AZ 85128
File No. 7210/02-963.1

4883-8987-0182.1

IN WITNESS WHEREOF, the parties hereto have caused this Memorandum to be duly executed as of the Effective Date

**LESSOR:**

**STORE MASTER FUNDING XXXII, LLC**, a Delaware limited liability company

By _____

Name _____**Carla Thoman**_____
               **Vice President**

Title _____

STATE OF ARIZONA                    )
                                    ) ss
COUNTY OF MARICOPA                  )

The foregoing instrument was acknowledged before me on June 14, 20 23 by Carla Thoman, as Vice President of **STORE MASTER FUNDING XXXII, LLC**, a Delaware limited liability company, on behalf of the company

_____
Notary Public

My Commission Expires

6 | 15 | 2026
_____

HALEY MCHARDY
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMMISSION # 628795
MY COMMISSION EXPIRES
JUNE 15, 2026

STORE / Nikola Corporation
Memorandum of Ground Lease
680 E. Houser Road, Coolidge, AZ 85128
File No. 7210/02-963 1

4883-8987-0182 1



**LESSEE:**

**NIKOLA CORPORATION**, a Delaware corporation

By: _____

Name: _Anastasiya Pasterick_

Title: _Chief Financial Officer_

STATE OF _ARIZONA_ )
                     ) ss.
COUNTY OF _MARICOPA_ )

The foregoing instrument was acknowledged before me on _June 16th_, 2023 by _Anastasiya Pasterick_, as _Chief Finance Officer_ of **NIKOLA CORPORATION**, a Delaware corporation, on behalf of the corporation.

_____
Notary Public

My Commission Expires:

_01/06/2027_

MARIAH N. TAYLOR
Notary Public - State of Arizona
Maricopa County
Commission # 644147
My Commission Expires
January 06, 2027

STORE / Nikola Corporation
Memorandum of Ground Lease
680 E. Houser Road, Coolidge, AZ 85128
File No. 7210/02-963.1

4883-8987-0182.1

**EXHIBIT A**

**PROPERTY**
**(EXCLUDING ALL IMPROVEMENTS)**

**Street Address:** 680 E. Houser Road, Coolidge, AZ 85128

**Legal Description:**

Real property in the City of Coolidge, County of Pinal, State of Arizona, described as follows:

ALL OF SECTION 27, TOWNSHIP 7 SOUTH, RANGE 8 EAST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, PINAL COUNTY, ARIZONA, LYING EAST OF THE EAST RIGHT-OF-WAY LINE OF THE SOUTHERN PACIFIC RAILROAD;

EXCEPT THE NORTH 307 FEET; AND

EXCEPT THAT PORTION OF LAND CONVEYED TO THE NATURAL GAS SERVICE OF ARIZONA, AN ARIZONA CORPORATION, RECORDED IN DOCKET 101, PAGE 516, RECORDS OF PINAL COUNTY, ARIZONA; AND

EXCEPT THAT PARCEL OF LAND BEING SITUATED WITHIN THE EAST HALF OF SECTION 27, TOWNSHIP 7 SOUTH, RANGE 8 EAST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, PINAL COUNTY, ARIZONA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A FOUND DEPARTMENT OF THE INTERIOR BRASS CAP FLUSH ACCEPTED AS THE SOUTHEAST CORNER OF SAID SECTION 27 FROM WHICH A FOUND 5/8 INCH REBAR W/ 2 INCH ALUMINUM CAP W/ SECTIONAL MARKINGS ACCEPTED AS THE EAST QUARTER CORNER THEREOF BEARS NORTH 00°08'05" WEST, 2641.08 FEET;

THENCE SOUTH 89°35'45" WEST, 73.77 FEET ALONG THE SOUTH LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 27;

THENCE LEAVING SAID SOUTH LINE, NORTH 19°09'56" WEST, 693.78 FEET;

THENCE NORTH 00°08'05" WEST, 4318.71 FEET ALONG A LINE THAT IS PARALLEL WITH AND 300.00 FEET WEST OF THE EAST LINE OF SAID SECTION 27;

THENCE LEAVING SAID PARALLEL LINE, NORTH 89°41'08" EAST, 300.00 FEET ALONG A LINE THAT IS PARALLEL WITH AND 307.00 FEET SOUTH OF THE NORTH LINE OF THE NORTHEAST QUARTER OF SAID SECTION 27;

THENCE LEAVING LAST SAID PARALLEL LINE, SOUTH 00°08'05" EAST, 4975.17 FEET ALONG THE EAST LINE OF SAID SECTION 27 TO THE POINT OF BEGINNING;

EXCEPT FROM SAID PARCEL OF LAND, THE NORTH 75.00 FEET OF THE SOUTH 121.00 FEET OF THE WEST 75.00 FEET OF THE EAST 116.00 FEET OF THE SOUTHEAST QUARTER OF SAID SECTION 27;

A-1

STORE / Nikola Corporation
Memorandum of Ground Lease
680 E. Houser Road, Coolidge, AZ 85128
File No. 7210/02-963.1

EXCEPTING THEREFROM, THAT PORTION OF THE LAND CONVEYED TO GLOBAL WATER - PICHACHO COVE WATER COMPANY, INC., AN ARIZONA CORPORATION, MORE PARTICULARLY DESCRIBED IN SPECIAL WARRANTY DEED, RECORDED AS MAY 19, 2021 AS 2021-062601 OF OFFICIAL RECORDS AND MAY 19, 2021 AS 2021-062603 OF OFFICIAL RECORDS; AND

EXCLUDING THEREFROM ALL BUILDINGS, FIXTURES AND IMPROVEMENTS LOCATED ON THE LAND.



STORE / Nikola Corporation
Memorandum of Ground Lease
680 E. Houser Road, Coolidge, AZ 85128
File No. 7210/02-963.1

4883-8987-0182.1