# CERTIFICATE OF SERVICE

I, Kate Roggio Buck, do hereby certify that in addition to the notice and service provided through the Court's ECF system, on March 13, 2025, I caused a true and correct copy of the *Global Water's Objection to the Debtor's Motion for Entry of Interim and Final Orders (I) Approving Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures For Resolving Objections By Utility Companies, (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Services, and (IV) Granting Related Relief* to be served by email on:

Joshua D. Morse
Jonathan R. Doolittle
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, California 94111-5998
Email: joshua.morse@pillsburylaw.com,
jonathan.doolittel@pillsburylaw.com
*Debtors' Counsel*

Andrew V. Alfano
Caroline Tart
Chazz C. Coleman
PILLSBURY WINTHROP SHAW PITTMAN LLP
31 West 52nd Street
New York, New York 10019
Email: andrew.alfano@pillsburylaw.com,
caroline.tart@pillsburylaw.com, chazz.coleman@pillsburylaw.com
*Debtors' Counsel*

M. Blake Cleary
Brett M. Haywood
Maria Kotsiras
Shannon A. Forshay
Sarah R. Gladieux
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Email: bcleary@potteranderson.com, bhaywood@potteranderson.com,
mkotsiras@potteranderson.com, sforshay@potteranderson.com,
sgladieux@potteranderson.com
*Debtors' Counsel*

Timothy J. Fox, Jr.

Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, Delaware 19801
Email: timothy.fox@usdoj.gov

                                                    /s/ *Kate Roggio Buck.*
                                                    Kate Roggio Buck. (No. 5140)