## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nikola Corp., *et al.*[1] | Case No. 25-10258 (TMH) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Sullivan & Cromwell LLP and Landis Rath & Cobb LLP hereby appear as counsel for Iveco S.p.A. ("Iveco"), FPT Industrial S.p.A. ("FPT") and EVCO GmbH ("EVCO") in the above-captioned chapter 11 cases pursuant to rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby request that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders or other documents served, required to be served, filed or entered in these cases be delivered and served upon the undersigned attorneys at the following addresses, telephone and facsimile numbers and email addresses, and further request to be added to the master service list established in this case:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Nikola Corp. (registered to do business in California as Nikola Truck Manufacturing Corp.) (1153); Nikola Properties, LLC (3648); Nikola Subsidiary Corp. (1876); Nikola Motor Co., LLC (0193); Nikola Energy Co., LLC (0706); Nikola Powersports, LLC (6771); Free Form Factory, Inc. (2510); Nikola H2 2081 W Placentia Lane LLC (N/A); 4141 East Broadway Rd., LLC (N/A); and Nikola Desert Logistics LLC (N/A). The Debtors' headquarters are located at 4141 East Broadway Road, Phoenix, AZ 85040.

| | |
|---|---|
| Adam G. Landis | James L. Bromley (*pro hac pending*) |
| Joshua B. Brooks | **Sullivan & Cromwell LLP** |
| **Landis Rath & Cobb LLP** | 125 Broad Street |
| 919 Market Street, Suite 1800 | New York, NY 10004 |
| Wilmington, DE 19801 | Telephone: (212) 558-4000 |
| Telephone: (302) 467-4400 | Facsimile:  (212) 291-3588 |
| Facsimile: (302) 467-4450 | bromleyj@sullcrom.com |
| landis@lrclaw.com | |
| brooks@lrclaw.com | |

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that this appearance and demand for service is neither intended as, nor is it, (a) consent of any of Iveco, FPT or EVCO to jurisdiction of the Bankruptcy Court or venue in the District of Delaware, nor (b) a waiver of any rights of any of Iveco, FPT or EVCO, including but not limited to, (i) the rights of any of Iveco, FPT or EVCO to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) the rights of any of Iveco, FPT or EVCO to trial by jury in any proceedings so triable herein, or in any case, controversy or proceeding related hereto; (iii) the rights of any of Iveco, FPT or EVCO to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which any of Iveco, FPT or EVCO is or may be entitled under any agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments of any of Iveco, FPT or EVCO are expressly reserved.

| | |
|---|---|
| Dated: March 14, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Adam G. Landis*<br>Adam G. Landis (No. 3407)<br>Joshua B. Brooks (No. 6765)<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>         brooks@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>James L. Bromley (*pro hac vice pending*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: bromleyj@sullcrom.com<br><br>*Counsel for Iveco S.p.A., FPT Industrial S.p.A. and EVCO GmbH* |