**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Nikola Corp., *et al.* | Case No. 25-10258 (TMH) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of James L. Bromley, Esquire of Sullivan & Cromwell LLP to serve as counsel to Iveco S.p.A., FPT Industrial S.p.A. and EVCO GmbH in the above captioned case.

Dated: March 14, 2025
     Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Adam G. Landis*
Adam G. Landis (No. 3407)
919 Market Street, Suite 1800
Wilmington, DE  19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023.  I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: March 14, 2025

*/s/ James L. Bromley*
James L. Bromley, Esquire
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Email: bromleyj@sullcrom.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: March 17th, 2025
Wilmington, Delaware**

**THOMAS M. HORAN
UNITED STATES BANKRUPTCY JUDGE**