**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nikola Corp., *et al.*, | ) Case No. 25-10258 (TMH) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Re: Docket Nos. 7, 106 |

**NOTICE OF WITHDRAWAL OF OBJECTION OF ARIZONA PUBLIC SERVICE COMPANY AND SALT RIVER PROJECT TO THE DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) APPROVING FORM OF ADEQUATE ASSURANCE OF PAYMENT TO UTILITY COMPANIES, (II) ESTABLISHING PROCEDURES FOR RESOLVING OBJECTIONS BY UTILITY COMPANIES, (III) PROHIBITING UTILITY COMPANIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICES, AND (IV) GRANTING RELATED RELIEF**

Arizona Public Service Company and Salt River Project (collectively, the "Utilities") hereby withdraw their *Objection* (Docket No. 106) to the *Debtors' Motion For Entry of Interim and Final Orders (I) Approving Form of Adequate Assurance of Payment To Utility Companies, (II) Establishing Procedures For Resolving Objections By Utility Companies, (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Services, and (IV) Granting Related Relief* (Docket No. 7), pursuant to a settlement between the Utilities and the Debtors.

Dated: March 17, 2025         WHITEFORD, TAYLOR & PRESTON LLC

　　　　　　　　　　　　　　　　/s/ *William F. Taylor, Jr.*
　　　　　　　　　　　　　　　　William F. Taylor, Jr. (#2936)
　　　　　　　　　　　　　　　　600 North King Street, Suite 300
　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　Email: wtaylor@whitefordlaw.com

and

LAW FIRM OF RUSSELL R. JOHNSON III, PLC
Russell R. Johnson III (VSB No. 31468)
John M. Craig (VSB No. 32977)
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone: (804) 749-8861
E-mail:
russell@russelljohnsonlawfirm.com
john@russelljohnsonlawfirm.com

*Counsel for Arizona Public Service Company and Salt River Project*