**<u>EXHIBIT A</u>**

1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9    Nikola Corporation,                    No. CV-24-00563-PHX-SHD

10                  Plaintiff,              **ORDER**

11    v.

12    Trevor R Milton, et al.,

13                  Defendants.

14

15          The Court is in receipt of the Notice of Filing Bankruptcy, which notified the Court

16    that Plaintiff Nikola Corporation filed for Chapter 11 Bankruptcy in the U.S. Bankruptcy

17    Court for the District of Delaware, Case No. 25-10258-TMH.  (Doc. 78.)  Nikola filed for

18    bankruptcy after it commenced this action.  Nikola's interest in this cause of action is

19    therefore property of Nikola's bankruptcy estate.  *See Cusano v. Klein*, 264 F.3d 936, 945

20    (9th Cir. 2001); *In re Goldstein*, 526 B.R. 13, 21 (B.A.P. 9th Cir. 2015) ("Legal causes of

21    action are included within the broad scope of § 541 [of the Bankruptcy Code].  This

22    includes prepetition . . . causes of action based on contract." (citation omitted)).

23          Because the United States Trustee represents the bankruptcy estate, 11 U.S.C. § 323,

24    the Trustee, "being in a position to take control of the litigation by reason of the fact that

25    the cause of action has become a part of the estate, should have the opportunity to make

26    the choice which is most advantageous to the estate," including to intervene.  *Meyer v.*

27    *Fleming*, 327 U.S. 161, 165–67 (1946).

28          //

Accordingly,

**IT IS ORDERED** that Nikola shall, within **14 days of this Order**, file a notice of this pending case in its Chapter 11 Bankruptcy proceedings.  Nikola shall include this Order as an exhibit to the notice.

**IT IS FURTHER ORDERED** that the United States Trustee in the above Chapter 11 Bankruptcy proceeding may have until **March 31, 2025**, to intervene in this action, if the Trustee so chooses.

Dated this 4th day of March, 2025.



Honorable Sharad H. Desai
United States District Judge