## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Nikola Corp., *et al.*,[1] | Case No. 25-10258 (TMH) |
| Debtors. | (Jointly Administered) |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## NIKOLA CORPORATION
## (CASE NO. 25-10258)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Nikola Corporation (registered to do business in California as Nikola Truck Manufacturing Corporation) (1153); Nikola Properties, LLC (3648); Nikola Subsidiary Corporation (1876); Nikola Motor Company LLC (0139); Nikola Energy Company LLC (0706); Nikola Powersports LLC (6771); Free Form Factory Inc. (2510); Nikola H2 2081 W Placentia Lane LLC (N/A); 4141 E Broadway Road LLC (N/A); and Nikola Desert Logistics LLC (N/A).  The Debtors' headquarters are located at 4141 East Broadway Road, Phoenix, AZ 85040.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nikola Corp., *et al.*,[1] | Case No. 25-10258 (TMH) |
| Debtors. | (Jointly Administered) |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### General

Nikola Corp. ("Nikola"), and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), are filing their respective *Schedules of Assets and Liabilities* (each, a "Schedule," and collectively, the "Schedules") and *Statements of Financial Affairs* (each, a "Statement," and collectively with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for District of Delaware (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1007-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

These global notes and statements of limitations, methodology and disclaimers regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to, and referenced in connection with, any review of the Schedules and Statements.[2]

The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a stand-alone, unconsolidated basis.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Nikola Corporation (registered to do business in California as Nikola Truck Manufacturing Corporation) (1153); Nikola Properties, LLC (3648); Nikola Subsidiary Corporation (1876); Nikola Motor Company LLC (0139); Nikola Energy Company LLC (0706); Nikola Powersports LLC (6771); Free Form Factory Inc. (2510); Nikola H2 2081 W Placentia Lane LLC (N/A); 4141 E Broadway Road LLC (N/A); and Nikola Desert Logistics LLC (N/A). The Debtors' headquarters are located at 4141 East Broadway Road, Phoenix, AZ 85040.

[2] These Global Notes supplement, and are in addition to, any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors prepared these Global Notes with respect to any of the individual Debtor's Schedules and Statement and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate.

These Schedules and Statements neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that were available at the time of such preparation. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtors and their directors, managers, officers, agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements. In no event shall the Debtors or their directors, managers, officers, agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Schedules and Statements have been signed by Tom Okray, Chief Financial Officer of the Debtors, and an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Tom Okray and the authorized signatory for each of the Debtors have relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and other professionals. Given the scale of the Debtors' businesses, Tom Okray and the authorized signatory for each of the Debtors have not (and practically could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and Statements. Accordingly, the Schedules and Statements remain subject to further review and verification by the Debtors. The Debtors reserve their right to amend the Schedules and Statements from time-to-time as may be necessary or appropriate; provided, that the Debtors, their agents, and their advisors expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided herein or to notify any third party should the information be updated, modified, revised, or recategorized, except to the extent required by applicable law.

The Schedules, Statements, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors.

**Global Notes and Overview of Methodology**

1. **Description of the Cases.**  The Debtors commenced these voluntary cases under chapter 11 of the Bankruptcy Code on February 19, 2025 (the "Petition Date").[3]  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On February 20, 2025, the Court entered an order authorizing the joint administration of the chapter 11 cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 46].  On February 27, 2025, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an Official Committee of Unsecured Creditors pursuant to section 1102(a)(1) of the Bankruptcy Code (the "UCC") [Docket No. 96].  Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.  The asset information provided herein, except as otherwise noted, represents the asset and liability data of the Debtors as of close of business on February 18, 2025.

2. **Global Notes Control.**  Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.  In the event that the Schedules or Statements differ from any of the Global Notes, the Global Notes shall control.

3. **Reservation of Rights.**  Commercially reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate but do not undertake any obligation to do so, except as required by applicable law.  Nothing contained in the Schedules, Statements, or Global Notes shall constitute a waiver of rights with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, defenses, statutory or equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

   a. **No Admission.**  Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against any Debtors, any assertion made therein or herein, or a waiver of any of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

   b. **Claims Listing and Descriptions**.  The listing of a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules and Statements accordingly.  Any failure to designate a claim listed on the

---

[3] On March 19, 2025, the Debtors filed the *Amended Petition to Correct EIN* for the Debtor Nikola Motor Company LLC [Docket No. 201].

3

Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on their Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

c. **Recharacterization.** The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. Nevertheless, due to the complexity of the Debtors' businesses, the Debtors may not have accurately characterized, classified, categorized, or designated certain items and/or may have omitted certain items. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

d. **Classifications.** The listing of a claim (i) on Schedule D as "secured," (ii) on Schedule E/F as either "priority," or "unsecured priority," or (iii) listing a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection or otherwise. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken. Except as provided in an order of the Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

e. **Estimates and Assumptions.** To prepare these Schedules and Statements and report information on a legal entity basis, the Debtors were required to make certain reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities as of the Petition Date. Actual results could differ from such estimates. The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

f. **Causes of Action.** Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all rights with respect to any claim, controversy, demand, right, action, suit, obligation, liability, debt, account, defense, offset, power, privilege, license, lien,

4899-3612-6763.v2

indemnity, guaranty, interest, damage, remedy, cause of action, proceeding, agreement, or franchise of any kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, contingent or non-contingent, liquidated or unliquidated, secured or unsecured, assertable, directly or derivatively, matured or unmatured, suspected or unsuspected, whether arising before, on, or after the Petition Date, in contract, in tort, at law, in equity, or otherwise. Causes of action also include: (a) all rights of setoff, counterclaim, or recoupment and claims under contracts or for breaches of duties imposed by law or in equity; (b) any claim based on or relating to, or in any manner arising from, in whole or in part, tort, breach of contract, breach of fiduciary duty, violation of local, state, federal, or foreign law, or breach of any duty imposed by law or in equity, including, without limitation, securities laws, negligence, and gross negligence; (c) the right to object to or otherwise contest claims or interests; (d) claims pursuant to sections 362 or chapter 5 of the Bankruptcy Code; (e) such claims and defenses as fraud, mistake, duress, and usury, and any other defenses set forth in section 558 of the Bankruptcy Code; and (f) any avoidance actions arising under chapter 5 of the Bankruptcy Code or under similar local, state, federal, or foreign statutes and common law, including, without limitation, fraudulent transfer laws, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions, or in any way prejudice or impair the assertion of such claims or causes of action.

g. **Intellectual Property Rights.** Exclusion of certain intellectual property on the Statements and Schedules shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property on the Statements and Schedules shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

h. **Insiders.** The Debtors have attempted to include all payments made on or within twelve months before the Petition Date to any individual (and their relatives) or entity who, in the Debtors' good faith belief, may be deemed an "insider." As to each Debtor, an individual or entity is designated as an "insider" for the purposes of the Schedules and Statements if such individual or entity, based on the totality of the circumstances, has at least a controlling interest in, or exercises sufficient authority over, the Debtor so as to dictate corporate policy and the disposition of corporate assets. The Debtors have also considered the requirements of GAAP and Securities and Exchange Commission (the "SEC") reporting standards and their public disclosures with respect to designating certain individuals and entities as an "insider" herein.

5

The listing or omission of a party as an "insider" for the purposes of the Schedules and Statements is informational purposes and is not intended to be nor should be construed as an admission that those parties are insiders for purposes of section 101(31) of the Bankruptcy Code. Information regarding the individuals or entities listed as insiders in the Schedules and Statements may not be used for: (a) the purposes of determining (i) control of the Debtors; (ii) the extent to which any individual or entity exercised management responsibilities or functions; (iii) corporate decision-making authority over the Debtors; or (iv) whether such individual or entity (or the Debtors) could successfully argue that they are not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (b) any other purpose. Furthermore, certain of the individuals or entities identified as insiders may not have been insiders for the entirety of the twelve-month period before the Petition Date, but the Debtors have included them herein out of an abundance of caution. The Debtors reserve all rights with respect thereto.

4. **Methodology**

    a. **Basis of Presentation.**  For financial reporting purposes, the Debtors generally prepare consolidated financial statements, but provided financial information for each Debtor entity for the purpose of reporting their Schedules and Statements. Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that may be substantially different from financial information that would be prepared on a consolidated basis under GAAP. Therefore, these Schedules and Statements neither purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, these Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each separate Debtor. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

The Debtors attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the proper Debtor entity. However, due to limitations within Debtors' accounting systems, it is possible that not all assets, liabilities or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements. Accordingly, the Debtors reserve all rights to supplement and/or amend the Schedules and Statements in this regard.

Given, among other things, the uncertainty surrounding the collection, ownership, and valuation of certain assets and the amount and nature of certain liabilities, a Debtor may report more assets than liabilities. Such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time prior to or after the Petition Date. Likewise, a Debtor reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent on the Petition Date or at any time prior to or after the Petition Date. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value. The

4899-3612-6763.v2

Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

b. **Reporting Date.** Unless otherwise noted, the Schedules and Statements generally reflect the Debtors' books and records as of close of business on February 18, 2025, which represents the stub period immediately preceding the Petition Date.

c. **Confidentiality or Sensitive Information.** There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to concerns about the privacy of the Debtors' employees and vendors (*e.g.*, home addresses). The alterations will be limited to only what is necessary to protect the Debtor or the applicable third party. The Debtors may also be authorized or required to redact certain information from the public record pursuant to orders of the Court authorizing the Debtors to redact, seal, or otherwise protect such information from public disclosure.[4]

d. **Consolidated Entity Accounts Payable and Disbursement Systems.** Receivables and payables among the Debtors are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' unaudited books and records. As described more fully in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms; (II) Authorizing the Debtors' Banks to Honor All Related Payment Requests; and (III) Granting Related Relief* [Docket No. 11] (the "Cash Management Motion"), the Debtors operate an integrated cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated from their operations (the "Cash Management System"). The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts. The Cash Management System is supported by seven (7) bank accounts, all of which are owned and controlled by the Debtors.

The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission or conclusion regarding the allowance, classification, validity, or priority of such account or characterization of such balances as debt, equity, or otherwise. For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes.

In addition, certain of the Debtors act on behalf of other Debtors. Commercially reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation. Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non bankruptcy law, and nothing herein constitutes an admission that any

---

[4] Such as the *Order Authorizing Redaction of Certain Personal Identifying Information in the Consolidated List of Creditors and Other Filings* [Docket No.54].

4899-3612-6763.v2

Debtor entity or non-Debtor affiliate is an obligor with respect to any such payment. The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

e. **Duplication.** Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

f. **Net Book Value of Assets.** In many instances, current market valuations are not maintained by or readily available to the Debtors. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets. As such, unless otherwise indicated, net book values are as of close of business on February 18, 2025, which reflects the stub period immediately preceding the Petition Date. When necessary, the Debtors have indicated that the value of certain assets is "Unknown" or "Undetermined." The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. Amounts ultimately realized may vary materially from net book value (or other value so ascribed). Accordingly, the Debtors reserve all rights to amend, supplement, and adjust the asset values set forth in the Schedules and Statements. Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset. Nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date or any time prior to the Petition Date.

g. **Currency.** All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

h. **Payment of Prepetition Claims Pursuant to First Day Orders.** Following the Petition Date, the Court entered various orders authorizing the Debtors to, among other things, pay certain prepetition: (i) service fees and charges assessed by the Debtors' banks; (ii) insurance obligations; (iii) employee wages, salaries, and related items (including, but not limited to, employee benefit programs and supplemental workforce obligations); (iv) taxes and assessments; (v) customer program obligations; and (vi) critical vendor obligations (collectively, the "First Day Orders"). As such, outstanding liabilities may have been reduced by any Court-approved postpetition payments made on prepetition payables. Where and to the extent these liabilities have been satisfied, they are not listed in the Schedules and Statements, unless otherwise indicated. The Debtors reserve the right to update the Schedules and Statements to reflect payments made pursuant to an order of the Court (including the First Day Orders).

4899-3612-6763.v2

i.  **Other Paid Claims**.  To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Court approval.  To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

j.  **Leases.**  The Debtors have not included future obligations under any capital or operating leases in the Schedules and Statements.  To the extent there was an amount outstanding on account of such lease as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules.  In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, other property interests, and/or equipment from third party lessors for use in the daily operation of their business.  Any such prepetition obligations that are known to the Debtors have been listed on Schedule F, and the underlying lease agreements are listed on Schedule G.  Nothing in the Schedules and Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

k.  **Liens.**  The inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment, and the Debtors reserve all of their rights with respect to such liens (if any).

l.  **Allocation of Liabilities.**  The Debtors, in consultation with their advisors, have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtors reserve the right to amend and/or supplement the Schedules and Statements as they deem appropriate in this regard.

m.  **Totals.**  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined."  If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals.  The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.  To the extent a Debtor is a guarantor of debt held by another Debtor or non-Debtor affiliate, the amounts reflected in these Schedules are inclusive of each Debtor's guarantor obligations.

4899-3612-6763.v2

n. **Unliquidated Claim Amounts.**  Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

o. **Credits and Adjustments.**  The claims of individual creditors for, among other things, goods, products, services, and taxes are listed as the amounts entered on the Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, rebates, trade debits, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and postpetition payments, if applicable.  The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including but not limited to, the right to assert claims objections and/or setoffs with respect to the same.

p. **Claims of Third-Party Related Entities.**  While the Debtors have made every effort to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations thereto.  Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

**Specific Schedules Disclosures.**

**Part 1 – Cash and Cash Equivalents**

(a) **Schedule A/B-3 – Checking, Savings, or Other Financial Accounts, CDs, etc.**  Schedule A/B 3 lists bank account balances as of close of business on February 18, 2025. Further details with respect to the Debtors' cash management system and bank accounts are also provided in the Cash Management Motion and the *Final Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms; (II) Authorizing the Debtors' Banks to Honor All Related Payment Requests; and (III) Granting Related Relief* [Docket No. 169].

**Part 2 – Deposits and Prepayments**

(a) **Schedule A/B-7 – Deposits.**  The Debtors maintain certain deposits in the ordinary course of their business operations.  These deposits are included in the Schedules for the appropriate legal entity as of February 18, 2025.  The Debtors have exercised reasonable efforts to report the current value of any deposits.  The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding.  The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if deposits are incorrectly identified.  Certain prepaid or

10

amortized assets are not listed in Part 2 in accordance with the Debtors' accounting policies. The amounts listed in Part 2 do not necessarily reflect values that the Debtors will be able to collect or realize.

(b) **Schedule A/B-8 – Prepayments.** The Debtors are required to make prepayments from time to time with various vendors, landlords, and service providers as part of the ordinary course of business. The Debtors have exercised reasonable efforts to report the current value of any prepayments as of February 18, 2025. The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if deposits are incorrectly identified.

## Part 3 – Accounts Receivable

(a) **Schedule A/B-11 – Accounts Receivable.** Schedule A/B 11 includes accounts receivable as of February 18, 2025. The Debtors hold allowances for returns on its books that are not included in the accounts receivable amounts reflected. Any intercompany receivables are excluded in Schedule A/B 11 but are included in Schedule A/B 77.

## Part 4 – Investments

(a) **Schedule A/B-15 – Stock and Interests in Incorporated and Unincorporated Businesses.** Schedule A/B 15 includes the Debtors' wholly-owned subsidiary entities and minority equity interests in a non-controlled subsidiary. The value of the investment in Wabash Valley Resources Holdings LLC ("WVR"), may differ from what is recorded on the Debtors' books due to WVR's own accounting adjustments not captured in the Debtors' financials as of February 18, 2025.

## Part 5 – Inventory, excluding Agricultural Assets

(a) **Schedule A/B-19 – Raw Materials.** Raw materials include truck components and parts valued as of February 18, 2025.

(b) **Schedule A/B-20 – Work in Progress.** Work-in-progress includes trucks not ready to be sold and material for trucks still in production. Inventory is shown net of reserves and obsolete battery packs.

(c) **Schedule A/B-21 – Finished Goods, including Goods Held for Resale.** Inventory is valued as of the Petition Date and includes sellable trucks, hydrogen, and charging inventory. Inventory is shown net of reserves.

(d) **Schedule A/B-22 – Other Inventory and Supplies.** Schedule A/B 22 captures inventory on hand for service parts and tier 2 materials as of February 18, 2025. This balance is net of reserves for excess, obsolete, and net realizable value balances.

4899-3612-6763.v2

(e) **Schedule A/B-25 – Goods Purchased within 20 Days Prior to Filing Date.** The Debtors have made a good faith effort to quantify the value of goods received within 20 days prior to the Petition Date but reserve the right to revise this amount as they continue to review their books and records. This balance is not adjusted for any postpetition payments that may have been made with a vendor that delivered goods within 20 days prior to filing and also is not adjusted for any amounts of a 503(b)(9) claim waived by a vendor that delivered goods within 20 days prior to filing.

## Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles

**Schedules A/B-39 – Office Furniture, A/B-40 – Office Fixtures, A/B-41 – Office Equipment.** Dollar amounts are presented net of accumulated depreciation and other adjustments.

## Part 8 – Machinery, Equipment, and Vehicles

**Schedules A/B-47 – Automobiles, Schedules A/B-50 – Other Machinery, Fixtures, and Equipment.** The Debtors listed the value of their automobiles, machinery, fixtures and equipment as of February 18, 2025. These values are net of accumulated depreciation. Actual realizable values of the assets identified may vary significantly relative to net book values listed here. Schedule A/B 50 captures fuel cell test equipment, mobile refuelers, a hydrogen refueling station, and leased machinery/equipment.

## Part 9 – Real Property

The Debtors own the Coolidge manufacturing plant. Real property leases and leasehold interests are reflected at cost net of depreciation (as appropriate) on a straight-line basis over the estimated useful lives of the assets. Actual realizable values of the assets identified may vary significantly relative to net book values presented here.

## Part 10 – Intangibles and Intellectual Property

The Debtors review intangible assets having indefinite lives for impairment annually or when events or changes in circumstances indicate the carrying value of such assets might exceed their current fair values. An impairment test has not been conducted for the year-ended 2024 nor for the preparation of the Schedules and Statements, and therefore, the Debtors' intangible asset values are listed as undetermined. Additionally, the net book values of the Debtors' intangible assets may differ materially from fair market values. Certain of the patents listed are pending patent applications with the USPTO and abandoned patents.

**Part 11 – All Other Assets**

Dollar amounts are presented as of February 18, 2025, and do not reflect any potential impairments or other adjustments.  Additionally, the Debtors may receive refunds for sales and use taxes at various times throughout their fiscal year.  As of the Petition Date, certain of these amounts are unknown to the Debtors and, accordingly, may not be listed on Schedule A/B.

The Debtors are eligible to receive Advanced Clean Truck (ACT) Credits, Nox and PM Emissions Credits through the California Air Resources Board as well as GHG (Green-House Gas ($CO_2$)) Emissions Credits from the Environmental Protection Agency ("EPA").  These green energy credits are not reflected on the Debtors' books and records but are listed on Schedule A/B 77.

For tax purposes, all tax refunds and income tax receivables are recorded at Nikola Corp.

As of the Petition Date, $17.3MM sits in restricted cash at Nikola AG23 LLC (non-Debtor entity), which is reflected as a receivable on Nikola Corp.'s books and records.

**Specific Notes Regarding Schedule D**

Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable lease agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Schedule D does not include beneficiaries of letters of credit.  Although the claims of certain parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof, and not to the beneficiaries thereof.  The Debtors have not listed any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights.  The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown.

4899-3612-6763.v2

Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been listed on Schedule D.

**Specific Notes Regarding Schedule E/F**

(a) **Part 1 – Creditors with Priority Unsecured Claims.**  The listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code.  The Debtors reserve all of their rights to dispute the amount and/or priority status of any claim on any basis at any time.

Certain tax claims owing to various taxing authorities may be subject to on-going audits.  The Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the tax claims listed on Schedule E/F, Part 1.  Therefore, the Debtors have listed all such claims as undetermined in amount, pending resolution of on-going audits or other outstanding issues.

Pursuant to the *Orders (Interim and Final) (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Compensation, Employee Benefits, and Other Employee Obligations and (B) Continue Certain Employee Benefit Programs in the Ordinary Course; (II) Authorizing All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations; and (III) Granting Related Relief* [Docket Nos. 47 and 177] (the "Employee Wage Order"), the Debtors received authority to pay certain prepetition obligations, including, without limitation, obligations related to employee wages and other employee benefits, in the ordinary course of business.  Accordingly, the Debtors have not listed on Schedule E/F, Part 1 any wage or wage-related obligations for which the Debtors have been granted authority to pay pursuant to the Employee Wage Order or other order that may be entered by the Bankruptcy Court.  The Debtors believe that all such claims have been, or will be, satisfied in the ordinary course during their chapter 11 cases pursuant to the authority granted in the Employee Wage Order or other order that may be entered by the Bankruptcy Court.

(b) **Part 2 – Creditors with Nonpriority Unsecured Claims.**  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records.  The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute.  Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim. In addition, Schedule E/F, Part 2 does not include rejection damage claims of the counterparties to executory contracts and

14

unexpired leases that may have been or may be rejected, to the extent such damage claims exist.

Information regarding pending litigation involving the Debtors is listed and is marked as contingent, unliquidated, and disputed.

Trade payables listed on Schedule E/F, Part 2 contain the prepetition liability information available to the Debtors as of the Petition Date. Schedule E/F, Part 2 is inclusive of certain prepetition balances that were paid subsequent to the Petition Date related to prepetition obligations pursuant to the *Orders (Interim and Final) (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Trade Claimants, Lienholder Claims, and 503(b)(9) Claims; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief* [Docket Nos. 55 and 178] (the "Vendor Order").

### Specific Notes Regarding Schedule G

While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and although commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend or to supplement Schedule G as necessary. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

Contracts and leases listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements only for the Debtor entity that signed the original umbrella or master agreement. Other Debtors, however, may be liable together with such Debtor on account of such agreements and the Debtors reserve all rights to amend the Schedules to reflect changes regarding the liabilities of the Debtors with respect to such agreements, if appropriate. The master service agreements or other ancillary documents have been listed in Schedule G, but such listing does not

reflect any decision by the Debtors as to whether such agreements are executory in nature.

Certain of the agreements listed on Schedule G may have been entered into by or on behalf of more than one of the Debtors. Additionally, the specific Debtor obligor(s) to certain of the agreements could not be specifically ascertained in every circumstance. In such cases, the Debtors have made reasonable efforts to identify the correct Debtors' Schedule G on which to list the agreement, and where a contract party remained uncertain, such agreements may have been listed on a different Debtor's Schedule G.

In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

In some cases, the Debtors may have inadvertently listed the incorrect Debtor party. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

In the ordinary course of business, the Debtors may have entered into confidentiality agreements and non-disclosure agreements which, to the extent that such confidentiality agreements constitute executory contracts, are not listed individually on Schedule G. To the extent that any confidentiality agreements are listed individually on Schedule G, such confidentiality agreements do not constitute executory contracts to which the Debtors are bound.

The Debtors are still in the process of collecting the addresses of all counterparties to such executory contracts and unexpired leases. The Debtors will continue to compile addresses to send the notice of the bar date for the filing of proofs of claims in these chapter 11 cases.

## Specific Notes Regarding Schedule H

**Co-Debtors.** In the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified or such guarantees are discovered to have expired or become unenforceable.

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary course of business transactions. These matters may involve multiple plaintiffs and defendants, some or all

4899-3612-6763.v2

of whom may assert cross-claims and counter-claims against other parties. Because such claims are contingent, disputed, and/or unliquidated, such claims have not been set forth on Schedule H. However, some such claims may be listed elsewhere in the Schedules and Statements.

## Specific Statements Disclosures

(a) **Question 1 – Income from Operations.** The values reflected in Part 1, Question 1 are presented on an accrual basis and not on a cash basis.

(b) **Question 2 – Non-Business Revenue.** Non-business revenue includes such items as the sale of JV entity, interest income, program rebates/credits, gain on sale of intellectual property, and other income. This is reflected on an accrual basis and not a cash basis.

(c) **Question 3 – Payments or Transfers to Creditors.** Payments to bankruptcy professionals are listed separately in Part 6, Question 11.

(d) **Question 4 – Payments or Transfers to Insiders.** The information reported on Question 4 is representative of the total payments made to insiders on behalf of multiple Debtor entities during the one year prior to the Petition Date. For the avoidance of doubt, Question 4 may include payments to individuals who may have been insiders at the time they were employed by the Company but are no longer employed by the Company. The restricted stock units ("RSUs") included in Question 4 are equal to the value of the stock units and does not represent actual cash value.

(e) **Question 11 – Payments or Transfers to Bankruptcy Professionals.** The information reported on Question 11 includes duplicative payments made to the Debtor professionals on February 18, 2025. These payments were made erroneously and have since been refunded back to the Debtors.

(f) **Question 16 – Customer PII.** The Debtors collect a limited amount of information about customers and their representatives in the ordinary course. Examples of the types of information collected by the Debtors include, among other things, customer names, banking information, billing addresses, mailing addresses, telephone numbers, and e-mail addresses.

(g) **Question 17 – Employee Benefit Plans.** All benefit plans for the Debtors' employees, including 401(k) plans, are administered by Nikola Subsidiary Corporation.

(h) **Question 26 – Issuance of Financial Statements.** The Debtors have routinely provided financial information to banks, customers, suppliers, tax and government authorities, landlords, potential investors, and other financial institutions in the ordinary course of their business.

(i) **Question 27 – Inventories of the Debtors' Property.** Physical inventories are taken periodically by the Debtors. During the last two years prior to the Petition Date, the

17

Debtors conducted three inventories at all Nikola Corporation locations.    Further information regarding the Debtors' inventories is available upon request.

(j) **Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.**    Refer to the Methodology section regarding all payments to insiders (Question 4).

18

**Fill in this information to identify the case:**

Debtor    Nikola Corporation

United States Bankruptcy Court for the:    Delaware

Case number    25-10258
(if known)

☐ Check if this is an
    amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
        $251,215,517.05

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
        $439,553,760.66

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
        $690,769,277.71

---

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .
    $2,441,942.32

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .
        $28,665.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . . .
        **+**    $166,644,742.61

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b
    $169,115,349.93

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Nikola Corporation |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 25-10258 |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    CASH AND CASH EQUIVALENTS

**1.    DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2.    CASH ON HAND**
   **NONE**

**3.    CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
   *(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BANK OF AMERICA | INTEREST BEARING | 0842 | $0.00 |
| 3.2. | BANK OF AMERICA | INTEREST BEARING | 3575 | $37,371,141.24 |
| 3.3. | BANK OF AMERICA | INTEREST BEARING | 3915 | $0.00 |
| 3.4. | BANK OF AMERICA | OPERATING | 5945 | $7,358,496.28 |
| 3.5. | BANK OF AMERICA | ZBA (PAYROLL) | 5961 | $0.00 |
| 3.6. | BANK OF AMERICA | ZBA (RSU TAX W/H) | 5958 | $0.00 |
| 3.7. | CITI | ATM SWEEP ACCOUNT | 4473 | $0.00 |

**4.    OTHER CASH EQUIVALENTS**
   **NONE**

| 5 | Total of Part 1.<br>ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $44,729,637.52 |
|---|---|---|

### Part 2:    DEPOSITS AND PREPAYMENTS

**6.    DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**7.    DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| | | |
|---|---|---|
| 7.1. | CONTRACT LABOR DEPOSIT - ALTEN TECHNOLOGY USA, INC. | $57,000.00 |
| 7.2. | CONTRACT LABOR DEPOSIT - GLOBALIZATION PARTNERS | $84,563.94 |
| 7.3. | CONTRACT LABOR DEPOSIT - MICHAEL SCHAFER | $15,000.00 |
| 7.4. | INVENTORY PARTS DEPOSIT - AMPHENOL TECHNICAL PRODUCTS INTERNATIONAL CO | $207,062.97 |
| 7.5. | INVENTORY PARTS DEPOSIT - AVNET, INC | $72,562.72 |
| 7.6. | INVENTORY PARTS DEPOSIT - COMMERCIAL VEHICLE GROUP, INC | $29,252.50 |
| 7.7. | INVENTORY PARTS DEPOSIT - ENGINEERED MACHINED PRODUCTS, INC | $28,080.00 |
| 7.8. | INVENTORY PARTS DEPOSIT - FACIL NORTH AMERICA, INC | $2,228.00 |
| 7.9. | INVENTORY PARTS DEPOSIT - HANGZHOU PAISHUN RUBBER AND PLASTIC CO., LTD. | $6,977.00 |
| 7.10. | INVENTORY PARTS DEPOSIT - IDNEO TECHNOLOGIES S. A. U. | $159,130.72 |
| 7.11. | INVENTORY PARTS DEPOSIT - JULIAN ELECTRICAL SERVICE AND ENGINEERING, INC. | $219,686.45 |
| 7.12. | INVENTORY PARTS DEPOSIT - LEGACY COMPONENTS LLC. | $2,734.59 |
| 7.13. | INVENTORY PARTS DEPOSIT - MACK TRUCKS, INC. | $1,290,600.00 |
| 7.14. | INVENTORY PARTS DEPOSIT - NEWARK CORPORATION | $121.88 |
| 7.15. | INVENTORY PARTS DEPOSIT - PEKTRON SEV LIMITED | $1,019,770.39 |
| 7.16. | INVENTORY PARTS DEPOSIT - POWER-PACKER EUROPE BV | $98,832.84 |
| 7.17. | INVENTORY PARTS DEPOSIT - SENSATA TECHNOLOGIES INC | $1,784.82 |
| 7.18. | INVENTORY PARTS DEPOSIT - TORADEX, INC. | $36,025.00 |
| 7.19. | INVENTORY PARTS DEPOSIT - TTI INC | $4,178.10 |
| 7.20. | INVENTORY PARTS DEPOSIT - VARITRONIX UK LIMITED | $479,137.27 |
| 7.21. | INVENTORY PARTS DEPOSIT -VOSS AUTOMOTIVE, INC | $50,000.00 |
| 7.22. | LEASE SECURITY DEPOSIT - ALBANY ROAD-QUATTRO, LLC | $26,122.07 |
| 7.23. | LEASE SECURITY DEPOSIT - BLACKWOLF RUN HOLDINGS LTD. | $11,000.00 |
| 7.24. | LEASE SECURITY DEPOSIT - DIRT DOGS HOLDING LLC | $40,000.00 |
| 7.25. | LEASE SECURITY DEPOSIT - FONTANA REDWOOD PROPERTIES, LLC | $24,634.00 |
| 7.26. | LEASE SECURITY DEPOSIT - GENCELL INC | $13,500.00 |
| 7.27. | LEASE SECURITY DEPOSIT - GTL LEASING | $105,600.00 |
| 7.28. | LEASE SECURITY DEPOSIT - HEM HOLDINGS LLC | $50,000.00 |
| 7.29. | LEASE SECURITY DEPOSIT - KODASH, INC. | $19,250.00 |
| 7.30. | LEASE SECURITY DEPOSIT - MAINSPRING COTTON CENTER LLC | $19,274.40 |
| 7.31. | LEASE SECURITY DEPOSIT - MITSUBISHI HC CAPITAL AMERICA, INC. | $1,250,000.00 |
| 7.32. | LEASE SECURITY DEPOSIT - OTAY TRUCK PARKING, L.P. | $51,438.08 |
| 7.33. | LEASE SECURITY DEPOSIT - PERFORMANCE COURT QOZB, LLC | $47,039.61 |
| 7.34. | LEASE SECURITY DEPOSIT - POWER HOLDINGS, LLC | $50,000.00 |
| 7.35. | LEASE SECURITY DEPOSIT - RAIL PROP LLC | $120,000.00 |
| 7.36. | LEASE SECURITY DEPOSIT - SFS HERITAGE PARK, LLC | $16,327.59 |
| 7.37. | LEASE SECURITY DEPOSIT - SOF-XII U.S. NRE HOLDINGS, L.P. | $23,558.23 |
| 7.38. | LEASE SECURITY DEPOSIT - TFORCE FREIGHT, INC. | $150,000.00 |
| 7.39. | LEASE SECURITY DEPOSIT - WESCO DISTRIBUTION INC. | $5,360.00 |
| 7.40. | NON-COMMENCED LEASE DEPOSIT - AIR WATER AMERICA INC. | $1,165,636.00 |
| 7.41. | NON-COMMENCED LEASE DEPOSIT - CHART INC. | $2,256,750.00 |
| 7.42. | NON-COMMENCED LEASE DEPOSIT - TAYLOR-WHARTON AMERICA INC. | $5,986,094.00 |

| | Current value of debtor's interest |
|---|---|
| **7.** | **DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS** | |

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| | | |
|---|---|---|
| 7.43. | OTHER DEPOSIT - BRUSA HYPOWER AG | $3,036.42 |
| 7.44. | OTHER DEPOSIT - EPIQ SYSTEMS ACQUISITION INC | $75,000.00 |
| 7.45. | OTHER DEPOSIT - J.B. HUNT TRANSPORT, INC. | $161,538.48 |
| 7.46. | OTHER DEPOSIT - LINDE INC. | $781,767.79 |
| 7.47. | OTHER DEPOSIT - M-III ADVISORY PARTNERS, LP | $750,000.00 |
| 7.48. | OTHER DEPOSIT - PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | $1,000,000.00 |
| 7.49. | OTHER DEPOSIT - PILLSBURY WINTHROP SHAW PITTMAN LLP | $1,272,811.05 |
| 7.50. | OTHER DEPOSIT - PILOT TRAVEL CENTERS LLC | $180,000.00 |
| 7.51. | OTHER DEPOSIT - POTTER ANDERSON CORROON LLP | $267,380.00 |
| 7.52. | OTHER DEPOSIT - PROVITES GEAR SYSTEMS INC. | $124,425.00 |
| 7.53. | OTHER DEPOSIT - QUINN COMPANY | $42,000.00 |
| 7.54. | OTHER DEPOSIT - SOUTHWEST GAS CORPORATION | $300,107.00 |
| 7.55. | OTHER DEPOSIT - WEX HEALTH, INC. | $5,000.00 |
| 7.56. | PROTOTYPE PARTS DEPOSIT - MICHAEL MIHALKA | $42,792.50 |
| 7.57. | SECURITY DEPOSIT - CSC LEASING COMPANY | $24,656.00 |
| 7.58. | SECURITY DEPOSIT - FIRST-CITIZENS BANK & TRUST COMPANY | $2,294.72 |
| 7.59. | SECURITY DEPOSIT - HELLMANN WORLDWIDE LOGISTICS INC | $500,000.00 |
| 7.60. | UTILITY DEPOSIT - SALT RIVER PROJECT | $137,956.00 |

| | |
|---|---|
| **8.** | **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** |

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|---|---|---|
| 8.1. | PREPAID LEASE - OTAY TRUCK PARKING, L.P. | $52,435.62 |
| 8.2. | PREPAID FEDERAL EXCISE TAX - INTERNAL REVENUE SERVICE | $140,787.96 |
| 8.3. | PREPAID INSURANCE - AMERICAN CASUALTY COMPANY OF READING, PA | $258,063.35 |
| 8.4. | PREPAID INSURANCE - FIRST INSURANCE FUNDING | $2,272,257.36 |
| 8.5. | PREPAID INSURANCE - IMA, INC. | $132,041.11 |
| 8.6. | PREPAID INSURANCE - RISING CREEK ENTERPRISES, INC. | $27,822.88 |
| 8.7. | PREPAID LEASE - AIR WATER AMERICA, INC. | $10,297.76 |
| 8.8. | PREPAID LEASE - BLACKWOLF RUN HOLDING LTD | $24,406.32 |
| 8.9. | PREPAID LEASE - CHART, INC. | $8,508.35 |
| 8.10. | PREPAID LEASE - CSC LEASING COMPANY | $2,254.16 |
| 8.11. | PREPAID LEASE - FONTANA REDWOOD PROPERTIES, LLC | $1,114.80 |
| 8.12. | PREPAID LEASE - GENERATIONS' ENTERPRISE, INC. | $2,517.87 |
| 8.13. | PREPAID LEASE - HEM HOLDINGS LLC | $1,655.68 |
| 8.14. | PREPAID LEASE - KODASH, INC. | $1,118.39 |
| 8.15. | PREPAID LEASE - PERFORMANCE COURT QOZB, LLC | $4,217.05 |
| 8.16. | PREPAID LEASE - PLUG POWER, INC. | $32,061.78 |
| 8.17. | PREPAID LEASE - POWER HOLDINGS, LLC | $5,984.69 |
| 8.18. | PREPAID LEASE - RAIL PROP LLC | $4,865.73 |
| 8.19. | PREPAID LEASE - SEACLIFF QUATRO LLC | $2,774.22 |
| 8.20. | PREPAID LEASE - SOF-XII U.S. NRE HOLDINGS, L.P. | $2,530.32 |
| 8.21. | PREPAID LEASE - TFORCE FREIGHT, INC. | $7,843.49 |

|  | Current value of debtor's interest |
|---|---|

**8.    PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|---|---|---|
| 8.22. | PREPAID LEASE - TOM'S TRUCK CENTER, INC. | $2,594.33 |
| 8.23. | PREPAID MEMBERSHIP - CALIFORNIA CARB | $4,043.91 |
| 8.24. | PREPAID MEMBERSHIP - CALIFORNIA HYDROGEN BUSINESS COUNCI | $3,683.04 |
| 8.25. | PREPAID MEMBERSHIP - HARBOR TRUCKING ASSOCIATION | $1,130.95 |
| 8.26. | PREPAID SERVICES - ADOT | $4,302.72 |
| 8.27. | PREPAID SERVICES - AMERICAN CHEMISTRY COUNCIL | $3,755.16 |
| 8.28. | PREPAID SERVICES - ARIZONA TRUCKING ASSOCIATION, INC. | $94,390.03 |
| 8.29. | PREPAID SERVICES - COMPUNET, INC. | $18,057.21 |
| 8.30. | PREPAID SERVICES - CT CORPORATION SYSTEM | $8,587.77 |
| 8.31. | PREPAID SERVICES - JULIA STEYN | $35,357.14 |
| 8.32. | PREPAID SERVICES - NAVEX GLOBAL INC. | $3,205.33 |
| 8.33. | PREPAID SERVICES - SIEMENS INDUSTRY INC | $15,134.89 |
| 8.34. | PREPAID SERVICES - U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | $8,714.28 |
| 8.35. | PREPAID SOFTWARE - AMADA AMERICA, INC. | $2,769.64 |
| 8.36. | PREPAID SOFTWARE - ANNATA DYNAMICS USA INC | $29,353.07 |
| 8.37. | PREPAID SOFTWARE - AON CONSUTLING INC | $4,464.27 |
| 8.38. | PREPAID SOFTWARE - AUTODESK, INC. | $16,624.73 |
| 8.39. | PREPAID SOFTWARE - BLACKLINE SYSTEMS, INC. | $5,133.94 |
| 8.40. | PREPAID SOFTWARE - BLOOMBERG INDUSTRY GROUP, INC. | $848.69 |
| 8.41. | PREPAID SOFTWARE - BRIGHTFLAG INC | $13,651.59 |
| 8.42. | PREPAID SOFTWARE - CC PROPERTY INVESTMENTS, LLC | $20,268.93 |
| 8.43. | PREPAID SOFTWARE - CENIT NORTH AMERICA INC. | $278,132.47 |
| 8.44. | PREPAID SOFTWARE - CISION US INC. | $876.86 |
| 8.45. | PREPAID SOFTWARE - CLARINOX TECHNOLOGIES PTY LTD | $3,558.30 |
| 8.46. | PREPAID SOFTWARE - CPRIME, INC. | $8,303.60 |
| 8.47. | PREPAID SOFTWARE - DARKTRACE HOLDINGS LIMITED | $112,010.46 |
| 8.48. | PREPAID SOFTWARE - DASSAULT SYSTEMES AMERICAS CORP | $19,115.05 |
| 8.49. | PREPAID SOFTWARE - DESIGN & SOFTWARE INTERNATIONAL INC | $661.90 |
| 8.50. | PREPAID SOFTWARE - DIGABIT INC. | $31,617.32 |
| 8.51. | PREPAID SOFTWARE - DILIGENT CORPORATION | $7,060.14 |
| 8.52. | PREPAID SOFTWARE - DUN & BRADSTREET, INC. | $597.80 |
| 8.53. | PREPAID SOFTWARE - EAC DESIGN, INC | $7,323.08 |
| 8.54. | PREPAID SOFTWARE - ENERFORM SOLUTIONS | $12,000.00 |
| 8.55. | PREPAID SOFTWARE - EXPERLOGIX LLC | $48,591.69 |
| 8.56. | PREPAID SOFTWARE - FIRMEX | $13,578.20 |
| 8.57. | PREPAID SOFTWARE - GITLAB INC. | $7,009.71 |
| 8.58. | PREPAID SOFTWARE - GOENGINEER | $5,558.02 |
| 8.59. | PREPAID SOFTWARE - HEXAGON MANUFACTURING INTELLIGENCE | $3,044.20 |
| 8.60. | PREPAID SOFTWARE - HOTTINGER BRUEL & KJAER INC | $1,220.50 |
| 8.61. | PREPAID SOFTWARE - HUBSPOT, INC. | $36,353.85 |
| 8.62. | PREPAID SOFTWARE - ICIMS, INC. | $39,432.14 |

|  | Current value of debtor's interest |
|---|---|

**8.  PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|---|---|---|
| 8.63. | PREPAID SOFTWARE - ILLUMITI CORP. | $1,202,590.01 |
| 8.64. | PREPAID SOFTWARE - INSIGHT DIRECT USA INC | $2,846.31 |
| 8.65. | PREPAID SOFTWARE - J.J. KELLER & ASSOCIATES, INC | $2,587.71 |
| 8.66. | PREPAID SOFTWARE - JAMA SOFTWARE INC | $148,422.44 |
| 8.67. | PREPAID SOFTWARE - LEANIX, INC. | $2,828.12 |
| 8.68. | PREPAID SOFTWARE - LINKEDIN CORPORATION | $8,578.61 |
| 8.69. | PREPAID SOFTWARE - LOGICMONITOR, INC. | $22,351.27 |
| 8.70. | PREPAID SOFTWARE - LUCID SOFTWARE INC. | $62,568.03 |
| 8.71. | PREPAID SOFTWARE - MAYA SIMULATION TECHNOLOGIES LTD | $90,901.69 |
| 8.72. | PREPAID SOFTWARE - MUCK RACK LLC | $4,906.87 |
| 8.73. | PREPAID SOFTWARE - NATIONAL INSTRUMENTS CORPORATION | $2,320.52 |
| 8.74. | PREPAID SOFTWARE - NETBASE SOLUTIONS INC | $20,957.26 |
| 8.75. | PREPAID SOFTWARE - OASIS SALES, INC. | $117,319.04 |
| 8.76. | PREPAID SOFTWARE - OPEN MIND TECHNOLOGIES USA INC | $1,395.14 |
| 8.77. | PREPAID SOFTWARE - ORACLE AMERICA, INC. | $3,293.06 |
| 8.78. | PREPAID SOFTWARE - PERSEFONI AI INC | $3,674.46 |
| 8.79. | PREPAID SOFTWARE - R.L. POLK & CO | $14,032.86 |
| 8.80. | PREPAID SOFTWARE - ROBINHOOD MARKETS INC | $7,261.88 |
| 8.81. | PREPAID SOFTWARE - SAE INTERNATIONAL | $13,851.00 |
| 8.82. | PREPAID SOFTWARE - SAP AMERICA, INC. | $182,479.88 |
| 8.83. | PREPAID SOFTWARE - SERRALA AMERICAS, INC. | $8,230.40 |
| 8.84. | PREPAID SOFTWARE - SERRALA US, INC. | $31,062.20 |
| 8.85. | PREPAID SOFTWARE - SILICONEXPERT TECHNOLOGIES, INC. | $3,878.57 |
| 8.86. | PREPAID SOFTWARE - SMARTSHEET INC. | $15,668.55 |
| 8.87. | PREPAID SOFTWARE - SOFTCHOICE CORPORATION | $42,252.51 |
| 8.88. | PREPAID SOFTWARE - SYNTAX SYSTEMS USA, LP | $197,569.44 |
| 8.89. | PREPAID SOFTWARE - SYSTEM LEVEL SIMULATION | $6,341.09 |
| 8.90. | PREPAID SOFTWARE - TANGO ANALYTICS, LLC | $3,903.78 |
| 8.91. | PREPAID SOFTWARE - TASKING US OPERATIONS, INC. | $50,142.22 |
| 8.92. | PREPAID SOFTWARE - TATA TECHNOLOGIES, INC. | $53,761.81 |
| 8.93. | PREPAID SOFTWARE - TECHNIA INC. | $8,533.39 |
| 8.94. | PREPAID SOFTWARE - THE MATHWORKS, INC. | $310,383.11 |
| 8.95. | PREPAID SOFTWARE - THE QT COMPANY | $5,833.04 |
| 8.96. | PREPAID SOFTWARE - THE SMART CUBE, INC. | $6,898.79 |
| 8.97. | PREPAID SOFTWARE - VECTOR NORTH AMERICA INC. | $11,255.42 |
| 8.98. | PREPAID SOFTWARE - VENA SOLUTIONS USA INC | $93,072.18 |
| 8.99. | PREPAID SOFTWARE - VULTARA INC | $7,577.38 |
| 8.100. | PREPAID SOFTWARE - WEBCAST PLUS LLC | $5,369.57 |
| 8.101. | PREPAID SOFTWARE - WOLFSSL, INC. | $18,154.73 |
| 8.102. | PREPAID SOFTWARE - WORKIVA INC. | $45,767.58 |

| 9 | **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $27,735,575.85 |
|---|---|---|

## Part 3:    ACCOUNTS RECEIVABLE

**10. DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☒ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|
| **11. ACCOUNTS RECEIVABLE** |  |  |  |
| FACE AMOUNT - 90 DAYS OR LESS | $26,902,273.12 <br> face amount | - $0.00 <br> doubtful or uncollectable accounts   = → | $26,902,273.12 |
| FACE AMOUNT - OVER 90 DAYS | $7,527,268.91 <br> face amount | - $0.00 <br> doubtful or uncollectable accounts   = → | $7,527,268.91 |

| 12 | **Total of Part 3.** CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | $34,429,542.03 |
|---|---|---|

## Part 4:    INVESTMENTS

**13. DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.
☒ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** |  |  |
| NAME OF FUND OR STOCK: |  |  |

**15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | | % of ownership | | Current value of debtor's interest |
|---|---|---|---|---|
| 15.1. | 4141 E BROADWAY ROAD LLC | 100% | | UNKNOWN |
| 15.2. | CAMIONS NIKOLA INC. | 100% | | UNKNOWN |
| 15.3. | FREE FORM FACTORY INC. | 100% | | UNKNOWN |
| 15.4. | NIKOLA AG23 LLC | 100% | | UNKNOWN |
| 15.5. | NIKOLA DESERT LOGISTICS LLC | 100% | | UNKNOWN |
| 15.6. | NIKOLA GMBH | 100% | | UNKNOWN |
| 15.7. | NIKOLA MOTORS CANADA | 100% | | UNKNOWN |
| 15.8. | NIKOLA POWERSPORTS LLC | 100% | | UNKNOWN |
| 15.9. | NIKOLA PROPERTIES, LLC | 100% | | UNKNOWN |
| 15.10. | NIKOLA SUBSIDIARY CORPORATION | 100% | | UNKNOWN |
| 15.11. | NIKOLA TRUCK MANUFACTURING CORP. | 100% | | UNKNOWN |
| 15.12. | ROMEO POWER, INC. | 100% | | UNKNOWN |
| 15.13. | WABASH VALLEY RESOURCES HOLDINGS LLC | 20% | RECORDED AT COST METHOD PLUS ABSORPTION OF INVESTEE GAINS AND LOSSES | REDACTED |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **16.** | **GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1** | | |
| | DESCRIBE: | | |
| **17** | **Total of Part 4.** ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | | UNDETERMINED |

| Part 5: | INVENTORY, EXCLUDING AGRICULTURE ASSETS |
|---|---|

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**
☐ No. Go to Part 6.
☒ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **19.** | **RAW MATERIALS** | | | | |
| 19.1. | TRUCK COMPONENTS AND PARTS | JANUARY 2025 | $29,638,133.97 | NET BOOK VALUE | $29,638,133.97 |
| **20.** | **WORK IN PROGRESS** | | | | |
| 20.1. | TRUCKS IN PROCESS NOT YET SELLABLE | JANUARY 2025 | $2,378,502.87 | NET BOOK VALUE | $2,378,502.87 |
| **21.** | **FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| 21.1. | SELLABLE TRUCKS, HYDROGEN, AND CHARGING INVENTORY | JANUARY 2025 | $45,145,350.38 | NET BOOK VALUE | $45,145,350.38 |
| **22.** | **OTHER INVENTORY OR SUPPLIES** | | | | |
| 22.1. | SERVICE PARTS | JANUARY 2025 | $8,995,182.16 | NET BOOK VALUE | $8,995,182.16 |
| **23** | **Total of Part 5.** ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | | | | $86,157,169.38 |

**24. Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes    Book value    $564,020.07    Valuation method    Standard Cost and Weighted Average Cost    Current value    $564,020.07

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND) |
|---|---|

**27. DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28.** | **CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29.** | **FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **30. FARM MACHINERY AND EQUIPMENT (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31. FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

| 33 | **Total of Part 6.** ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | NOT APPLICABLE |
|---|---|---|

**34. Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 7:    OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES**

**38. DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**

☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. OFFICE FURNITURE** | | | |
| 39.1.    OFFICE FURNITURE | $250,739.36 | NET BOOK VALUE | $250,739.36 |
| **40. OFFICE FIXTURES** | | | |
| 40.1.    OFFICE FIXTURES | $249,073.18 | NET BOOK VALUE | $249,073.18 |
| **41. OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1.    OFFICE EQUIPMENT INCLUDING COMPUTERS + SOFTWARE (COMPUTER HARDWARE) | $459,804.07 | NET BOOK VALUE | $459,804.07 |
| 41.2.    OFFICE EQUIPMENT INCLUDING COMPUTERS + SOFTWARE (SOFTWARE) | $653,794.55 | NET BOOK VALUE | $653,794.55 |
| **42. COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
| NONE | | | |

| 43 | **Total of Part 7.** ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | $1,613,411.16 |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☒ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
|---|---|

**46.  DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1.   2007 GMC C5500 | $17,790.64 | NET BOOK VALUE | $17,790.64 |
| 47.2.   2007 GMC C5500 | $14,232.50 | NET BOOK VALUE | $14,232.50 |
| 47.3.   2017 FORD TRANSIT CONNECT | $11,277.43 | NET BOOK VALUE | $11,277.43 |
| 47.4.   2019 FORD CREW CAB -DIESEL | $34,418.71 | NET BOOK VALUE | $34,418.71 |
| 47.5.   2019 FORD F-150 | $2,095.14 | NET BOOK VALUE | $2,095.14 |
| 47.6.   2020 FORD F-350 SUPER DUTY TRU | $5,323.07 | NET BOOK VALUE | $5,323.07 |
| 47.7.   2021 FORD F-350 | $12,457.79 | NET BOOK VALUE | $12,457.79 |
| 47.8.   2021 TOYOTA MIRAI | $17,636.33 | NET BOOK VALUE | $17,636.33 |
| 47.9.   2022 CHEVY SILVERADO 2500HD | $26,422.50 | NET BOOK VALUE | $26,422.50 |
| 47.10.  2022 FORD F250 SUPER DUTY | $31,231.14 | NET BOOK VALUE | $31,231.14 |
| 47.11.  2022 MERCEDES-BENZ SPRINTER 35 | $31,086.00 | NET BOOK VALUE | $31,086.00 |
| 47.12.  2022 MERCEDES-BENZ SPRINTER 35 | $31,086.00 | NET BOOK VALUE | $31,086.00 |
| 47.13.  2022 MERCEDES-BENZ SPRINTER 35 | $31,086.00 | NET BOOK VALUE | $31,086.00 |
| 47.14.  2022 TANDEM AXLE PACE CARGO TRAILER (8.5'X20') | $10,805.36 | NET BOOK VALUE | $10,805.36 |
| 47.15.  2023 FORD F-550 (RISING CREEK) | $76,921.57 | NET BOOK VALUE | $76,921.57 |
| 47.16.  48' SEMI TRAILER MINI DECK | $90,522.36 | NET BOOK VALUE | $90,522.36 |
| 47.17.  FCEV VIN 005 | $262,879.93 | NET BOOK VALUE | $262,879.93 |
| 47.18.  FCEV VIN 006 | $260,092.00 | NET BOOK VALUE | $260,092.00 |
| 47.19.  FCEV VIN 009 | $260,489.93 | NET BOOK VALUE | $260,489.93 |
| 47.20.  FCEV VIN 229 | $345,861.57 | NET BOOK VALUE | $345,861.57 |
| 47.21.  FCEV VIN 242 | $345,861.57 | NET BOOK VALUE | $345,861.57 |
| 47.22.  FCEV VIN 248 | $371,069.57 | NET BOOK VALUE | $371,069.57 |
| 47.23.  FCEV VIN 250 | $371,069.57 | NET BOOK VALUE | $371,069.57 |
| 47.24.  FCEV VIN 251 | $371,069.57 | NET BOOK VALUE | $371,069.57 |
| 47.25.  FORD F550 | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.26.  FORD F550 | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.27.  LOW BOY TRAILER | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.28.  MIRAGE XCEL TRAILER | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.29.  NIKOLA FCEV 007 | $141,509.36 | NET BOOK VALUE | $141,509.36 |
| 47.30.  NIKOLA FCEV 008 | $141,509.36 | NET BOOK VALUE | $141,509.36 |
| 47.31.  PLATFORM CONTAINER TRAILER | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.32.  RNG LOWBOY TRAILER | $141,395.21 | NET BOOK VALUE | $141,395.21 |
| 47.33.  ST8.5X20TE3 LOOK 20' CARGO TRA | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.34.  TACOMA 4X4, TOYOTA 2020 | $16,007.79 | NET BOOK VALUE | $16,007.79 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** | **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | |
| 47.35.   TRADESHOW TRAILER | $141,411.71 | NET BOOK VALUE | $141,411.71 |
| 47.36.   TRAILER DOLLY TO PULL 28' PUPS | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.37.   TRE FCEV 6X2 | $351,714.59 | NET BOOK VALUE | $351,714.59 |
| 47.38.   TRE FCEV 6X2 | $345,599.62 | NET BOOK VALUE | $345,599.62 |
| 47.39.   TRE FCEV 6X2 | $344,058.66 | NET BOOK VALUE | $344,058.66 |

**48.**   **WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS

     **NONE**

**49.**   **AIRCRAFT AND ACCESSORIES**

     **NONE**

| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | |
|---|---|---|---|
| 50.1.   LEASED MACHINERY AND EQUIPMENT | $48,708,207.75 | NET BOOK VALUE | $48,708,207.75 |
| 50.2.   OWNED MACHINERY AND EQUIPMENT | $163,946,945.24 | NET BOOK VALUE | $163,946,945.24 |

| **51**   **Total of Part 8.**<br>ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | | | $217,311,145.53 |
|---|---|---|---|

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☑ Yes

**Part 9:   REAL PROPERTY**

**54.**   **DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55.**   **ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   COOLIDGE LAND:<br>680 E HOUSER RD. COOLIDGE, AZ 85128 | REAL PROPERTY LEASE | $4,015,446.50 | NET BOOK VALUE | $4,015,446.50 |
| 55.2.   COOLIDGE MANUFACTURING PLANT:<br>680 E HOUSER RD. COOLIDGE, AZ 85128 | OWN | $167,848,813.90 | NET BOOK VALUE | $167,848,813.90 |
| 55.3.   FAIRVIEW CORPORATE PARK SUITE 20 (LEASEHOLD IMPROVEMENTS):<br>601 SOUTH 54TH ST. SUITE 20 CHANDLER, AZ 85226 | REAL PROPERTY LEASE | $19,976.64 | NET BOOK VALUE | $19,976.64 |

**55.    ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.4.    FAIRVIEW CORPORATE PARK SUITE 20: 601 SOUTH 54TH ST. SUITE 20 CHANDLER, AZ 85226 | REAL PROPERTY LEASE | $387,787.12 | NET BOOK VALUE | $387,787.12 |
| 55.5.    HEADQUARTERS BUILDING (LEASEHOLD IMPROVEMENTS): 4141 E BROADWAY RD. PHOENIX, AZ 85040 | REAL PROPERTY LEASE | $1,296,084.43 | NET BOOK VALUE | $1,296,084.43 |
| 55.6.    HEADQUARTERS BUILDING: 4141 E BROADWAY RD. PHOENIX, AZ 85040 | REAL PROPERTY LEASE | $57,705,341.64 | NET BOOK VALUE | $57,705,341.64 |
| 55.7.    HEADQUARTERS HYFASST BUILDING: 4141 E BROADWAY RD. PHOENIX, AZ 85040 | REAL PROPERTY LEASE | $5,241,688.86 | NET BOOK VALUE | $5,241,688.86 |
| 55.8.    HEADQUARTERS LAND: 4141 E BROADWAY RD. PHOENIX, AZ 85040 | REAL PROPERTY LEASE | $3,941,519.29 | NET BOOK VALUE | $3,941,519.29 |
| 55.9.    HYLA STATION - CANADA 2110 SPARROW DR. NISKU, ALBERTA, CANADA | REAL PROPERTY LAND LEASE | | NET BOOK VALUE | $0.00 |
| 55.10.   HYLA STATION 2081 PLACENTIA AVE. COLTON, CA 92324 | REAL PROPERTY LAND LEASE | $2,689,594.11 | NET BOOK VALUE | $2,689,594.11 |
| 55.11.   HYLA STATION 690 PIONEER AVENUE WILMINGTON, CA 90744 | REAL PROPERTY LAND LEASE | $1,424,667.86 | NET BOOK VALUE | $1,424,667.86 |
| 55.12.   HYLA STATION (LEASEHOLD IMPROVEMENTS) 2445 E GUASTI RD. ONTARIO, CA 91761 | REAL PROPERTY LAND LEASE | $41,584.80 | NET BOOK VALUE | $41,584.80 |
| 55.13.   HYLA STATION 13443 FREEWAY DR. SANTA FE SPRINGS, CA 90670 | REAL PROPERTY LAND LEASE | $242,351.97 | NET BOOK VALUE | $242,351.97 |
| 55.14.   HYLA STATION 2445 E GUASTI RD. ONTARIO, CA 91761 | REAL PROPERTY LAND LEASE | $371,450.38 | NET BOOK VALUE | $371,450.38 |
| 55.15.   HYLA STATION 2667 GAYLORD ST. LONG BEACH, CA 90813 | REAL PROPERTY LAND LEASE | $478,119.28 | NET BOOK VALUE | $478,119.28 |
| 55.16.   HYLA STATION 917 STILLWATER RD. WEST SACRAMENTO, CA 95605 | REAL PROPERTY LAND LEASE | $2,712,635.70 | NET BOOK VALUE | $2,712,635.70 |
| 55.17.   HYLA STATION 920 PERFORMANCE DR. STOCKTON, CA 95206 | REAL PROPERTY LAND LEASE | $1,437,391.26 | NET BOOK VALUE | $1,437,391.26 |
| 55.18.   OFFICE SPACE 12215 TELEGRAPH RD. SUITE 210-B SANTA FE SPRINGS, CA 90670 | REAL PROPERTY LAND LEASE | $82,159.51 | NET BOOK VALUE | $82,159.51 |
| 55.19.   OFFICE SPACE 4320 E COTTON CENTER BLVD, SUITE 106 PHOENIX, AZ85040 | REAL PROPERTY LEASE | $442,888.67 | NET BOOK VALUE | $442,888.67 |
| 55.20.   OFFICE SPACE 7940 CHERRYWOOD LOOP KIOWA, CO 80117 | REAL PROPERTY LAND LEASE | | NET BOOK VALUE | $0.00 |

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| | Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.21. | OFFICE SPACE/ SERVICE (LEASEHOLD IMPROVEMENTS) 4219 E BROADWAY RD, SUITE 108 PHOENIX, AZ 85040 | REAL PROPERTY LEASE | $18,206.79 | NET BOOK VALUE | $18,206.79 |
| 55.22. | OFFICE SPACE/ SERVICE (LEASEHOLD IMPROVEMENTS) 4219 E BROADWAY RD, SUITE 112 PHOENIX, AZ 85040 | REAL PROPERTY LEASE | $65,176.43 | NET BOOK VALUE | $65,176.43 |
| 55.23. | OFFICE SPACE/ SERVICE 4219 E BROADWAY RD, SUITE 108 PHOENIX, AZ 85040 | REAL PROPERTY LEASE | $208,702.25 | NET BOOK VALUE | $208,702.25 |
| 55.24. | OFFICE SPACE/ SERVICE 4219 E BROADWAY RD, SUITE 112 PHOENIX, AZ 85040 | REAL PROPERTY LEASE | $186,278.36 | NET BOOK VALUE | $186,278.36 |
| 55.25. | SERVICE CENTER 14662 EL MOLINO ST. FONTANA, CA 92335 | REAL PROPERTY LEASE | $357,651.30 | NET BOOK VALUE | $357,651.30 |

| **56** | **Total of Part 9.** ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | | | | $251,215,517.05 |
|---|---|---|---|---|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☑ Yes

**Part 10:   INTANGIBLES AND INTELLECTUAL PROPERTY**

**59. DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.1. | AIR SUPPLY PLENUM FOR VEHICLE HEAT EXCHANGER , US PATENT APPLICATION NO. - 18/467,987 | UNDETERMINED | | UNDETERMINED |
| 60.2. | ASSEMBLY HAVING A SKID PLATE MODULE, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.3. | ASSEMBLY HAVING A SKID PLATE MODULE, US PATENT NUMBER - 10814917, APPLICATION NO. - 16/291,462 | UNDETERMINED | | UNDETERMINED |
| 60.4. | BATTERY MODULE INCLUDING INSULATING BUS BAR ASSEMBLIES, US PATENT APPLICATION NO. - 17/598,615 | UNDETERMINED | | UNDETERMINED |
| 60.5. | BATTERY MODULE WITH TUBULAR SPACER THAT FACILITATES CELL COOLING, US PATENT APPLICATION NO. - ABANDONING 17/599,202 | UNDETERMINED | | UNDETERMINED |
| 60.6. | BATTERY PACK ASSEMBLY, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.7. | BATTERY PACK ASSEMBLY, US PATENT NUMBER - 11820241, APPLICATION NO. - 17/456,875 | UNDETERMINED | | UNDETERMINED |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.8. | BATTERY PACK FOR BATTERY ELECTRIC VEHICLE, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.9. | BATTERY PACK FOR BATTERY ELECTRIC VEHICLE, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.10. | BATTERY PACK FOR BATTERY ELECTRIC VEHICLE, US PATENT NUMBER - 11707995, APPLICATION NO. - 17/536,687 | UNDETERMINED | | UNDETERMINED |
| 60.11. | BATTERY PACK WITH THERMAL MANAGEMENT SYSTEM, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.12. | BATTERY PACK WITH THERMAL MANAGEMENT SYSTEM, US PATENT NUMBER - 12107247, APPLICATION NO. - 17/599,986 | UNDETERMINED | | UNDETERMINED |
| 60.13. | CARGO DOOR FOR SEMI-TRUCK , US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.14. | CARGO DOOR FOR SEMI-TRUCK , US PATENT NUMBER - 11001129, APPLICATION NO. - 16/509,073 | UNDETERMINED | | UNDETERMINED |
| 60.15. | CATALYST LAYERS OF MEMBRANE-ELECTRODE ASSEMBLIES AND METHODS OF MAKING SAME, US PATENT APPLICATION NO. - ALLOWED 17/486,273 | UNDETERMINED | | UNDETERMINED |
| 60.16. | CATALYST LAYERS OF MEMBRANE-ELECTRODE ASSEMBLIES AND METHODS OF MAKING SAME, US PATENT NUMBER - TBD, APPLICATION NO. - 17/486,273 | UNDETERMINED | | UNDETERMINED |
| 60.17. | COMMUNICATION SYSTEMS AND METHODS FOR HYDROGEN FUELING AND ELECTRIC CHARGING, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.18. | COMMUNICATION SYSTEMS AND METHODS FOR HYDROGEN FUELING AND ELECTRIC CHARGING, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.19. | COMMUNICATION SYSTEMS AND METHODS FOR HYDROGEN FUELING AND ELECTRIC CHARGING, US PATENT NUMBER - 10960783, APPLICATION NO. - 16/929,816 | UNDETERMINED | | UNDETERMINED |
| 60.20. | COMMUNICATION SYSTEMS AND METHODS FOR HYDROGEN FUELING AND ELECTRIC CHARGING, US PATENT NUMBER - 11926237, APPLICATION NO. - 17/403,451 | UNDETERMINED | | UNDETERMINED |
| 60.21. | COMMUNICATIONS SYSTEMS AND METHODS FOR HYDROGEN FUELING AND ELECTRIC CHARGING, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.22. | COMMUNICATIONS SYSTEMS AND METHODS FOR HYDROGEN FUELING AND ELECTRIC CHARGING, US PATENT NUMBER - 10800281, APPLICATION NO. - 16/875,612 | UNDETERMINED | | UNDETERMINED |
| 60.23. | COOLING SYSTEM FOR FUEL CELL STACKS, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.24. | COOLING SYSTEM FOR FUEL CELL STACKS, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.25. | COOLING SYSTEM FOR FUEL CELL STACKS, US PATENT NUMBER - 11217799, APPLICATION NO. - 16/917,404 | UNDETERMINED | | UNDETERMINED |
| 60.26. | COOLING SYSTEM FOR FUEL CELL STACKS, US PATENT NUMBER - 11552310, APPLICATION NO. - 17/472,067 | UNDETERMINED | | UNDETERMINED |
| 60.27. | DOOR HANDLE FOR VEHICLES, US PATENT NO. 29/740,352 | UNDETERMINED | | UNDETERMINED |
| 60.28. | ELECTRIC SEMI TRUCK, US PATENT NO. US D1,039,440 S | UNDETERMINED | | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | |
| 60.29. ELECTRIC VEHICLE BATTERY FRAME ASSEMBLY , US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.30. ELECTRIC VEHICLE BATTERY FRAME ASSEMBLY , US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.31. ELECTRIC VEHICLE BATTERY FRAME ASSEMBLY , US PATENT NUMBER - 11970066, APPLICATION NO. - 17/466,326 | UNDETERMINED | | UNDETERMINED |
| 60.32. ELECTRIC VEHICLE BATTERY FRAME ASSEMBLY, US PATENT APPLICATION NO. - 18/922,861 | UNDETERMINED | | UNDETERMINED |
| 60.33. ELECTRIC VEHICLE BATTERY FRAME ASSEMBLY, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.34. ELECTRIC VEHICLE BATTERY FRAME ASSEMBLY, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.35. ELECTRIC VEHICLE BATTERY FRAME ASSEMBLY, US PATENT NUMBER - 11124076, APPLICATION NO. - 17/321,724 | UNDETERMINED | | UNDETERMINED |
| 60.36. ELECTRIC VEHICLE BATTERY FRAME ASSEMBLY, US PATENT NUMBER - 12024034, APPLICATION NO. - 17/804,524 | UNDETERMINED | | UNDETERMINED |
| 60.37. ELECTRIC VEHICLE BATTERY FRAME ASSEMBLY, US PATENT NUMBER - 12151567, APPLICATION NO. - 18/406,589 | UNDETERMINED | | UNDETERMINED |
| 60.38. ELECTRIC VEHICLE RADIATOR ASSEMBLY , US PATENT APPLICATION NO. - 18/466,169 | UNDETERMINED | | UNDETERMINED |
| 60.39. ELECTRIC VEHICLE THERMAL MANAGEMENT CONTROL SYSTEMS AND METHODS FOR MANAGING BATTERY THERMAL LOADS , US PATENT APPLICATION NO. - 18/325,331 | UNDETERMINED | | UNDETERMINED |
| 60.40. ELECTRODE WITH STRUCTURED UNITS, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.41. ELECTRODE WITH STRUCTURED UNITS, US PATENT NUMBER - 11158864, APPLICATION NO. - 16/890,269 | UNDETERMINED | | UNDETERMINED |
| 60.42. FRONT FENDER, US PATENT NO. US D812,535 S | UNDETERMINED | | UNDETERMINED |
| 60.43. FUEL CELL ELECTRIC SEMI TRUCK, US PATENT NO. ALLOWED 29/826,604 | UNDETERMINED | | UNDETERMINED |
| 60.44. FUEL CELL ELECTRIC SEMI TRUCK, US PATENT NO. US D1,045,674 S | UNDETERMINED | | UNDETERMINED |
| 60.45. FUEL CELL EXHAUST SYSTEM FOR FUEL CELL ELECTRIC VEHICLE, US PATENT APPLICATION NO. - 18/160,400 | UNDETERMINED | | UNDETERMINED |
| 60.46. FUEL CELL SYSTEM FREEZE-START SYSTEMS AND METHODS , US PATENT APPLICATION NO. - 18/437,976 | UNDETERMINED | | UNDETERMINED |
| 60.47. FUEL CELL THERMAL MANAGEMENT CONTROL SYSTEMS AND METHODS , US PATENT APPLICATION NO. - 18/322,283 | UNDETERMINED | | UNDETERMINED |
| 60.48. FUEL CELL VEHICLE THERMAL MANAGEMENT SYSTEM AND METHOD FOR MANAGING FUEL CELL THERMAL LOADS , US PATENT NUMBER - 11358493, APPLICATION NO. - 17/548,805 | UNDETERMINED | | UNDETERMINED |
| 60.49. FUEL CELL VEHICLE THERMAL MANAGEMENT SYSTEM AND METHOD FOR MANAGING FUEL CELL THERMAL LOADS, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.50. FUEL CELL VEHICLE THERMAL MANAGEMENT SYSTEM AND METHOD FOR MANAGING FUEL CELL THERMAL LOADS, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.51. | FUEL CELL VEHICLE THERMAL MANAGEMENT SYSTEM AND METHOD FOR MANAGING FUEL CELL THERMAL LOADS, US PATENT NUMBER - 11279258, APPLICATION NO. - 17/319,896 | UNDETERMINED | | UNDETERMINED |
| 60.52. | FUSELAGE, US PATENT NO. US D811,944 S | UNDETERMINED | | UNDETERMINED |
| 60.53. | HEAT PUMP SYSTEM FOR ELECTRIC VEHICLE, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.54. | HEAT PUMP SYSTEM FOR ELECTRIC VEHICLE, US PATENT NUMBER - 11673448, APPLICATION NO. - 17/380,268 | UNDETERMINED | | UNDETERMINED |
| 60.55. | HIGH VOLTAGE BATTERY CONDITIONING FOR BATTERY ELECTRIC VEHICLE, US PATENT APPLICATION NO. - 18/301,791 | UNDETERMINED | | UNDETERMINED |
| 60.56. | HIGH VOLTAGE ELECTRICAL SYSTEM FOR BATTERY ELECTRIC VEHICLE, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.57. | HIGH VOLTAGE ELECTRICAL SYSTEM FOR BATTERY ELECTRIC VEHICLE, US PATENT NUMBER - 11279243, APPLICATION NO. - 17/403,179 | UNDETERMINED | | UNDETERMINED |
| 60.58. | HIGH VOLTAGE ELECTRICAL SYSTEM FOR BATTERY ELECTRIC VEHICLE, US PATENT NUMBER - 11827112, APPLICATION NO. - 17/680,694 | UNDETERMINED | | UNDETERMINED |
| 60.59. | HIGH VOLUME, FAST HYDROGEN FUELING OF A HEAVY-DUTY VEHICLE, US PATENT APPLICATION NO. - US ABANDONED | UNDETERMINED | | UNDETERMINED |
| 60.60. | ILLUMINABLE BEZEL FOR A VEHICLE HEADLAMP, US PATENT NO. US D906,585 S | UNDETERMINED | | UNDETERMINED |
| 60.61. | IMPROVED BRACKET FOR A SUSPENSION SYSTEM OF A HEAVY VEHICLE , US PATENT APPLICATION NO. - N/A | UNDETERMINED | | UNDETERMINED |
| 60.62. | IMPROVED CHASSIS FOR A HEAVY VEHICLE, US PATENT APPLICATION NO. - N/A | UNDETERMINED | | UNDETERMINED |
| 60.63. | IMPROVED CONDUIT CONNECTION ASSEMBLY FOR A VEHICLE , US PATENT APPLICATION NO. - N/A | UNDETERMINED | | UNDETERMINED |
| 60.64. | IMPROVED CROSS MEMBER ASSEMBLY FOR A HEAVY VEHICLE , US PATENT APPLICATION NO. - N/A | UNDETERMINED | | UNDETERMINED |
| 60.65. | IMPROVED DRIVE SYSTEM FOR AN ELECTRIC VEHICLE, US PATENT APPLICATION NO. - 18/037,671 | UNDETERMINED | | UNDETERMINED |
| 60.66. | IMPROVED HEAT MANAGEMENT SYSTEM FOR A FUEL CELL VEHICLE, US PATENT APPLICATION NO. - N/A | UNDETERMINED | | UNDETERMINED |
| 60.67. | IMPROVED IMPACT SUPPORT STRUCTURE FOR A HEAVY VEHICLE, US PATENT APPLICATION NO. - N/A | UNDETERMINED | | UNDETERMINED |
| 60.68. | IMPROVED SUSPENDED SUPPORT STRUCTURE FOR A HEAVY VEHICLE , US PATENT APPLICATION NO. - N/A | UNDETERMINED | | UNDETERMINED |
| 60.69. | INTEGRATED FUEL STORAGE SYSTEM, US PATENT APPLICATION NO. - ALLOWED 17/317,813 | UNDETERMINED | | UNDETERMINED |
| 60.70. | INTEGRATED FUEL STORAGE SYSTEM, US PATENT NUMBER - TBD, APPLICATION NO. - 17/317,813 | UNDETERMINED | | UNDETERMINED |
| 60.71. | INTEGRATED THERMAL MANAGEMENT SYSTEM, US PATENT APPLICATION NO. - 17/938,741 | UNDETERMINED | | UNDETERMINED |
| 60.72. | METHOD FOR OPERATING A FUEL CELL SYSTEM FOR A MOTOR VEHICLE, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.73. | METHOD FOR OPERATING A FUEL CELL SYSTEM FOR A MOTOR VEHICLE, US PATENT NUMBER - 11427108, APPLICATION NO. - 16/917,477 | UNDETERMINED | | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.74. METHODS OF MAKING CATALYST LAYERS OF MEMBRANE ELECTRODE ASSEMBLY COMPRISING STRUCTURED UNITS , US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.75. METHODS OF MAKING CATALYST LAYERS OF MEMBRANE ELECTRODE ASSEMBLY COMPROSING STRUCTURED UNITES , US PATENT NUMBER - 11283083, APPLICATION NO. - 16/891,506 | UNDETERMINED | | UNDETERMINED |
| 60.76. MOBILE DEVICE DISPLAY SCREEN WITH GRAPHICAL USER INTERFACE , US PATENT NO. ALLOWED 29/851,483 | UNDETERMINED | | UNDETERMINED |
| 60.77. MOBILE DEVICE DISPLAY SCREEN WITH GRAPHICAL USER INTERFACE , US PATENT NO. ALLOWED 29/851,488 | UNDETERMINED | | UNDETERMINED |
| 60.78. MOTOR GEARBOX ASSEMBLY , US PATENT NUMBER - 10752300, APPLICATION NO. - 16/195,012 | UNDETERMINED | | UNDETERMINED |
| 60.79. MOTOR GEARBOX ASSEMBLY, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.80. MOTOR GEARBOX ASSEMBLY, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.81. MOTOR GEARBOX ASSEMBLY, US PATENT NUMBER - 10207751, APPLICATION NO. - 15/357,350 | UNDETERMINED | | UNDETERMINED |
| 60.82. MOTOR TRUCK , US PATENT NO. US D1,031,542 S | UNDETERMINED | | UNDETERMINED |
| 60.83. MOTOR TRUCK, US PATENT NO. US D1,022,800 S | UNDETERMINED | | UNDETERMINED |
| 60.84. PICKUP TRUCK, US PATENT APPLICATION NO. - US ABANDONED | UNDETERMINED | | UNDETERMINED |
| 60.85. POWER CONTROL PLANNING AND OPTIMIZATION FOR HYBRID VEHICLES , US PATENT APPLICATION NO. - 18/752,993 | UNDETERMINED | | UNDETERMINED |
| 60.86. PRESSURE MANAGEMENT DEVICE FOR BATTERY PACK, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.87. PRESSURE MANAGEMENT DEVICE FOR BATTERY PACK, US PATENT NUMBER - 12080903, APPLICATION NO. - 17/600,022 | UNDETERMINED | | UNDETERMINED |
| 60.88. PRESSURIZED VESSEL HEAT SHIELD AND THERMAL PRESSURE RELIEF SYSTEM, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.89. PRESSURIZED VESSEL HEAT SHIELD AND THERMAL PRESSURE RELIEF SYSTEM, US PATENT NUMBER - 11371658, APPLICATION NO. - 16/944,641 | UNDETERMINED | | UNDETERMINED |
| 60.90. REAL-TIME MASS ESTIMATION OF ELECTRIC VEHICLES , US PATENT APPLICATION NO. - 18/333,721 | UNDETERMINED | | UNDETERMINED |
| 60.91. SEMI TRUCK BODY, US PATENT NO. US D990,373 S | UNDETERMINED | | UNDETERMINED |
| 60.92. SEMI-TRUCK, US PATENT NO. US D814,357 S | UNDETERMINED | | UNDETERMINED |
| 60.93. SIDE CLADDING, US PATENT NO. US D809,985 S | UNDETERMINED | | UNDETERMINED |
| 60.94. SIDE DOOR, US PATENT NO. US D816,004 S | UNDETERMINED | | UNDETERMINED |
| 60.95. SUPPORT SYSTEM FOR AN ALTERNATIVE FUEL HEAVY VEHICLE , US PATENT APPLICATION NO. - 18/768,950 | UNDETERMINED | | UNDETERMINED |
| 60.96. SUPPORT SYSTEM FOR AN ALTERNATIVE FUEL HEAVY VEHICLE , US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.97. SUPPORT SYSTEM FOR AN ALTERNATIVE FUEL HEAVY VEHICLE , US PATENT APPLICATION NO. - N/A | UNDETERMINED | | UNDETERMINED |
| 60.98. SUPPORT SYSTEM FOR AN ALTERNATIVE FUEL HEAVY VEHICLE , US PATENT APPLICATION NO. - N/A | UNDETERMINED | | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.99. SUPPORT SYSTEM FOR AN ALTERNATIVE FUEL HEAVY VEHICLE , US PATENT NUMBER - 12110056, APPLICATION NO. - 18/354,384 | UNDETERMINED | | UNDETERMINED |
| 60.100. SUSPENSION MODULE HAVING A SUBFRAME ASSEMBLY, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.101. SUSPENSION MODULE HAVING A SUBFRAME ASSEMBLY, US PATENT NUMBER - 10435075, APPLICATION NO. - 15/498,550 | UNDETERMINED | | UNDETERMINED |
| 60.102. SUSPENSION MODULE HAVING AN AIR SPRING PEDESTAL, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.103. SUSPENSION MODULE HAVING AN AIR SPRING PEDESTAL, US PATENT NUMBER - 10266025, APPLICATION NO. - 15/498,557 | UNDETERMINED | | UNDETERMINED |
| 60.104. SUSPENSION SYSTEM, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.105. SUSPENSION SYSTEM, US PATENT NUMBER - 10913321, APPLICATION NO. - 16/291,456 | UNDETERMINED | | UNDETERMINED |
| 60.106. SYSTEMS AND METHODS FOR ELECTRIC VEHICLE POWERTRAIN THERMAL MANAGEMENT AND CONTROL , US PATENT APPLICATION NO. - 18/757,826 | UNDETERMINED | | UNDETERMINED |
| 60.107. SYSTEMS AND METHODS FOR ELECTRIC VEHICLE POWERTRAIN THERMAL MANAGEMENT AND CONTROL , US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.108. SYSTEMS AND METHODS FOR ELECTRIC VEHICLE POWERTRAIN THERMAL MANAGEMENT AND CONTROL , US PATENT NUMBER - 12095061, APPLICATION NO. - 18/465,234 | UNDETERMINED | | UNDETERMINED |
| 60.109. SYSTEMS AND METHODS FOR HYDROGEN TANK ASSEMBLY DIAGNOSTICS , US PATENT APPLICATION NO. - 63/697,943 | UNDETERMINED | | UNDETERMINED |
| 60.110. SYSTEMS AND METHODS FOR INTELLIGENT BATTERY THERMAL RUNAWAY DETECTION (AI RELATED), US PATENT APPLICATION NO. - 63/724,493 | UNDETERMINED | | UNDETERMINED |
| 60.111. SYSTEMS AND METHODS FOR MONITORING HYDROGEN FUEL , US PATENT APPLICATION NO. - 18/502,833 | UNDETERMINED | | UNDETERMINED |
| 60.112. SYSTEMS AND METHODS FOR MONITORING VALVE STATUS, US PATENT APPLICATION NO. - 63/651,745 | UNDETERMINED | | UNDETERMINED |
| 60.113. SYSTEMS, METHODS, AND DEVICES FOR AN AUTOMOBILE DOOR OR WINDOW , US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.114. SYSTEMS, METHODS, AND DEVICES FOR AN AUTOMOBILE DOOR OR WINDOW , US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.115. SYSTEMS, METHODS, AND DEVICES FOR AN AUTOMOBILE DOOR OR WINDOW , US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.116. SYSTEMS, METHODS, AND DEVICES FOR AN AUTOMOBILE DOOR OR WINDOW , US PATENT NUMBER - 10370041, APPLICATION NO. - 15/410,130 | UNDETERMINED | | UNDETERMINED |
| 60.117. SYSTEMS, METHODS, AND DEVICES FOR AN AUTOMOBILE DOOR OR WINDOW , US PATENT NUMBER - 10858049, APPLICATION NO. - 16/359,886 | UNDETERMINED | | UNDETERMINED |
| 60.118. SYSTEMS, METHODS, AND DEVICES FOR AN AUTOMOBILE DOOR OR WINDOW , US PATENT NUMBER - 11613312, APPLICATION NO. - 17/189,471 | UNDETERMINED | | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.119. SYSTEMS, METHODS, AND DEVICES FOR AN AUTOMOBILE DOOR OR WINDOW, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.120. SYSTEMS, METHODS, AND DEVICES FOR AN AUTOMOBILE DOOR OR WINDOW, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.121. SYSTEMS, METHODS, AND DEVICES FOR AN AUTOMOBILE DOOR OR WINDOW, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.122. SYSTEMS, METHODS, AND DEVICES FOR AN AUTOMOBILE DOOR OR WINDOW, US PATENT NUMBER - 10077084, APPLICATION NO. - 15/396,209 | UNDETERMINED | | UNDETERMINED |
| 60.123. SYSTEMS, METHODS, AND DEVICES FOR AN AUTOMOBILE DOOR OR WINDOW, US PATENT NUMBER - 10661844, APPLICATION NO. - 15/889,159 | UNDETERMINED | | UNDETERMINED |
| 60.124. SYSTEMS, METHODS, AND DEVICES FOR AN AUTOMOBILE DOOR OR WINDOW, US PATENT NUMBER - 10981609, APPLICATION NO. - 16/412,748 | UNDETERMINED | | UNDETERMINED |
| 60.125. SYSTEMS, METHODS, AND DEVICES FOR CATION-ASSOCIATING FUEL CELL COMPONENTS, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.126. SYSTEMS, METHODS, AND DEVICES FOR CATION-ASSOCIATING FUEL CELL COMPONENTS, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.127. SYSTEMS, METHODS, AND DEVICES FOR CATION-ASSOCIATING FUEL CELL COMPONENTS, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.128. SYSTEMS, METHODS, AND DEVICES FOR CATION-ASSOCIATING FUEL CELL COMPONENTS, US PATENT NUMBER - 11283097, APPLICATION NO. - 17/346,674 | UNDETERMINED | | UNDETERMINED |
| 60.129. SYSTEMS, METHODS, AND DEVICES FOR CATION-ASSOCIATING FUEL CELL COMPONENTS, US PATENT NUMBER - 11894589, APPLICATION NO. - 17/569,992 | UNDETERMINED | | UNDETERMINED |
| 60.130. SYSTEMS, METHODS, AND DEVICES FOR CATION-ASSOCIATING FUEL CELL COMPONENTS, US PATENT NUMBER - 11984629, APPLICATION NO. - 18/052,470 | UNDETERMINED | | UNDETERMINED |
| 60.131. THERMAL COMPONENT PRIORITIZATION CONTROL LOGIC AND METHODS, US PATENT APPLICATION NO. - 63/550,811 | UNDETERMINED | | UNDETERMINED |
| 60.132. THERMAL MANAGEMENT SYSTEMS AND METHODS WITH HEATING COMPONENT, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.133. THERMAL MANAGEMENT SYSTEMS AND METHODS WITH HEATING COMPONENT, US PATENT NUMBER - 11772450, APPLICATION NO. - 17/814,353 | UNDETERMINED | | UNDETERMINED |
| 60.134. TORQUE MANAGEMENT IN MULTI-MOTOR ELECTRIC VEHICLE , US PATENT APPLICATION NO. - 18/919,794 | UNDETERMINED | | UNDETERMINED |
| 60.135. TORQUE MANAGEMENT IN MULTI-MOTOR ELECTRIC VEHICLE , US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.136. TORQUE MANAGEMENT IN MULTI-MOTOR ELECTRIC VEHICLE , US PATENT NUMBER - 12151563, APPLICATION NO. - 18/595,745 | UNDETERMINED | | UNDETERMINED |
| 60.137. TRADEMARK - BOLT DESIGN, REGISTRATION NO. 6997914 | UNDETERMINED | | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.138. TRADEMARK - HEX N BLACK, REGISTRATION NO. 6212544 | UNDETERMINED | | UNDETERMINED |
| 60.139. TRADEMARK - HEX N BLACK, REGISTRATION NO. 6570309 | UNDETERMINED | | UNDETERMINED |
| 60.140. TRADEMARK - HEX N BLUE, REGISTRATION NO. 6212544 | UNDETERMINED | | UNDETERMINED |
| 60.141. TRADEMARK - HYLA (LOGO), REGISTRATION NO. 7348846 | UNDETERMINED | | UNDETERMINED |
| 60.142. TRADEMARK - HYLA (LOGO), REGISTRATION NO. 7389658 | UNDETERMINED | | UNDETERMINED |
| 60.143. TRADEMARK - HYLA (WORD), REGISTRATION NO. 7376278 | UNDETERMINED | | UNDETERMINED |
| 60.144. TRADEMARK - HYLA (WORD), REGISTRATION NO. 7475752 | UNDETERMINED | | UNDETERMINED |
| 60.145. TRADEMARK - NIKOLA (STYLIZED), REGISTRATION NO. 6811222 | UNDETERMINED | | UNDETERMINED |
| 60.146. TRADEMARK - NIKOLA, REGISTRATION NO. 6547863 | UNDETERMINED | | UNDETERMINED |
| 60.147. TRADEMARK - NIKOLA, REGISTRATION NO. 6901437 | UNDETERMINED | | UNDETERMINED |
| 60.148. TRADEMARK - NIKOLA, REGISTRATION NO. 7019023 | UNDETERMINED | | UNDETERMINED |
| 60.149. TRADEMARK - NIKOLA, REGISTRATION NO. 7179231 | UNDETERMINED | | UNDETERMINED |
| 60.150. TRADEMARK - NKLA, REGISTRATION NO. 6324238 | UNDETERMINED | | UNDETERMINED |
| 60.151. TRADEMARK - TRE, REGISTRATION NO. 6861207 | UNDETERMINED | | UNDETERMINED |
| 60.152. TRUCK GRILLE, US PATENT NO. ABANDONED | UNDETERMINED | | UNDETERMINED |
| 60.153. TRUCK WRAP WINDSHIELD AND GRILLE, US PATENT NO. US D944,156 S | UNDETERMINED | | UNDETERMINED |
| 60.154. VEHICLE DISPLAY SCREEN WITH GRAPHICAL USER INTERFACE , US PATENT NO. ALLOWED 29/805,601 | UNDETERMINED | | UNDETERMINED |
| 60.155. VEHICLE DISPLAY SCREEN WITH GRAPHICAL USER INTERFACE , US PATENT NO. ALLOWED 29/805,610 | UNDETERMINED | | UNDETERMINED |
| 60.156. VEHICLE DISPLAY SCREEN WITH GRAPHICAL USER INTERFACE , US PATENT NO. US D1,039,536 S | UNDETERMINED | | UNDETERMINED |
| 60.157. VEHICLE DISPLAY SCREEN WITH INSTRUMENT CLUSTER GRAPHICAL USER INTERFACE, US PATENT NO. US D1,041,486 S | UNDETERMINED | | |
| 60.158. VEHICLE FRAME ARRANGEMENT , US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.159. VEHICLE FRAME ARRANGEMENT , US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.160. VEHICLE FRAME ARRANGEMENT , US PATENT NUMBER - 10589788, APPLICATION NO. - 16/260,836 | UNDETERMINED | | UNDETERMINED |
| 60.161. VEHICLE FRAME ARRANGEMENT , US PATENT NUMBER - 10899387, APPLICATION NO. - 16/782,190 | UNDETERMINED | | UNDETERMINED |
| 60.162. VEHICLE FRONT SUSPENSION SYSTEM, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.163. VEHICLE FRONT SUSPENSION SYSTEM, US PATENT NUMBER - 10589797, APPLICATION NO. - 15/366,452 | UNDETERMINED | | UNDETERMINED |
| 60.164. VEHICLE FUEL STORAGE MOUNTING SYSTEM , US PATENT APPLICATION NO. - 18/915,733 | UNDETERMINED | | UNDETERMINED |
| 60.165. VEHICLE FUEL STORAGE MOUNTING SYSTEM , US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.166. VEHICLE FUEL STORAGE MOUNTING SYSTEM , US PATENT NUMBER - 12/145,435, APPLICATION NO. - 18/319,307 | UNDETERMINED | | UNDETERMINED |
| 60.167. VEHICLE GASEOUS FUEL STORAGE SYSTEM , US PATENT APPLICATION NO. - 18/347,220 | UNDETERMINED | | UNDETERMINED |
| 60.168. VEHICLE INTERIORS, US PATENT NO. US D968,293 S | UNDETERMINED | | UNDETERMINED |
| 60.169. VEHICLE REAR SUSPENSION SYSTEM, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.170. VEHICLE REAR SUSPENSION SYSTEM, US PATENT NUMBER - 10336379, APPLICATION NO. - 15/366,472 | UNDETERMINED | | UNDETERMINED |
| 60.171. VEHICLE THERMAL MANAGEMENT SYSTEMS AND METHODS , US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.172. VEHICLE THERMAL MANAGEMENT SYSTEMS AND METHODS , US PATENT NUMBER - 11,458,799, APPLICATION NO. - 17/557,396 | UNDETERMINED | | UNDETERMINED |
| 60.173. WRAP AROUND VEHICLE WINDSHIELD , US PATENT NUMBER - 10654530, APPLICATION NO. - 16/381,434 | UNDETERMINED | | UNDETERMINED |
| 60.174. WRAP WINDSHIELD, US PATENT APPLICATION NO. - ISSUED | UNDETERMINED | | UNDETERMINED |
| 60.175. WRAP WINDSHIELD, US PATENT APPLICATION NO. - US ABANDONED | UNDETERMINED | | UNDETERMINED |
| 60.176. WRAP WINDSHIELD, US PATENT APPLICATION NO. - US ABANDONED | UNDETERMINED | | UNDETERMINED |
| 60.177. WRAP WINDSHIELD, US PATENT NO. US D811,968 S | UNDETERMINED | | UNDETERMINED |
| **61. INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1. CUT-THE-CARBS.COM | UNDETERMINED | | UNDETERMINED |
| 61.2. FOLLOW-NONE.COM | UNDETERMINED | | UNDETERMINED |
| 61.3. FUELEDBYHYLA.COM | UNDETERMINED | | UNDETERMINED |
| 61.4. HYLA-AMERICA.COM | UNDETERMINED | | UNDETERMINED |
| 61.5. HYLACANADA.COM | UNDETERMINED | | UNDETERMINED |
| 61.6. HYLACLUB.COM | UNDETERMINED | | UNDETERMINED |
| 61.7. HYLACOMMERCIAL.COM | UNDETERMINED | | UNDETERMINED |
| 61.8. HYLADEALERS.COM | UNDETERMINED | | UNDETERMINED |
| 61.9. HYLAENERGY.COM | UNDETERMINED | | UNDETERMINED |
| 61.10. HYLAENERGYSOLUTIONS.COM | UNDETERMINED | | UNDETERMINED |
| 61.11. HYLA-EUROPE.COM | UNDETERMINED | | UNDETERMINED |
| 61.12. HYLAFUEL.COM | UNDETERMINED | | UNDETERMINED |
| 61.13. HYLAHYDROGEN.COM | UNDETERMINED | | UNDETERMINED |
| 61.14. HYLAHYDROGENSOLUTIONS.COM | UNDETERMINED | | UNDETERMINED |
| 61.15. HYLAINFRASTRUCTURE.COM | UNDETERMINED | | UNDETERMINED |
| 61.16. HYLALIVE.COM | UNDETERMINED | | UNDETERMINED |
| 61.17. HYLAMOBILESOLUTIONS.COM | UNDETERMINED | | UNDETERMINED |
| 61.18. HYLANEWS.COM | UNDETERMINED | | UNDETERMINED |
| 61.19. HYLASERVICESTATION.COM | UNDETERMINED | | UNDETERMINED |
| 61.20. HYLASTATION.COM | UNDETERMINED | | UNDETERMINED |
| 61.21. HYLASTATIONS.COM | UNDETERMINED | | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61.  INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.22.  MYNIKOLA.COM | UNDETERMINED | | UNDETERMINED |
| 61.23.  NIKOLA.EU | UNDETERMINED | | UNDETERMINED |
| 61.24.  NIKOLA.SOFTWARE | UNDETERMINED | | UNDETERMINED |
| 61.25.  NIKOLA-AMERICA.COM | UNDETERMINED | | UNDETERMINED |
| 61.26.  NIKOLAAUDIO.COM | UNDETERMINED | | UNDETERMINED |
| 61.27.  NIKOLAAUDIOENGINEERING.COM | UNDETERMINED | | UNDETERMINED |
| 61.28.  NIKOLABEV.COM | UNDETERMINED | | UNDETERMINED |
| 61.29.  NIKOLACHARGING.COM | UNDETERMINED | | UNDETERMINED |
| 61.30.  NIKOLACORP.COM | UNDETERMINED | | UNDETERMINED |
| 61.31.  NIKOLACORP.INFO | UNDETERMINED | | UNDETERMINED |
| 61.32.  NIKOLACORP.NET | UNDETERMINED | | UNDETERMINED |
| 61.33.  NIKOLACORP.ORG | UNDETERMINED | | UNDETERMINED |
| 61.34.  NIKOLACORPORATION.COM | UNDETERMINED | | UNDETERMINED |
| 61.35.  NIKOLACORPORATION.INFO | UNDETERMINED | | UNDETERMINED |
| 61.36.  NIKOLACORPORATION.NET | UNDETERMINED | | UNDETERMINED |
| 61.37.  NIKOLACORPORATION.ORG | UNDETERMINED | | UNDETERMINED |
| 61.38.  NIKOLACUBE.COM | UNDETERMINED | | UNDETERMINED |
| 61.39.  NIKOLADEALERS.COM | UNDETERMINED | | UNDETERMINED |
| 61.40.  NIKOLADRIVEN.COM | UNDETERMINED | | UNDETERMINED |
| 61.41.  NIKOLAENERGYCOMPANY.COM | UNDETERMINED | | UNDETERMINED |
| 61.42.  NIKOLAENERGYCOMPANY.INFO | UNDETERMINED | | UNDETERMINED |
| 61.43.  NIKOLAENERGYCOMPANY.NET | UNDETERMINED | | UNDETERMINED |
| 61.44.  NIKOLAENERGYCOMPANY.ORG | UNDETERMINED | | UNDETERMINED |
| 61.45.  NIKOLAENERGYSOLUTIONS.COM | UNDETERMINED | | UNDETERMINED |
| 61.46.  NIKOLAENTERPRISES.COM | UNDETERMINED | | UNDETERMINED |
| 61.47.  NIKOLA-EUROPE.COM | UNDETERMINED | | UNDETERMINED |
| 61.48.  NIKOLAEVENTS.COM | UNDETERMINED | | UNDETERMINED |
| 61.49.  NIKOLAFCEV.COM | UNDETERMINED | | UNDETERMINED |
| 61.50.  NIKOLAFINANCIAL.COM | UNDETERMINED | | UNDETERMINED |
| 61.51.  NIKOLAFINANCING.COM | UNDETERMINED | | UNDETERMINED |
| 61.52.  NIKOLA-FORUM.COM | UNDETERMINED | | UNDETERMINED |
| 61.53.  NIKOLAFREIGHT.COM | UNDETERMINED | | UNDETERMINED |
| 61.54.  NIKOLAFUELING.COM | UNDETERMINED | | UNDETERMINED |
| 61.55.  NIKOLA-GLOBAL.COM | UNDETERMINED | | UNDETERMINED |
| 61.56.  NIKOLAHD.COM | UNDETERMINED | | UNDETERMINED |
| 61.57.  NIKOLAHEAVYDUTY.COM | UNDETERMINED | | UNDETERMINED |
| 61.58.  NIKOLAHOLDINGS.COM | UNDETERMINED | | UNDETERMINED |
| 61.59.  NIKOLAHOLDINGS.INFO | UNDETERMINED | | UNDETERMINED |
| 61.60.  NIKOLAHOLDINGS.NET | UNDETERMINED | | UNDETERMINED |
| 61.61.  NIKOLAHOLDINGS.ORG | UNDETERMINED | | UNDETERMINED |
| 61.62.  NIKOLAINFRASTRUCTURE.COM | UNDETERMINED | | UNDETERMINED |
| 61.63.  NIKOLAINTERNATIONAL.COM | UNDETERMINED | | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | |
| 61.64. | NIKOLALEASINGSERVICES.COM | UNDETERMINED | | UNDETERMINED |
| 61.65. | NIKOLALIVECHANNEL.COM | UNDETERMINED | | UNDETERMINED |
| 61.66. | NIKOLALOCATIONS.COM | UNDETERMINED | | UNDETERMINED |
| 61.67. | NIKOLALOGISTICS.COM | UNDETERMINED | | UNDETERMINED |
| 61.68. | NIKOLAMARINE.COM | UNDETERMINED | | UNDETERMINED |
| 61.69. | NIKOLAMOBILE.COM | UNDETERMINED | | UNDETERMINED |
| 61.70. | NIKOLAMOTOR.COM | UNDETERMINED | | UNDETERMINED |
| 61.71. | NIKOLAMOTOR.DEV | UNDETERMINED | | UNDETERMINED |
| 61.72. | NIKOLAMOTOR.IO | UNDETERMINED | | UNDETERMINED |
| 61.73. | NIKOLAMOTORCLUB.COM | UNDETERMINED | | UNDETERMINED |
| 61.74. | NIKOLAMOTORCLUB.INFO | UNDETERMINED | | UNDETERMINED |
| 61.75. | NIKOLAMOTORCLUB.NET | UNDETERMINED | | UNDETERMINED |
| 61.76. | NIKOLAMOTORCLUB.ORG | UNDETERMINED | | UNDETERMINED |
| 61.77. | NIKOLAMOTORCO.COM | UNDETERMINED | | UNDETERMINED |
| 61.78. | NIKOLAMOTORCOMPANY.COM | UNDETERMINED | | UNDETERMINED |
| 61.79. | NIKOLAMOTORGROUP.COM | UNDETERMINED | | UNDETERMINED |
| 61.80. | NIKOLAMOTORS.COM | UNDETERMINED | | UNDETERMINED |
| 61.81. | NIKOLA-MOTORS.COM | UNDETERMINED | | UNDETERMINED |
| 61.82. | NIKOLANOW.COM | UNDETERMINED | | UNDETERMINED |
| 61.83. | NIKOLAPOWERBOX.COM | UNDETERMINED | | UNDETERMINED |
| 61.84. | NIKOLAPOWERCUBE.COM | UNDETERMINED | | UNDETERMINED |
| 61.85. | NIKOLARAIL.COM | UNDETERMINED | | UNDETERMINED |
| 61.86. | NIKOLASERVICESTATION.COM | UNDETERMINED | | UNDETERMINED |
| 61.87. | NIKOLATRUCKING.COM | UNDETERMINED | | UNDETERMINED |
| 61.88. | NIKOLA-TRUCKS.COM | UNDETERMINED | | UNDETERMINED |
| 61.89. | NIKOLATRUCKSTOPS.COM | UNDETERMINED | | UNDETERMINED |
| 61.90. | NIKOLAUSA.COM | UNDETERMINED | | UNDETERMINED |
| 61.91. | NIKOLAWORLD.COM | UNDETERMINED | | UNDETERMINED |
| 61.92. | NIKOLAWORLDWIDE.COM | UNDETERMINED | | UNDETERMINED |
| 61.93. | NO-CARBS.COM | UNDETERMINED | | UNDETERMINED |
| **62.** | **LICENSES, FRANCHISES, AND ROYALTIES** | | |
| 62.1. | INTANGIBLE - SECURITY CERTICATE KEY (ONBOARD SW) | $88,528.86 | NET BOOK VALUE | UNDETERMINED |
| 62.2. | IVECO S-WAY LICENSE | $29,379,261.00 | NET BOOK VALUE | UNDETERMINED |
| 62.3. | MCAL SOFTWARE | $577,238.79 | NET BOOK VALUE | UNDETERMINED |
| 62.4. | NXP SAFE ASSURE SOFTWARE | $222,465.64 | NET BOOK VALUE | UNDETERMINED |
| **63.** | **CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | |
| 63.1. | CUSTOMER LISTS | UNDETERMINED | | UNDETERMINED |
| **64.** | **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | |
| 64.1. | HTTPS://WWW.FACEBOOK.COM/NIKOLAMOTORCOMPANY | UNDETERMINED | | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **64.** | **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | |
| 64.2. | HTTPS://WWW.INSTAGRAM.COM/NIKOLAMOTORCOMPANY/?HL=EN | UNDETERMINED | | UNDETERMINED |
| 64.3. | HTTPS://WWW.LINKEDIN.COM/COMPANY/NIKOLA-MOTOR-COMPANY/ | UNDETERMINED | | UNDETERMINED |
| 64.4. | HTTPS://WWW.TIKTOK.COM/DISCOVER/NIKOLA-MOTORS-COMPANY?LANG=EN | UNDETERMINED | | UNDETERMINED |
| 64.5. | HTTPS://X.COM/NIKOLAMOTOR | UNDETERMINED | | UNDETERMINED |

**65.  GOODWILL**

| **66** | **Total of Part 10.** ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | UNDETERMINED |
|---|---|---|---|---|

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☑ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☐ No
☑ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
☑ No
☐ Yes

**Part 11:  ALL OTHER ASSETS**

**70.  DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.  NOTES RECEIVABLE**

DESCRIPTION (INCLUDE NAME OF OBLIGOR)

| Description | total face amount | doubtful or uncollectable accounts | | Current value |
|---|---|---|---|---|
| LEASE RECEIVABLE - GREAT CENTRAL TRANSPORT, INC. | $1,043,513.82 | $0.00 | = → | $1,043,513.82 |
| LEASE RECEIVABLE - KING FIO TRUCKING, LLC | $549,851.44 | $0.00 | = → | $549,851.44 |
| LEASE RECEIVABLE - PACHECO SERVICES, INC. | $471,984.15 | $0.00 | = → | $471,984.15 |
| LEASE RECEIVABLE - TALON LOGISTICS, INC. | $444,002.00 | $0.00 | = → | $444,002.00 |
| LEASE RECEIVABLE - THE CREW TRANSPORTATION, INC. | $269,133.35 | $0.00 | = → | $269,133.35 |
| LEASE RECEIVABLE - TRACY RENEWABLE ENERGY, LLC | $155,563.86 | $0.00 | = → | $155,563.86 |
| LOANS MADE TO WABASH VALLEY RESOURCES HOLDINGS LLC | $499,999.00 | $0.00 | = → | $499,999.00 |

**72.  TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

**NONE**

| | Current value of debtor's interest |
|---|---|
| **73. INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| NONE | |
| **74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |
| NONE | |
| **75. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS** | |
| NONE | |
| **76. TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY** | |
| 76.1. HOLDBACK FROM THE 1ST CLOSING OF THE SALE OF PHH/EQUIPMENT TO USA FORTESCUE FUTURE INDUSTRIES, INC. | $2,406,815.67 |
| 76.2. HOLDBACK FROM THE 2ND CLOSING OF SALE OF PHH/EQUIPMENT TO USA FORTESCUE FUTURE INDUSTRIES, INC. | $2,462,316.90 |
| 76.3. QUALIFIED FACILITIES TAX CREDIT FROM THE STATE OF ARIZONA EARNED IN 2024 FOR THE COOLIDGE BUILDING | $748,000.00 |
| 76.4. QUALIFIED FACILITIES TAX CREDIT FROM THE STATE OF ARIZONA EARNED IN 2024 FOR THE HQ BUILDING | $1,216,000.00 |
| 76.5. SETTLEMENT AGREEMENT WITH EMBR MOTORS TO RECEIVE $5 MILLION, WITH PAYMENTS FROM TIME TO TIME EQUAL TO 35% OF ANY AND ALL DIVIDENDS OR DISTRIBUTIONS MADE TO COMMON EQUITY HOLDERS OF EMBR | UNDETERMINED |
| **77. OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |
| 77.1. CALIFORNIA ACT CREDITS | UNDETERMINED |
| 77.2. CALIFORNIA NOX CREDITS | UNDETERMINED |
| 77.3. CALIFORNIA PM CREDITS | UNDETERMINED |
| 77.4. EPA GHG (CO2) CREDITS | UNDETERMINED |
| 77.5. INTERCOMPANY RECEIVABLE - NIKOLA AG23 LLC | $17,310,099.00 |
| **78 Total of Part 11.** ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | $27,577,279.19 |
| **79. Has any of the property listed in Part 11 been appraised by a professional within the last year?** ☒ No ☐ Yes | |

**Part 12:**   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $44,729,637.52 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $27,735,575.85 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $34,429,542.03 | |
| **83. Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |

Debtor    Nikola Corporation                                           Case number (if known) 25-10258

          (Name)

| | | | |
|---|---|---|---|
| **84.** | **Inventory.** *Copy line 23, Part 5.* | $86,157,169.38 | |
| **85.** | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86.** | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,613,411.16 | |
| **87.** | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $217,311,145.53 | |
| **88.** | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . → | | $251,215,517.05 |
| **89.** | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| **90.** | **All other assets.** *Copy line 78, Part 11.* | + $27,577,279.19 | |
| **91.** | **Total.** Add lines 80 through 90 for each column . . . . . . . . 91a. | $439,553,760.66 + 91b. | $251,215,517.05 |
| **92.** | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $690,769,277.71 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Nikola Corporation |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 25-10258 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **1. Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules . Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

**Creditor's name**
AIR WATER AMERICA INC

**Creditor's mailing address**
1609 W COUNTY ROAD 42
STE 393
BURNSVILLE, MN  55306

**Creditor's email address**

**Date or dates debt was incurred**
8/1/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
MOBILE HYDROGEN RECHARGER EQUIPMENT (MHR41003, 4.1K-150-TRM-VAP-MC338-LH2)

**Describe the lien**
LIEN CLAIM AGAINST LEASED PROPERTY

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Column A: UNKNOWN
Column B: UNDETERMINED

| Part 1: | Additional Page |
|---------|-----------------|

|  | | | Column A | Column B |
|--|--|--|----------|----------|
|  | | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | | *Do not deduct the value of collateral.* | |
| 2.2 | **Creditor's name**<br>AIR WATER AMERICA INC<br><br>**Creditor's mailing address**<br>1609 W COUNTY ROAD 42<br>STE 393<br>BURNSVILLE, MN  55306<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>7/13/2023<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>MOBILE HYDROGEN RECHARGER EQUIPMENT (MHR41002, 4.1K-150-TRM-VAP-MC338-LH2)<br><br>**Describe the lien**<br>LIEN CLAIM AGAINST LEASED PROPERTY<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | | UNKNOWN | UNDETERMINED |
| 2.3 | **Creditor's name**<br>ENGS COMMERCIAL FINANCE CO.<br><br>**Creditor's mailing address**<br>1 PIERCE PLACE<br>SUITE 1100 WEST<br>ITASCA, IL  60143<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>8/5/2022<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>VARIOUS PROPERTY INCLUDING AGV SYSTEMS AND TRUCKS<br><br>**Describe the lien**<br>PROMISSORY NOTE<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $2,180,365.27 | UNDETERMINED |
| 2.4 | **Creditor's name**<br>ENGS COMMERCIAL FINANCE CO.<br><br>**Creditor's mailing address**<br>1 PIERCE PLACE<br>SUITE 1100 WEST<br>ITASCA, IL  60143<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>3/1/2023<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>2024 FONTAINE - RENEGADE EV - LOW BOY (NEW) VIN: 57JE53207R35A3572<br><br>**Describe the lien**<br>PROMISSORY NOTE<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $160,126.63 | UNDETERMINED |

| Part 1: | Additional Page |
| --- | --- |

|  |  | Column A | Column B |
| --- | --- | --- | --- |
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* |  |

| | | | |
| --- | --- | --- | --- |
| 2.5 | **Creditor's name**<br>FIRST CITIZENS BANK | **Describe debtor's property that is subject to a lien**<br>CERTAIN OFFICE EQUIPMENT | $101,450.42 | UNDETERMINED |
| | **Creditor's mailing address**<br>155 COMMERCE WAY<br>PORTSMOUTH, NH  03801 | **Describe the lien**<br>EQUIPMENT FINANCING AGREEMENT | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| | **Date or dates debt was incurred**<br>11/30/2023 | | | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $2,441,942.32 |
| --- | --- | --- |

| Fill in this information to identify the case: |
|---|
| Debtor | Nikola Corporation |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 25-10258 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>INTERNAL REVENUE SERVICE<br>ACS SUPPORT - STOP 6052<br>P.O.BOX 3894<br>OGDEN,  UT  84409<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** 1153<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POST MERGER LATE RETURN FILING<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $9,665.00 | $9,665.00 |
| 2.2 | **Priority creditor's name and mailing address**<br>NYS DEPARTMENT OF TAXATION<br>ATTN OFFICE OF COUNSEL<br>BLDG 9, W A HARRIMAN CAMPUS<br>ALBANY, NY  12227<br><br>**Date or dates debt was incurred**<br>12/2/2022<br><br>**Last 4 digits of account number:** 1153<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POST MERGER LATE RETURN FILING<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $19,000.00 | $19,000.00 |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).
☐ No.
☑ Yes.

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.1** **Nonpriority creditor's name and mailing address**

A&M CARRIERS INC
1875 ROHLWING RD. STE B
ROLLING MEADOWS, IL 60008

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,400.00

---

**3.2** **Nonpriority creditor's name and mailing address**

A&P SOLUTIONS
RIO LERMA # 1 SAN LORENZO ALEMACATLA
CUAUTLANCINGO, PUE 72730
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,097.55

---

**3.3** **Nonpriority creditor's name and mailing address**

ABM INDUSTRIES INCORPORATED
600 HARRISON ST., SUITE 600
SAN FRANCISCO, CA 94107

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,387.40

---

**3.4** **Nonpriority creditor's name and mailing address**

ABOVE AND BEYOND FITNESS REPAIR, LLC
2473 S HIGLEY RD. STE 104-107
GILBERT, AZ 85295

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$250.00

---

**3.5** **Nonpriority creditor's name and mailing address**

ACROMAG INC
30765 S. WIXOM RD.
WIXOM, MI 48393-2417

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,398.79

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.6 | **Nonpriority creditor's name and mailing address**<br><br>ADVANCE PAPER & MAINTENANCE SUPPLY<br>1135 N. MCQUEEN RD. SUITE 143<br>GILBERT, AZ 85233<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,189.58 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br><br>ADVANCED WHEEL SALES, LLC<br>28381 NETWORK PLACE<br>CHICAGO, IL 60673-1283<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,498.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br><br>AEROTECH HERMAN NELSON INTERNATIONAL<br>100 EAGLE DRIVE<br>WINNIPEG, MB R2R 1V5<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $480.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br><br>AGRATI INC.<br>24000 S WESTERN AVE<br>PARK FOREST, IL 60466<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $296.32 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br><br>AGRATI FSP SRL<br>VIA SOMMACAMPAGNA 49<br>VERONA, VR 37137<br>ITALY<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,670.46 |

| Debtor | Nikola Corporation | | Case number (if known) | 25-10258 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.11 | **Nonpriority creditor's name and mailing address**<br><br>AIR SQUARED MANUFACTURING, INC.<br>675 E. 124TH AVE<br>THORNTON, CO  80241-2411<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $131,875.00 |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br><br>AIRGAS, INC.<br>259 N. RADNOR-CHESTER RD.<br>RADNOR, PA  19087<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25,595.09 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br><br>ALLISON TRANSMISSION, INC.<br>LOCKBOX #232288<br>2288 MOMENTUM PL<br>CHICAGO, IL  60689-5322<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $303,600.00 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br><br>ALTA ELECTRIC VEHICLES NORTH EAST<br>6847 ELLICOTT DR<br>EAST SYRACUSE, NY  13057<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,947.83 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br><br>ALTA ENTERPRISES, LLC<br>8981 PALM RIVER RD.<br>TAMPA, FL  33619<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,937.95 |

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.16** | **Nonpriority creditor's name and mailing address**
ALTAIR ENGINEERING INC.
DEPT 771419 PO BOX 77000
DETROIT, MI  48277-1419 | **As of the petition filing date, the claim is:** | **$75,982.49**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address**
ALTEN TECHNOLOGY USA, INC.
7830 THORNDIKE ROAD
GREENSBORO, NC  27409 | **As of the petition filing date, the claim is:** | **$107,600.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**
AMADA AMERICA, INC.
7025 FIRESTONE BLVD
BUENA PARK, CA  90621 | **As of the petition filing date, the claim is:** | **$750.10**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**
AMAZON CAPITAL SERVICES, INC.
410 TERRY AVE N
SEATTLE, WA  98109 | **As of the petition filing date, the claim is:** | **$12,952.19**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**
AMERICAN AIR LIQUIDE HOLDINGS, INC.
9811 KATY FREEWAY, SUITE 100
HOUSTON, TX  77024 | **As of the petition filing date, the claim is:** | **$750,941.23**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.21** **Nonpriority creditor's name and mailing address**

AMERICAN CLEANSOURCE, LLC
1453 N 172ND ST
GILBERT, AZ 85234

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,380.00

---

**3.22** **Nonpriority creditor's name and mailing address**

AMERICAN SOUND & ELECTRONICS, INC.
1800 RUSSELL STREET
COVINGTON, KY 41014

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,430.53

---

**3.23** **Nonpriority creditor's name and mailing address**

ANIXTER CANADA INC.
200 FOSTER CRESCENT
MISSISSAUGA, ON L5R 3Y5
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,739.67

---

**3.24** **Nonpriority creditor's name and mailing address**

ANSYS, INC.
2600 ANSYS DRIVE
CANONSBURG, PA 15317

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$353,631.00

---

**3.25** **Nonpriority creditor's name and mailing address**

AON CONSULTING INC
200 E RANDOLPH ST, LOWR LL3
CHICAGO, IL 60601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,500.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $518.50 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

APE SOFTWARE, INC.
10174 HIGHWAY 41
MADERA, CA 93636

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$518.50**

---

3.27 **Nonpriority creditor's name and mailing address**

APRIORI TECHNOLOGIES, INC.
300 BAKER AVE SUITE 370
CONCORD, MA 01742

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$35,071.65**

---

3.28 **Nonpriority creditor's name and mailing address**

ARAMCO VALVOLINE GLOBAL HOLDING CORP
1200 SMITH ST
HOUSTON, TX 77002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$4,124.25**

---

3.29 **Nonpriority creditor's name and mailing address**

ARBOMEX LCM, S.A. DE C.V.
NORTE 7 NO. 102, CD. INDUSTRIAL GUA
CELAYA, GT 38010
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$302,335.89**

---

3.30 **Nonpriority creditor's name and mailing address**

ARBON EQUIPMENT CORPORATION
25464 NETWORK PI
CHICAGO, IL 60673

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$10,832.88**

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $58,166.31 |
|---|---|---|---|

ARIZONA DENTAL INSURANCE SERVICE
14850 N SCOTTSDALE RD, STE 400
SCOTTSDALE, AZ  85254

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $2,783.75 |
|---|---|---|---|

ARIZONA/ALBUQUERQUE VALVE & FITTING
4926 E BEVERLY RD
PHOENIX, AZ  85044

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $55,360.56 |
|---|---|---|---|

ARNOLD MACHINERY COMPANY
2975 W 2100 S
SALT LAKE CITY, UT  84119

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $333.62 |
|---|---|---|---|

AROCHI & LINDER, S.C.
INSURGENTES SUR 1605-PISO 20
SAN JOSÉ INSURGENTES
BENITO JUÁREZ
MEXICO CITY, CDMX  03900
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $5,577.56 |
|---|---|---|---|

ARTICULATE GLOBAL, LLC
DEPT 3747. PO BOX 123747
DALLAS, TX  75312-3747

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Nikola Corporation | | Case number (if known) | 25-10258 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25,140.00 |
|---|---|---|---|

3.36 **Nonpriority creditor's name and mailing address**

ASI DATAMYTE, INC.
2800 CAMPUS DRIVE, SUITE 60
PLYMOUTH, MN 55441

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,140.00

---

3.37 **Nonpriority creditor's name and mailing address**

AT&T MOBILITY
C/O AT&T SERVICES INC
ATTN KAREN CAVAGNARO, LEAD PARALEGAL
ONE AT&T WAY, RM 3A104
BEDMINSTER, NJ 07921

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$480.57

---

3.38 **Nonpriority creditor's name and mailing address**

ATLAS COPCO TOOLS AND ASSEMBLY SYSTEMS LLC
3301 CROSS CREEK PARKWAY
AUBURN HILLS, MI 48326

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,244.50

---

3.39 **Nonpriority creditor's name and mailing address**

AUSTIN FIRE SYSTEMS, LLC
13580 EADS RD
PRAIRIEVILLE, LA 70769

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,615.00

---

3.40 **Nonpriority creditor's name and mailing address**

AVANT GARDE AUTO LOGISTICS LLC
278 DOUG WARPOOLE RD #301A
SMYRNA, TN 37167

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,442.40

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.41 | **Nonpriority creditor's name and mailing address**<br><br>AXLE LOGISTICS, LLC<br>835 N CENTRAL ST<br>KNOXVILLE, TN 37917<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,354.67 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br><br>AZTEK TECHNOLOGIES S.A. DE C.V.<br>CARRETERA MONTERREY-GARCIA KM 3, AV<br>SANTA CATARINA, NL 66367<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $269,630.97 |
| 3.43 | **Nonpriority creditor's name and mailing address**<br><br>BAKER COMMODITIES, INC.<br>3602 W. ELWOOD ST.<br>PHOENIX, AZ 85005-6518<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $300.00 |
| 3.44 | **Nonpriority creditor's name and mailing address**<br><br>BARGHAUSEN CONSULTING ENGINEERS, INC<br>18215 72ND AVENUE SOUTH<br>KENT, WA 98032<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,854.00 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br><br>BASF CORPORATION<br>29492 NETWORK PLACE<br>CHICAGO, IL 60673<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $33,990.00 |

| **Part 2:** | Additional Page |

| | | Amount of claim |
| --- | --- | --- |

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $175,215.00 |
| | BAYARD, P.A. | *Check all that apply.* | |
| | 600 N KING ST. STE 400 | ☐ Contingent | |
| | WILMINGTON, DE  19809 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000,000.00 |
| | BDO USA LLP | *Check all that apply.* | |
| | 339 SIXTH AVE, 8TH FL | ☐ Contingent | |
| | PITTSBURGH, PA  15222 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $618.97 |
| | BECKHOFF AUTOMATION LLC | *Check all that apply.* | |
| | 13130 DAKOTA AVE | ☐ Contingent | |
| | SAVAGE, MN  55378 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $185.66 |
| | BEHESHTAEIN, SIAVASH | *Check all that apply.* | |
| | ADDRESS REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | VARIOUS | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,350.23 |
| | BERKSHIRE PRODUCTION SUPPLY, LLC | *Check all that apply.* | |
| | 40333 W 14 MILE RD | ☐ Contingent | |
| | NOVI, MI  48377-1609 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.51** | **Nonpriority creditor's name and mailing address**
BERRETT PEST CONTROL AZ INC.
PO BOX 80065
CITY OF INDUSTRY, CA 91716-8065

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,799.53

---

**3.52** | **Nonpriority creditor's name and mailing address**
BIG BOLT, LLC
140 COVINGTON DRIVE
BLOOMINGDALE, IL 60108

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,364.99

---

**3.53** | **Nonpriority creditor's name and mailing address**
BIG LIFT MATERIAL HANDLING
1315 E GIBSON LANE BLDG-E2
PHOENIX, AZ 85034

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,771.45

---

**3.54** | **Nonpriority creditor's name and mailing address**
BISCO INDUSTRIES INC
5065 E HUNTER AVE
ANAHEIM, CA 92807-6001

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$226.98

---

**3.55** | **Nonpriority creditor's name and mailing address**
BLOCK HARBOR, LLC
1397 S PIEDMONT AVE STE 100
TROY, MI 48083

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$118,976.00

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.56**

**Nonpriority creditor's name and mailing address**

BOGE ELASTMETALL GMBH
DR JURGEN ULDERUP PLATZ 1
DAMME  49401
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,484.82

---

**3.57**

**Nonpriority creditor's name and mailing address**

BOSSARD INC.
6521 PRODUCTION DRIVE
CEDAR FALLS, IA  50613

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,446.06

---

**3.58**

**Nonpriority creditor's name and mailing address**

BOTT ENTERPRISES, INC.
717 SOUTH 5600 WEST
SALT LAKE CITY, UT  84104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,373.97

---

**3.59**

**Nonpriority creditor's name and mailing address**

BPC ACQUISITION COMPANY
1218 E. PONTALUNA ROAD
SPRING LAKE, MI  49456

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,924.20

---

**3.60**

**Nonpriority creditor's name and mailing address**

BROADLUX, INC.
PO BOX 7303
LAGUNA NIGUEL, CA  92607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,259.43

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.61**

**Nonpriority creditor's name and mailing address**

BROOKS KUSHMAN P.C.
1000 TOWN CENTER, 22ND FLOOR
SOUTHFIELD, MI  48075

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,645.65

---

**3.62**

**Nonpriority creditor's name and mailing address**

BRUSA HYPOWER AG
NEUDORF 14
SENNWALD  9466
SWITZERLAND

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,307.23

---

**3.63**

**Nonpriority creditor's name and mailing address**

BUCHANAN HAULING & RIGGING, INC.
4625 INDUSTRIAL RD
FORT WAYNE, IN  46825

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,575.00

---

**3.64**

**Nonpriority creditor's name and mailing address**

BURRTEC WASTE GROUP, INC
9890 CHERRY AVE
FONTANA, CA  92355

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$887.82

---

**3.65**

**Nonpriority creditor's name and mailing address**

CACTUS SWEEPING, INC.
12324 N 57TH DR
GLENDALE, AZ  85304

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,526.43

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.66** **Nonpriority creditor's name and mailing address**

CALIFORNIA CLEANING SUPPLIES CORP.
7440 SCOUT AVE
BELL GARDENS, CA 90201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$319.24

---

**3.67** **Nonpriority creditor's name and mailing address**

CALSTART, INC.
48 S CHESTER AVE
PASADENA, CA 91106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,950.00

---

**3.68** **Nonpriority creditor's name and mailing address**

CARL KURT WALTHER GMBH & CO. KG
WESTFALENSTRASSE 2
HAAN 42781
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$115.02

---

**3.69** **Nonpriority creditor's name and mailing address**

CARTER MACHINERY COMPANY, INCORPORA
1330 LYNCHBURG TURNPIKE
SALEM, VA 24153

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,951.20

---

**3.70** **Nonpriority creditor's name and mailing address**

CASA GRANDE PUMPING SERVICE, INC.
7324 S LINDA LOU RD.
ELOY, AZ 85131

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,891.67

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.71** **Nonpriority creditor's name and mailing address**

CASPLE S.A.
CALLE ALCALDE MARTIN COBOS, 2
BURGOS  09007
SPAIN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,622.84

---

**3.72** **Nonpriority creditor's name and mailing address**

CATALINA COMPONENTS, INC
4015 W. MILKY WAY
CHANDLER, AZ  85226

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,777.00

---

**3.73** **Nonpriority creditor's name and mailing address**

CAYATA GRUPO LARRION
CALLE TRABAJO 7
GATAFE  28906
SPAIN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,184.94

---

**3.74** **Nonpriority creditor's name and mailing address**

CEET INDUSTRIES, INC
1725 E ROBIN LANE
PHOENIX, AZ  85024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$288.00

---

**3.75** **Nonpriority creditor's name and mailing address**

CENIT NORTH AMERICA INC.
691 N. SQUIRREL ROAD, SUITE 275
AUBURN HILLS, MI  48326

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,990.00

| Debtor | Nikola Corporation | | | |
|---|---|---|---|---|
| | (Name) | Case number (if known) | 25-10258 | |

| | | Amount of claim |
|---|---|---|

**3.76**    **Nonpriority creditor's name and mailing address**

CERTARUS (USA) LTD.
PO BOX 60403
MIDLAND, TX 79711-0403

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,709.00

---

**3.77**    **Nonpriority creditor's name and mailing address**

CHAMPION ACQUISITION LLC
3444 N 27TH AVE
PHOENIX, AZ 85017

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,618.25

---

**3.78**    **Nonpriority creditor's name and mailing address**

CHART INC.
1300 AIRPORT DRIVE
BALL GROUND, GA 30107

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,144.38

---

**3.79**    **Nonpriority creditor's name and mailing address**

CHEMTREAT, INC.
5640 COX ROAD
GLEN ALLEN, VA 23060

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,141.74

---

**3.80**    **Nonpriority creditor's name and mailing address**

CHRISTENSEN & DOUGHERTY LLP
1201 NORTH MARKET ST. STE 1404
WILMINGTON, DE 19801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,216.43

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

**3.81**    **Nonpriority creditor's name and mailing address**

CHRYSAN INDUSTRIES, INC.
14707 KEEL STREET
PLYMOUTH, MI 48170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,510.00

---

**3.82**    **Nonpriority creditor's name and mailing address**

CINTAS CANADA LIMITED
6300 KENNEDY RD. UNIT 3
MISSISSAUGA, ON L5T 2X5
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$371.80

---

**3.83**    **Nonpriority creditor's name and mailing address**

CINTAS CORPORATION NO. 2
6800 CINTAS BLVD
MASON, OH 45040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,884.93

---

**3.84**    **Nonpriority creditor's name and mailing address**

CINTAS INC.
5501 W HADLEY ST
PHOENIX, AZ 85043

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,014.73

---

**3.85**    **Nonpriority creditor's name and mailing address**

CIRCLE T TRUCKING, LTD
245 F QUARTER CIRCLE LOOP
CHEYENNE, WY 82004

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,137.43

---

Debtor   Nikola Corporation
(Name)

Case number (if known) 25-10258

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.86**

**Nonpriority creditor's name and mailing address**

CITY OF LONG BEACH
411 W OCEAN BLVD
LONG BEACH, CA  90842

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$413.06

---

**3.87**

**Nonpriority creditor's name and mailing address**

CITY OF STOCKTON
425 N EL DORADO ST, 1ST FL
STOCKTON, CA  95202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$99.60

---

**3.88**

**Nonpriority creditor's name and mailing address**

CLARK PEST CONTROL OF STOCKTON, INC
555 N GUILD AVE
LODI, CA  95240

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$585.00

---

**3.89**

**Nonpriority creditor's name and mailing address**

CLEVELAND BROTHERS EQUIPMENT CO.
4565 WILLIAM PENN HWY
MURRYSVILLE, PA  15668

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,561.72

---

**3.90**

**Nonpriority creditor's name and mailing address**

CNC TECH.COM INC
1622 COUNTY ROAD 22
BELLE RIVER, ON  N0R 1A0
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,046.00

---

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.91** **Nonpriority creditor's name and mailing address**

COBRAPLAST
VIA (EX STRADA) FORMACINO
LEINI, TO  10040
ITALY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,070.34

---

**3.92** **Nonpriority creditor's name and mailing address**

COHEN ZIFFER FRENCHMAN & MCKENNA LLC
1325 AVE OF AMERICAS, 31ST FLOOR
NEW YORK, NY  10019

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$348.00

---

**3.93** **Nonpriority creditor's name and mailing address**

COMFORT SYSTEMS USA (SOUTHWEST), INC
6875 W GALVESTON ST
CHANDLER, AZ  85226

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$45,907.41

---

**3.94** **Nonpriority creditor's name and mailing address**

COMMERCIAL VEHICLE GROUP, INC
15705 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$330,361.12

---

**3.95** **Nonpriority creditor's name and mailing address**

CONNECTOR ID, LLC
4359 WADE HAMPTON BLVD.
PO BOX 1110
TAYLORS, SC  29687

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$867.30

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.96** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $421.43
Check all that apply.

CONSOLIDATED ELECTRICAL DISTRIBUTOR INC.
1920 WESTRIDGE DR
IRVING, TX 75038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,696.00
Check all that apply.

CONTA-CLIP, INC.
400 APGAR DR. SUITE D
SOMERSET, NJ 08873

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27.00
Check all that apply.

CONTAX, INC.
311 W. SUPERIOR ST. #313
CHICAGO, IL 60654

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,125.00
Check all that apply.

CONTEMPORARY AMPEREX TECHNOLOGY USA
2455 FEATHERSTONE RD.
AUBURN HILLS, MI 48326

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,033.75
Check all that apply.

CONTINENTAL BROADBAND LLC
810 PARISH STREET
PITTSBURGH, PA 15220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.101**  **Nonpriority creditor's name and mailing address**

CONTINENTAL STOCK TRANSFER & TRUST
ONE STATE STREET PLAZA 30TH FLOOR
NEW YORK, NY 10004

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,883.33

---

**3.102**  **Nonpriority creditor's name and mailing address**

CONTITECH MGW GMBH
HANNOVERSCHE STRABE 100
HAMBURG 21079
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$80,039.49

---

**3.103**  **Nonpriority creditor's name and mailing address**

CONTITECH NORTH AMERICA, INC.
703 S CLEVELAND-MASSILLON RD
FAIRLAWN, OH 44333

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,072.71

---

**3.104**  **Nonpriority creditor's name and mailing address**

CORNAGLIA
STRADA MIRAFIORI, 31
BEINASCO, TO 10092
ITALY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,467.87

---

**3.105**  **Nonpriority creditor's name and mailing address**

CREATIVE LIQUID COATINGS, INC.
1701 MAGDA DRIVE
MONTPELIER, OH 43543

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,084.74

| Debtor | Nikola Corporation | | Case number (if known) | 25-10258 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.106**

**Nonpriority creditor's name and mailing address**

CRYOGENIC INDUSTRIES SERVICE COMPAN LLC
21250 SPELL CIRCLE
TOMBALL, TX  77375

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$197,189.83

---

**3.107**

**Nonpriority creditor's name and mailing address**

CT CORPORATION SYSTEM
PO BOX 4349
CAROL STREAM, IL  60197

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$70.00

---

**3.108**

**Nonpriority creditor's name and mailing address**

CURAFIN ADVISORS, LLC
4747 N. 22ND ST., STE 410
PHOENIX, AZ  85016

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,250.00

---

**3.109**

**Nonpriority creditor's name and mailing address**

CVG NATIONAL SEATING CO MEXICO
7800 WALTON PARKWAY
NEW ALBANY, OH  43054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$42,502.26

---

**3.110**

**Nonpriority creditor's name and mailing address**

CVG NATIONAL SEATING COMPANY, LLC
7800 WALTON PKWY
NEW ALBANY, OH  43054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,467.72

---

| **Part 2:** | Additional Page |

|  | Amount of claim |
|---|---|

| **3.111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $299,415.41 |
|---|---|---|---|

CWL HOLDING COMPANY LLC
1500 RANKIN ROAD
SUITE 400
HOUSTON, TX  77073

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $300.00

D.R. MCNATTY & ASSOCIATES, INC.
26300 LA ALAMEDA, STE 250
MISSION VIEJO, CA  92691

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $1,814.79

DANFOSS POWER SOLUTIONS (US) COMPANY
580 N HENDERSON RD
FREEPORT, IL  61032-9017

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $74,477.92

DANOTHERM ELECTRIC A/S
MAARKAERVEJ 1-3
TAASTRUP  2630
DENMARK

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.115**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $15,692.73

DASSAULT SYSTEMES AMERICAS CORP
175 WYMAN ST
WALTHAM, MA  02451

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Nikola Corporation | | |
|--------|--------------------|---|---|
| | (Name) | | |

Case number (if known) 25-10258

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,225.53 |
|---|---|---|---|

DATADOG INC
DEPT CH 17763
PALATINE, IL 60055

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,450.00 |
|---|---|---|---|

DATASTRIKE, LLC
2000 ERICSSON DR., STE 225
WARRENDALE, PA 15086

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $383.43 |
|---|---|---|---|

DAWSON ENTERPRISES, INC.
17251 E SHEA BLVD SUITE 1
FOUNTAIN HILLS, AZ 85268

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,936.29 |
|---|---|---|---|

DAYFORCE US, INC.
3311 E OLD SHAKOPEE RD
MINNEAPOLIS, MN 55425-1640

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,572.16 |
|---|---|---|---|

DE MOLLI GIANCARLO INDUSTRIE SPA
VIA SANT'ALESSANDRO N. 10
CASTROMMO, VA 21040
ITALY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.121 | **Nonpriority creditor's name and mailing address**<br><br>DEFLECTO, LLC<br>7035 E 86TH ST<br>INDIANAPOLIS, IN  46250<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,257.84 |
| 3.122 | **Nonpriority creditor's name and mailing address**<br><br>DELAWARE SECRETARY OF STATE<br>CARVEL STATE OFFICE BLDG, 10 FL<br>820 N FRENCH ST<br>WILMINGTON, DE  19801<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $61,978.02 |
| 3.123 | **Nonpriority creditor's name and mailing address**<br><br>DELOITTE FINANCIAL ADVISORY SERVICES LLP<br>1919 N LYNN ST<br>ARLINGTON, VA  22209<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46,558.46 |
| 3.124 | **Nonpriority creditor's name and mailing address**<br><br>DELOITTE TAX LLP<br>717 N HARWOOD ST, STE 1800<br>DALLAS, TX  75201<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $91,670.00 |
| 3.125 | **Nonpriority creditor's name and mailing address**<br><br>DERIVADOS DE METAL, S.A. DE C.V.<br>CALLE 3 #1260, COLONIA INDUSTRIAL<br>GUADALAJARA, JA  44940<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $54,677.92 |

| **Part 2:** | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

| 3.126 | **Nonpriority creditor's name and mailing address**<br><br>DESERT TRAILER SYSTEMS INC<br>2733 W BUCKEYE RD<br>PHOENIX, AZ  85009<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,720.94 |
| 3.127 | **Nonpriority creditor's name and mailing address**<br><br>DIGI-KEY CORPORATION<br>701 BROOKS AVE S<br>THIEF RIVER FALLS, MN  56701<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,414.38 |
| 3.128 | **Nonpriority creditor's name and mailing address**<br><br>DNV GL USA, INC.<br>1400 RAVELLO DRIVE<br>KATY, TX  77449<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,000.00 |
| 3.129 | **Nonpriority creditor's name and mailing address**<br><br>DOMINIC TROPEA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,000.00 |
| 3.130 | **Nonpriority creditor's name and mailing address**<br><br>DONNELLEY FINANCIAL, LLC<br>35 W WACKER DR<br>CHICAGO, IL  60601-1723<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $64,749.00 |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.131** **Nonpriority creditor's name and mailing address**

DONOHOE ADVISORY ASSOCIATES LLC
9801 WASHINGTONIAN BLVD STE 340
GAITHERSBURG, MD  20878

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$280.00

---

**3.132** **Nonpriority creditor's name and mailing address**

DUN & BRADSTREET, INC.
75 REMITTANCE DRIVE
CHICAGO, IL  60675-1096

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,620.91

---

**3.133** **Nonpriority creditor's name and mailing address**

DUOTEC DE NORTEAMERICA S DE RL DE C
BLVD. CAMPESTRE NO. 100
ARTEAGA COAHUILA, CA  25350
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$549,264.00

---

**3.134** **Nonpriority creditor's name and mailing address**

EA ELEKTRO-AUTOMATIK, INC
9845 VIA PASAR
SAN DIEGO, CA  92126

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$902.40

---

**3.135** **Nonpriority creditor's name and mailing address**

EARNSCLIFFE STRATEGY GROUP GP
46 ELGIN STREET - SUITE 200
OTTAWA, ON  K1P 5K6
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,327.88

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.136** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,160.00

EDAG, INC
1650 RESEARCH DRIVE  SUITE 300
TROY, MI  48083

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,779.00

EDGEWATER AUTOMATION, LLC
481 RENAISSANCE DRIVE
SAINT JOSEPH, MI  49085

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $26,400.00

E-GAPS LLC
43000 W 9 MILE RD STE 109 PMB2136
NOVI, MI  48375

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,169.78

ELEVATE ENERGY CORP.
SUITE 610, 717 7TH AVE SW
CALGARY, AB  T2P 0Z3
CANADA

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,440.00

ELITE CIVIL CONSTRUCTION LLC
3240 W. LINCOLN ST
PHOENIX, AZ  85009

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | ---: |

**3.141** | **Nonpriority creditor's name and mailing address**

ELITE MANUFACTURING TECHNOLOGIES LLC
33670 LIPKE ST.
CLINTON TOWNSHIP, MI 48044

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$59,532.61

---

**3.142** | **Nonpriority creditor's name and mailing address**

ELITETOWING, LLC
965 W GILA BEND HWY
CASA GRANDE, AZ 85122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$605.00

---

**3.143** | **Nonpriority creditor's name and mailing address**

ELS MAINTENANCE INC
3329 E. SOUTHERN AVE
PHOENIX, AZ 85040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,119.71

---

**3.144** | **Nonpriority creditor's name and mailing address**

EMPIRE SOUTHWEST, LLC
1725 S COUNTRY CLUB DR
MESA, AZ 85210-6099

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$109,685.20

---

**3.145** | **Nonpriority creditor's name and mailing address**

ENERFLUX
ZA DES ONZE ARPENTS
28-34 RUE ROBERT NAU
BLOIS 41000
FRANCE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$60,414.77

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.146** | **Nonpriority creditor's name and mailing address**

ENERFORM SOLUTIONS
2095 EXETER ROAD, SUITE 80289
GERMANTOWN, TN  38138

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,644.00

---

**3.147** | **Nonpriority creditor's name and mailing address**

ENERSYS ENERGY PRODUCTS INC
2366 BERNVILLE RD
READING, PA  19605

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,557.00

---

**3.148** | **Nonpriority creditor's name and mailing address**

ENGINEERED MACHINED PRODUCTS, INC
3111 N 28TH ST
ESCANABA, MI  49829

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$139,955.00

---

**3.149** | **Nonpriority creditor's name and mailing address**

ENGINEERING CENTER STEYR GMBH & CO
STEYRER STRASSE 32
ST. VALENTIN  4300
AUSTRIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$101,946.00

---

**3.150** | **Nonpriority creditor's name and mailing address**

ENTEGEE, INC.
DEPT CH 14395
PALATINE, IL  60055

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,474.41

| Debtor | Nikola Corporation | | Case number (if known) | 25-10258 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.151**    **Nonpriority creditor's name and mailing address**

ENTERPRISE HOLDINGS, INC.
600 CORPORATE PARK DR
ST LOUIS, MO  63105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,922.08

---

**3.152**    **Nonpriority creditor's name and mailing address**

EPIFINI LANDSCAPING INC.
3066 N LEAR AVE
CASA GRANDE, AZ  85122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,542.86

---

**3.153**    **Nonpriority creditor's name and mailing address**

EQUIGAS, INC.
518 CORLISS ST
GREENSBORO, NC  27406

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,775.99

---

**3.154**    **Nonpriority creditor's name and mailing address**

EQUILAR INC
1100 MARSHALL ST
REDWOOD CITY, CA  94063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,982.40

---

**3.155**    **Nonpriority creditor's name and mailing address**

ERICH JAEGER USA INC
17199 N LAUREL PARK DRIVE. STE 105
LIVONIA, MI  48152

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$312.60

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,466.26 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

ERNEST PACKAGING SOLUTIONS
5777 SMITHWAY ST.
LOS ANGELES, CA 90040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,466.26

---

3.157 **Nonpriority creditor's name and mailing address**

ESTAMPACIONES METALICAS EGUI S.A.U
CARRETERA MALLABIA KM 1 7
ERMUA 48260
SPAIN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$73,000.66

---

3.158 **Nonpriority creditor's name and mailing address**

ESTAMPADOS Y ACABADOS EDEMVAIS SA D
CALZADA SAN MATEO N. 40
COLONIA SAN JUAN BOSCO, ME 52946
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$35,296.82

---

3.159 **Nonpriority creditor's name and mailing address**

ETSA LLC
14844 S REDONDO RD
ARIZONA CITY, AZ 85123

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,267.00

---

3.160 **Nonpriority creditor's name and mailing address**

EXCELFORE CORPORATION
39650 LIBERTY STREET, STE 255
FREMONT, CA 94538

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,000.00

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.161**   **Nonpriority creditor's name and mailing address**

EXPONENT, INC.
PO BOX 200283
DEPT. 002
DALLAS, TX  75320-0283

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$4,322.70**

---

**3.162**   **Nonpriority creditor's name and mailing address**

EZI METALES, S.A. DE C.V.
LERDO DE TEJADA,COL.EL LECHUGA
SANTA CATARINA, NL  66376
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$124,835.79**

---

**3.163**   **Nonpriority creditor's name and mailing address**

FACIL NORTH AMERICA, INC
2242 PINNACLE PKWY, 100
TWINSBURG, OH 44087

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$18,018.53**

---

**3.164**   **Nonpriority creditor's name and mailing address**

FASKEN MARTINEAU DUMOULIN LLP
550 BURRAD STREET SUITE 2900
VANCOUVER, BC  V6C 0A3
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$175.00**

---

**3.165**   **Nonpriority creditor's name and mailing address**

FASTENAL COMPANY
2001 THEURER BLVD
WINONA, MN  55987

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$95.08**

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.166** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,509.50**

FASTENING SYSTEMS INTERNATIONAL INC
1206 E. MACARTHUR STREET
SONOMA, CA  95476

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,658.96**

FEDERAL EXPRESS CORPORATION
942 S SHADY GROVE RD
MEMPHIS, TN  38120

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,031.54**

FEDEX FREIGHT, INC.
DEPT LA, PO BOX 21415
PASADENA, CA  91185-1415

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,963.89**

FIBET SPA
VIA ALBA 12/6
MONCALIERI, TO  10024
ITALY

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,568.75**

FIDELITY INVESTMENTS
245 SUMMER ST
BOSTON, MA  02210

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|
| **3.171** | **Nonpriority creditor's name and mailing address**<br><br>FIDELITY SECURITY LIFE INSURANCE CO<br>3130 BROADWAY BLVD<br>KANSAS CITY, MO  64111-2542<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,302.67 |
| **3.172** | **Nonpriority creditor's name and mailing address**<br><br>FIEDLER GROUP<br>299 N. EUCLID AVE., SUITE 550<br>PASADENA, CA  91101<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $481,051.95 |
| **3.173** | **Nonpriority creditor's name and mailing address**<br><br>FIRST ELECTRONICS INC<br>150 E CHILTON DR<br>CHANDLER, AZ  85225<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,332.19 |
| **3.174** | **Nonpriority creditor's name and mailing address**<br><br>FIRST INSURANCE FUNDING<br>450 SKOKIE BLVD<br>SUITE 1000<br>NORTHBROOK, IL  60062<br><br>**Date or dates debt was incurred**<br><br>9/13/2024<br><br>**Last 4 digits of account number:** 3352 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INSURANCE PREMIUM FINANCING<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $543,553.52 |
| **3.175** | **Nonpriority creditor's name and mailing address**<br><br>FISHER'S TOOLS & HANDLES, LLC<br>1990 E. 3RD STREET<br>TEMPE, AZ  85288<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $352.00 |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.176** **Nonpriority creditor's name and mailing address**

FLEX TECHNOLOGIES INC
15151 S. MAIN ST.
GARDENA, CA 90248

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,669.08

---

**3.177** **Nonpriority creditor's name and mailing address**

FLEX-N-GATE VALLADOLID S.L.U
CALLE CARRACA S/N
VALLADOLID 47012
SPAIN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,045.60

---

**3.178** **Nonpriority creditor's name and mailing address**

FLEXPORT, INC.
760 MARKET ST, 8TH FL
SAN FRANCISCO, CA 94102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,257.51

---

**3.179** **Nonpriority creditor's name and mailing address**

FLOURISH FOREVER TECHNOLOGY CO.
BLDG A5-2, 3RD IND. ZONE, YANCHUAN
BAO 'AN DISTRICT
SHENZHEN CITY GUANGDONG 518105
CHINA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,002.00

---

**3.180** **Nonpriority creditor's name and mailing address**

FLUID MECHANICS VALVE COMPANY
12803 FM 529 RD.
HOUSTON, TX 77041

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$113.00

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $95,368.00 |
| --- | --- | --- | --- |

FLUITRON LLC
330 S. WARMINSTER RD
HATBORO, PA 19040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $832.83 |
| --- | --- | --- | --- |

FONTANA REDWOOD PROPERTIES, LLC
492 W FOOTHILL BLVD
CLAREMONT, CA 91711

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $48,000.00 |
| --- | --- | --- | --- |

FORMFAB LLC
3044 RESEARCH DR
ROCHERSTER HILLS, MI 48309

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,219.35 |
| --- | --- | --- | --- |

FORRESTERS IP LLP
PORT LIVERPOOL BUILDING PIER HEAD
LIVERPOOL L3 1AF
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $580.00 |
| --- | --- | --- | --- |

FUELING & SERVICE TECHNOLOGIES, INC
7050 VILLAGE DRIVE, SUITE D
BUENA PARK, CA 90621

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.186** | **Nonpriority creditor's name and mailing address**
GAMALIEL CONTRERAS
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,100.00

---

**3.187** | **Nonpriority creditor's name and mailing address**
GARRETT RADMALL
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$680.00

---

**3.188** | **Nonpriority creditor's name and mailing address**
GHA TECHNOLOGIES INC
DEPT #2090 PO BOX 29661
PHOENIX, AZ  85038-9661

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,268.00

---

**3.189** | **Nonpriority creditor's name and mailing address**
GILA LOCAL EXCHANGE CARRIER
7065 W ALLISON ROAD
BOX 5020
CHANDLER, AZ  85226

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,358.83

---

**3.190** | **Nonpriority creditor's name and mailing address**
GLIWA GMBH  & CO. KG
POLLINGER STR. 1
WEILHEIM IN OBERBAYERN  82362
GERMANY

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,231.72

| **Part 2:** | Additional Page |
|---|---|

|  | **Amount of claim** |
|---|---|

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,934.41 |
|---|---|---|---|

GLOBAL KNOWLEDGE SOLUTIONS LLC
9000 REGENCY PKWY, STE 100
CARY, NC 27518

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,004.80 |
|---|---|---|---|

GLOBAL POWER SYSTEMS INC
1309-10 STREET
NISKU, AB T9E 8L6
CANADA

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $42,764.68 |
|---|---|---|---|

GLOBALIZATION PARTNERS
175 FEDERAL STREET 17TH FLOOR
BOSTON, MA 02110

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,539.64 |
|---|---|---|---|

GOLDBAND CORPORATION
16650 N. 91ST STREET, SUITE 108
SCOTTSDALE, AZ 85260

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $586.00 |
|---|---|---|---|

GOPROTO LLC
240 W. CREST ST. STE A
ESCONDIDO, CA 92025

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**    Additional Page

| | | Amount of claim |
|---|---|---|

---

| | | |
|---|---|---|
| 3.196 | **Nonpriority creditor's name and mailing address**<br><br>GRAEPEL LÖNINGEN GMBH & CO. KG<br>ZEISIGWEG 2<br>LÖNINGEN 49624<br>GERMANY<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,201.51 |

---

| | | |
|---|---|---|
| 3.197 | **Nonpriority creditor's name and mailing address**<br><br>GRUPO INDUSTRIAL MAGNOACERO SADECV<br>AV ALMAZAN 1247 COL. TOPOCHICO<br>MONTERREY NUEVO, NL 64260<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46,179.24 |

---

| | | |
|---|---|---|
| 3.198 | **Nonpriority creditor's name and mailing address**<br><br>GTL LEASING<br>19715 E. 6TH STREET<br>TULSA, OK 74108<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $180,888.15 |

---

| | | |
|---|---|---|
| 3.199 | **Nonpriority creditor's name and mailing address**<br><br>H&E EQUIPMENT SERVICES, INC.<br>7500 PECUE LANE<br>BATON ROUGE, LA 70809-5107<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,670.87 |

---

| | | |
|---|---|---|
| 3.200 | **Nonpriority creditor's name and mailing address**<br><br>HEI-TEK AUTOMATION LLC<br>24435 N 20TH DRIVE<br>PHOENIX, AZ 85085<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $623.88 |

| Debtor | Nikola Corporation | Case number (if known) | 25-10258 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.201**

**Nonpriority creditor's name and mailing address**

HELLA AUTOMOTIVE SALES, INC.
201 KELLY DR
PEACHTREE CITY, GA  30269-1924

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$366.30

---

**3.202**

**Nonpriority creditor's name and mailing address**

HELLA GMBH & CO KGAA
RIXBECKER STRABE 75
LIPPSTADT  59552
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,022.66

---

**3.203**

**Nonpriority creditor's name and mailing address**

HELLMANN WORLDWIDE LOGISTICS INC
LOCKBOX NUMBER 13361
NEWARK, NJ  07101-3362

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,033.87

---

**3.204**

**Nonpriority creditor's name and mailing address**

HERE HOLDING CORPORATION
5187 PAYSPHERE CIRCLE
CHICAGO, IL  60674

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$76.72

---

**3.205**

**Nonpriority creditor's name and mailing address**

HERITAGE ENVIRONMENTAL SERVICES, INC
6510 TELECOM DRIVE SUITE 400
INDIANAPOLIS, IN  46278

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,348.81

**Part 2:**    Additional Page

| | | Amount of claim |
| --- | --- | --- |

**3.206**

**Nonpriority creditor's name and mailing address**

HEXAGON MANUFACTURING INTELLIGENCE
250 CIRCUIT DR
NORTH KINGSTOWN, RI 02852

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,417.84

---

**3.207**

**Nonpriority creditor's name and mailing address**

HEXAGON PURUS GMBH
HANNOVERSCHE STR. 1
KASSEL 34134
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$949,058.71

---

**3.208**

**Nonpriority creditor's name and mailing address**

HIGH BAR BRANDS OPERATING, LLC
2701 18TH ST SW - PO BOX 740
OWATONNA, MN 55060

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,616.71

---

**3.209**

**Nonpriority creditor's name and mailing address**

HILGARTWILSON, LLC
2141 E HIGHLAND AVE, STE 250
PHOENIX, AZ 85016

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$110.00

---

**3.210**

**Nonpriority creditor's name and mailing address**

HIRERIGHT GIS INTERMEDIATE CORP.
PO BOX 847783
DALLAS, TX 75284

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16.20

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.211** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $604.83

HOFFMAN, ANN-MARIE
ADDRESS REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.212** **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $10,188.75

HOLT OF CALIFORNIA, INC.
PO BOX 100001
SACRAMENTO, CA  95813

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.213** **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $5,946.11

HULTEK S.A DE C.V.
COBRE #9361. CIUDAD INDUSTRIAL MITR
GARCIA, NL  66023
MEXICO

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.214** **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $671.23

HYDROGEN FUEL CELL PARTNERSHIP
3300 INDUSTRIAL BLVD. STE 200
WEST SACRAMENTO, CA  95691

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.215** **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $6,180.00

HYDRO-PAC INC
7470 MARKET RD. PO BOX 921
FAIRVIEW, PA  16415

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

---

**3.216**

**Nonpriority creditor's name and mailing address**

IDNEO TECHNOLOGIES S. A. U.
GRAN VIA CARLOS III, 98, 5A PLANTA
BARCELONA  08028
SPAIN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$269.60

---

**3.217**

**Nonpriority creditor's name and mailing address**

IEWC HOLDINGS CORP.
5001 S TOWNE DR
NEW BERLIN, WI  53151

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,357.32

---

**3.218**

**Nonpriority creditor's name and mailing address**

IMA, INC.
95 S STATE ST. STE 1300
SALT LAKE CITY, UT  84111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,498.83

---

**3.219**

**Nonpriority creditor's name and mailing address**

IMC LOGISTICS, LLC
1305 SCHILLING BLVD W
COLLIERVILLE, TN  38017

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,758.75

---

**3.220**

**Nonpriority creditor's name and mailing address**

IMPERSEALCO, S.A. DE C.V.
CALLE ALAMO NUM. 8 COL. LOS HORNOS
TULTITLAN, ME  54916
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$37,023.07

---

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.221** | **Nonpriority creditor's name and mailing address**

IMR - INDUSTRIALESUD SPA
VIA RIVERA, 56
CARATE BRIANZA, MI 20481
ITALY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,381.24

---

**3.222** | **Nonpriority creditor's name and mailing address**

INDICOR HOLDINGS, LLC
8930 S BECK AVE. STE. 107
TEMPE, AZ 85284-2864

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,942.00

---

**3.223** | **Nonpriority creditor's name and mailing address**

INDUSTRIAL SUPPLY COMPANY, INC.
1635 SOUTH 300 WEST
SALT LAKE CITY, UT 84115

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,838.64

---

**3.224** | **Nonpriority creditor's name and mailing address**

INFOSYS LIMITED
2400 N GLENVILLE DR STE 150
RICHARDSON, TX 75082-0245

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$101,220.39

---

**3.225** | **Nonpriority creditor's name and mailing address**

INGENIERÍA Y MAQUINARIA DE GUADALUP DE CV
CARRETERA 57 KM 1050
CASTANOS, CO 25870
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$179,896.66

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> Check all that apply. | $2,374.25 |
|---|---|---|---|
| | INGERSOLL--RAND INDUSTRIAL U.S., INC <br> 15768 COLLECTIONS CENTER DRIVE <br> CHICAGO, IL 60693 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> Check all that apply. | $776.16 |
|---|---|---|---|
| | INSIGHT DIRECT USA INC <br> PO BOX 731069 <br> DALLAS, TX 75373 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> Check all that apply. | $18,761.12 |
|---|---|---|---|
| | INTELLAQUEST, LLC <br> 4613 N. UNIVERSITY DRIVE #472 <br> CORAL SPRINGS, FL 33067 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> Check all that apply. | $11,775.00 |
|---|---|---|---|
| | INTERTEK TESTING SERVICES NA INC <br> 3933 US RTE 11 <br> CORTLAND, NY 13045-9715 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.230 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> Check all that apply. | $2,250.00 |
|---|---|---|---|
| | INTERTEK TESTING SERVICES NA LTD <br> LB 210291 <br> P.O. BOX 11728 SUCC. CENT <br> MONTREAL, QC H3C 6P7 <br> CANADA | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| Debtor | Nikola Corporation |
|---|---|
| | (Name) |

State number: (if known) 25-10258

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,678.61 |

**3.231**

**Nonpriority creditor's name and mailing address**

IRON MOUNTAIN
PO BOX 601002
PASADENA, CA  91189

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,678.61

---

**3.232**

**Nonpriority creditor's name and mailing address**

ISSAM CHAHAYED
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,864.00

---

**3.233**

**Nonpriority creditor's name and mailing address**

ITD SALES CORP.
161 THE WEST MALL
TORONTO, ON  M9C 4V8
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,226.44

---

**3.234**

**Nonpriority creditor's name and mailing address**

IVECO S.P.A
VIA PUGLIA 35
TORINO, TO  10156
ITALY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,485,048.12

---

**3.235**

**Nonpriority creditor's name and mailing address**

J.B. HUNT TRANSPORT, INC.
615 J B HUNT CORPORATE DR
LOWELL, AR  72745-9143

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$265,209.77

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.236**

**Nonpriority creditor's name and mailing address**

J.J. KELLER & ASSOCIATES, INC
PO BOX 6609
CAROL STREAM, IL  60197-6609

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

$1,375.00

---

**3.237**

**Nonpriority creditor's name and mailing address**

JA-GASTECHNOLOGY GMBH
ALBRECHT-THAER-RING 9
BURGWEDEL  30938
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

$15,602.44

---

**3.238**

**Nonpriority creditor's name and mailing address**

JAGCO GLOBAL
3401 E HARBOUR DR.
PHOENIX, AZ  85034

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

$37,622.32

---

**3.239**

**Nonpriority creditor's name and mailing address**

JM TEST SYSTEMS, LLC
PO BOX 11407
DEPT. 6389
BIRMINGHAM, AL  35246-6389

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

$896.10

---

**3.240**

**Nonpriority creditor's name and mailing address**

JNS TRANSPORT
824 N FLINT AVE
WILMINGTON, CA  90744

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

$63,894.75

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.241 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $957.72 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

3.241

JOSEPH T. RYERSON & SON, INC.
PO BOX 100097
PASADENA, CA 91189-0097

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$957.72

---

3.242

JOST INTERNATIONAL CORP
1770 HAYES ST
GRAND HAVEN, MI 49417

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,779.00

---

3.243

JULIAN ELECTRICAL SERVICE AND ENGINEERING, INC.
15706 WEST 147TH STREET
LOCKPORT, IL 60491

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,288.00

---

3.244

KAIZINK ENTERPRISES, LLC
3767 E BROADWAY RD. STE 2
PHOENIX, AZ 85040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,489.94

---

3.245

KAORI HEAT TREATMENT CO., LTD
NO. 5-2, CHI-LIN NORTH ROAD
CHUNG-LI DISTRICT
TAOYUAN CITY 32062
TAIWAN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,686.00

| **Part 2:** | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

### 3.246

**Nonpriority creditor's name and mailing address**

KARAMBA SECURITY INC
41000 WOODWARD AVE
BLOOMFIELD HILLS, MI  48304

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,071.10

---

### 3.247

**Nonpriority creditor's name and mailing address**

KARY ENVIRONMENTAL SERVICES, INC.
641 SOUTH DREW STREET
MESA, AZ  85210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,927.32

---

### 3.248

**Nonpriority creditor's name and mailing address**

KASOWITZ BENSON TORRES LLP
1633 BROADWAY ROAD
NEW YORK, NY  10019

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$66,004.09

---

### 3.249

**Nonpriority creditor's name and mailing address**

KCB COMPANIES, LLC
8231 214TH ST W, STE 2
LAKEVILLE, MN  55044

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,609.37

---

### 3.250

**Nonpriority creditor's name and mailing address**

KEYSTONE ENGINEERING INC.
1100 WEST CAUSEWAY APPROACH
MANDEVILLE, LA  70471

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$197,317.47

| **Part 2:** | Additional Page |

| | Amount of claim |

---

**3.251** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,843.75
Check all that apply.

KIEZIK CONSULTING LTD
15 HURON STREET
DEVON, AB  T9G 1G4
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.252** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $625.02
Check all that apply.

KINGS ENERGY SERVICES LTD
277 BURNT PARK DRIVE
RED DEER COUNTY, AB  T4S 0K7
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.253** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $127,817.58
Check all that apply.

KIRKLAND & ELLIS LLP
300 NORTH LASALLE ST
CHICAGO, IL  60654

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.254** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $308,560.57
Check all that apply.

KNORR BRAKE HOLDING CORPORATION
1 ARTHUR PECK DR
WESTMINSTER, MD  21157

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.255** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $82,510.18
Check all that apply.

KNORR BRAKE HOLDING CORPORATION
1850 RIVERFORK DR
HUNTINGTON, IN  46750

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.256** | **Nonpriority creditor's name and mailing address**

KNUT ARNE NERHEIM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,800.00

---

**3.257** | **Nonpriority creditor's name and mailing address**

KONGSBERG ACTUATION SYSTEMS II, LLC
ONE FIRESTONE DRIVE
SUFFIELD, CT  06078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$47,411.52

---

**3.258** | **Nonpriority creditor's name and mailing address**

KPMG AG WPG
POSTFACH 97 01 25
BERLIN  12701
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.30

---

**3.259** | **Nonpriority creditor's name and mailing address**

L&T TECHNOLOGY SERVICES LIMITED
2035 LINCOLN HIGHWAY, STE 3002
EDISON, NJ  08817

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$72,536.25

---

**3.260** | **Nonpriority creditor's name and mailing address**

LAIRD PLASTICS INC
4219 E BROADWAY RD. STE 104
PHOENIX, AZ  85040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$397.50

| **Part 2:** | Additional Page |

| | | Amount of claim |

**3.261** Nonpriority creditor's name and mailing address

LEHIGH OUTFITTERS, LLC
39 E CANAL ST
NELSONVILLE, OH  45764-1247

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,864.30

---

**3.262** Nonpriority creditor's name and mailing address

LEVEL 3 FINANCING, INC.
PO BOX 910182
DENVER, CO  80291-0182

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,032.62

---

**3.263** Nonpriority creditor's name and mailing address

LIFE INSURANCE COMPANY OF NORTH AMERICA
1601 CHESTNUT DT, TL 09 A
PHILADELPHIA, PA  19101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$78,180.09

---

**3.264** Nonpriority creditor's name and mailing address

LIGHTHOUSE DOCUMENT TECHNOLOGIES, INC
51 UNIVERSITY STREET, SUITE 400
SEATTLE, WA  98101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$101,328.06

---

**3.265** Nonpriority creditor's name and mailing address

LINDE ENGINEERING NORTH AMERICA LLC
1585 SAWDUST RD, STE 100
THE WOODLANDS, TX  77380

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$646.12

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.266**  **Nonpriority creditor's name and mailing address**

LINDE GAS & EQUIPMENT INC.
PO BOX 120812
DEPT 0812
DALLAS, TX  75312-0812

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,841.68

---

**3.267**  **Nonpriority creditor's name and mailing address**

LINDE HYDROGEN FUELTECH GMBH
ERDBERGSTRASSE 197/199
VIENNA  1030
AUSTRIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$137,935.10

---

**3.268**  **Nonpriority creditor's name and mailing address**

LINDE INC.
10 RIVERVIEW DRIVE
DANBURY, CT  06810

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$449,669.48

---

**3.269**  **Nonpriority creditor's name and mailing address**

LINDSAY ANN MILAZZO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,900.00

---

**3.270**  **Nonpriority creditor's name and mailing address**

LINKEDIN CORPORATION
62228 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693-0622

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,059.52

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.271**   **Nonpriority creditor's name and mailing address**

LITTELFUSE, INC.
8755 W HIGGINS RD
CHICAGO, IL 60631-2708

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,179.54

---

**3.272**   **Nonpriority creditor's name and mailing address**

LOFTIN EQUIPMENT CO
1220 N 52ND ST
PHOENIX, AZ 85008

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,347.04

---

**3.273**   **Nonpriority creditor's name and mailing address**

LOGICMONITOR, INC.
820 STATE ST, FL 5
SANTA BARBARA, CA 93101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$73.41

---

**3.274**   **Nonpriority creditor's name and mailing address**

LUCID SOFTWARE INC.
10355 SOUTH JORDAN GATEWAY, SUITE 3
SOUTH JORDAN, UT 84095

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$233.95

---

**3.275**   **Nonpriority creditor's name and mailing address**

M CULINARY CONCEPTS, INC
20645 N 28TH STREET
PHOENIX, AZ 85050

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,852.66

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.276**   **Nonpriority creditor's name and mailing address**

MACETONIA SA DE CV
ACCESO 1 NO. 128 FRACCIONAMIENTO IN
QUERETARO, QU  76150
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,124.10

---

**3.277**   **Nonpriority creditor's name and mailing address**

MAGID GLOVE & SAFETY MANUFACTURING LLC
1300 NAPERVILLE DR
ROMEOVILLE, IL  60446-1043

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,083.59

---

**3.278**   **Nonpriority creditor's name and mailing address**

MAGINOT, MOORE & BECK LLP
1 INDIANA SQUARE SUITE 2200
INDIANAPOLIS, IN  46204

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,221.00

---

**3.279**   **Nonpriority creditor's name and mailing address**

MAHLE BEHR GMBH & CO. KG
MAUSSERSTRASSE 3
STUTTGART 70469
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$155,489.82

---

**3.280**   **Nonpriority creditor's name and mailing address**

MANN & HUMMEL PUROLATOR FILTERS, LLC
3200 NATAL ST.
FAYETTEVILLE, NC  28306

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,340.20

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.281** **Nonpriority creditor's name and mailing address**

MANUFACTURAS METALICAS ALME SA DE C
AV. SANTIGO, NO 63. COL. SAN PEDRO
IZTACALCO, CM  08220
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,860.40

---

**3.282** **Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE LIGHTING
ITALY S A SOCIO UNICO
VIA CAVALLO 18
VENARIA REALE, TO  10078
ITALY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$70.17

---

**3.283** **Nonpriority creditor's name and mailing address**

MARK CICHOCKI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,350.00

---

**3.284** **Nonpriority creditor's name and mailing address**

MARY PETROVICH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$901.96

---

**3.285** **Nonpriority creditor's name and mailing address**

MATE PRECISION TECHNOLOGIES, INC
1295 LUND BOULEVARD
ANOKA, MN  55303

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,720.73

| **Part 2:** | Additional Page | |

| | | Amount of claim |
|---|---|---|

| 3.286 | **Nonpriority creditor's name and mailing address**<br><br>MAYA SIMULATION TECHNOLOGIES LTD<br>444 W LAKE ST, STE 1700<br>CHICAGO, IL  60606<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,536.00 |

| 3.287 | **Nonpriority creditor's name and mailing address**<br><br>MBI INDUSTRIAL MEDICINE INC<br>PO BOX 29900<br>DEPT 969<br>PHOENIX, AZ  85038-0900<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $146.00 |

| 3.288 | **Nonpriority creditor's name and mailing address**<br><br>MCKINNEY VEHICLE SERVICES, INC<br>13130 CROSSROADS PKWY S<br>CITY OF INDUSTRY, CA  91746<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,875.94 |

| 3.289 | **Nonpriority creditor's name and mailing address**<br><br>MCMASTER-CARR SUPPLY COMPANY<br>600 N COUNTY LINE RD<br>ELMHURST, IL  60126-2081<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,135.52 |

| 3.290 | **Nonpriority creditor's name and mailing address**<br><br>M-DOT-TECH SOLUTIONS  LLC<br>300 LENORA ST #1541<br>SEATTLE, WA  98121<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $180,000.00 |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

---

**3.291** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,575.00

MDT, INC.
3480 PRESTON RIDGE RD. STE 450
ALPHARETTA, GA 30005

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.292** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,611.25

MECANICA SOLUTIONS USA INC
98 SPIT BROOK RD, STE 102
NASHUA, NH 03062

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.293** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,140.00

MERIDIAN COMPENSATION PARTNERS, LLC
25676 NETWORK PLACE
CHICAGO, IL 60673-1256

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.294** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,040.00

METALBUILT LLC
50171 E RUSSELL SCHMIDT BLVD
CHESTERFIELD, MI 48051

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.295** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $86,480.48

METHODE ELECTRONICS, INC.
8750 W BRYN MAWR AVE STE 1000
CHICAGO, IL 60631

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.296** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30,240.00

METHODICA TECHNOLOGIES LLC
100 W BIG BEAVER RD. STE 200
TROY, MI  48084

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.297** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,250.00

MICHAEL BUCCI
ADDRESS REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,767.75

MICHAEL SCHAFER
ADDRESS REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,671.88

MICHELIN NORTH AMERICA, INC
ONE PARKWAY SOUTH
GREENVILLE, SC  29615-5022

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $237,618.44

MICROSOFT CORPORATION
BUILDING LC1
7000 STATE HWY 161
IRVING, TX  75039

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

|  | **Amount of claim** |
|---|---|

---

**3.301**

**Nonpriority creditor's name and mailing address**

MIKALOR CLAMPS LLC
111 AVALON INDUSTRIAL PARKWAY
WENTZVILLE, MO 63385

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,487.76

---

**3.302**

**Nonpriority creditor's name and mailing address**

MODINE MANUFACTURING COMPANY
1500 DEKOVEN AVE
RACINE, WI 53403

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,352.44

---

**3.303**

**Nonpriority creditor's name and mailing address**

MODINE THERMAL SYSTEMS (CHANGZHOU) LTD.
NO. 358 HUANGHE ROAD
CHANGZHOU JIANGSU 213125
CHINA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$38,206.24

---

**3.304**

**Nonpriority creditor's name and mailing address**

MODINE THERMAL SYSTEMS PRIVATE LIMITED
SUNGUVARCHATRAM|MAMBAKKAM VILLAGE T
TAMILNADU, TN 602106
INDIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,358.66

---

**3.305**

**Nonpriority creditor's name and mailing address**

MORRIS, NICHOLS, ARSHT & TUNNELL LLC
1201 NORTH MARKET ST. 16TH FL
WILMINGTON, DE 19899-1347

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$352.50

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.306 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $807.07 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
MOTION & FLOW CONTROL PRODUCTS INC
8433 SOLUTION CENTER
CHICAGO, IL 60677-8004

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

3.306 — Amount of claim: $807.07

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.307 — Amount of claim: $3,041.10

**Nonpriority creditor's name and mailing address**
MOTION INDUSTRIES, INC.
FILE 57463
LOS ANGELES, CA 90074-7463

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.308 — Amount of claim: $2,904.00

**Nonpriority creditor's name and mailing address**
MOTIVE ENERGY, INC.
125 E. COMMERCIAL ST. BLDG. B
ANAHEIM, CA 92801

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.309 — Amount of claim: $49,943.17

**Nonpriority creditor's name and mailing address**
MOUNTAIN REGIONAL EQUIPMENT SOLUTIO
3255 W 500 S
SALT LAKE CITY, UT 84104

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.310 — Amount of claim: $11,085.48

**Nonpriority creditor's name and mailing address**
MOUSER ELECTRONICS, INC
1000 N MAIN ST
MANSFIELD, TX 76063-1514

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.311 | **Nonpriority creditor's name and mailing address**<br><br>MSA SAFETY INCORPORATED<br>8047 185TH ST<br>TINLEY PARK, IL  60487<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,903.02 |
| 3.312 | **Nonpriority creditor's name and mailing address**<br><br>MSA SAFETY INCORPORATED<br>U23-100 WESTMORE DRIVE<br>ETOBICOKE, ON  M9V 5C3<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $605.12 |
| 3.313 | **Nonpriority creditor's name and mailing address**<br><br>MTA SLOVAKIA S.R.O<br>HORNE OZOROVCE, 261<br>BANOVCE NAD BEBRAVU  957 03<br>SLOVAKIA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,800.00 |
| 3.314 | **Nonpriority creditor's name and mailing address**<br><br>MUELLES Y BALLESTAS HISPANO ALEMANA S.L.<br>CAMINO VIEJO DE CASTELLÓN A ONDA SN<br>VILLAREAL, CASTELLON  12540<br>SPAIN<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29,316.32 |
| 3.315 | **Nonpriority creditor's name and mailing address**<br><br>MYERS & SONS HI-WAY SAFETY, INC.<br>13310 5TH STREET<br>CHINO, CA  91710<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,003.82 |

| **Part 2:** | Additional Page |
|-------------|-----------------|

|  | | Amount of claim |
|--|--|-----------------|

| 3.316 | **Nonpriority creditor's name and mailing address**<br><br>NASDAQ, INC<br>151 WEST 42ND ST, FL 26, 27, 28<br>NEW YORK, NY  10036<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,118.79 |

| 3.317 | **Nonpriority creditor's name and mailing address**<br><br>NATIONAL CAR RENTAL<br>648 MADRID AVE<br>KANSAS CITY, MO  64153<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,230.20 |

| 3.318 | **Nonpriority creditor's name and mailing address**<br><br>NEFAB S.R.L.<br>VIA MAGRETTI 22<br>PADERNO DUGNANO, MI  20037<br>ITALY<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $74,706.03 |

| 3.319 | **Nonpriority creditor's name and mailing address**<br><br>NETWORK INNOVATIONS, LLC<br>350 N ORLEANS ST #1300N<br>CHICAGO, IL  60654<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,748.32 |

| 3.320 | **Nonpriority creditor's name and mailing address**<br><br>NEWARK CORPORATION<br>33190 COLLECTION CENTER DRIVE<br>CHICAGO, IL  60693<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $703.55 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.321 | **Nonpriority creditor's name and mailing address**<br><br>NEXT GENERATION TRUCK INC<br>14578 VALLEY BLVD<br>FONTANA, CA 92335<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46,403.94 |
| 3.322 | **Nonpriority creditor's name and mailing address**<br><br>NOR-FAB MANUFACTURING INC.<br>3520 SJOQUIST DRIVE<br>GLADSTONE, MI 49837<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $33,884.88 |
| 3.323 | **Nonpriority creditor's name and mailing address**<br><br>NORGREN GMBH<br>BRUCKSTRAßE 93<br>ALPEN 46519<br>GERMANY<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $32,571.72 |
| 3.324 | **Nonpriority creditor's name and mailing address**<br><br>NORMA MI, INC.<br>DEPT CH17380<br>PALATINE, IL 60055-7380<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $461,886.68 |
| 3.325 | **Nonpriority creditor's name and mailing address**<br><br>NORMAN INDUSTRIAL MATERIALS, INC.<br>8300 SAN FERNANDO ROAD<br>SUN VALLEY, CA 91352<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $473.19 |

| **Part 2:** | Additional Page |
|-------------|-----------------|

| | | **Amount of claim** |
|---|---|---|

| 3.326 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $984.00 |
|-------|---|---|---|

**Nonpriority creditor's name and mailing address**

NORTHERN SAFETY CO INC
PO BOX 4250
UTICA, NY 13504

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $984.00

---

3.327 **Nonpriority creditor's name and mailing address**

OASIS SALES, INC.
20701 N SCOTTSDALE ROAD STE 107-437
SCOTTSDALE, AZ 85255

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $3,344.06

---

3.328 **Nonpriority creditor's name and mailing address**

OLVAN S.P.A.
VIA PROVINCIALE PER CASTEL ROZZONE,
LURANO, BG 24050
ITALY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,635.09

---

3.329 **Nonpriority creditor's name and mailing address**

OMEGA ENGINEERING INC
26904 NETWORK PLACE
CHICAGO, IL 60673

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $347.66

---

3.330 **Nonpriority creditor's name and mailing address**

OMG SRL OFFICINE MECCANICHE
STRADA PROVINCIALE FELETTO-AGLIÈ, K
LUSIGLIÈ, TO 10080
ITALY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $64,347.05

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|---|---|---|

**3.331** | **Nonpriority creditor's name and mailing address**
OMR SPA
VIA CARAVAGGIO, 3
REMEDELLO BRESCIA, MI  25010
ITALY

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$252,544.83

---

**3.332** | **Nonpriority creditor's name and mailing address**
ONTARIO MUNICIPAL UTILITIES COMPANY
1425 S BON VIEW AVE
ONTARIO, CA  91761

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$578.40

---

**3.333** | **Nonpriority creditor's name and mailing address**
OSL TECHNOLOGY SRL
VIA PACIFICO CAROTTI 14 BIS
JESI, AN  60035
ITALY

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$182,236.62

---

**3.334** | **Nonpriority creditor's name and mailing address**
OSLER, HOSKIN & HARCOURT LLP
1325 AVE OF THE AMERICAS, FLR 20, S
NEW YORK, NY  10019

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,694.80

---

**3.335** | **Nonpriority creditor's name and mailing address**
OYEN WIGGS GREEN & MUTALA LLP
480 - 601 WEST CORDOVA STREET
VANCOUVER, BC  V6B 1G1
CANADA

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$730.63

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.336** **Nonpriority creditor's name and mailing address**

P.C.M. S.R.L.
VIA ENZO FERRARI 47-49-51
CASTELLALTO, TE 64020
ITALY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$220,621.06

---

**3.337** **Nonpriority creditor's name and mailing address**

PACIFIC INTEGRATED HANDLING INC
10215 PORTLAND AVE E STE A
TACOMA, WA 98445

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,186.36

---

**3.338** **Nonpriority creditor's name and mailing address**

PACIFIC OFFICE AUTOMATION, INC.
14747 NW GREENBRIER PKWY
BEAVERTON, OR 97006

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,365.94

---

**3.339** **Nonpriority creditor's name and mailing address**

PACIFIC WEST LLC
1555 W 2200 S., STE A
SALT LAKE CITY, UT 84119

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,856.25

---

**3.340** **Nonpriority creditor's name and mailing address**

PACKAGING CONCEPTS AND DESIGN
234 E. MAPLE RD
TROY, MI 48083

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,254.00

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.341**

**Nonpriority creditor's name and mailing address**

PAR.CO SPA
VIA DELLA RESISTENZA 30/34
SCARPER
SCARPERIA FIRENZE, TS  50038
ITALY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,606.33

---

**3.342**

**Nonpriority creditor's name and mailing address**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019-6064

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$86,449.22

---

**3.343**

**Nonpriority creditor's name and mailing address**

PAVCANADA INC.
12872 141ST NW
EDMONTON, AB  T5L 4S3
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,544.01

---

**3.344**

**Nonpriority creditor's name and mailing address**

PDC MACHINES, LLC
30 FRETZ ROAD
SOUDERTON, PA  18964

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,338.01

---

**3.345**

**Nonpriority creditor's name and mailing address**

PEERLESS MAINTENANCE SERVICE, INC
1100 S EUCLID ST
LA HABRA, CA  90631

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$910.71

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.346 | **Nonpriority creditor's name and mailing address**<br><br>PEKTRON SEV LIMITED<br>ALFRETON ROAD<br>DERBY  DE21 4AP<br>UNITED KINGDOM<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $55,275.12 |
| 3.347 | **Nonpriority creditor's name and mailing address**<br><br>PENSKE TRUCK LEASING CO., L.P.<br>2675 MORGANTOWN RD<br>READING, PA  19607<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,917.56 |
| 3.348 | **Nonpriority creditor's name and mailing address**<br><br>PEPE'S INC<br>918 S BOYLE AVE<br>LOS ANGELES, CA  90023<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,507.50 |
| 3.349 | **Nonpriority creditor's name and mailing address**<br><br>PEREGRINE INTEGRITY MANAGEMENT<br>406, 11979 - 40TH STREET SE<br>CALGARY, AB  T2Z 4M3<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,280.06 |
| 3.350 | **Nonpriority creditor's name and mailing address**<br><br>PERKINS COIE LLP<br>1201 THIRD AVE, STE 4900<br>SEATTLE, WA  98101<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,849.00 |

| **Part 2:** | Additional Page | |
|-------------|-----------------|---|

| | | Amount of claim |
|---|---|---|

| 3.351 | **Nonpriority creditor's name and mailing address**<br><br>PERLA INVESTMENTS<br>3302 E. ATLANTA AVE.<br>PHOENIX, AZ  85040<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $84,555.00 |

| 3.352 | **Nonpriority creditor's name and mailing address**<br><br>PGT TRUCKING, INC.<br>4200 INDUSTRIAL BLVD<br>ALIQUIPPA, PA  15001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,300.75 |

| 3.353 | **Nonpriority creditor's name and mailing address**<br><br>PICO MES INC.<br>303 TWIN DOLPHIN DRIVE, SUITE 600<br>REDWOOD CITY, CA  94065<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $39,154.76 |

| 3.354 | **Nonpriority creditor's name and mailing address**<br><br>PINAL COUNTY - AIR QUALITY<br>85 N FLORENCE ST<br>FLORENCE, AZ  85132<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,832.00 |

| 3.355 | **Nonpriority creditor's name and mailing address**<br><br>PIONEER DISTRIBUTING COMPANY INC<br>1300 N 24TH AVENUE<br>PHOENIX, AZ  85009<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25,831.01 |

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.356** **Nonpriority creditor's name and mailing address**

PIONEER EQUIPMENT INC
3738 E MIAMI AVE
PHOENIX, AZ  85040-1633

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,599.50

---

**3.357** **Nonpriority creditor's name and mailing address**

PLAINTIFFS IN THE PROPOSED SETTLEMENT
OF THE SHAREHOLDER SECURITIES LITIGATION
 C/O BLOCK & LEVITON LLP
260 FRANKLIN STREET, SUITE 1860
BOSTON, MA  02110

**Date or dates debt was incurred**

N/A

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,500,000.00

---

**3.358** **Nonpriority creditor's name and mailing address**

PLASTICOS AUTOMOTRICES DE SAHAGUN S.A. DE C.V.
CORREDOR INDUSTRIAL S/N ZONA INDUST
CIUDAD SAHAGUN, HI  43990
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$149,275.48

---

**3.359** **Nonpriority creditor's name and mailing address**

POLIRIM S.R.L.
VIA F.LLI KENNEDY 28/A
BAGNATICA, MI  24060
ITALY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$120,764.29

---

**3.360** **Nonpriority creditor's name and mailing address**

POWERBUILT MATERIAL HANDLING SOLUTI LLC
230 REYNOLDS AVE.
BELLEFONTAINE, OH  43311

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$81,168.48

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.361** **Nonpriority creditor's name and mailing address**

POWER-PACKER EUROPE BV
EDISONSTRAAT 2
OLDENZAAL  7575 AT
NETHERLANDS

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$76,432.91

---

**3.362** **Nonpriority creditor's name and mailing address**

POWERTECH LABS INC.
12388 88TH AVE
SURREY, BC  V3W 7R7
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$117,350.00

---

**3.363** **Nonpriority creditor's name and mailing address**

PREMIUM TRANSPORTATION SERVICES, IN TOTAL
TRANSPORTATION SERVICES
4811 AIRPORT PLAZA DR. 4TH FL.
LONG BEACH, CA  90815

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,660.92

---

**3.364** **Nonpriority creditor's name and mailing address**

PRE-PAID LEGAL SERVICES, INC.
PO BOX 2629
ADA, OK  74821

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,491.45

---

**3.365** **Nonpriority creditor's name and mailing address**

PRESIDIO HOLDINGS INC.
13893 S MINUTEMAN DR #100
DRAPER, UT  84020

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$134,899.11

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

---

**3.366** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $29,648.54

PROFORMANCE VEND USA INC
2323 N 27TH AVE
PHOENIX, AZ  85009

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.367** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,535.50

PROTIVITI INC.
12269 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.368** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $77,025.00

PROVITES GEAR SYSTEMS INC.
6200 DIXIE RD. UNIT 7-8, REAR DOOR
MISSISSAUGA, ON  L5T 2E1
CANADA

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.369** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,681.71

PTW CANADA LTD.
285188 FRONTIER ROAD
ROCKYVIEW COUNTY, AB  T1X 0V9
CANADA

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.370** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $239.71

QUADIENT FINANCE USA, INC
PO BOX 6813
CAROL STREAM, IL  60197

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page | |

| | | Amount of claim |
|---|---|---|

| 3.371 | **Nonpriority creditor's name and mailing address**<br><br>QUALITY LIAISON SERVICES OF NORTH AMERICA, INC.<br>100 BLUEGRASS COMMONS BLVD., STE 33<br>HENDERSONVILLE, TN  37075<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,214.12 |

| 3.372 | **Nonpriority creditor's name and mailing address**<br><br>QUINN COMPANY<br>PO BOX 849665<br>LOS ANGELES, CA  90084<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,179.89 |

| 3.373 | **Nonpriority creditor's name and mailing address**<br><br>QUORUM ANALYTICS LLC<br>1 THOMAS CIRCLE NW FL 6<br>WASHINGTON, DC  20005<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,044.54 |

| 3.374 | **Nonpriority creditor's name and mailing address**<br><br>R SYSTEMS INTERNATIONAL LIMITED<br>5000 WINDPLAY DRIVE SUITE 5<br>EL DORADO HILLS, CA  95762<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $31,280.00 |

| 3.375 | **Nonpriority creditor's name and mailing address**<br><br>R.A. PHILLIPS INDUSTRIES INC.<br>5231 CALIFORNIA AVE<br>IRVINE, CA  92617-3235<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,856.62 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.376 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $205,081.86 |
|---|---|---|---|

3.376 **Nonpriority creditor's name and mailing address**

RAMCO STAMPING DE MÉXICO, S.A. DE C
CALZADA SAN MATEO NO. 40 COLONIA SA
ATIZAPÁN DE ZARAGOZA, ME  52946
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$205,081.86

---

3.377 **Nonpriority creditor's name and mailing address**

RANDALL LAW PLLC
20822 W PROSPECTOR WAY
BUCKEYE, AZ  85396

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,479.00

---

3.378 **Nonpriority creditor's name and mailing address**

RANDALL-REILLY, LLC
1460 NORTHBANK PKWY, STE 100
TUSCALOOSA, AL  35406

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,790.78

---

3.379 **Nonpriority creditor's name and mailing address**

RAYMOND HANDLING SOLUTIONS, INC.
9939 NORWALK BLVD.
SANTA FE SPRINGS, CA  90670

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,440.86

---

3.380 **Nonpriority creditor's name and mailing address**

REDLINE FIRE PREVENTION LLC
20403 N LAKE PLEASANT RD STE 117-51
PEORIA, AZ  85382

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,308.00

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.381 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,073.10 |
| --- | --- | --- | --- |

REFLEXALLEN USA, INC.
2655 FORTUNE CIRCLE WEST, UNIT A
INDIANAPOLIS, IN  46241

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $49,016.87 |
| --- | --- | --- | --- |

RELIANCE STANDARD LIFE INSURANCE CO
1700 MARKET ST, STE 1200
PHILADELPHIA, PA  19103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.383 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,438.34 |
| --- | --- | --- | --- |

REPUBLIC SERVICES, INC.
18500 N. ALLIED WAY
PHOENIX, AZ  85054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.384 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $341.00 |
| --- | --- | --- | --- |

RETROFIT SERVICE COMPANY, INC.
8656 UTICA AVE. SUITE 300
RANCHO CUCAMONGA, CA  91730

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24,852.99 |
| --- | --- | --- | --- |

RISING CREEK ENTERPRISES, INC.
21900 COUNTRY RD 15/21
ELBERT, CO  80106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.386** | **Nonpriority creditor's name and mailing address**

ROBERT BOSCH LLC
38000 HILLS TECH DRIVE
FARMINGTON HILLS, MI 48331

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$192,980.86

---

**3.387** | **Nonpriority creditor's name and mailing address**

ROBERT BOSCH LLC (EUR)
38000 HILLS TECH DR.
FARMINGTON HILLS, MI 48336

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,834,664.89

---

**3.388** | **Nonpriority creditor's name and mailing address**

ROBERT BOSCH NORTH AMERICA CORPORATION
1 TOWER LN, STE 3100
OAKBROOK TERRACE, IL 60181-4638

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$165,985.34

---

**3.389** | **Nonpriority creditor's name and mailing address**

ROBERT BOSCH NORTH AMERICA CORPORATION
8101 DORCHESTER RD.
PO BOX 2609
CHARLESTON, SC 29418

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,130.00

---

**3.390** | **Nonpriority creditor's name and mailing address**

ROBERTSHAW CONTROLS COMPANY
PO BOX 74007322
CHICAGO, IL 60674-7322

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,504.21

| **Part 2:** | Additional Page |

| | Amount of claim |

---

| 3.391 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $259,515.00 |

ROHDE & SCHWARZ USA, INC.
6821 BENJAMIN FRANKLIN DR.
COLUMBIA, MD  21046

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $910.00 |

ROMEC SRL
VIA CAMPAGNA, 24
BERLINGO, BS  25030
ITALY

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,301.66 |

S.A.R.A. ING. SANDRO BENUSSI S.R.L.
VIA DELLA MUSIA, 72
BRESCIA, LM  25135
ITALY

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $784.20 |

S.T.A. SRL
VIA ABBEG 36
SANT'ANTONIO DI SUSA, TO  10050
ITALY

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,326.74 |

SADA SYSTEMS LLC
5250 LANKERSHIM BLVD, SUITE 620
NORTH HOLLYWOOD, CA  91601

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.396** | **Nonpriority creditor's name and mailing address**
SALGOMMA SRL
STRADA CUORGNÈ, 123
MAPPANO, TO  10079
ITALY

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,923.90

---

**3.397** | **Nonpriority creditor's name and mailing address**
SAMMY V TRUCKING
17875 ORCHARD PL.
APPLEGATE, CA  95703

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,780.99

---

**3.398** | **Nonpriority creditor's name and mailing address**
SAMSARA INC.
PO BOX 735462
DALLAS, TX  75373-5462

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$494.02

---

**3.399** | **Nonpriority creditor's name and mailing address**
SAN GABRIEL VALLEY WATER COMPANY
PO BOX 5970
EL MONTE, CA  91734-1970

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$72.09

---

**3.400** | **Nonpriority creditor's name and mailing address**
SAP AMERICA, INC.
3999 WEST CHESTER PIKE
NEWTOWN SQUARE, PA  19073

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$90,369.33

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.401 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,262.28 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

3.401

SAV S.R.L.
VIA MADRID, 3
CISERANO, BG 24040
ITALY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,262.28

---

3.402

SBE-VARVIT S.P.A.
VIA LAZZARETTI, 2/A
REGGIO EMILIA, RE 42122
ITALY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,105.38

---

3.403

SC COMMERCIAL, LLC
1800 W KATELLA AVE SUITE 400
ORANGE, CA 92867

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,189.63

---

3.404

SCALE MODEL TECHNICAL SERVICES LTD.
10 MOORHURST ROAD
ST. LEONARDS ON SEA TN38 9NA
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,535.00

---

3.405

SCHALTBAU NORTH AMERICA
225 OSER AVE
HAUPPAUGE, NY 11788

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$625.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.406 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30,784.50 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

SCHENCK USA CORP.
1846 RELIABLE PARKWAY
CHICAGO, IL 60686-0018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $30,784.50

---

3.407 **Nonpriority creditor's name and mailing address**

SCHWAB INDUSTRIES, INC
50850 RIZZO DRIVE
SHELBY TOWNSHIP, MI 48315

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $53,498.07

---

3.408 **Nonpriority creditor's name and mailing address**

SECURADYNE SYSTEMS INTERMEDIATE, LLC
3440 SOJOURN DRIVE, STE 220
CARROLLTON, TX 75006

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $85,893.21

---

3.409 **Nonpriority creditor's name and mailing address**

SECURITIES AND EXCHANGE COMMISSION
100 F STREET, NE
MAIL STOP 5631
WASHINGTON, DC 20002

**Date or dates debt was incurred**

12/21/2021

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $80,200,000.00

---

3.410 **Nonpriority creditor's name and mailing address**

SEDONA INTERMEDIATE, INC.
7350 N DOBSON RD, STE 130
SCOTTSDALE, AZ 85256

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $14,995.00

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | ---: |

| 3.411 | **Nonpriority creditor's name and mailing address**<br><br>SEMIKRON DANFOSS INC<br>11 EXECUTIVE DRIVE<br>HUDSON, NH 03051<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $540.00 |
| 3.412 | **Nonpriority creditor's name and mailing address**<br><br>SENVIAS, INC.<br>373 MARKET STREET<br>WARREN, RI 02285<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $327,053.00 |
| 3.413 | **Nonpriority creditor's name and mailing address**<br><br>SERIFOTO SRL<br>PIAZZA DELLA REPUBBLICA N. 9<br>MILANO, MI 20121<br>ITALY<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,191.98 |
| 3.414 | **Nonpriority creditor's name and mailing address**<br><br>SERVICIO DE INGENIERIA INDUSTRIAL Y OUTSOURCING<br>SA DE CV<br>AV. MEXICO JAPON 309, CIUDAD INDUST<br>CELAYA, GT 38010<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $26,999.03 |
| 3.415 | **Nonpriority creditor's name and mailing address**<br><br>SERVICIOS INTEGRALES ALME<br>AV. SANTIAGO 63 COL. SAN PEDRO<br>IZTACALCO, CM 08220<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $45,799.15 |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| **3.416** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $36,613.06 |
|---|---|---|---|

**3.416**

**Nonpriority creditor's name and mailing address**

SEWS CABIND S.P.A.
C.SO PASTRENGO, 40
COLLEGNO, TO 10093
ITALY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $36,613.06

---

**3.417**

**Nonpriority creditor's name and mailing address**

SHAMSUDDEEN NALAKATH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $2,678.40

---

**3.418**

**Nonpriority creditor's name and mailing address**

SHEARMAN & STERLING LLP
599 LEXINGTON AVENUE
NEW YORK, NY 10022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $69,753.57

---

**3.419**

**Nonpriority creditor's name and mailing address**

SID TOOL CO., INC.
PO BOX 953635
SAINT LOUIS, MO 63195

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $372.50

---

**3.420**

**Nonpriority creditor's name and mailing address**

SIEMENS INDUSTRY INC
PO BOX 2134
CAROL STREAM, IL 60132-2134

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $83,340.54

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.421 | **Nonpriority creditor's name and mailing address**<br>SIEMENS INDUSTRY SOFTWARE INC<br>PO BOX 2168<br>CAROL STREAM, IL 60132-2168<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,128.93 |
| 3.422 | **Nonpriority creditor's name and mailing address**<br>SIGNA SERVICES, INC.<br>1615 MONROVIA AVE<br>COSTA MESA, CA 92627<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,872.97 |
| 3.423 | **Nonpriority creditor's name and mailing address**<br>SISFLEX, SA DE CV<br>RAUL SOLIS #201, AGRUP. LAZARO CARD<br>GENERAL ESCOBEDO, NL 66053<br>MEXICO<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $109.66 |
| 3.424 | **Nonpriority creditor's name and mailing address**<br>SLE TECHNOLOGIES, INC.<br>212 N MAIN STREET<br>MAXWELL, IN 46154<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,500.00 |
| 3.425 | **Nonpriority creditor's name and mailing address**<br>SMART CHEMISTRY CORPORATION<br>3401 LA GRANDE BLVD<br>SACRAMENTO, CA 95823<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,300.00 |

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.426 | **Nonpriority creditor's name and mailing address**<br><br>SMITHERS TIRE & AUTOMOTIVE TESTING<br>121 S MAIN ST, STE 300<br>AKRON, OH  44308<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $256,692.00 |
| 3.427 | **Nonpriority creditor's name and mailing address**<br><br>SNELL & WILMER L.L.P.<br>1 EAST WASHINGTON ST. STE 2700<br>PHOENIX, AZ  85004<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $64,822.61 |
| 3.428 | **Nonpriority creditor's name and mailing address**<br><br>SOLAS ENERGY CONSULTING INC.<br>SUITE 282, 1721 - 29 AVE S.W.<br>CALGARY, AB  T2T 6T7<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21,603.02 |
| 3.429 | **Nonpriority creditor's name and mailing address**<br><br>SOUTHCO, INC.<br>210 N BRINTON LAKE RD<br>CONCORDVILLE, PA  19331<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,908.00 |
| 3.430 | **Nonpriority creditor's name and mailing address**<br><br>SOUTHERN CALIFORNIA EDISON COMPANY<br>2244 WALNUT GROVE AVE<br>ROSEMEAD, CA  91770-3714<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,567.54 |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.431 | **Nonpriority creditor's name and mailing address**<br><br>SOUTHWEST GAS CORPORATION<br>PO BOX 24531<br>OAKLAND, CA  94623-1531<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,134.05 |
|---|---|---|---|
| 3.432 | **Nonpriority creditor's name and mailing address**<br><br>STAR METAL FLUIDS LLC<br>5143 W ROOSEVELT ST<br>PHOENIX, AZ  85043-2717<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $500.28 |
| 3.433 | **Nonpriority creditor's name and mailing address**<br><br>STAR7 LLC<br>1601 STAR BATT DR.<br>ROCHESTER HILLS, MI  48309<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $966.69 |
| 3.434 | **Nonpriority creditor's name and mailing address**<br><br>STERLING INFOSYSTEMS, INC.<br>6150 OAK TREE BLVD, STE 490<br>INDEPENDENCE, OH  44131<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $76.94 |
| 3.435 | **Nonpriority creditor's name and mailing address**<br><br>STRATOSFUEL INC.<br>3550 VINE ST. SUITE 220<br>RIVERSIDE, CA  92507<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $200,000.00 |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.436**    **Nonpriority creditor's name and mailing address**

STRUCTURED COMMUNICATION SYSTEMS INC
9200 SE SUNNYBROOK BLVD, STE 300
CLACKAMAS, OR 97015

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$225.00

---

**3.437**    **Nonpriority creditor's name and mailing address**

STUDIO TORTA S.P.A.
VIA VIOTTI 9
TORINO, TO 10121
ITALY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$252.20

---

**3.438**    **Nonpriority creditor's name and mailing address**

SUMMIT ELECTRIC SUPPLY CO., INC
2900 STANDFORD NE
ALBUQUERQUE, NM 87107

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,377.97

---

**3.439**    **Nonpriority creditor's name and mailing address**

SUN DEVIL HOOD & EXHAUST CLEANING
3040 W WELDON AVE
PHOENIX, AZ 85017

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,094.00

---

**3.440**    **Nonpriority creditor's name and mailing address**

SUNBELT RENTALS INC
PO BOX 30384
ATLANTA, GA 30384

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,527.20

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | **Amount of claim** |
|---|---|---|

| 3.441 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $114,361.80 |
|---|---|---|---|

3.441 **Nonpriority creditor's name and mailing address**

SURE POWER INC
28369 NETWORK PLACE
CHICAGO, IL 60673

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $114,361.80

---

3.442 **Nonpriority creditor's name and mailing address**

T&M USA LLC
230 PARK AVENUE, STE 440
NEW YORK, NY 10169

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $2,062.50

---

3.443 **Nonpriority creditor's name and mailing address**

T.D.S. S.P.A.
VIA LANDO CONTI 23/25.
NICHELINO, TO 10042
ITALY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $943.14

---

3.444 **Nonpriority creditor's name and mailing address**

TAYLOR-WHARTON AMERICA INC.
1411 TRANSPORT DR
BAYTOWN, TX 77523

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $49,980.00

---

3.445 **Nonpriority creditor's name and mailing address**

TCW SERVICES CANADA INC
181 BAY STREET. STE 4400
TORONTO, ON M5J 2T3
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $32,393.14

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

| 3.446 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $31.80 |
| --- | --- | --- | --- |

TE CONNECTIVITY CORPORATION
24627 NETWORK PLACE
CHICAGO, IL 60673

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.447 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $101.00 |
| --- | --- | --- | --- |

TE CONNECTIVITY CORPORATION
26449 NETWORK PLACE
CHICAGO, IL 60673-1264

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,399.03 |
| --- | --- | --- | --- |

TEMPREL INC
206 INDUSTRIAL PKWY DR
BOYNE CITY, MI 49712

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $680.01 |
| --- | --- | --- | --- |

TENNANT SALES AND SERVICE COMPANY
10400 CLEAN ST
EDEN PRAIRIE, MN 55344-2650

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,183.97 |
| --- | --- | --- | --- |

TESCOM CORPORATION
12616 INDUSTRIAL BLVD.
ELK RIVER, MN 55330

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.451 | **Nonpriority creditor's name and mailing address**<br><br>TETRA TECH, INC.<br>1560 BROADWAY<br>SUITE 1400 & 1450<br>DENVER, CO 80202<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $27,379.50 |

| 3.452 | **Nonpriority creditor's name and mailing address**<br><br>THE LION ELECTRIC COMPANY<br>C/O BABST CALLAND<br>TWO GATEWAY CENTER<br>PITTSBURGH, PA 15222<br><br>**Date or dates debt was incurred**<br><br>12/5/2024<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,250,000.00 |

| 3.453 | **Nonpriority creditor's name and mailing address**<br><br>THE MATHWORKS, INC.<br>1 APPLE HILL DR<br>NATICK, MA 01760-2098<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,000.00 |

| 3.454 | **Nonpriority creditor's name and mailing address**<br><br>THE QT COMPANY<br>3031 TISCH WAY, 110 PLAZA WEST<br>SAN JOSE, CA 95128<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,683.01 |

| 3.455 | **Nonpriority creditor's name and mailing address**<br><br>THE TOOL HOUSE LLC<br>5205 S EMMER DRIVE<br>NEW BERLIN, WI 53151<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,230.77 |

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

| 3.456 | **Nonpriority creditor's name and mailing address**<br><br>THE TRUCK PEOPLE, INC.<br>313 N TENNESSEE ST<br>CARTERSVILLE, GA  30120<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,218.72 |

| 3.457 | **Nonpriority creditor's name and mailing address**<br><br>THE TRUSTEES OF PURDUE UNIVERSITY<br>23510 NETWORK PLACE<br>CHICAGO, IL  60673<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $26,662.27 |

| 3.458 | **Nonpriority creditor's name and mailing address**<br><br>THE W.W. WILLIAMS COMPANY, LLC<br>4040 METRO PLACE N, STE 201<br>DUBLIN, OH  43017<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,796.80 |

| 3.459 | **Nonpriority creditor's name and mailing address**<br><br>THYSSENKRUPP ONLINE METALS, LLC<br>13338 ORDEN DR<br>SANTA FE SPRINGS, CA  90670<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,707.43 |

| 3.460 | **Nonpriority creditor's name and mailing address**<br><br>THYSSENKRUPP SUPPLY CHAIN SERVICES, INC<br>7100 15 MILE RD<br>STERLING HEIGHTS, MI  48310<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,230.86 |

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.461 | **Nonpriority creditor's name and mailing address**<br><br>TIMOTHY ALAN MANZANO<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,500.00 |
| 3.462 | **Nonpriority creditor's name and mailing address**<br><br>TLC ELECTRONICS, INC.<br>18 LONG LAKE ROAD<br>ST. PAUL, MN  55115<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.44 |
| 3.463 | **Nonpriority creditor's name and mailing address**<br><br>T-MOBILE USA INC.<br>12920 SE 38TH ST<br>BELLEVUE, WA  98006-1350<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $247.53 |
| 3.464 | **Nonpriority creditor's name and mailing address**<br><br>TOM'S TRUCK CENTER NORTH COUNTY, LLC<br>13443 E FREEWAY DRIVE<br>SANTA FE SPRINGS, CA  90670<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $49,953.17 |
| 3.465 | **Nonpriority creditor's name and mailing address**<br><br>TOR ENGINEERING CO.<br>4320 E COTTON CENTER BLVD STE 106<br>PHOENIX, AZ  85040<br><br>**Date or dates debt was incurred**<br><br>N/A<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,920.00 |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.466** **Nonpriority creditor's name and mailing address**

TOTALLY LEGITIMATE PRINTING LLC
705 N 7TH AVE
PHOENIX, AZ  85007

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,389.21

---

**3.467** **Nonpriority creditor's name and mailing address**

TRAIL TIRE COMMERCIAL
17803 118 AVE
EDMONTON, AB  T5S 1L6
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,999.85

---

**3.468** **Nonpriority creditor's name and mailing address**

TRANSCAT INC
35 VANTAGE POINT DRIVE
ROCHESTER, NY  14624

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,867.04

---

**3.469** **Nonpriority creditor's name and mailing address**

TRANSCENDA CONSULTING INC
330 HAMILTON ROW STE 300
BIRMINGHAM, MI  48009

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,714.00

---

**3.470** **Nonpriority creditor's name and mailing address**

TRANSPORTATION RESEARCH CENTER INC.
10820 STATE ROUTE 347
EAST LIBERTY, OH  43319

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,966.15

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.471** | **Nonpriority creditor's name and mailing address**

TRC ENVIRONMENTAL CORPORATION
21 GRIFFIN ROAD NORTH
WINDSOR, CT  06095

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** | $18,000.00 |
| --- | --- |

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.472** | **Nonpriority creditor's name and mailing address**

TRC SPACE LIMITED
119 MARYLEBONE ROAD
LONDON  NW1 5PU
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** | $10,000.00 |
| --- | --- |

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.473** | **Nonpriority creditor's name and mailing address**

TRIDENT TRANSPORT LLC
505 RIVERFRONT PKWY
CHATTANOOGA, TN  37402

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** | $21,247.00 |
| --- | --- |

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.474** | **Nonpriority creditor's name and mailing address**

TRINITY SAFETY COMPANY
7501 MEANY AVE
BAKERSFIELD, CA  93308

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** | $3,660.27 |
| --- | --- |

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.475** | **Nonpriority creditor's name and mailing address**

TRIPLE S FENCE & RENTALS LTD.
15 HERTIGAE TERRACE
STONY PLAIN, AB  T7Z 2J8
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** | $585.50 |
| --- | --- |

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.476 | **Nonpriority creditor's name and mailing address**<br><br>TRYSPARROW.COM, INC<br>548 MARKET ST #73767<br>SAN FRANCISCO, CA 94104<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,320.00 |
| 3.477 | **Nonpriority creditor's name and mailing address**<br><br>TTI INC<br>PO DRAWER 99111<br>FORT WORTH, TX 76199-0111<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,184.00 |
| 3.478 | **Nonpriority creditor's name and mailing address**<br><br>TWAICE NORTH AMERICA, INC.<br>150 NORTH MICHIGAN AVE, 35TH FL<br>CHICAGO, IL 60601<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $26,064.00 |
| 3.479 | **Nonpriority creditor's name and mailing address**<br><br>U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION<br>CM-9690 PO BOX 70870<br>ST. PAUL, MN 55170-6960<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,642.86 |
| 3.480 | **Nonpriority creditor's name and mailing address**<br><br>U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION<br>WEST SIDE FLATS<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107<br><br>**Date or dates debt was incurred**<br><br>6/1/2022<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CONVERTIBLE DEBT OUTSTANDING<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $32,333,237.96 |

| Part 2: | Additional Page |

| | | Amount of claim |
|---|---|---|

| 3.481 | **Nonpriority creditor's name and mailing address** | | $12,526,865.66 |

U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION
WEST SIDE FLATS
60 LIVINGSTONE AVENUE
SAINT PAUL, MN  55107

**Date or dates debt was incurred**

6/23/2023

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE DEBT OUTSTANDING

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.482 | **Nonpriority creditor's name and mailing address** | | $32,596.80 |

UNITED RENTALS (NORTH AMERICA), INC
FILE 51122
LOS ANGELES, CA  90074-1122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.483 | **Nonpriority creditor's name and mailing address** | | $1,090.00 |

UNITED TECHNICAL INC
1081 E N TERRITORIAL RD
WHITMORE LAKE, MI  48189

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.484 | **Nonpriority creditor's name and mailing address** | | $3,413.47 |

UNIVAR SOLUTIONS CANADA LTD
64 ARROW RD
WESTON, ON  M9M 2L9
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.485 | **Nonpriority creditor's name and mailing address** | | $50,084.76 |

UNIVERSAL PROTECTION SERVICE, LP
1551 N TUSTIN AVE, STE 650
SANTA ANA, CA  92705

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.486 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,412.50 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
UTAC US INC.
15800 CENTENNIAL DR.
NORTHVILLE, MI 48168

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,412.50

---

**Nonpriority creditor's name and mailing address** 3.487
VACUUM TECHNOLOGY OF TENNESSEE, INC
1003 ALVIN WEINBERG DR.
OAK RIDGE, TN 37830

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,225.00

---

**Nonpriority creditor's name and mailing address** 3.488
VECTOR NORTH AMERICA INC.
39500 ORCHARD HILL PLACE. STE 500
NOVI, MI 48375

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,127.25

---

**Nonpriority creditor's name and mailing address** 3.489
VENAIR INC
16713, PARK CENTRE BLVD
MIAMI, FL 33169

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$137,310.52

---

**Nonpriority creditor's name and mailing address** 3.490
VESTIS GROUP, INC.
500 COLONIAL CENTER PKWY, STE 140
ROSWELL, GA 30076

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,907.70

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

| 3.491 | **Nonpriority creditor's name and mailing address**<br><br>VGV S.R.L.<br>VIA ISORELLA, 49/51<br>CALVISANO, BS  25012<br>ITALY<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $82,510.78 |
|---|---|---|---|
| 3.492 | **Nonpriority creditor's name and mailing address**<br><br>VIAIR CORPORATION<br>15 EDELMAN<br>IRVINE, CA  92618<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $271.62 |
| 3.493 | **Nonpriority creditor's name and mailing address**<br><br>VISIER, INC.<br>548 MARKET STREET, #62284<br>SAN FRANCISCO, CA  94104-5401<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,586.36 |
| 3.494 | **Nonpriority creditor's name and mailing address**<br><br>VOLTMEC S.R.L.<br>VIALE VIRGILIO, 48/F<br>MODENA, RE  41123<br>ITALY<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,866.87 |
| 3.495 | **Nonpriority creditor's name and mailing address**<br><br>VOSS AUTOMOTIVE POLSKA SP. ZO.O.<br>NOWA WIES LEGNICKA 101<br>LEGNICKIE POLE  59-241<br>POLAND<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,494.01 |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.496** **Nonpriority creditor's name and mailing address**
VOSS AUTOMOTIVE, S. DE R.L. DE C.V.
BLVD. CAMPESTRE 208, PARQUE INDUSTR
ARTEAGA, CO  25350
MEXICO

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,773.86

---

**3.497** **Nonpriority creditor's name and mailing address**
VULTARA INC
4380 NAVIN FIELD LN
TROY, MI  48085

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,027.50

---

**3.498** **Nonpriority creditor's name and mailing address**
W.W. GRAINGER, INC.
DEPT 887091006
PO BOX 419267
KANSAS CITY, MO  64141-6267

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,849.02

---

**3.499** **Nonpriority creditor's name and mailing address**
WABCO GROUP, INC.
1220 PACIFIC DR
AUBURN HILLS, MI  48326

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$69,258.61

---

**3.500** **Nonpriority creditor's name and mailing address**
WABCO NORTH AMERICA LLC
8225 PATRIOT BLVD
NORTH CHARLESTON, SC  29418

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,289.60

| **Part 2:** | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.501** | **Nonpriority creditor's name and mailing address**

WABCO USA LLC
MC 7539 DRAWER 25501
39200 SIX MIL
LIVO, MI  48152-7539

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,731.79

---

**3.502** | **Nonpriority creditor's name and mailing address**

WAGNER EQUIPMENT CO
18000 SMITH ROAD
AURORA, CO  80011

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,427.88

---

**3.503** | **Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT OF ARIZONA, INC.
PO BOX 7400
PASADENA, CA  91109-7400

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$433.52

---

**3.504** | **Nonpriority creditor's name and mailing address**

WASTE RENTALS, LLC
20221 E MESQUITE ST
MESA, AZ  85212

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,996.65

---

**3.505** | **Nonpriority creditor's name and mailing address**

WEH TECHNOLOGIES, INC.
24903 LAGUNA EDGE DRIVE
KATY, TX  77494

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,375.50

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

### 3.506

**Nonpriority creditor's name and mailing address**

WESCO GROUP, LLC
1840 W 1ST AVE
MESA, AZ 85202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,895.36

### 3.507

**Nonpriority creditor's name and mailing address**

WEST PUBLISHING CORPORATION
610 OPPERMAN DRIVE
SAINT PAUL, MN 55123

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,673.69

### 3.508

**Nonpriority creditor's name and mailing address**

WESTAIR GASES & EQUIPMENT, INC.
2505 CONGRESS ST
SAN DIEGO, CA 92110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$787.67

### 3.509

**Nonpriority creditor's name and mailing address**

WILENCHIK & BARTNESS, P.C.
2810 N 3RD STREET
PHOENIX, AZ 85004

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$628.77

### 3.510

**Nonpriority creditor's name and mailing address**

WILHELM SCHUMACHER GMBH
AM PREIST 5
HILCHENBACH 57271
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$405.74

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.511**

**Nonpriority creditor's name and mailing address**

WILLIAMS SCOTSMAN, INC.
4646 E VAN BUREN ST. STE 400
PHOENIX, AZ 85008

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,193.03

---

**3.512**

**Nonpriority creditor's name and mailing address**

WMBE PAYROLLING INC.
9475 CHESAPEAKE DR
SAN DIEGO, CA 92123

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$93,037.01

---

**3.513**

**Nonpriority creditor's name and mailing address**

WONDER S.P.A.
BOSCHETTO, 10
CREMONA, MI 26100
ITALY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$132.43

---

**3.514**

**Nonpriority creditor's name and mailing address**

WORKDAY, INC.
6110 STONERIDGE MALL RD
PLEASANTON, CA 94588

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,235.65

---

**3.515**

**Nonpriority creditor's name and mailing address**

WORKPLACE SCREENING INTELLIGENCE, LLC
4443 PINE GOLD AVE
APOPKA, FL 32712

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$426.75

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.516 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,317.75 |
|---|---|---|---|

3.516    **Nonpriority creditor's name and mailing address**

XTRA LEASE LLC
7911 FORSYTH BLVD, STE 600
ST LOUIS, MO  63105-3877

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,317.75

---

3.517    **Nonpriority creditor's name and mailing address**

YOUNG SWENSON & CROSS PAVING, INC.
1329 E GIBSON LANE
PHOENIX, AZ  85034

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,101.00

---

3.518    **Nonpriority creditor's name and mailing address**

ZACH SHAEFFER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,329.04

---

3.519    **Nonpriority creditor's name and mailing address**

ZEEM SOLUTIONS
626 ISIS AVE
INGLEWOOD, CA  90301

**Date or dates debt was incurred**

N/A

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER DEPOSIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,674.97

---

3.520    **Nonpriority creditor's name and mailing address**

ZF CV DISTRIBUTION GERMANY GMBH & C
AM LINDENER HAFEN 21
HANNOVER  30159
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,148.06

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.521 | **Nonpriority creditor's name and mailing address**<br><br>ZF FRIEDRICHSHAFEN AG<br>DR. JURGEN ULDERUP-STR 7<br>STEMWEDE  32351<br>GERMANY<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29,787.26 |
| 3.522 | **Nonpriority creditor's name and mailing address**<br><br>ZF NORTH AMERICA, INC.<br>15811 CENTENNIAL DRIVE<br>NORTHVILLE, MI  48168<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $973,164.20 |
| 3.523 | **Nonpriority creditor's name and mailing address**<br><br>ZF NORTH AMERICA, INC.<br>15811 CENTENNIAL DRIVE<br>NORTHVILLE, MI  48168<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40,000.00 |
| 3.524 | **Nonpriority creditor's name and mailing address**<br><br>ZHEJIANG HONGXIN TECHNOLOGY CO.,LTD<br>NO.75, DEJIAN ROAD, JIANGKOU STREET<br>TAIZHOU CITY ZHEJIANG  318020<br>CHINA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,700.72 |
| 3.525 | **Nonpriority creditor's name and mailing address**<br><br>ZIEGLER TRUCK GROUP LLC<br>901 WEST 94TH STREET<br>MINNEAPOLIS, MN  55420<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $43,241.28 |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|
| 3.526 | **Nonpriority creditor's name and mailing address** | $4,168.23 |

| | |
|---|---|
| ZOOMINFO MIDCO LLC<br>805 BROADWAY, SUITE 900<br>VANCOUVER, WA  98660 | **As of the petition filing date, the claim is:** <br>*Check all that apply.* <br>☐ Contingent <br>☐ Unliquidated <br>☐ Disputed |
| **Date or dates debt was incurred** <br>VARIOUS | **Basis for the claim:** <br>TRADE PAYABLE |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** <br>☒ No <br>☐ Yes |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.    Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | $28,665.00 |
| 5b. | Total claims from Part 2 | 5b. **+** | $166,644,742.61 |
| 5c. | **Total of Parts 1 and 2** <br>Lines 5a + 5b = 5c. | 5c. | $166,673,407.61 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Nikola Corporation</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>25-10258</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.** **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.** | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | INDEPENDENT CONTRACTOR AGREEMENT - PAUL RUWE NOMINATED AS INDEPENDENT CONTRACTOR | 1898 & CO.<br>9400 WARD PARKWAY<br>KANSAS CITY, MO 64114 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | 29TECH LLC<br>250 S. ARIZONA AVE<br>CHANDLER, AZ 85225 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | OPERATING AGREEMENT - OPERATING AGREEMENT OF 4141 E BROADWAY ROAD HQ LOCATION | 4141 E BROADWAY ROAD LLC<br>4141 E BROADWAY RD<br>PHOENIX, AZ 85040 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AGREEMENT - AGREEMENT TO PURCHASE HYDROGEN FOR USE IN TRUCKS | 4GEN LOGISTICS LLC<br>23860 W. US HIGHWAY 85<br>BUCKEYE, AZ 85326 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AGREEMENT - EXCLUSIVE RIGHTS TO SELL FUEL TO BUYER | 4GEN LOGISTICS LLC<br>23860 W. US HIGHWAY 85<br>BUCKEYE, AZ 85326 |
| | State the term remaining | 6/30/2029 | |
| | List the contract number of any government contract | | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | A&P SOLUTIONS<br>RIO LERMA # 1 SAN LORENZO ALEMACATLA<br>CUAUTLANCINGO, PUE 72730<br>MEXICO |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT - PROVIDE CIVIL AND PERMITTING ENGINEERING SERVICES | A&S ENGINEERING, INC.<br>28405 SAND CANYON ROAD SUITE B<br>CANYON COUNTRY, CA 91387 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | A. KAYSER AUTOMOTIVE SYSTEMS GMBH<br>PRZEMYSŁOWA 3<br>JASZKOWA DOLNA 57-312<br>POLAND |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | ABRAMS MFG<br>4715 NEW UTRECHT AVE<br>BROOKLYN, NY 11219 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT - CONDUCTING A CYBERSECURITY REVIEW OF EXISTING SECURITY POLICIES | ACCENTURE INTERNATIONAL LIMITED<br>101 N 1ST AVE SUITE 800<br>PHOENIX, AZ 85003 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | ACE MULTI AXES SYSTEMS LTD. NO. 17, PLOT NO. 467-9 PEENYA INDUSTRIAL AREA, PHASE IV BENGALURU, KA  560058 INDIA |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT - SUPPLY TIRE MOUNTING AND BALANCING SERVICES | ADVANCED WHEEL SALES, LLC 400 WEST WILSON BRIDGE RD., SUITE 300 WORTHINGTON, OH  43085 |
| | State the term remaining | 1/31/2026 | |
| | List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT - PROVIDE A LIMITED, NON-EXCLUSIVE RIGHT TO USE CERTAIN DESIGNATED PARTS OF AISIM | AIMOTIVE KFT SZÉPVÖLGYI ÚT 22 BUDAPEST  1025 HUNGARY |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT - SUPPLY 450 BRAG GASEOUS HYDROGEN | AIR LIQUIDE HYDROGEN ENERGY US LLC 53 AYER ROAD LITTLETON, MA  01460 |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | AGENCY AGREEMENT; AMENDMENT - FIRST AMENDMENT TO TERMS OF SPECIAL AGENCY AGREEMENT BETWEEN THE PARTIES | AIR LIQUIDE HYDROGEN ENERGY US LLC 9811 KATY FREEWAY, SUITE 100 HOUSTON, TX  77024 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | AGENCY AGREEMENT; AMENDMENT - SECOND AMENDMENT TO TERMS OF SPECIAL AGENCY AGREEMENT BETWEEN THE PARTIES | AIR LIQUIDE HYDROGEN ENERGY US LLC 9811 KATY FREEWAY, SUITE 100 HOUSTON, TX  77024 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT - REDACTED | AIR LIQUIDE HYDROGEN ENERGY US LLC 9811 KATY FREEWAY, SUITE 100 HOUSTON, TX 77024 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | SALE AGREEMENT - PURCHASE OF LIQUID HYDROGEN | AIR LIQUIDE HYDROGEN ENERGY US LLC 9811 KATY FREEWAY, SUITE 100 HOUSTON, TX 77024 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | SALE AGREEMENT - SALE OF LIQUID AND/OR GASEOUS HYDROGEN | AIR LIQUIDE HYDROGEN ENERGY US LLC 9811 KATY FREEWAY, SUITE 100 HOUSTON, TX 77024 |
| | **State the term remaining** | 12/31/2025 | |
| | **List the contract number of any government contract** | | |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - RIDER TO SUPPLY GASEOUS HYDROGEN | AIR LIQUIDE HYDROGEN ENERGY US LLC 9811 KATY FREEWAY, SUITE 100 HOUSTON, TX 77024 |
| | **State the term remaining** | 12/31/2025 | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - LEASE FOR LH2 REFUELERS, RECHARGERS, TANKS AND TRAILERS | AIR WATER AMERICA INC 135 US HIGHWAY 202-206 SUITE 12 BEDMINSTER, NJ 07921 |
| | **State the term remaining** | 8/9/2027 | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - MEEFOG WATER TREATMENT RODI SYSTEMS | AIRTELLIGENCE 16650 N 91ST ST STE 108 SCOTTSDALE, AZ 95260 |
| | **State the term remaining** | 9/14/2025 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | ALAORRANT INC<br>1760 MILLER PKWY<br>STRUTSBORO, OH 44241 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - LEASE OF OFFICE SPACE IN PHOENIX, AZ | ALBANY ROAD-QUATTRO LLC<br>201 4TH AVENUE NORTH SUITE 1250<br>NASHVILLE, TN 37219 |
| | **State the term remaining** | 10/2/2026 | |
| | **List the contract number of any government contract** | | |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE CONSULTING SERVICES TO ALTERNATIVE ENERGY CLIENTS, SPECIFICALLY DUE DILIGENCE STUDIES | ALL ENVIRONMENTAL INC<br>2500 CAMINO DIABLO<br>WALNUT CREEK, CA 94597 |
| | **State the term remaining** | 4/3/2026 | |
| | **List the contract number of any government contract** | | |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | ALL TIME METALS<br>5725 E. NORTH BELT RD., SUITE 130<br>LAS VEGAS, NV 89115 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACTOR AGREEMENT - REDACTED | ALLIANCE FOR SUSTAINABLE ENERGY LLC<br>15013 DENVER WEST PARKWAY<br>GOLDEN, CO 80401 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER AGREEMENT - REDACTED | ALLIANCE FOR SUSTAINABLE ENERGY LLC<br>US DEPARTMENT OF ENERGY<br>15013 DENVER WEST PARKWAY<br>GOLDEN, CO 80401 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.29** **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - LARGE CONTAINER DISPOSAL AND HAUL | ALLIED WASTE TRANSPORTATION INC 2055 E WARNER RD TEMPE, AZ  85284 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.30** **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - LARGE CONTAINER DISPOSAL AND HAUL | ALLIED WASTE TRANSPORTATION INC 2055 E WARNER RD TEMPE, AZ  85284 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.31** **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - LARGE CONTAINER DISPOSAL AND HAUL | ALLIED WASTE TRANSPORTATION INC 2055 E WARNER RD TEMPE, AZ  85284 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.32** **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - LARGE CONTAINER DISPOSAL, HAUL, AND RENTAL | ALLIED WASTE TRANSPORTATION INC 2055 E WARNER RD TEMPE, AZ  85284 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.33** **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - DELIVERY TO AND REMOVAL FROM THE VEHICLE ENVIRONMENTAL TEST CENTER | ALLISON TRANSMISSION INC ONE ALLISON WAY INDIANAPOLIS, IN  46222 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.34** **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT - NIKOLA BRANDED VEHICLES MADE AVAILABLE FOR SALE | ALTA ELECTRIC VEHICLES NORTH EAST LLC 13211 MERRIMAN RD LIVONIA, MI  48150 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - MAKE NIKOLA BRANDED VEHICLES AND/OR OTHER PRODUCTS AVAILABLE FOR SALE | ALTA ELECTRIC VEHICLES NORTH EAST LLC 8418 PALM RIVER RD TAMPA, FL  33619 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT - NIKOLA BRANDED VEHICLES MADE AVAILABLE FOR SALE | ALTA ELECTRIC VEHICLES NORTH EAST 1049 LILY CACHE LANE BOLINGBROOK, IL  60440 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - TO MAKE AVAILABLE FOR SALE NIKOLA BRANDED VEHICLES, RELATED PARTS AND ACCESSORIES, AND SUPPORTING ENERGY INFRASTRUCTURE TO DEALER | ALTA ELECTRIC VEHICLES SOUTHWEST LLC 13211 MERRIMAN RD LIVONIA, MI  48150 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - TO MAKE AVAILABLE FOR SALE NIKOLA BRANDED VEHICLES, RELATED PARTS AND ACCESSORIES, AND SUPPORTING ENERGY INFRASTRUCTURE TO DEALER | ALTA NEW CO LLC ALTA INDUSTRIAL EQUIPMENT NEW YORK LLC NITCO, LLC 13211 MERRIMAN RD LIVONIA, MI  48150 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PRODUCT DESIGN AND OR ENGINEERING SERVICES | ALTAIR ENGINEERING INC 1820 E. BIG BEAVER RD. TROY, MI  48083 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE LICENSE AGREEMENT - RIGHT TO USE THE HYPERWORKS UNLIMITED APPLIANCE | ALTAIR ENGINEERING INC 1820 E. BIG BEAVER RD. TROY, MI  48083 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE DESIGN, ENGINEERING, AND/OR OTHER CONSULTING SERVICES | ALTEN TECHNOLOGY USA INC 3221 W. BIG BEAVER ROAD SUITE 116 TROY, MI 48084 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - AGREEMENT TO PROVIDE LITHIUM ION BATTERY CELL SAMPLES | AMERICA RECHARGEABLE BATTERY GROUP 3461 PLANO PARKWAY THE COLONY, TX 75056 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE REPAIR AND MAINTENANCE SERVICES | AMERIT FLEET SOLUTIONS INC 1331 N. CALIFORNIA BLVD. STE. 150 WALNUT CREEK, CA 94596 |
| | **State the term remaining** | 4/21/2025 | |
| | **List the contract number of any government contract** | | |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | AMI INDUSTRIES INC 5093 N. RED OAK ROAD LEWISTON, MI 49756 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | AMPER AUTO S.R.L. STRADA DELLA MANTA 28 TORINO, TO 10137 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | AMT LLC 71 N. FREEPORT DR., WHS 11A NOGALES, AZ 85621 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | AMW PACKAGING<br>5640 S. 32ND ST<br>PHOENIX, AZ 85040 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE ENGINEERING PROCUREMENT AND CONSTRUCTION SERVICES FOR HYDROGEN FUELING STATIONS | ANGI ENERGY SYSTEMS LLC<br>INDIANA LIMITED LIABILITY COMPANY<br>305 W. DELAVAN DRIVE<br>PO BOX 5216<br>JANESVILLE, WI 53546 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PERFORM INFORMATION TECHNOLOGY CONSULTING SERVICES | ANNATA DYNAMICS USA INC<br>8770 WEST BRYN MAWR AVE, SUITE 1300<br>CHICAGO, IL 60631 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT - ACCESS TO POOL OF TECHNOLOGY LICENSES | ANSYS, INC.<br>2600 ANSYS DRIVE<br>CANONSBURG, PA 15317 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - MAINTENANCE, INSPECTION, AND REPAIR FOR MOBILE FUELERS, MODULE FUELERS AND STATIONS | API CONTROLS SYSTEMS<br>218 HECTOR CONNOLY RD.<br>CARENCRO, LA 70520 |
| | **State the term remaining** | 3/13/2026 | |
| | **List the contract number of any government contract** | | |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT - CONSULTING, IMPLEMENTATION, TECHNICAL SERVICES, AND EXPERT SERVICES | APRIORI TECHNOLOGIES, INC.<br>300 BAKER AVENUE<br>CONCORD, MA 01742 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT - SOW FOR SPRINT IMPLEMENTATION PROJECT | APRIORI TECHNOLOGIES, INC. 300 BAKER AVENUE CONCORD, MA 01742 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | ARBOMEX LCM, S.A. DE C.V. NORTE 7 NO. 102 COL. INDUSTRIAL CELAYA CELAYA, GTO 38010 MEXICO |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | ARELMEX SA DE CV 4B CRT PARQUE INDUSTRIAL ISAC, CD. SAHAGUN, HGO 43998 MEXICO |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | EASEMENT AGREEMENT - UTILITY EASEMENT FOR PROPERTY IN PINAL COUNTY, AZ | ARIZONA PUBLIC SERVICE COMPANY 400 N 5TH ST PHOENIX, AZ 85004-3902 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE RESEARCH SERVICES AS REQUESTED FROM TIME TO TIME | ARIZONA STATE UNIVERSITY ARIZONA BOARD OF REGENTS 660 S. MILL AVE, SUITE 310 TEMPE, AZ 85281 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY CERTAIN FLUID SYSTEM COMPONENTS | ARIZONA/ALBUQUERQUE VALVE & FITTING CORPORATION 4926 E. BEVERLY ROAD PHOENIX, AZ 85044 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT; AMENDMENT - SWAGELOK SOUTHWEST USED AS PREFERRED SUPPLIER OF FLUID SYSTEM COMPONENTS | ARIZONA/ALBUQUERQUE VALVE & FITTING CORPORATION 4926 E. BEVERLY ROAD PHOENIX, AZ 85044 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT - SOFTWARE LICENSE AND SUPPORT AGREEMENT FOR COMPUTER SOFTWARE | ASI DATAMYTE, INC. 2800 CAMPUS DRIVE SUITE 60 PLYMOUTH, MN 55441 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | ASK INDUSTRIES SPA VIA DELL'INDUSTRIA N. 12/14/16 MONTE SAN VITO, AN 60037 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | ASTEELFLASH USA CORP 4211 STARBOARD DR. FREMONT, CA 94538 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | ASTOTEC AUTOMOTIVE GMBH LEOBERSDORFER SRABE 31-33 HIRTENBERG 2552 AUSTRIA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - MASTER AGREEMENT TO PROVIDE OR ARRANGE AT&T AFFILIATED SERVICES | AT&T CORP ONE AT & T WAY BEDMINSTER, NJ 07921 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | AT&T MOBILITY LLC 208 S. AKARD ST DALLAS, TX 75202 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | ATHENA 3D MANUFACTURING 1820 W. DRAKE DRIVE STE 101 TEMPE, AZ 85283 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | ATHENA 3D MANUFACTURING 1820 W. DRAKE DRIVE STE 101 TEMPE, AZ 85283 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | DEVELOPMENT AGREEMENT - PROVIDE MARKETING SERVICES AND CONSULTATIONS | ATLAS PRODUCTION COMPANY LLC 124 SOUTH 600 EAST SALT LAKE CITY, UT 84102 |
| | **State the term remaining** | 5/1/2025 | |
| | **List the contract number of any government contract** | | |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - CLIENT MASTER SERVICES AGREEMENT RELATING TO PROPOSAL FOR INDUSTRIAL HYGIENE SERVICES | ATLAS TECHNICAL CONSULTANTS LLC 9185 SOUTH FARMER AVENUE, SUITE 111 TEMPE, AZ 85284 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF PRO AUDIO RECORDING FEE UP TO 500 USERS | AUDIOCODES INC. 80 KINGSBRIDGE RD PISCATAWAY, NJ 08854 |
| | **State the term remaining** | 12/10/2025 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTNER AGREEMENT - REDACTED | AUTOSAR CORE PARTNERS VAHRENWALDER STR. 9 HANOVER 30165 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE LICENSE AGREEMENT - BROADCOM SOFTWARE LICENSE AGREEMENT | AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE LIMITED 1320 RIDDLER PARK DRIVE SAN JOSE, CA 95131 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE LICENSE AGREEMENT - BROADCOM SOFTWARE LICENSE AGREEMENT | AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE LIMITED 1320 RIDDLER PARK DRIVE SAN JOSE, CA 95131 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - GENERAL TERMS AND CONDITIONS FOR BMS HW/SW PURCHASE AND MODIFICATIONS PROPOSAL | AVL POWERTRAIN ENGINEERING INC 47603 HALYARD DRIVE PLYMOUTH, MI 48170 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | AZTEK TECHNOLOGIES S.A. DE C.V. CARRETERA MONTERREY-GARCIA KM 3 AVE. FINSA 3203 PARQUE INDUSTRIAL FINSA SANTA CATARINA, NL 66367 MEXICO |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT - PROVIDE SOFTWARE AND EQUIPMENT | BANDURA CYBER INC 7950 JONES BRAND DR. 5TH FLOOR N TYSONS, VA 22102 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | BARCODES LLC<br>200 W MONROE ST 23RD FLR<br>CHICAGO, IL  60606 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE DESIGN/LAYOUT ALONG WITH PERMITTING WITH STRUCTURAL AND CIVIL ENGINEERING DRAWINGS | BARGHAUSEN CIVIL ENGINEERS INC<br>18215 72ND AVE S<br>KENT, WA  98032 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT - PROPOSAL FOR STRUCTURAL ENGINEERING SERVICES | BAUR & ASSOCIATES CONSULTING ENGINEERS<br>5485 CONESTOGA COURT, SUITE 200<br>BOULDER, CO  80301 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTNER AGREEMENT - REDACTED | BAYERISCHE MOTOREN WERKE AG<br>PETUELRING 130<br>MUNICH  80788<br>GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - PURCHASE CERTAIN QUANTITIES OF HYDROGEN | BAYOTECH INC<br>8601 PASEO ALAMEDA NE<br>ALBUQUERQUE, NM  87118 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | BEIJING VICTORY ELECTRIC CO LTD<br>NO. 8, JUFU SOUTH ROAD<br>JUFUYUAN NATIONAL INDUSTRY DEV BASE<br>TONGZHOU DISTRICT<br>BEIJING  101105<br>CHINA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - VENDOR TO SUPPLY HIGH VOLTAGE DC/DC CONVERTERS | BEL POWER SOLUTIONS INC 2390 WALSH AVENUE SANTA CLARA, CA 95051 |
| | **State the term remaining** | 12/31/2025 | |
| | **List the contract number of any government contract** | | |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PREVENTATIVE MAINTENANCE, TRANSPORTATION, INSPECTION, TOWING, AND REPLACEMENT SERVICES | BIAGI BROTHERS INC 8201 WOODLEY AVE VAN NUYS, CA 91406 |
| | **State the term remaining** | 2/12/2029 | |
| | **List the contract number of any government contract** | | |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | BIZLINK TECHNOLOGY INC 47211 BAYSIDE PARKWAY FREMONT, CA 94538 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE ENGINEERING, PROCUREMENT AND PRE-CONSTRUCTION SERVICES | BLACK & VEATCH CORPORATION 11401 LAMAR AVE. OVERLAND PARK, KS 66211 |
| | **State the term remaining** | 12/31/2026 | |
| | **List the contract number of any government contract** | | |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - TO MAKE AVAILABLE FOR SALE NIKOLA BRANDED VEHICLES, RELATED PARTS AND ACCESSORIES, AND SUPPORTING ENERGY INFRASTRUCTURE TO DEALER | BLANCHARD MACHINERY COMPANY 3151 CHARLESTON HWY WEST COLUMBIA, SC 29172 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | PROGRAM AGREEMENT - PILOT PROGRAM AGREEMENT FOR THE DEPLOYMENT AND TESTING OF ITS NEW GENERATION OF EV CHARGING EQUIPMENT | BLINK NETWORK LLC 407 LINCOLN ROAD, SUITE 704 MIAMI BEACH, FL 33139 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.89** **State what the contract or lease is for and the nature of the debtor's interest**    SERVICES AGREEMENT - PEST CONTROL SERVICES<br><br>**State the term remaining**    UNKNOWN<br><br>**List the contract number of any government contract** | BLUE SKY PEST CONTROL<br>22505 N 18TH DR.<br>PHOENIX, AZ 85027 |
| **2.90** **State what the contract or lease is for and the nature of the debtor's interest**    SERVICES AGREEMENT - PROVIDE DESIGN, ENGINEERING, AND/OR OTHER CONSULTING SERVICES<br><br>**State the term remaining**    5/1/2028<br><br>**List the contract number of any government contract** | BOARD OF GOVERNORS, CO ST UNIV SYS<br>ENGINEERING BUILDING A202<br>1301 CAMPUS DELIVERY<br>400 ISOTOPE DRIVE<br>FORT COLLINS, CO 80521 |
| **2.91** **State what the contract or lease is for and the nature of the debtor's interest**    SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO<br><br>**State the term remaining**    UNKNOWN<br><br>**List the contract number of any government contract** | BOLLHOFF INC<br>2705 MARION DRIVE<br>KENDALLVILLE, IN 46755 |
| **2.92** **State what the contract or lease is for and the nature of the debtor's interest**    SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO<br><br>**State the term remaining**    UNKNOWN<br><br>**List the contract number of any government contract** | BOREAL METALWORKS S C<br>AV. ASOCIACION DE INDUSTRIALES # 103<br>MANZANA 1 LOTE 7, ZONA INDUSTRIAL<br>APASEO EL GRANDE, GTO 38160<br>MEXICO |
| **2.93** **State what the contract or lease is for and the nature of the debtor's interest**    DEVELOPMENT AGREEMENT - REDACTED<br><br>**State the term remaining**    12/31/2025<br><br>**List the contract number of any government contract** | BOSCH AUTOMOTIVE SERVICES SOLUTIONS INC.<br>28635 MOUND ROAD<br>WARREN, MI 48092 |
| **2.94** **State what the contract or lease is for and the nature of the debtor's interest**    SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO<br><br>**State the term remaining**    UNKNOWN<br><br>**List the contract number of any government contract** | BOSIO S.R.L.<br>VIA VITTIME DI PIAZZA FONTANA, 25 27 29<br>MONCALIERI, TO 10024<br>ITALY |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | BOSSARD INC. 6521 PRODUCTION DRIVE CEDAR FALLS, IA 50613 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY DC-TO-DC BOOST CONVERTERS FOR VEHICLES | BRUSA HYPOWER AG NEUDORF 14 SENNWALD 9466 SWITZERLAND |
| | **State the term remaining** | 12/1/2030 | |
| | **List the contract number of any government contract** | | |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE ENGINEERING, FABRICATION, AND INSTALLATION OF CANOPIES | CALCRAFT CORPORATION 1426 S. WILLOW AVE RIALTO, CA 92376 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACTOR AGREEMENT - PROVIDE CONSTRUCTION AND BUILDING RELATED SERVICES | CALIENTE CONSTRUCTION INC 485 W. VAUGHN ST TEMPE, AZ 85283 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - TO MAKE AVAILABLE FOR SALE NIKOLA BRANDED VEHICLES, RELATED PARTS AND ACCESSORIES, AND SUPPORTING ENERGY INFRASTRUCTURE TO DEALER | CARTER MACHINERY COMPANY, INC 1330 LYMCHBURG TURNPIKE SALEM, VA 24153 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - FULFILL FIVE PURCHASE ORDERS FOR REPLACEMENT HARNESSES | CAYATA, S.L. C. TRABAJO, 7 GETAFE, MADRID 28906 SPAIN |
| | **State the term remaining** | 5/1/2025 | |
| | **List the contract number of any government contract** | | |

Debtor    Nikola Corporation                                          Case number (if known)    25-10258
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - LIMITED NOTICE TO PROCEED TO PERFORM CERTAIN PORTIONS OF THE SOW IN ACCORDANCE WITH THE WORK SCHEDULE | CB&I STORAGE TANK SOLUTIONS LLC 1298 ROCKBRIDGE RD STE B STONE MOUNTAIN, GA 30087 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - CONSULTING SERVICES UNDER SOW | CENIT NORTH AMERICA INC 691 N. SQUIRREL ROAD SUITE 275 AUBURN HILLS, MI 48326 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - LEASE FOR LOW CARBON ENERGY SOLUTIONS EQUIPMENT | CERTARUS (USA) LTD 46411 BELMONT WARNOCK RD BELMONT, OH 43718 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - LEASE OF A HYDROGEN FUELING STATION | CHART INC 1300 AIRPORT DRIVE BALL GROUND, GA 30107 |
| | **State the term remaining** | 3/31/2027 | |
| | **List the contract number of any government contract** | | |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - LEASE OF HYDROGEN FUELING STATIONS | CHART INC 1300 AIRPORT DRIVE BALL GROUND, GA 30107 |
| | **State the term remaining** | 3/31/2027 | |
| | **List the contract number of any government contract** | | |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT - OBTAIN THE RIGHTS AND LICENSE TO USE CLARINOX PRODUCTS | CLARINOX TECHNOLOGIES PTY LTD SUITE 28 296 BAY ROAD CHELTENHAM, VIC 3192 AUSTRALIA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT - DELIVER ANALYTICS SERVICES | CLARITAS LLC<br>8044 MONTGOMERY ROAD SUITE 455<br>CINCINNATI, OH  45236 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT - PROVIDES SERVICES INCLUDING ACCESS TO SOFTWARE APPLICATIONS, TECHNOLOGY AND TOOLS THROUGH A WEB-BASED HOSTED INTERFACE AND/OR DELIVERY OF LICENSED DATA, MAPS, REPORTS, TOOLS, TECHNOLOGY AND OTHER MATERIALS | CLARITAS LLC<br>8044 MONTGOMERY ROAD SUITE 455<br>CINCINNATI, OH  45236 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - TO MAKE AVAILABLE FOR SALE NIKOLA BRANDED VEHICLES, RELATED PARTS AND ACCESSORIES, AND SUPPORTING ENERGY INFRASTRUCTURE TO DEALER | CLEVELAND BROTHERS EQUIPMENT CO., INC<br>4565 WILLIAM PENN HIGHWAY<br>MURRYSVILLE, PA  15668 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | CNC TECH TOOL & MOLD COMPANY<br>1622 COUNTY RD 22<br>BELLE RIVER, ON  N0R 1A0<br>CANADA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLIANCE AGREEMENT; AMENDMENT - AMENDMENT TO AMENDED AND RESTATED EUROPEAN ALLIANCE AGREEMENT | CNH INDUSTRIAL NV<br>700 STATE STREET<br>RACINE, WI  53404 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | CNH INDUSTRIAL<br>700 STATE STREET<br>RACINE, WI  53404 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - ROBOTICS ENABLED REMOTE REPLACEMENT FOR ONSITE GUARD FORCE | COBALT ROBOTICS INC<br>48609 WARM SPRINGS BLVD.<br>FREMONT, CA 94539 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | COBRAPLAST S.P.A.<br>VIA FORNACINO, 119<br>LEINI, TO 10040<br>ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | COBRAPLAST S.P.A.<br>VIA FORNACINO, 119<br>LEINI, TO 10040<br>ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE DESIGN, ENGINEERING, AND/OR OTHER CONSULTING SERVICES | COLMENEROS PALLETS INC<br>2947 EAST ILLINI ST<br>PHOENIX, AZ 85040 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE HAULING AND RECYCLING OF LUMBER WASTE MATERIAL | COLMENEROS PALLETS INC<br>2947 EAST ILLINI ST<br>PHOENIX, AZ 85040 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT - PROVIDE SOFTWARE LICENSE | COMDATA INC<br>5301 MARYLAND WAY<br>BRENTWOOD, TN 37027 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE ACCESS CERTAIN CARD NETWORKS, FINANCIAL INFORMATION, AND OTHER SERVICES | COMDATA INC<br>5301 MARYLAND WAY<br>BRENTWOOD, TN 37027 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE AGREEMENT - PROVIDE TEST, INSPECTION, AND MAINTENANCE SERVICES FOR TRUCKS | COMFORT SYSTEMS USA SOUTHWEST INC<br>6875 W. GALVESTON ST<br>CHANDLER, AZ 85226 |
| | **State the term remaining** | 7/31/2026 | |
| | **List the contract number of any government contract** | | |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE DESIGN, ENGINEERING, AND/OR OTHER CONSULTING SERVICES | CONTAX INC<br>311 W. SUPERIOR STREET SUITE 313<br>CHICAGO, IL 60654 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE ENGINEERING ASSISTANCE, DEVELOPMENT SUPPORT AND/OR TESTING SERVICES | CONTINENTAL AUTOMOTIVE SYSTEMS INC<br>ONE CONTINENTAL DRIVE<br>AUBURN HILLS, MI 48326 |
| | **State the term remaining** | 4/20/2025 | |
| | **List the contract number of any government contract** | | |
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - FACILITATE THE PROVISION OF ADDITIONAL TECHNOLOGY SOLUTIONS AND SERVICES | CONTINENTAL BROADBAND LLC<br>810 PARISH STREET<br>PITTSBURGH, PA 15220 |
| | **State the term remaining** | 9/5/2026 | |
| | **List the contract number of any government contract** | | |
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | CONTITECH NORTH AMERICA INC<br>2044 AUSTIN AVENUE<br>ROCHESTER HILLS, MI 48309 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | CORE MOLDING TECHNOLOGIES INC<br>800 MANOR PARK DRIVE<br>COLUMBUS, OH  43228 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE QUALIFIED EMPLOYEES, CONSULTANTS, OR SUBCONTRACTORS | CORETEK INC<br>34900 GRAND RIVER<br>FARMINGTON HILLS, MI  48335 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PERFORMANCE OF SERVICES DESCRIBED IN ANY SOW, PO, OR OTHER DOCUMENT REFERENCING AGREEMENT | CPRIME INC<br>107 S. B STREET SUITE 300<br>SAN MATEO, CA  94401 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - WAREHOUSE SERVICES AT VARIOUS AIRPORTS AND FACILITIES | CRANE WORLDWIDE LOGISTICS LLC<br>2800 S. GILBERT RD<br>CHANDLER, AZ  85286 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT; AMENDMENT - AMENDED PRICING TO WAREHOUSE SERVICES AGREEMENT | CRANE WORLDWIDE LOGISTICS LLC<br>2800 S. GILBERT RD<br>CHANDLER, AZ  85286 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT; AMENDMENT - WAREHOUSE SERVICES AT VARIOUS AIRPORTS AND FACILITIES | CRANE WORLDWIDE LOGISTICS LLC<br>2800 S. GILBERT RD<br>CHANDLER, AZ  85286 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.131** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO <br><br> UNKNOWN | CREATIVE LIQUID COATINGS 1701 MAGDA DRIVE MONTPELIER, OH 43543 |
| **2.132** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE AGREEMENT - LEASE FOR LIQUID HYDROGEN TRAILER <br><br> 3/31/2027 | CRYO-LEASE LLC 2003 N 193RD EAST AVE CATOOSA, OK 74105 |
| **2.133** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE AGREEMENT - MASTER LEASE FOR LIQUID HYDROGEN TRAILER <br><br> 3/31/2027 | CRYO-LEASE LLC 2003 N 193RD EAST AVE CATOOSA, OK 74105 |
| **2.134** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE AGREEMENT - RENTAL OF HYDROGEN MOBILE FUELING STATIONS <br><br> 3/30/2027 | CRYO-LEASE LLC 2003 N 193RD EAST AVE CATOOSA, OK 74105 |
| **2.135** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE AGREEMENT - LEASE FOR VARIOUS CRY-TANKS <br><br> 3/31/2027 | CRYO-LEASE LLC 48 PINE ROAD BRENTWOOD, NH 03833 |
| **2.136** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE AGREEMENT - LEASE OF A HYDROGEN FUELING STATION <br><br> 3/31/2027 | CRYO-LEASE LLC 48 PINE ROAD BRENTWOOD, NH 03833 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.137** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>LEASE AGREEMENT - LEASE OF HYDROGEN FUELING STATIONS<br><br>**State the term remaining**    3/31/2027<br><br>**List the contract number of any government contract** | CRYO-LEASE LLC<br>48 PINE ROAD<br>BRENTWOOD, NH 03833 |
| **2.138** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>LEASE AGREEMENT - MASTER LEASE AGREEMENT FOR EQUIPMENT RENTAL<br><br>**State the term remaining**    UNKNOWN<br><br>**List the contract number of any government contract** | CRYO-LEASE LLC<br>48 PINE ROAD<br>BRENTWOOD, NH 03833 |
| **2.139** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO<br><br>**State the term remaining**    UNKNOWN<br><br>**List the contract number of any government contract** | C'S MANUFACTURING INC<br>3895 CORSAIR ST., SUITE D<br>RENO, NV 89502 |
| **2.140** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>LEASE AGREEMENT - LEASE OF FORKLIFTS<br><br>**State the term remaining**    UNKNOWN<br><br>**List the contract number of any government contract** | CSC LEASING COMPANY<br>6802 PARAGON PL, STE 350<br>RICHMOND, VA 23230 |
| **2.141** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>SUPPLY AGREEMENT - SUPPLY LOW VOLTAGE HARNESSES FOR NIKOLA VEHICLES<br><br>**State the term remaining**    12/1/2025<br><br>**List the contract number of any government contract** | CVG<br>7800 WALTON PARKWAY<br>NEW ALBANY, OHIO 43054 |
| **2.142** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>SERVICES AGREEMENT - PROVIDE CLOUD SAAS MANAGEMENT SERVICES<br><br>**State the term remaining**    UNKNOWN<br><br>**List the contract number of any government contract** | CYVATAR.AI INC<br>530 TECHNOLOGY DRIVE SUITE 100<br>IRVINE, CA 92618 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTNER AGREEMENT - REDACTED | DAIMLER AG<br>MERCEDES-BENZ GROUP AG<br>STUTTGART  70549<br>GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT - DANIEL FULLER ENGAGED AS INDEPENDENT CONTRACTOR | DANIEL FULLER<br>ADDRESS REDACTED |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY BRAKE RESISTORS FOR VEHICLES | DANOTHERM ELECTRIC A/S<br>MAARKAERVEL 1-3<br>TAASTRUP  2630<br>DENMARK |
| | **State the term remaining** | 12/31/2026 | |
| | **List the contract number of any government contract** | | |
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | DANOTHERM ELECTRIC A/S<br>MAARKAERVEL 1-3<br>TAASTRUP  2630<br>DENMARK |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT - GRANT OF NON-EXCLUSIVE AND NON-TRANSFERABLE RIGHT TO USE LICENSED PROGRAM | DASSAULT SYSTEMES AMERICAS CORP<br>175 WYMAN ST<br>WALTHAM, MA  02451 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE DESIGN, ENGINEERING, AND/OR OTHER CONSULTING SERVICES | DATAVAIL CORPORATION<br>11800 RIDGE PARKWAY SUITE 125<br>BROOMFIELD, CO  80021 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - SUPPORT THE RELEVANT CLIENT ORACLE DATABASES | DATAVAIL CORPORATION 11800 RIDGE PARKWAY SUITE 125 BROOMFIELD, CO 80021 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT - DAVID MASON ROBERTS ENGAGED AS INDEPENDENT CONTRACTOR | DAVID MASON ROBERTS ADDRESS REDACTED |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | DEFLECTO LLC 7035 E. 86TH ST. PO BOX 50057 INDIANAPOLIS, IN 46250 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | DEFLECTO LLC 7035 E. 86TH ST. PO BOX 50057 INDIANAPOLIS, IN 46250 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE DESIGN, ENGINEERING, AND/OR OTHER CONSULTING SERVICES | DELTA DIVERSIFIED ENTERPRISES INC 425 W GEMINI DR. TEMPE, AZ 85283 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | DENSO THERMAL SYSTEMS SPA FRAZIONE MASIO, 24 POIRINO, TO 10046 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | DERIVADOS DE METAL SA DE CV CALLE 3 # 1268 COTON INDUSTRIAL GUADALAJARA, JA 44940 MEXICO |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | DESIGN MAKER STUDIOS LLC 72 E BARLOW TRAIL LUZERNE, MI 48636 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest** | SALE AGREEMENT - SUPPLY VARIOUS DETECTORS AND/OR EQUIPMENT | DETECTOR ELECTRONICS CORPORATION 6901 W 110TH ST MINNEAPOLIS, MN 55438 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCING AGREEMENT - REDACTED | DEUTSCHE BANK AG ONE COLUMBUS CIRCLE NEW YORK, NY 10019 |
| | **State the term remaining** | 5/14/2031 | |
| | **List the contract number of any government contract** | | |
| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE ADEQUATE SAFEGUARDS WITH RESPECT TO THE PROTECTION OF PRIVACY AND FUNDAMENTAL RIGHTS AND FREEDOMS OF INDIVIDUALS | DIALPAD INC 100 CALIFORNIA ST SUITE 500 SAN FRANCISCO, CA 94111 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - SOW TO ENABLE A SEAMLESS EXCHANGE OF DATA THROUGHOUT THE ENTIRE SUPPLY CHAIN BY PROVIDING APPLICATION INTEGRATION | DICENTRAL CORPORATION 1199 NASA PARKWAY HOUSTON, TX 77058 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - EXTENSION OF LEASE FOR REAL PROPERTY IN KIOWA, CO | DIRT DOG HOLDINGS LLC<br>37467 POLO RUN DR.<br>ELIZABETH, CO 80107 |
| | **State the term remaining** | 10/31/2026 | |
| | **List the contract number of any government contract** | | |
| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - LEASE OF PREMISES IN ELBERT COUNTY, CO | DIRT DOGS HOLDINGS LLC<br>37467 POLO RUN DR.<br>ELIZABETH, CO 80107 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT - NIKOLA BRANDED VEHICLES MADE AVAILABLE FOR SALE | DON SMALL AND SONS OIL DISTRIBUTOR<br>1761 AUBURN WAY NORTH<br>AUBURN, WA 98002 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT - DR. SEBASTIAN FREUND ENGAGED AS INDEPENDENT CONTRACTOR | DR SEBASTIAN FREUND<br>ADDRESS REDACTED |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT - REDACTED | DREXEL UNIVERSITY<br>3180 CHESTNUT STREET STE. 104<br>PHILADELPHIA, PA 19104 |
| | **State the term remaining** | 10/31/2029 | |
| | **List the contract number of any government contract** | | |
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | DUOTEC DE NORTEAMERICA SA DE CV<br>BOULEVARD CAMPESTRE # 100<br>ARTEAGA, CU 25350<br>MEXICO |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | DURAMAX HOLDINGS LLC 12700 GENERAL DR. CHARLOTTE, NC  28273 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - CORPORATE PARTNER PROGRAM RATE AGREEMENT FOR ENTERPRISE RENT-A-CAR AND NATIONAL CAR RENTAL | EAN SERVICES LLC 600 CORPORATE PARK DRIVE ST. LOUIS, MO  63105 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - CORPORATE RATES FOR ENTERPRISE MOBILITY RENTALS | EAN SERVICES LLC 600 CORPORATE PARK DRIVE ST. LOUIS, MO  63105 |
| | **State the term remaining** | 7/14/2025 | |
| | **List the contract number of any government contract** | | |
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | EATON CORPORATION 26101 NORTHWESTERN HIGHWAY SOUTHFIELD, MI  48076 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | ECOCLEAN INC 26801 NORTHWESTERN HWY SOUTHFIELD, MI  48382 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE DESIGN, ENGINEERING, AND/OR OTHER CONSULTING SERVICES | EDAG INC 1650 RESEARCH DRIVE SUITE 300 TROY, MI  48083 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | EJOT FASTENING SYSTEMS L.P. 48679 ALPHA DR. SUITE 110 WIXOM, MI 48393 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | ELECTROMATIC EQUIPMENT CO. 175 VINCENT AVE LYNBROOK, NY 11563 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | ELITE MANUFACTURING TECHNOLOGIES 33670 LIPKE ST CLINTON TOWNSHIP, MI 48305 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | ELITE MANUFACTURING TECHNOLOGIES 33670 LIPKE ST CLINTON TOWNSHIP, MI 48305 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION AGREEMENT - PROVIDE BROWSER INTERFACE AND DATA ENCRYPTION, TRANSMISSION, ACCESS AND STORAGE | EMAINT ENTERPRISES LLC 3181 NORTH BAY VILLAGE COURT BONITA SPRINGS, FL 3413 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | EMCARA GAS DEVELOPMENT INC 67 WATSON RD S. GUELPH, ON N1L 1E3 CANADA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT - DR. SEBASTIAN FREUND ENGAGED AS INDEPENDENT CONTRACTOR | ENERGIEFREUND CONSULTING SCHRAMELWEG 8 UNTERFOEHRING  85774 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | DEVELOPMENT AGREEMENT - PRE-PRODUCTION STATEMENT OF WORK TO DEVELOP VARIOUS PRODUCTS | ENGINEERED MACHINED PRODUCTS INC 2701 N. 30TH ST ESCANABA, MI  49829 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | ENGINEERED MACHINED PRODUCTS INC PO BOX 773393 CHICAGO, IL  60677 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | ENGINEERED MACHINED PRODUCTS, INC 2701 N. 30TH ST ESCANABA, MI  49829 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - CONSULTING SERVICES TO DEVELOP AND IMPLEMENT A FULLY FUNCTIONAL PROJECT DELIVERY ORGANIZATION | ENGINEERING, PROCUREMENT & CONSTRUCTION, LLC 6131 TRUMPETER DRIVE CHEYENNE, WY  82007 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest** | PROGRAM AGREEMENT - DEFINE THE ELIGIBILITY OF CUSTOMERS FOR PROGRAM PARTICIPATION | ENGS COMMERCIAL FINANCE CO ONE PIERCE PLACE, 11TH FLOOR ITHASCA, IL  60143 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | PROMISSORY NOTE - PROMISSORY NOTE FOR $4 MILLION | ENGS COMMERCIAL FINANCE CO ONE PIERCE PLACE, 11TH FLOOR ITHASCA, IL  60143 |
| | **State the term remaining** | 7/15/2027 | |
| | **List the contract number of any government contract** | | |
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | PROMISSORY NOTE; AMENDMENT - AMENDMENT TO CHRIS GOULD LEGAL NAME | ENGS COMMERCIAL FINANCE CO ONE PIERCE PLACE, 11TH FLOOR ITHASCA, IL  60143 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | MARKETING AGREEMENT - AGREEMENT FOR ENGS TO OFFER LEASES TO NIKOLA DEALERS AND CUSTOMERS | ENGS COMMERCIAL FINANCE CO PO BOX 128 ITHASCA, IL  60143 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | ENTRON TECHNOLOGY (SHANGHAI) INC ROOM 406, 570 SHENGXIA ROAD PUDONG DISTRICT SHANGHAI  201203 CHINA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE ENVIRONMENTAL, HEALTH, SAFETY AND SUSTAINABILITY SERVICES | ENVIRONMENTAL RESOURCES MANAGEMENT SOUTHWEST INC CITY CENTER FOUR 840 WEST SAM HOUSTON PARKWAY HOUSTON, TX  77024 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION AGREEMENT - ENVOY ENTERPRISE SAAS | ENVOY INC 410 TOWNSEND STREET 4TH FLOOR SAN FRANCISCO, CA  94105 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.191** **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT - PROVIDE SERVICES FOR ENGINEERING, PROCUREMENT, OR CONSTRUCTION PROJECTS<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | EPC PROJECT SERVICES INC 2700 POST OAK SUITE 600 HOUSTON, TX 77056 |
| **2.192** **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT - SUBSCRIPTION OF BENCHMARKING PACKAGE<br><br>**State the term remaining** 1/31/2026<br><br>**List the contract number of any government contract** | EQUILAR, INC. 1100 MARSHALL STREET REDWOOD CITY, CA 94063 |
| **2.193** **State what the contract or lease is for and the nature of the debtor's interest** AGENCY AGREEMENT; AMENDMENT - FIRST AMENDMENT TO TERMS OF SPECIAL AGENCY AGREEMENT BETWEEN THE PARTIES<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | EQUILON ENTERPRISES LLC 150 NORTH DAIRY ASHFORD RD HOUSTON, TX 77079 |
| **2.194** **State what the contract or lease is for and the nature of the debtor's interest** AGENCY AGREEMENT; AMENDMENT - SECOND AMENDMENT TO TERMS OF SPECIAL AGENCY AGREEMENT BETWEEN THE PARTIES<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | EQUILON ENTERPRISES LLC 150 NORTH DAIRY ASHFORD RD HOUSTON, TX 77079 |
| **2.195** **State what the contract or lease is for and the nature of the debtor's interest** LICENSING AGREEMENT - REDACTED<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | EQUILON ENTERPRISES LLC 150 NORTH DAIRY ASHFORD RD HOUSTON, TX 77079 |
| **2.196** **State what the contract or lease is for and the nature of the debtor's interest** SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | ES ESTAMPACIONES METALICAS EGIU S.A.U. CTRA. MALIABLIA, KM 1.7 ERMUA, BIZKAIA 48260 SPAIN |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE DESIGN, ENGINEERING, AND/OR OTHER CONSULTING SERVICES | ESKUBE SRL<br>CORSO ITALIA 50<br>MILAN, MI 20122<br>ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - EMPLOYEE TRAINING SERVICES AGREEMENT | ETC COMPLIANCE SOLUTIONS<br>5532 E. GRANT ROAD<br>TUCSON, AZ 85712 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - ESTIMATE OFFER FOR SERVICES UNDER TECHNICAL ASSISTANCE SERVICE AGREEMENT | EVCO GMBH<br>NOCLAS-OTTO-STR. 27<br>ULM 89079<br>GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - SUPPLY HYDROGEN AND A MODULAR FUELER TO DISPENSE SUCH HYDROGEN | EXEL INC.<br>360 WESTAR BOULEVARD<br>WESTERVILLE, OH 43082 |
| | **State the term remaining** | 9/30/2030 | |
| | **List the contract number of any government contract** | | |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT - SOFTWARE AND SERVICES TERMS | EXPERLOGIX<br>10808 S RIVER FRONT PKWY STE 850<br>SOUTH JORDAN, UT 84095 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | EXPERT ASSEMBLY SERVICES INC<br>4312 CHAMBERS RD<br>TUSTIN, CA 92780 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.203** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO<br><br>UNKNOWN | EZI METALES<br>LERDO DE TEJADA<br>765 COL EL LECHUGAL<br>SANTA CATARINA, NL  66376<br>MEXICO |
| **2.204** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO<br><br>UNKNOWN | FACIL NORTH AMERICA<br>2242 PINNACLE PARKWAY SUITE 100<br>TWINSBURG, OH  44087 |
| **2.205** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT - LEASE OF PREMISES IN CHANDLER, AZ<br><br>UNKNOWN | FAIRVIEW II PROPERTY OWNER, LP<br>100 PINE STREET, SUITE 3000<br>SAN FRANCISCO, CA  94111 |
| **2.206** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED<br><br>UNKNOWN | FAURECIA CLARION<br>ADDRESS REDACTED |
| **2.207** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT - PROVIDE DUE DILIGENCE STUDIES AND ENGINEERING DESIGN SERVICES<br><br>UNKNOWN | FIEDLER GROUP<br>299 N. EUCLID AVE SUITE 550<br>PASADENA, CA  91101 |
| **2.208** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FINANCING AGREEMENT - FINANCING OF CERTAIN EQUIPMENT<br><br>11/14/2029 | FIRST CITIZENS BANCSHARES INC<br>FIRST-CITIZENS BANK & TRUST CO<br>155 COMMERCE WAY<br>PORTSMOUTH, NH  03801 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - TERMS FOR USE OF HYDROGEN FUELING STATIONS | FIRSTELEMENT FUEL INC 5281 CALIFORNIA AVE STE 260 IRVINE, CA 92617 |
| | **State the term remaining** | 1/1/2034 | |
| | **List the contract number of any government contract** | | |
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT - CONSULTING AGREEMENT TO ANALYZE THE COMPANY'S DISTRIBUTION STRATEGY | FLATTOP CONSULTING LLC ATTN: MIKE VANEK 7017 N. FOX POINT DR. PEIORIA, IL 61614 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | FLEX TECHNOLOGIES INC 15151 S. MAIN ST GARDENA, CA 90248 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | FLEX-N-GATE VALLADOLID S.L.U. CALLE CARRACA S/N VALLADOLID 47012 SPAIN |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | FLEXSEALS INC 6551 JANSEN AVE NE SUITE 209 ALBERTVILLE, MN 55301 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | FLOURISH FOREVER TECHNOLOGY CO. LTD BUILDING A5-2, THIRD INDUSTRIAL ZONE YANCHUAN COMMUNITY YANLUO STREET BAOAN DISTRICT SHENZEN, GUANGDONG CHINA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - TO MAKE AVAILABLE FOR SALE NIKOLA BRANDED VEHICLES, RELATED PARTS AND ACCESSORIES, AND SUPPORTING ENERGY INFRASTRUCTURE TO DEALER | FOLEY INDUSTRIES INC 1550 S. WEST ST WICHITA, KS 67213 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - LEASE OF REAL PROPERTY IN FONTANA, CA | FONTANA REDWOOD PROPERTIES LLC 492 WEST FOOTHILL BOULEVARD CLAREMONT, CA 91711 |
| | **State the term remaining** | 7/31/2026 | |
| | **List the contract number of any government contract** | | |
| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTNER AGREEMENT - REDACTED | FORD MOTOR COMPANY ONE AMERICAN ROAD DEARBORN, MI 48126 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | FOREWIN FLEX CORPORATION LIMITED NO. 189 JINFENG ROAD NEW DISTRICT SUZHOU JIANGSU 215132 CHINA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | FORMFAB LLC 3044 RESEARCH DRIVE ROCHESTER HILLS, MI 48309 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE DESIGN, ENGINEERING, AND/OR OTHER CONSULTING SERVICES | FORTIL INC 1251 PRAMEX INTERNATIONAL 3RD FLR NEW YORK, NY 10020 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - INTENT TO SUBSTITUTE STEERING BRACKET SUITABLE FOR BEV AXLES | FPT INDUSTRIAL S.P.A. VIA PUGLIA 15 TORINO, TO 10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - TECHNICAL SUPPORT AND SERVICE AGREEMENT TO DEVELOP PRODUCTS AND SERVICES RENDERED BY FPT | FPT INDUSTRIAL S.P.A. VIA PUGLIA 15 TORINO, TO 10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - TECHNICAL SUPPORT AND SERVICE AGREEMENT TO DEVELOP PRODUCTS AND SERVICES RENDERED BY FPT | FPT INDUSTRIAL S.P.A. VIA PUGLIA 15 TORINO, TO 10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - TECHNICAL SUPPORT AND SERVICE AGREEMENT TO DEVELOP PRODUCTS AND SERVICES RENDERED BY FPT | FPT INDUSTRIAL S.P.A. VIA PUGLIA 15 TORINO, TO 10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF FPT E-AXLE GENERATION 1 | FPT INDUSTRIAL S.P.A. VIA PUGLIA 15 TORINO, TO 10156 ITALY |
| | **State the term remaining** | 12/31/2025 | |
| | **List the contract number of any government contract** | | |
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY PRODUCTS TO BE INSTALLED IN THE BEV AND FCEV | FPT INDUSTRIAL S.P.A. VIA PUGLIA 15 TORINO, TO 10156 ITALY |
| | **State the term remaining** | 12/31/2027 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | COPYRIGHT AGREEMENT - ASSIGNMENT TO USE COPYRIGHT | FRANKLIN PICTURES INCORPORATED 3385 LANATT STREET SUITE A SACRAMENTO, CA 95819 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT - PERFORM MARKETING SUPPORT SERVICES | FRANKLIN PICTURES INCORPORATED 3385 LANATT STREET SUITE A SACRAMENTO, CA 95819 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | FRAUENTHAL AIRTANK ELTERLEIN GMBH SCHEIBENBERGER STR. 45 ELTERLEIN 09481 GERMANY |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | FRIEDRICH GRAEPEL AG ZEISIGWEG 2 LONINGEN 49624 GERMANY |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT - PROVIDE DESIGN, CONSTRUCTION, MAINTENANCE, AND COMPLIANCE OF CONVENTIONAL AND ALTERNATIVE FUELING INFRASTRUCTURE | FUELING & SERVICE TECHNOLOGIES INC 7050 VILLAGE DRIVE SUITE D BUENA PARK, CA 90621 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | FWU JIH CASTING INDUSTRIAL CO LTD NO. 1, LANE 38, CHUNG-E 1ST ST RENDE DISTRICT TAINAN 71753 TAIWAN |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.233** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOFTWARE LICENSE AGREEMENT - OBTAIN A LICENSE TO INSTALL AND USE CERTAIN SOFTWARE PROGRAMS<br><br>UNKNOWN | GAMMA TECHNOLOGIES LLC<br>601 OAKMONT LANE<br>WESTMONT, IL  60559 |
| **2.234** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT - PROVIDE BUSINESS TRAVEL AND RELATED SERVICES<br><br>UNKNOWN | GBT US LLC<br>14635 N KIERLAND BLVD SUITE 200<br>SCOTTSDALE, AZ  85254 |
| **2.235** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS<br><br>UNKNOWN | GEIGER GMBH<br>ESPACHWEG 1<br>PRETZFELD  91362<br>GERMANY |
| **2.236** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT - RENTAL OF EVOX+ EQUIPMENT<br><br>11/15/2025 | GENCELL INC<br>1200 WILSHIRE BLVD.<br>LOS ANGELES, CA  90025 |
| **2.237** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PARTNER AGREEMENT - REDACTED<br><br>UNKNOWN | GENERAL MOTORS HOLDING LLC<br>300 RENAISSANCE CENTER<br>DETROIT, MI  48265 |
| **2.238** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS<br><br>UNKNOWN | GENTHERM<br>STR.TIDZ<br>ALINCI  7500<br>NORTH MACEDONIA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE RESEARCH SERVICES AS PART OF AN US DOE AWARD | GEORGIA TECH RESEARCH CORPORATION 926 DALNEY ST. NW ATLANTA, GA 30318 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - GEOTAB INTELLIGENT TRANSPORTATION SYSTEMS PLATFORM AND AGGREGATED DATA ACCESS | GEOTAB USA INC 7180 POLLOCK DRIVE LAS VEGAS, NV 89119 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE DESIGN, ENGINEERING, AND/OR OTHER CONSULTING SERVICES | GHAFARI ASSOCIATES LLC 17101 MICHIGAN AVENUE DEARBORN, MI 48126 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE ENVIRONMENTAL REGULATORY WORK AND PERMITTING | GHD INC 4747 N 22ND ST SUITE 200 PHOENIX, AZ 85016 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest** | BAILMENT AGREEMENT - AGREEMENT TO HOLD VEHICLES AS NIKOLA'S BAILEE AT WILL | GKN DRIVELINE NORTH AMERICA INC 2200 N. OPDYKE RD. AUBURN HILLS, MI 48326 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT - GENERAL TERMS AND CONDITIONS FOR DEVELOPMENT OR PRODUCTION COMPONENTS OR SERVICES | GKN DRIVELINE NORTH AMERICA INC 2200 N. OPDYKE RD. AUBURN HILLS, MI 48326 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - AGREEMENT TO PROVIDE CONSULTING SERVICES | GLADSTEIN NEANDROSS & ASSOCIATES LLC 2525 OCEAN PARK BLVD SUITE 200 SANTA MONICA, CA 90405 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - UTILITY SERVICE AGREEMENT FOR REAL PROPERTY IN COOLIDGE, AZ | GLOBAL WATER RESOURCES INC. 21410 N. 19TH AVENUE SUITE 220 PHOENIX, AZ 85027 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - MASTER SERVICES AGREEMENT TO ASSIST IN PURSUING VARIOUS FUNDING OPPORTUNITIES | GRANT MANAGEMENT ASSOCIATES 1722 HYER COURT DURHAM, CA 95938 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - PRE-PRODUCTION STATEMENT OF WORK TO SUPPLY STEERING WHEEL ELECTRONICS | GRANT PRODUCTS INTERNATIONAL 1900 BILLY MITCHELL BUILDING C SUITE E BROWNSVILLE, TX 78521 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - LEASE FOR TRAILERS | GREAT DANE LLC 131 TECHNOLOGY CIRCLE SAVANNAH, GA 31407 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | GREGORY MANUFACTURING COMPANY 2512 HENRY LADYN DRIVE FORT MADISON, IA 52627 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | GRUPO INDUSTRIAL MAGNOACERO SA DE CV AVENIDA ALMAZAN NO 1247 COL TOPO CHICAO MONTERREY, NL 64260 MEXICO |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - LEASE OF EQUIPMENT | GTL LEASING LLC 19715 EAST 6TH STREET TULSA, OK 74108 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - EARLY ENGAGEMENT LETTER TO H2 STORAGE VESSELS | HANWHA ADVANCED MATERIALS 2200 CENTERWOOD DR WARREN, MI 48091 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE AN IN-PERSON EMPLOYEE ASSISTANCE PROGRAM | HEALTH ADVOCATE SOLUTIONS INC 3043 WALTON ROAD PLYMOUTH MEETING, PA 19462 |
| | **State the term remaining** | 10/31/2027 | |
| | **List the contract number of any government contract** | | |
| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT; AMENDMENT - LANDLORD'S CONSENT TO SUBLEASE THE PREMISES | HEALTHY HOME FLOORING INC 601 N. 44TH AVE, SUITE 102 PHOENIX, AZ 85043 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest** | POWER OF ATTORNEY - APPOINTS HELLMAN AS A TRUE AND LAWFUL AGENT AND ATTORNEY OF THE COMPANY | HELLMANN WORLDWIDE LOGISTICS INC LOCKBOX NUMBER 13361 NEWARK, NJ 07101 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | HENDRICKSON COMMERCIAL VEHICLE SYSTEMS EUROPE GMBH GUSSSTAHLWERKSTRASSE 21 JUDENBURG 8750 AUSTRIA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT - LICENSE FOR HERE PRODUCTS | HERE NORTH AMERICA LLC 425 W. RANDOLPH ST CHICAGO, IL 60606 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - IN-VEHICLE ROUTE GUIDANCE LICENSE SUPPLEMENT | HERE NORTH AMERICA LLC 425 W. RANDOLPH ST CHICAGO, IL 60606 |
| | **State the term remaining** | 8/30/2026 | |
| | **List the contract number of any government contract** | | |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - EARLY ENGAGEMENT LETTER TO H2 STORAGE VESSELS | HEXAGON PURUS GMBH OTTO-HAHN-STRABE 5 KASSEL 34123 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDES CIVIL ENGINEERING, PLANNING, SURVEY, AND ENVIRONMENTAL SERVICES | HILGARTWILSON LLC 2141 EAST HIGHLAND AVENUE SUITE 250 PHOENIX, AZ 85016 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE DESIGN, ENGINEERING, AND/OR OTHER CONSULTING SERVICES | HODESS CLEANROOM CONSTRUCTION 8 N MAIN ST STE 400 ATTLEBORO, MA 02703 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT - NIKOLA BRANDED VEHICLES MADE AVAILABLE FOR SALE | HOLT TRUCK CENTERS LLC 5665 SE LOOP 410 SAN ANTONIO, TX  78222 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.264 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - TO MAKE AVAILABLE FOR SALE NIKOLA BRANDED VEHICLES, RELATED PARTS AND ACCESSORIES, AND SUPPORTING ENERGY INFRASTRUCTURE TO DEALER | HOLT TRUCK CENTERS LLC 5665 SE LOOP 410 SAN ANTONIO, TX  78222 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | HOVAIR AUTOMOTIVE LLC 211 PROVINCE ST FRANKLIN, IN  46131 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest** | LINE OF CREDIT AGREEMENT - REDACTED | HSBC BANK USA NATIONAL ASSOCIATION 95 WASHINGTON ST ATRIUM 2SE BUFFALO, NY  14203 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** | SECURITIES AGREEMENT - REDACTED | HSBC BANK USA NATIONAL ASSOCIATION 95 WASHINGTON ST ATRIUM 2SE BUFFALO, NY  14203 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | HUBER + SUHNER, INC. 8530 STEELE CREEK PLACE DRIVE, SUITE H CHARLOTTE, NC  28273 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY HIGH VOLTAGE HARNESSES FOR ELECTRIC VEHICLES | HUBER + SUHNER, INC. 8530 STEELE CREEK PLACE DRIVE, SUITE H CHARLOTTE, NC  28273 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | HULTEK SA DE CV COBRE 9361, COL. CIUDAD INDUSTRIAL MITRAS GARCIA, NL  66023 MEXICO |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest** | AGENCY AGREEMENT; AMENDMENT - FIRST AMENDMENT TO TERMS OF SPECIAL AGENCY AGREEMENT BETWEEN THE PARTIES | HYUNDAI MOTOR COMPANY 37, CHEOLDOBANGMULGWAN-RO UIWANG, GYEONGGI  16082 REPUBLIC OF KOREA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest** | AGENCY AGREEMENT; AMENDMENT - SECOND AMENDMENT TO TERMS OF SPECIAL AGENCY AGREEMENT BETWEEN THE PARTIES | HYUNDAI MOTOR COMPANY 37, CHEOLDOBANGMULGWAN-RO UIWANG, GYEONGGI  16082 REPUBLIC OF KOREA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT - REDACTED | HYUNDAI MOTOR COMPANY 37, CHEOLDOBANGMULGWAN-RO UIWANG, GYEONGGI  16082 REPUBLIC OF KOREA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | IKD CO LTD NO. 588 JINSHAN ROAD JIANGBEI INVESMENT PIONEERING PARK NINGBO  315033 CHINA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.275 **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - PRE-PRODUCTION STATEMENT OF WORK FOR VARIOUS DELIVERABLES | ILJIN USA CORPORATION 28055 HAGGERTY ROAD NOVI, MI  48377 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.276 **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - COUNTERPARTY TO PERFORM SERVICES DESCRIBED IN SOW | ILLUMITI CORP 199 WELLS AVENUE SUITE 214 NEWTON, MA  02459 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.277 **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - SCOPE OF WORK FOR INSTALLATION OF VARIOUS TECHNOLOGY EQUIPMENT | IMMEDIA INTEGRATED TECHNOLOGIES LLC 7661 E. GRAY ROAD SCOTTSDALE, AZ  85260 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.278 **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | IMPERSEALCO S.A. DE C.V. CALLE ALAMO NUM. 8 COLONIA LAZARO CARDENA (ZONA HORNOS) TUTLTITLAN, MX  54916 MEXICO |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.279 **State what the contract or lease is for and the nature of the debtor's interest** | SALE AGREEMENT - SALE OF CERTAIN QUANTITIES OF GASEOUS HYDROGEN ON AN "AS AVAILABLE BASIS" | INDEPENDENCE HYDROGEN INC 44927 GEORGE WASHINGTON BLVD. STE 265 ASHBURN, VA  20147 |
| **State the term remaining** | 8/1/2025 | |
| **List the contract number of any government contract** | | |
| 2.280 **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | INDUSTRIAL SUPPLY CO. 4114 WEST SATURN WAY # 103 CHANDLER, AZ  85226 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.281** **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT - PROVIDE DESIGN, ENGINEERING, AND/OR OTHER CONSULTING SERVICES **State the term remaining** 9/11/2028 **List the contract number of any government contract** | INFOSYS PLOT NO 44/97, 3RD CROSS ELECTRONICS CITY, HOSUR ROAD BANGALORE, KA 560100 INDIA |
| **2.282** **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT - PROVIDE COMPUTER HARDWARE, SOFTWARE AND ITS RELATED MAINTENANCE AND SUPPORT **State the term remaining** 10/3/2025 **List the contract number of any government contract** | INSIGHT DIRECT USA INC 2701 E. INSIGHT WAY CHANDLER, AZ 85286 |
| **2.283** **State what the contract or lease is for and the nature of the debtor's interest** COLLABORATION AGREEMENT - SALE/PURCHASE OF CRYOGENIC EQUIPMENT AND MATERIALS **State the term remaining** 5/22/2027 **List the contract number of any government contract** | INTEGRATED CRYOGENIC SOLUTIONS 2835 PROGRESS PL. ESCONDIDO, CA 92029 |
| **2.284** **State what the contract or lease is for and the nature of the debtor's interest** SOFTWARE LICENSE AGREEMENT - GRANT OF NON-EXCLUSIVE AND NON-TRANSFERABLE SOFTWARE LICENSE **State the term remaining** UNKNOWN **List the contract number of any government contract** | INTEGRATED SILICON SOLUTION INC. 1623 BUCKEYE DRIVE MILPITAS, CA 95035 |
| **2.285** **State what the contract or lease is for and the nature of the debtor's interest** LICENSE AGREEMENT - LICENSE OF SOFTWARE AND SERVICES **State the term remaining** 6/18/2026 **List the contract number of any government contract** | INTEGRITY SECURITY SERVICES LLC 30 W. SOLA STREET SANTA BARBARA, CA 93101 |
| **2.286** **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT - PROVIDE DESIGN, ENGINEERING, AND/OR OTHER CONSULTING SERVICES **State the term remaining** UNKNOWN **List the contract number of any government contract** | INTELIDRIVE LLC 39230 SILVERTHRONE BEND FARMINGTON HILS, MI 48331 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.287 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT - APPLICATIONS TO AUTOMATE AND DIGITIZE THEIR QUALITY MANAGEMENT SYSTEM | INTELLAQUEST LLC 4613 N. UNIVERSITY DR., STE 472 CORAL SPRINGS, FL 33067 |
| | **State the term remaining** | 1/1/2027 | |
| | **List the contract number of any government contract** | | |
| 2.288 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - OCR, TIF, LOAD FILES AND ENDORSEMENTS | INVENTUS LLC 750 B ST STE 1410 SAN DIEGO, CA 92101-8190 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.289 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT - NIKOLA BRANDED VEHICLES MADE AVAILABLE FOR SALE | ITD SALES CORP 161 THE WEST MALL TORONTO, ON M9C 4V8 CANADA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.290 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLIANCE AGREEMENT; AMENDMENT - AMENDMENT TO AMENDED AND RESTATED EUROPEAN ALLIANCE AGREEMENT | IVECO S.P.A VIA PUGLIA 35 TORINO, TO 10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.291 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRIBUTION AGREEMENT - CONTRIBUTION OF CAPITAL BETWEEN SHAREHOLDERS | IVECO S.P.A VIA PUGLIA 35 TORINO, TO 10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.292 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRIBUTION AGREEMENT - SHARE TRANSFER AGREEMENT | IVECO S.P.A VIA PUGLIA 35 TORINO, TO 10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.293 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT - GRANT LICENSE OF TRADEMARKS | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.294 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT - IVECO IS GRANTED THE RIGHT TO USE CERTAIN NIKOLA TRADEMARKS | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.295 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT - CONFIRMATION OF IVECO IP LICENSE | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.296 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT - CONFIRMATION OF NIKOLA IP LICENSE | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.297 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT - CONFIRMATION OF S-WAY EV LICENSE | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.298 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT; AMENDMENT - FIRST AMENDMENT TO IVECO TECHNOLOGY LICENSE AGREEMENT | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT; AMENDMENT - FIRST AMENDMENT TO NIKOLA S-WAY EV LICENSE AGREEMENT | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT; AMENDMENT - FIRST AMENDMENT TO NIKOLA S-WAY EV LICENSE AGREEMENT | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest** | PRODUCT SHARING AGREEMENT - IVECO TO MAKE AVAILABLE INFORMATION AND OTHER MATERIALS | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest** | PRODUCT SHARING AGREEMENT - S-WAY PLATFORM AND PRODUCT SHARING CONTRACT | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - TECHNICAL SUPPORT AND SERVICE AGREEMENT TO DEVELOP PRODUCTS AND SERVICES RENDERED BY FPT | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - TECHNICAL SUPPORT AND SERVICE AGREEMENT TO DEVELOP PRODUCTS AND SERVICES RENDERED BY FPT | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - TECHNICAL SUPPORT AND SERVICE AGREEMENT TO DEVELOP PRODUCTS AND SERVICES RENDERED BY FPT | IVECO S.P.A VIA PUGLIA 35 TORINO, TO 10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT; AMENDMENT - FIRST AMENDMENT TO TECHNICAL ASSISTANCE SERVICE AGREEMENT | IVECO S.P.A VIA PUGLIA 35 TORINO, TO 10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.307 | **State what the contract or lease is for and the nature of the debtor's interest** | SHAREHOLDERS AGREEMENT - SHAREHOLDERS' AGREEMENT REGARDING NIKOLA IVECO EUROPE GMBH | IVECO S.P.A VIA PUGLIA 35 TORINO, TO 10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.308 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | IVECO S.P.A VIA PUGLIA 35 TORINO, TO 10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | IVECO S.P.A VIA PUGLIA 35 TORINO, TO 10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | IVECO S.P.A VIA PUGLIA 35 TORINO, TO 10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.321 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.322 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.323 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.324 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.325 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.326 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.327 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.329 **State what the contract or lease is for and the nature of the debtor's interest** SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED **State the term remaining** UNKNOWN **List the contract number of any government contract** | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| 2.330 **State what the contract or lease is for and the nature of the debtor's interest** SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED **State the term remaining** UNKNOWN **List the contract number of any government contract** | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| 2.331 **State what the contract or lease is for and the nature of the debtor's interest** SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED **State the term remaining** UNKNOWN **List the contract number of any government contract** | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| 2.332 **State what the contract or lease is for and the nature of the debtor's interest** SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED **State the term remaining** UNKNOWN **List the contract number of any government contract** | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| 2.333 **State what the contract or lease is for and the nature of the debtor's interest** SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED **State the term remaining** UNKNOWN **List the contract number of any government contract** | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |
| 2.334 **State what the contract or lease is for and the nature of the debtor's interest** SUPPLY AGREEMENT - EUROPEAN SUPPLY AGREEMENT FOR THE PURPOSES OF DESIGNING, ENGINEERING AND MANUFACTURING OF BATTERY-ELECTRIC HEAVY DUTY TRUCKS **State the term remaining** 12/31/2030 **List the contract number of any government contract** | IVECO S.P.A VIA PUGLIA 35 TORINO, TO  10156 ITALY |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.335 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - RESTATED EUROPEAN SUPPLY AGREEMENT | IVECO S.P.A<br>VIA PUGLIA 35<br>TORINO, TO 10156<br>ITALY |
| | **State the term remaining** | 12/31/2030 | |
| | **List the contract number of any government contract** | | |
| 2.336 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - START DEVELOPMENT AND CO-DESIGN OF PRODUCTS | IVECO S.P.A<br>VIA PUGLIA 35<br>TORINO, TO 10156<br>ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.337 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY FOR NIKOLA TRE TRIMMED CABS | IVECO S.P.A<br>VIA PUGLIA 35<br>TORINO, TO 10156<br>ITALY |
| | **State the term remaining** | 12/31/2027 | |
| | **List the contract number of any government contract** | | |
| 2.338 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF BEVS AND FCEVS TO IVECO FOR DISTRIBUTION TO CUSTOMERS | IVECO S.P.A<br>VIA PUGLIA 35<br>TORINO, TO 10156<br>ITALY |
| | **State the term remaining** | 12/31/2030 | |
| | **List the contract number of any government contract** | | |
| 2.339 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT; SIDE LETTER - CLARIFICATION ON THE PRICING STRUCTURE OF JVC PRODUCED PRODUCTS IN EUROPEAN SUPPLY AGREEMENT | IVECO S.P.A<br>VIA PUGLIA 35<br>TORINO, TO 10156<br>ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.340 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT; SIDE LETTER - CLARIFICATION ON THE PRICING STRUCTURE OF JVC PRODUCED PRODUCTS IN NORTH AMERICAN SUPPLY AGREEMENT | IVECO S.P.A<br>VIA PUGLIA 35<br>TORINO, TO 10156<br>ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.341 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSACTION AGREEMENT - IVECO AGREES TO PURCHASE OF JOINT VENTURE ENTITY FROM NIKOLA | IVECO S.P.A VIA PUGLIA 35 TORINO, TO 10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.342 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER AGREEMENT - TRANSFER OF PATENT APPLICATIONS | IVECO S.P.A VIA PUGLIA 35 TORINO, TO 10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.343 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER AGREEMENT - TRANSFER OF PATENTS AND PATENT APPLICATIONS | IVECO S.P.A VIA PUGLIA 35 TORINO, TO 10156 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.344 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT - JAMES DUNHAM ENGAGED AS INDEPENDENT CONTRACTOR | JAMES DUNHAM ADDRESS REDACTED |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.345 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | JAYASHREE POLYMERS PVT LTD 21/4 D-1 BLOCK MIDC CHINWAD PUNE, MH 411019 INDIA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.346 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE TRANSPORTATION SERVICES | JB HUNT TRANSPORT INC. PO BOX 130 615 JB HUNT CORPORATE DRIVE LOWELL, AR 72745 |
| | **State the term remaining** | 1/20/2029 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.347 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | JTEKT-EUROPE SAS Z. RUE DU BROTEAU, CS 70001 IRIGNY  69540 FRANCE |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.348 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | JVIS USA LLC 5201 GREAT AMERICA PARKWAY, SUITE 320 SANTA CLARA, CA  95054 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.349 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | JVIS USA LLC 5201 GREAT AMERICA PARKWAY, SUITE 320 SANTA CLARA, CA  95054 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.350 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | JVIS USA LLC 5201 GREAT AMERICA PARKWAY, SUITE 320 SANTA CLARA, CA  95054 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.351 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - OFFER TO PURCHASE PRODUCTION AND/OR DEVELOPMENT GOODS | JW SPEAKER CORPORATION N120 W19434 FREISTADT ROAD GERMANTOWN, WI  53022 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.352 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - PRE-PRODUCTION STATEMENT OF WORK TO SUPPLY PRIMARY LIGHTING SYSTEMS | JW SPEAKER INC N120 W19434 FREISTADT ROAD GERMANTOWN, WI  53022 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.353 **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - PRE-PRODUCTION STATEMENT OF WORK TO SUPPLY PRIMARY LIGHTING SYSTEMS | JW SPEAKER INC N120 W19434 FREISTADT ROAD GERMANTOWN, WI 53022 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.354 **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - PRE-PRODUCTION STATEMENT OF WORK TO SUPPLY SIGNATURE LAMPS | JW SPEAKER INC N120 W19434 FREISTADT ROAD GERMANTOWN, WI 53022 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.355 **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | KC TOOL LLC 1280 N WINCHESTER ST. OLATHE, KS 66061 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.356 **State what the contract or lease is for and the nature of the debtor's interest** | FINANCING AGREEMENT - REDACTED | KEYBANK NATIONAL ASSOCIATION 1000 S. MCCASLIN BLVD. SUPERIOR, CO 80027 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.357 **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - REDACTED | KEYSTONE ENGINEERING INC 1100 WEST CAUSEWAY APPROACH MANDEVILLE, LA 70471 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.358 **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE ACCESS TO AND USE OF SAAS FOR CERTAIN SOFTWARE APPLICATIONS | KHOROS LLC 7300 RANCH ROAD 2222 BUILDING 3, SUITE 150 AUSTIN, TX 78730 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.359 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | KL COATINGS INC<br>16463 PHOEBE AVE.<br>LA MIRADA, CA 90638 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.360 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | KONGSBERG AUTOMOTIVE<br>300 SOUTH COCHRAN<br>WILLIS, TX 77378 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.361 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | KONGSBERG POWER PRODUCT SYSTEMS I LLC<br>300 SOUTH COCHRAN<br>PO BOX 588<br>WILLIS, TX 77378 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.362 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | KONGSBERG POWER PRODUCT SYSTEMS I LLC<br>300 SOUTH COCHRAN<br>PO BOX 588<br>WILLIS, TX 77378 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.363 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PREPARE TAX RETURNS | KPMG AG WIRTSCHAFTSPRUFUNGSGESELLSCHAFT<br>POSTFACH 75 03 53<br>FRANKFURT AM MAIN 60549<br>GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.364 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE EMPLOYMENT AND IMMIGRATION LAW SERVICES | KPMG LAW RECHTSANWALTSGESELLSCHAFT MBH<br>POSTFACH 30 34 53<br>BERLIN 10785<br>GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.365 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE FUNCTIONAL SAFETY RESOURCES TO SUPPORT THE DEVELOPMENT OF THE FUNCTIONAL SAFETY PROCESSES AND PROCEDURES | KVA BY UL<br>418 NORTH MAIN ST<br>ROYAL OAK, MI 48067 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.366 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT - LARRY NITZ TO PROVIDE INDEPENDENT CONTRACTOR SERVICES | LARRY T NITZ<br>ADDRESS REDACTED |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.367 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE SAAS-BASED PLATFORM SERVICES | LEVELPATH INC<br>50 FREMONT ST STE 2250<br>SAN FRANCISCO, CA 94105 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.368 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE EDISCOVERY, REVIEW, AND SPECTRA SERVICES | LIGHTHOUSE GLOBAL EUROPE LTD<br>LIGHTHOUSE DOCUMENT TECHNOLOGIES INC<br>51 UNIVERSITY STREET, SUITE 400<br>SEATTLE, WA 98101 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.369 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY HELIUM TO BUYER | LINDE GAS & EQUIPMENT INC<br>10 RIVERVIEW DRIVE<br>DANBURY, CT 06810 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.370 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF LIQUID HYDROGEN CYRO-PUMPS | LINDE HYDROGEN FUELTECH GMBH<br>ERDBERGSTRASSE 197/199<br>VIENNA 1030<br>AUSTRIA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.371 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - PURCHASE OF LIQUID AND GASEOUS HYDROGEN | LINDE INC. 10 RIVERVIEW DRIVE DANBURY, CT 06810 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.372 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT; AMENDMENT - AMENDMENT FOR AFFILIATES TO EXECUTE RIDERS AS EITHER A BUYER OR SELLER | LINDE INC. 10 RIVERVIEW DRIVE DANBURY, CT 06810 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.373 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - RIDER TO SUPPLY GASEOUS HYDROGEN | LINDE INC. 175 EAST PARK DRIVE PO BOX 710 TONAWANDA, NY 14150 |
| | **State the term remaining** | 1/1/2026 | |
| | **List the contract number of any government contract** | | |
| 2.374 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - RIDER TO SUPPLY GASEOUS HYDROGEN | LINDE INC. 175 EAST PARK DRIVE PO BOX 710 TONAWANDA, NY 14150 |
| | **State the term remaining** | 10/1/2026 | |
| | **List the contract number of any government contract** | | |
| 2.375 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY HYDROGEN TUBE TRAILERS | LINDE INC. 175 EAST PARK DRIVE PO BOX 710 TONAWANDA, NY 14150 |
| | **State the term remaining** | 12/31/2026 | |
| | **List the contract number of any government contract** | | |
| 2.376 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GASEOUS HYDROGEN | LINDE INC. 175 EAST PARK DRIVE PO BOX 710 TONAWANDA, NY 14150 |
| | **State the term remaining** | 4/16/2026 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.377  **State what the contract or lease is for and the nature of the debtor's interest**  SUPPLY AGREEMENT - SUPPLY OF GASEOUS HYDROGEN  **State the term remaining**  4/17/2026  **List the contract number of any government contract** | LINDE INC. 175 EAST PARK DRIVE PO BOX 710 TONAWANDA, NY 14150 |
| 2.378  **State what the contract or lease is for and the nature of the debtor's interest**  SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO  **State the term remaining**  UNKNOWN  **List the contract number of any government contract** | LITTELFUSE, INC. 8755 W. HIGGINS CHICAGO, IL 60631 |
| 2.379  **State what the contract or lease is for and the nature of the debtor's interest**  SERVICES AGREEMENT - PROVIDE TRAINING AND/OR ASSESSMENT OF MANAGEMENT SYSTEMS  **State the term remaining**  UNKNOWN  **List the contract number of any government contract** | LLOYD'S REGISTER QUALITY ASSURANCE INC 1330 ENCLAVE PARKWAY SUITE 200 HOUSTON, TX 77077 |
| 2.380  **State what the contract or lease is for and the nature of the debtor's interest**  SERVICES AGREEMENT - MAINTENANCE AND INSPECTION SERVICES  **State the term remaining**  UNKNOWN  **List the contract number of any government contract** | LOFTIN EQUIPMENT COMPANY 12 N 45TH AVE. PHOENIX, AZ 85043 |
| 2.381  **State what the contract or lease is for and the nature of the debtor's interest**  SERVICES AGREEMENT - SUBSCRIPTION TO LOGICMONTIOR HOSTED DATA CENTER MONITORING SERVICES  **State the term remaining**  UNKNOWN  **List the contract number of any government contract** | LOGICMONITOR INC 820 STATE ST. 5TH FLOOR SANTA BARBARA, CA 93101 |
| 2.382  **State what the contract or lease is for and the nature of the debtor's interest**  SERVICES AGREEMENT - TO MAKE AVAILABLE FOR SALE NIKOLA BRANDED VEHICLES, RELATED PARTS AND ACCESSORIES, AND SUPPORTING ENERGY INFRASTRUCTURE TO DEALER  **State the term remaining**  UNKNOWN  **List the contract number of any government contract** | MACALLISTER MACHINERY CO. INC. 6300 SOUTHEASTERN AVE SUITE B INDIANAPOLIS, IN 46203 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.383 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | MACETONIA SA DE CV ACCESO 1 NO 128. FRACC INDUSTRIAL LA MONTANA QUERETARO QUERETARO DE ARTEAGA, QRO  76150 MEXICO |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.384 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - LEASE OF VENDING MACHINES | MAGID GLOVE & SAFETY MANUFACTURING COMPANY 1300 NAPERVILLE ROAD ROMEOVILLE, IL  60446 |
| | **State the term remaining** | 11/21/2025 | |
| | **List the contract number of any government contract** | | |
| 2.385 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | MAHLE INDUSTRIES INCORPORATED 23030 MAHLE DRIVE FARMINGTON HILLS, MI  48335 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.386 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - LEASE OF PROPERTY IN PHOENIX, AZ | MAINSPRING COTTON CENTER LLC 8925 E PIMA CENTER PARKWAY # 200 SCOTTSDALE, AZ  85258 |
| | **State the term remaining** | 9/30/2026 | |
| | **List the contract number of any government contract** | | |
| 2.387 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | MANAFLEX 11919 FISTERRA CT LAS VEGAS, NV  89138 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.388 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | MANN + HUMMEL 3200 NATAL ST. FAYETTEVILLE, NC  28306 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.389 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT - SUPPLY INTAKE AND EXHAUST SYSTEMS | MANN+HUMMEL USA INC 6400 S. SPRINKLE RD. PORTAGE, MI  49002 |
| | State the term remaining | 12/31/2026 | |
| | List the contract number of any government contract | | |
| 2.390 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT - TEMPORARY ONSITE PLACEMENT SERVICES | MANPOWERGROUP US INC 100 MANPOWER PLACE MILWAUKEE, WI  53212 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.391 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | MANUFACTURAS METALICAS ALME SA DE CV SANTIAGO 63 COLONIA SAN PEDRO IXTACALCO CIUDAD DE MEXICO, CDMX  08220 MEXICO |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.392 | State what the contract or lease is for and the nature of the debtor's interest | INDEPENDENT CONTRACTOR AGREEMENT - MARIO STRANO TO PROVIDE DESIGN, ENGINEERING, AND/OR OTHER CONSULTING SERVICES | MARIO STRANO ADDRESS REDACTED |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.393 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT - RETAINMENT OF PLAN ADMINISTRATOR | MATTHEWS, GOLD, KENNEDY, AND SNOW INC. 7600 N 16TH ST. SUITE 240 PHOENIX, AZ  85020 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.394 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - BUILDING LEASE FOR PHOENIX HQ | MC AREA 4141 OWNER LLC AREA 4141 INVESTOR LLC AREA 4141 SPONSOR LLC 290 MADISON AVE 4TH FLOOR NEW YORK, NY  10017 |
| | State the term remaining | 5/31/2042 | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.395 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE SERVICES PURSUANT TO SOWS OR CHANGE ORDERS | MCA CONNECT LLC 8055 E. TUFTS AVE, SUITE 1300 DENVER, CO 80237 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.396 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - STATEMENT OF WORK FOR FUNCTIONAL AND TECHNICAL SUPPORT SERVICES | MCA CONNECT LLC 8055 E. TUFTS AVE, SUITE 1300 DENVER, CO 80237 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.397 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | MEKRA LANG GMBH & CO. KG BUCHHEIMER STR. 4 ERGERSHIEM 91465 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.398 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - LANDLORD TO ALLOW NIKOLA TO BUILD OUT THE DYNAMOMETER ROOM AND INSTALL THE COOLING SKID/CHILLER | MERITEX COTTON CENTER LLC 1230 W. WASHINGTON ST. SUITE 203 TEMPE, AZ 85281 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.399 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT; AMENDMENT - LANDLORD'S CONSENT TO SUBLEASE THE PREMISES | MERITEX COTTON CENTER LLC 24 UNIVERSITY AVENUE NE #200 MINNEAPOLIS, MN 55413 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.400 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | METALBUILT LLC 50171 E. RUSSELL SCHMIDT BLVD CHESTERFIELD, MI 48051 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | METALSA, S.A.P.I. DE C.V. PABELLON M 44-47 AV. BENITO JUAREZ 1102 COL. MONTERREY, NL  64000 MEXICO |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | METHODE ELECTRONICS MALTA LTD TRIQ L-AWDITURI, ZONE 4 CENTRAL BUSINESS DISTRICT BIRKIRKARA  CBD 4070 MALTA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE DESIGN, ENGINEERING, AND/OR OTHER CONSULTING SERVICES | METHODICA TECHNOLOGIES LLC 100 W. BIG BEAVER RD SUITE # 200 TROY, MI  48084 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT; AMENDMENT - PROVIDE DESIGN, ENGINEERING, AND/OR OTHER CONSULTING SERVICES | METHODICA TECHNOLOGIES LLC 100 W. BIG BEAVER RD SUITE # 200 TROY, MI  48084 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** | PROGRAM AGREEMENT - PROVIDE PET INSURANCE PROGRAMS FOR EMPLOYEES | METLIFE PET INSURANCE SOLUTIONS LLC 400 MISSOURI AVENUE JEFFERSONVILLE, IN  47130 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - LEASE OF MOBILE REFUELERS | MGFH2 LLC 1655 LOUISIANA ST BEAUMONT, TX  77701 |
| | **State the term remaining** | 12/29/2026 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.407 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT; AMENDMENT - AMENDMENT TO MASTER LEASE AGREEMENT INSURANCE ANT TAX COSTS<br><br>UNKNOWN | MGFH2 LLC<br>1655 LOUISIANA ST<br>BEAUMONT, TX 77701 |
| 2.408 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO<br><br>UNKNOWN | MGL S.R.O.<br>TRIDA OSVOBOZENI 1117/37<br>ODRY 742 35<br>CZECH REPUBLIC |
| 2.409 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT; AMENDMENT - AMENDED LEASE PREMISES DEFINED<br><br>1/1/2026 | MISSION PLAZA PROP INC; T MILLER; D MILLER; A MILLER; M ZIMMER; D WATSON; B KAHN; K KAHN; N KAHN LETSON<br>3857 BIRCH STREET, SUITE 482<br>NEWPORT BEACH, CA 92660 |
| 2.410 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REPURCHASE AGREEMENT - REQUEST TO REPURCHASE INVENTORY IN CONNECTION TO FINANCING AGREEMENT<br><br>UNKNOWN | MITSUBISHI HC CAPITAL CANADA INC MITSUBISHI HC CAPITAL AMERICA INC MHCC-US<br>800 CONNECTICUT AVENUE, 4N<br>NORWALK, CT 06854 |
| 2.411 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED<br><br>UNKNOWN | MODINE MANUFACTURING COMPANY<br>1500 DEKOVEN AVE<br>RACINE, WI 53403 |
| 2.412 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS<br><br>UNKNOWN | MODINEMANUFACTURING<br>MODINE PONTEVICO S.R.L. VIALE EUROPA, 1<br>PONTEVICO, BS 25026<br>ITALY |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.413 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | MODINEMANUFACTURING MODINE PONTEVICO S.R.L. VIALE EUROPA, 1 PONTEVICO, BS  25026 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.414 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | MOLDTECS GMBH FREIDRICH-ENGELS-ST. 157 SONNEBERG  96515 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.415 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF LOW VOLTAGE CABLES | MOLEX LLC 3499 WEST HAMLIN ROAD ROCHESTER HILLS, MI  48309 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.416 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | MP INDUSTRIAL 4713 SO WASHINGTON ST TACOMA, WA  98409 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.417 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - LEASE OF EQUIPMENT AND SAAS SERVICES | MSA SAFETY SALES LLC 1000 CRANBERRY WOODS DRIVE CRANBERRY TOWNSHIP, PA  16066 |
| | **State the term remaining** | 9/20/2026 | |
| | **List the contract number of any government contract** | | |
| 2.418 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - LEASE OF VARIOUS PIECES OF EQUIPMENT | MSA SAFETY SALES LLC 1000 CRANBERRY WOODS DRIVE CRANBERRY TOWNSHIP, PA  16066 |
| | **State the term remaining** | 3/28/2026 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.419 **State what the contract or lease is for and the nature of the debtor's interest** | DEVELOPMENT AGREEMENT - DEVELOPMENT OF A SIX-POST VEHICLE TEST ENVIRONMENT | MSC SOFTWARE CORPORATION 5161 CALIFORNIA STREET SUITE 200 IRVINE, CA  92617 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.420 **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | MTA SLOVAKIA S.R.O. HORNE OZOROVCE, 261 BANOVCE NAD BEBRAVOU  95703 SLOVAKIA |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.421 **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | MUBEA PRECISION SPRINGS INC 8283 DIXIE HIGHWAY FLORENCE, KY  41042 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.422 **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | MUELLES Y BALLESTA HISPANO ALEMANAS, S.L. CAMINON VIEJO DE CASTELLON A ONDA S/N VILLARREAL  12540 SPAIN |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.423 **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE RESOURCES INCLUDING MANAGEMENT, PERSONNEL, EQUIPMENT, AND FACILITIES TO ENGAGE IN RESEARCH AND DEVELOPMENT ACTIVITIES | NANOSCIENCE ANALYTICAL 10008 S. 51ST STREET SUITE 100 PHOENIX, AZ  85044 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.424 **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT; AMENDMENT - NANOSCIENCE INSTRUMENTS OR NANOSCIENCE ANALYTICS | NANOSCIENCE ANALYTICAL 10008 S. 51ST STREET SUITE 100 PHOENIX, AZ  85044 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.425 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - ORDER PRODUCTS AND SERVICES FROM COUNTERPARTY AND ITS AFFILIATES | NASDAQ CORPORATE SOLUTIONS LLC ONE LIBERTY PLAZA 165 BROADWAY NEW YORK, NY  10006 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.426 | **State what the contract or lease is for and the nature of the debtor's interest** | AGENCY AGREEMENT; AMENDMENT - FIRST AMENDMENT TO TERMS OF SPECIAL AGENCY AGREEMENT BETWEEN THE PARTIES | NEL HYDROGEN A/S VEJLEVEJ 5 HERNING  7400 DENMARK |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.427 | **State what the contract or lease is for and the nature of the debtor's interest** | AGENCY AGREEMENT; AMENDMENT - SECOND AMENDMENT TO TERMS OF SPECIAL AGENCY AGREEMENT BETWEEN THE PARTIES | NEL HYDROGEN A/S VEJLEVEJ 5 HERNING  7400 DENMARK |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.428 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT - REDACTED | NEL HYDROGEN A/S VEJLEVEJ 5 HERNING  7400 DENMARK |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.429 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE CONSULTING, INSTALLATION, CUSTOMIZATION AND CONFIGURATION, MAINTENANCE AND OTHER SERVICES | NEUDESIC LLC 200 SPECTRUM CENTER DRIVE SUITE 2000 IRVINE, CA  92618 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.430 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT - LICENSE OF CERTAIN SOFTWARE FOR DEVELOPMENT AND SERIES APPLICATION PURPOSES | NEUTRON AUTOMOTIVE CONTROLS INC. 350 PALLADIUM DRIVE # 102 OTTAWA, ON  K2V 1A8 CANADA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.431 | **State what the contract or lease is for and the nature of the debtor's interest** | AGENCY AGREEMENT; AMENDMENT - FIRST AMENDMENT TO TERMS OF SPECIAL AGENCY AGREEMENT BETWEEN THE PARTIES | NEXTENERGY CENTER 461 BURROUGHS DETROIT, MI  48202 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.432 | **State what the contract or lease is for and the nature of the debtor's interest** | AGENCY AGREEMENT; AMENDMENT - SECOND AMENDMENT TO TERMS OF SPECIAL AGENCY AGREEMENT BETWEEN THE PARTIES | NEXTENERGY CENTER 461 BURROUGHS DETROIT, MI  48202 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.433 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRIBUTION AGREEMENT - NIKOLA CORP TRANSFERS EQUIPMENT TO NIKOLA CASH HOLDINGS LLC | NIKOLA CASH HOLDINGS LLC 4141 E. BROADWAY ROAD PHOENIX, AZ  85040 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.434 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRIBUTION AGREEMENT - CONTRIBUTION OF CAPITAL BETWEEN SHAREHOLDERS | NIKOLA IVECO EUROPE BV WANRAAIJ 9 ANDELST  6673 DM NETHERLANDS |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.435 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRIBUTION AGREEMENT - SHARE TRANSFER AGREEMENT | NIKOLA IVECO EUROPE BV WANRAAIJ 9 ANDELST  6673 DM NETHERLANDS |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.436 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT - CONFIRMATION OF IVECO IP LICENSE | NIKOLA IVECO EUROPE BV WANRAAIJ 9 ANDELST  6673 DM NETHERLANDS |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.437 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING AGREEMENT - CONFIRMATION OF NIKOLA IP LICENSE | NIKOLA IVECO EUROPE BV WANRAAIJ 9 ANDELST 6673 DM NETHERLANDS |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.438 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING AGREEMENT - CONFIRMATION OF S-WAY EV LICENSE | NIKOLA IVECO EUROPE BV WANRAAIJ 9 ANDELST 6673 DM NETHERLANDS |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.439 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING AGREEMENT; AMENDMENT - FIRST AMENDMENT TO IVECO TECHNOLOGY LICENSE AGREEMENT | NIKOLA IVECO EUROPE BV WANRAAIJ 9 ANDELST 6673 DM NETHERLANDS |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.440 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING AGREEMENT; AMENDMENT - FIRST AMENDMENT TO NIKOLA S-WAY EV LICENSE AGREEMENT | NIKOLA IVECO EUROPE BV WANRAAIJ 9 ANDELST 6673 DM NETHERLANDS |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.441 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING AGREEMENT; AMENDMENT - FIRST AMENDMENT TO NIKOLA S-WAY EV LICENSE AGREEMENT | NIKOLA IVECO EUROPE BV WANRAAIJ 9 ANDELST 6673 DM NETHERLANDS |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.442 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT - EUROPEAN SUPPLY AGREEMENT FOR THE PURPOSES OF DESIGNING, ENGINEERING AND MANUFACTURING OF BATTERY-ELECTRIC HEAVY DUTY TRUCKS | NIKOLA IVECO EUROPE BV WANRAAIJ 9 ANDELST 6673 DM NETHERLANDS |
| | State the term remaining | 12/31/2030 | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.443 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - RESTATED EUROPEAN SUPPLY AGREEMENT | NIKOLA IVECO EUROPE BV WANRAAIJ 9 ANDELST 6673 DM NETHERLANDS |
| | **State the term remaining** | 12/31/2030 | |
| | **List the contract number of any government contract** | | |
| 2.444 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF BEVS AND FCEVS TO IVECO FOR DISTRIBUTION TO CUSTOMERS | NIKOLA IVECO EUROPE BV WANRAAIJ 9 ANDELST 6673 DM NETHERLANDS |
| | **State the term remaining** | 12/31/2030 | |
| | **List the contract number of any government contract** | | |
| 2.445 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSACTION AGREEMENT - IVECO AGREES TO PURCHASE OF JOINT VENTURE ENTITY FROM NIKOLA | NIKOLA IVECO EUROPE BV WANRAAIJ 9 ANDELST 6673 DM NETHERLANDS |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.446 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | NINGBO WEGO MACHINERY CO. LTD NO. 300 LEHAI ROAD CHUNXIAO TOWN NINGBO CITY, ZHEJIANG 315830 CHINA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.447 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | NIPONGROUP LLC 4269 KNOLLBROOK DR. NORTON, OH 44203 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.448 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | NISSHA CO LTD 3 MIBU HANAI-CHO NAKAGYO-KU KYOTO 604-8551 JAPAN |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.449 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT - NOEL MANLEY ENGAGED AS INDEPENDENT CONTRACTOR | NOEL MANLEY ADDRESS REDACTED |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.450 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | NORFAB MANUFACTURING/ZUERN INC 520 SJOQUIST DRIVE GLADSTONE, MI 49837 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.451 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - INCORPORATE GOODS SUPPLIED BY THE VENDOR INTO NIKOLA PRODUCTS FOR 15 YEARS | NORMA MICHIGAN INC 2430 E. WALTON BLVD. AUBURN HILLS, MI 48236 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.452 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | NOVATRONIC DEUTSCHLAND GMBH KOLNER STRABE 102 BERGISCH GLADBACH 51429 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.453 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | NU-STAR INC 1425 STAGECOACH ROAD SHAKOPEE, MN 55379 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.454 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT - PROVIDE A CUSTOM IMPLEMENTATION OF THE SAFEASSURE CAMERA AND DISPLAY FRAMEWORK | NXP USA, INC. 6501 WILLIAM CANNON DR. WEST AUSTIN, TX 78735 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.455 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | OFFICINE METALLURGICHE CORNAGLIA S.P.A. STRADA MIRAFLORI 31 BEINASCO, TO 10092 ITALY |
|  | **State the term remaining** | UNKNOWN |  |
|  | **List the contract number of any government contract** |  |  |
| 2.456 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | OLVAN SPA VIA PROVINCIALE PER CASTEL ROZZONE, 7 LURANO, BG 24050 ITALY |
|  | **State the term remaining** | UNKNOWN |  |
|  | **List the contract number of any government contract** |  |  |
| 2.457 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM; SUPPLY AGREEMENT - MODIFICATIONS TO THE PROVISIONS OF THE SPECIFICATIONS AND OFFER | OMB SALERI SPA VIA ROSE DI SOTTO 38/C BRESCIA, BS 25126 ITALY |
|  | **State the term remaining** | UNKNOWN |  |
|  | **List the contract number of any government contract** |  |  |
| 2.458 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | OMB SALERI SPA VIA ROSE DI SOTTO 38/C BRESCIA, BS 25126 ITALY |
|  | **State the term remaining** | UNKNOWN |  |
|  | **List the contract number of any government contract** |  |  |
| 2.459 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT; AMENDMENT - ADDENDUM TO QUOTE SPECIFICATION | OMB SALERI SPA VIA ROSE DI SOTTO 38/C BRESCIA, BS 25126 ITALY |
|  | **State the term remaining** | UNKNOWN |  |
|  | **List the contract number of any government contract** |  |  |
| 2.460 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - GENERAL TERMS AND CONDITIONS FOR INCORPORATION OF SUPPLER GOODS INTO NIKOLA PRODUCTS | OMR SPA VIA CARAVAGGIO 3 REMEDELLO, BS 25010 ITALY |
|  | **State the term remaining** | UNKNOWN |  |
|  | **List the contract number of any government contract** |  |  |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.461 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | P.C.M. SRL<br>VIA E. FERRARI 49<br>CASTELLALTO, TE  64020<br>ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.462 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | PACIFIC ENGINEERNG CORPORATION<br>450 HINOKI TOWN<br>OGAKI CITY, GIFU  503-0981<br>JAPAN |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.463 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF COPIERS AND EQUIPMENT | PACIFIC OFFICE AUTOMATION<br>14747 NW GREENBRIER PKWY<br>BEAVERTON, OR  97006 |
| | **State the term remaining** | 10/22/2028 | |
| | **List the contract number of any government contract** | | |
| 2.464 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - INCORPORATE GOODS SUPPLIED BY THE VENDOR INTO NIKOLA PRODUCTS FOR 15 YEARS | PACKAGING CONCEPTS AND DESIGN<br>234 E. MAPLE RD<br>TROY, MI  48083 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.465 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT - CONTRACT STATE LEVEL LOBBYING SERVICES IN ARIZONA | PATON & ASSOCIATES INC<br>20815 N. CAVE CREEK RD<br>PHOENIX, AZ  85024 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.466 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PERFORM JANITORIAL SERVICES AT SANTA FE SPRINGS, CA LOCATION | PEERLESS MAINTENANCE SERVICE INC<br>1100 S EUCLID ST<br>LA HABRA, CA  90631 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.467 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - PROVIDE VOLUME PRODUCTION FOR THE 12.8 INCH TOUCH AND NO-TOUCH DISPLAYS AND OTHER ITEMS | PEKTRON SEV ALFRETON ROAD DERBY DE21-4AP UNITED KINGDOM |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.468 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT - TONY O'GORMAN TO PROVIDE INDEPENDENT CONTRACTOR SERVICES | PESC, INC. 766 GRETNA GREEN WAY ESCONDIDO, CA 92025 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.469 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT; AMENDMENT - FIRST AMENDMENT TO INDEPENDENT CONTRACTOR AGREEMENT OF TONY O'GORMAN | PESC, INC. 766 GRETNA GREEN WAY ESCONDIDO, CA 92025 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.470 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT - PETER BUDZINSKI ENGAGED AS INDEPENDENT CONTRACTOR | PETER BUDZINSKI ADDRESS REDACTED |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.471 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTNER AGREEMENT - REDACTED | PEUGEOT CITROËN AUTOMOBILES SA 170 ROUTE DE GISY VELIZY VILLACOUBLAY 78140 FRANCE |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.472 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - LETTER AGREEMENT AMENDING POS | PHOENIX HYDROGEN HUB LLC 4141 E. BROADWAY ROAD PHOENIX, AZ 85040 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.473 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | PHOENIX WINSUPPLY CO. 1045 S. EDWARD DRIVE TEMPE, AZ 85281 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.474 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - TRANSPORT OF PRODUCT IN TRAILERS | PILOT TRAVEL CENTERS LLC 5508 LONAS DRIVE KNOXVILLE, TN 37909 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.475 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - NOTICE OF INTENT TO DISCHARGE FOR AN ON-SITE WASTEWATER TREATMENT FACILITY | PINAL COUNTY COMMUNITY DEV AQUIFER PROTECTION DIVISION 85 N FLORENCE ST FLOOR PO BOX 2973 FIRST FLORENCE, AZ 85132 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.476 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER AGREEMENT - REAL ESTATE TRANSFER AGREEMENT FOR NIKOLA TO ACQUIRE PROPERTY IN COOLIDGE, AZ | PINAL LAND HOLDINGS LLC 7154 E. STETSON DR. SUITE 300 SCOTTSDALE, AZ 85251 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.477 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | PLASTICOS AUTOMOTRICES DE SAHAGUN SA DE CV CORREDOR INDUSTRIAL S/N CIDUAD SAHAGUN, HGO 43990 MEXICO |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.478 | **State what the contract or lease is for and the nature of the debtor's interest** | ACQUISITION AGREEMENT - AFTER-SALE TECHNICAL AGREEMENT FOR GAMMA SPECIFICATIONS | PLUG POWER INC 968 ALBANY SHAKER ROAD LATHAM, NY 12110 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.479 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE SERVICES TO LEASED EQUIPMENT | PLUG POWER INC<br>968 ALBANY SHAKER ROAD<br>LATHAM, NY  12110 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.480 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - REDACTED | PLUG POWER INC<br>968 ALBANY SHAKER ROAD<br>LATHAM, NY  12110 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.481 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - PURCHASE OF HYDROGEN | PLUG PROJECT HOLDING CO LLC<br>968 ALBANY SHAKER ROAD<br>LATHAM, NY  12110 |
| | **State the term remaining** | 1/1/2030 | |
| | **List the contract number of any government contract** | | |
| 2.482 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | POPPELMANN GMBH & CO.<br>BAKUMER STR. 73<br>LOHNE  49393<br>GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.483 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT - HIGH DENSITY HARDWARE DESIGN AND LAYOUTS TO FACILITATE INVERTER DEVELOPMENT | POWER SOL INC<br>2604 EL CAMINO REAL STE B<br>PO BOX 104<br>CARLSBAD, CA  92008 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.484 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | POWERBUILT MATERIAL HANDLING SOLUTIONS LLC<br>1880 COUNTY ROAD 9<br>BELLEFONTAINE, OH  43311 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.485 **State what the contract or lease is for and the nature of the debtor's interest** SUPPLY AGREEMENT - IN SUPPORT OF A NATIONAL CENTER FOR MANUFACTURING SERVICES<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | PRATT & MILLER ENGINEERING AND FABRICATION, INC. 29600 WK SMITH DRIVE NEW HUDSON, MI 48165 |
| 2.486 **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT - PROVIDE DESIGN, ENGINEERING, AND/OR OTHER CONSULTING SERVICES<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | PREFERRED PRECISION GROUP LLC 1310 COMER AVENUE PELL CITY, AL 35125 |
| 2.487 **State what the contract or lease is for and the nature of the debtor's interest** SALE AGREEMENT - RESELL OF AWS CLOUD SERVICES<br><br>**State the term remaining** 8/4/2027<br><br>**List the contract number of any government contract** | PRESIDIO NETWORKED SOLUTIONS LLC 13893 S MINUTEMAN DR 100 DRAPER, UT 84020 |
| 2.488 **State what the contract or lease is for and the nature of the debtor's interest** SUBLEASE AGREEMENT - SUBLEASE OF PROPERTY IN PHOENIX, AZ<br><br>**State the term remaining** 6/30/2025<br><br>**List the contract number of any government contract** | PROFESSIONAL SERVICE INDUSTRIES INC 4050 EAST COTTON CENTER BOULEVARD SUITE 57-59 PHOENIX, AZ 85040 |
| 2.489 **State what the contract or lease is for and the nature of the debtor's interest** SUBLEASE AGREEMENT - SUBLEASE OF PROPERTY IN PHOENIX, AZ<br><br>**State the term remaining** 6/30/2025<br><br>**List the contract number of any government contract** | PROFESSIONAL SERVICE INDUSTRIES INC 4050 EAST COTTON CENTER BOULEVARD SUITE 57-59 PHOENIX, AZ 85040 |
| 2.490 **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT - FOOD AND VENDING SUPPLY FOR OFFICE<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | PROFORMANCE VEND USA PO BOX 6188 PHOENIX, AZ 85005 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.491 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | PROGRESSWEK OBERKIRCH AG INDUSTRIESTRAßE 8 OBERKIRCH  77704 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.492 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | PROGRESSWEK OBERKIRCH AG INDUSTRIESTRAßE 8 OBERKIRCH  77704 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.493 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | PROGRESSWEK OBERKIRCH AG INDUSTRIESTRAßE 8 OBERKIRCH  77704 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.494 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | PROGRESSWEK OBERKIRCH AG INDUSTRIESTRAßE 8 OBERKIRCH  77704 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.495 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | PROMENS A.S. CECILKA 38 ZLIN 1-PRILUKY  760 01 CZECH REPUBLIC |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.496 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | PROMENS A.S. CECILKA 38 ZLIN 1-PRILUKY  760 01 CZECH REPUBLIC |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.497 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | PROMENS A.S. CECILKA 38 ZLIN 1-PRILUKY  760 01 CZECH REPUBLIC |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.498 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT; AMENDMENT - ISSUE OF PO FOR BOTH THE 2023 AND 2024 MINIMUM PURCHASE COMMITMENTS | PROTERRA OPERATING COMPANY INC 1815 ROLLINS ROAD BURLINGAME, CA  94010 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.499 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - APPLY PREPAYMENTS FOR THE PURCHASE OF BATTERY PACKS | PROTERRA POWERED LLC 1815 ROLLINS ROAD BURLINGAME, CA  94010 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.500 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY THE BUYER WITH PRODUCT SPECIFIED IN RELATED POS | PROTERRA POWERED LLC 1815 ROLLINS ROAD BURLINGAME, CA  94010 |
| | **State the term remaining** | 12/31/2026 | |
| | **List the contract number of any government contract** | | |
| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT; AMENDMENT - AMENDED PRICING OF SUPPLY AGREEMENT | PROTERRA POWERED LLC 1815 ROLLINS ROAD BURLINGAME, CA  94010 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.502 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT; AMENDMENT - AMENDMENT TO QUANTITY OF BATTERIES IN SUPPLY AGREEMENT | PROTERRA POWERED LLC 1815 ROLLINS ROAD BURLINGAME, CA  94010 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.503 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT; AMENDMENT - REVISION OF POS IN CONNECTION WITH PRODUCT SUPPLY AGREEMENT | PROTERRA POWERED LLC 1815 ROLLINS ROAD BURLINGAME, CA 94010 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.504 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - MASTER SERVICES AGREEMENT TO SUPPORT THE COMPANY'S SOX COMPLIANCE INITIATIVES | PROTIVITI INC 4127 E. VAN BUREN ST SUITE 210 PHOENIX, AZ 85008 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.505 | **State what the contract or lease is for and the nature of the debtor's interest** | RESEARCH AGREEMENT - FURTHER INSTRUCTIONAL AND RESEARCH OBJECTIVES | PURDUE UNIVERSITY 610 PURDUE MALL WEST LAFAYETTE, IN 47907 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.506 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | QUEUE SOLUTIONS 155 KNICKERBOCKER AVE. BOHEMIA, NY 11716 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.507 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - TO MAKE AVAILABLE FOR SALE NIKOLA BRANDED VEHICLES, RELATED PARTS AND ACCESSORIES, AND SUPPORTING ENERGY INFRASTRUCTURE TO DEALER | QUINN COMPANY 10006 ROSE HILLS RD CITY OF INDUSTRY, CA 90601 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.508 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | R&J MANUFACTURING INC 1230 W. GILA BLEND HWY CASA GRANDE, AZ 85122 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.509 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | R.A. PHILLIPS INDUSTRIES<br>12012 BURKE STREET<br>SANTA FE SPRINGS, CA 90670 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.510 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | R.J. SRL<br>VIA PER CALUSO 31<br>SAN GIORGIA CANAVESE, TO 10090<br>ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.511 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | R.S. HUGHES CORPORATION<br>1219 S. ALLEC ST.<br>ANAHEIM, CA 92805 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.512 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | RAMCO STAMPING DE MÉXICO, S.A. DE CV<br>CALZADA SAN MATEO NO. 40<br>COLONIA SAN JUAN BOSCO<br>ATIZAPAN DE ZARAGOZA<br>CIUDAD LÓPEZ MATEOS, MX 52946<br>MEXICO |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.513 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE CLOUD-BASED SOFTWARE SOLUTIONS | REV 1 POWER SERVICES INC<br>100 N TAMPA ST SUITE 2300<br>TAMPA, FL 33602 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.514 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE CONSULTING SERVICES RELATED TO START-UP AND FUNCTIONAL TESTING OF MOBILE HYDROGEN FUELERS AND PERMANENT HYDROGEN FUELING STATIONS | REV1 OIL & GAS LLC<br>100 N TAMPA ST SUITE 2300<br>TAMPA, FL 33602 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.515** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO <br><br><br> UNKNOWN | RHINO TOOL HOUSE <br> 7575 WEST WINDS BLVD NW <br> CONCORD, NC  28027 |
| **2.516** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS <br><br><br> UNKNOWN | RIBERMOLD <br> R. DA M.NHA PEQUENA 22 <br> MARINHA GRANDE  2430-350 <br> PORTUGAL |
| **2.517** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS <br><br><br> UNKNOWN | RIBERMOLD <br> R. DA M.NHA PEQUENA 22 <br> MARINHA GRANDE  2430-350 <br> PORTUGAL |
| **2.518** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT - TO MAKE AVAILABLE FOR SALE NIKOLA BRANDED VEHICLES, RELATED PARTS AND ACCESSORIES, AND SUPPORTING ENERGY INFRASTRUCTURE TO DEALER <br><br> UNKNOWN | RING POWER CORPORATION <br> 500 WORLD COMMERCE PARKWAY <br> ST AUGUSTINE, FL  32092 |
| **2.519** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT - DEVELOP CONCEPT IDEA TO A POC-LEVEL OF MATURITY <br><br><br> UNKNOWN | ROBERT BOSCH BATTERY SYSTEMS LLC <br> 3740 LAPEER ROAD SOUTH <br> ORION, MI  48359 |
| **2.520** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS <br><br><br> UNKNOWN | ROBERT BOSCH GMBH <br> BLMODA PRECISION MACHINERY CO LTD <br> BREGENZER STR. 26A <br> STUTTGART - FEUERBACH  70469 <br> GERMANY |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.521 | **State what the contract or lease is for and the nature of the debtor's interest** | ACCESS AGREEMENT - OBLIGATION FOR ACCESS TO IT SYSTEMS | ROBERT BOSCH GMBH BREGENZER STR. 26A STUTTGART - FEUERBACH 70469 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.522 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | ROBERT BOSCH GMBH BREGENZER STR. 26A STUTTGART - FEUERBACH 70469 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.523 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | ROBERT BOSCH GMBH BREGENZER STR. 26A STUTTGART - FEUERBACH 70469 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.524 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | ROBERT BOSCH GMBH BREGENZER STR. 26A STUTTGART - FEUERBACH 70469 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.525 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | ROBERT BOSCH GMBH BREGENZER STR. 26A STUTTGART - FEUERBACH 70469 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.526 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | ROBERT BOSCH GMBH BREGENZER STR. 26A STUTTGART - FEUERBACH 70469 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.527 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | ROBERT BOSCH GMBH BREGENZER STR. 26A STUTTGART - FEUERBACH  70469 GERMANY |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.528 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | ROBERT BOSCH GMBH BREGENZER STR. 26A STUTTGART - FEUERBACH  70469 GERMANY |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.529 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | ROBERT BOSCH GMBH BREGENZER STR. 26A STUTTGART - FEUERBACH  70469 GERMANY |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.530 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | ROBERT BOSCH GMBH BREGENZER STR. 26A STUTTGART - FEUERBACH  70469 GERMANY |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.531 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | ROBERT BOSCH GMBH BREGENZER STR. 26A STUTTGART - FEUERBACH  70469 GERMANY |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.532 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | ROBERT BOSCH GMBH BREGENZER STR. 26A STUTTGART - FEUERBACH  70469 GERMANY |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.533 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | ROBERT BOSCH GMBH BREGENZER STR. 26A STUTTGART - FEUERBACH  70469 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.534 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | ROBERT BOSCH GMBH BREGENZER STR. 26A STUTTGART - FEUERBACH  70469 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.535 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | ROBERT BOSCH GMBH BREGENZER STR. 26A STUTTGART - FEUERBACH  70469 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.536 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | ROBERT BOSCH GMBH BREGENZER STR. 26A STUTTGART - FEUERBACH  70469 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.537 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | ROBERT BOSCH GMBH BREGENZER STR. 26A STUTTGART - FEUERBACH  70469 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.538 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | ROBERT BOSCH GMBH BREGENZER STR. 26A STUTTGART - FEUERBACH  70469 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.539 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | ROBERT BOSCH GMBH BREGENZER STR. 26A STUTTGART - FEUERBACH 70469 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.540 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | ROBERT BOSCH GMBH BREGENZER STR. 26A STUTTGART - FEUERBACH 70469 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.541 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTNER AGREEMENT - REDACTED | ROBERT BOSCH GMBH POSTFACH 10 50 60 STUTTGART 70049 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.542 | **State what the contract or lease is for and the nature of the debtor's interest** | JOINT DEVELOPMENT AGREEMENT - COOPERATION IN THE RESEARCH AND DEVELOPMENT OF STATE-OF-THE ART ADVANCED ELECTRIC VEHICLE DRIVETRAIN SYSTEMS | ROBERT BOSCH GMBH POSTFACH 30 02 20 STUTTGART 70442 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.543 | **State what the contract or lease is for and the nature of the debtor's interest** | DEVELOPMENT AGREEMENT - DEVELOPMENT AND PRODUCTION OF A SAFETY-RELATED SYSTEM | ROBERT BOSCH LLC 38000 HILLS TECH DRIVE FARMINGTON HILLS, MI 48331 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.544 | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK AGREEMENT - AGREEMENT TO PROVIDE FRAMEWORK OF SHARING TECHNICAL AND ECONOMIC INFORMATION, KNOWLEDGE, AND EXPERIENCE | ROBERT BOSCH LLC 38000 HILLS TECH DRIVE FARMINGTON HILLS, MI 48331 |
| | **State the term remaining** | 12/31/2030 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.545 | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK AGREEMENT; AMENDMENT - AMENDMENT TO LICENSE AND FRAMEWORK AGREEMENTS, DESCRIBING DOWN PAYMENT SCHEDULE | ROBERT BOSCH LLC 38000 HILLS TECH DRIVE FARMINGTON HILLS, MI  48331 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.546 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT - FCPM DESIGN AND MANUFACTURING | ROBERT BOSCH LLC 38000 HILLS TECH DRIVE FARMINGTON HILLS, MI  48331 |
| | **State the term remaining** | 12/31/2030 | |
| | **List the contract number of any government contract** | | |
| 2.547 | **State what the contract or lease is for and the nature of the debtor's interest** | PRODUCTION AGREEMENT - DEVELOPMENT OF SAMPLES WITH SOFTWARE VERSIONS | ROBERT BOSCH LLC 38000 HILLS TECH DRIVE FARMINGTON HILLS, MI  48331 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.548 | **State what the contract or lease is for and the nature of the debtor's interest** | PRODUCTION AGREEMENT - PRODUCTION OF C-SAMPLE, HTV, HTP, HTM HARDWARE | ROBERT BOSCH LLC 38000 HILLS TECH DRIVE FARMINGTON HILLS, MI  48331 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.549 | **State what the contract or lease is for and the nature of the debtor's interest** | PRODUCTION AGREEMENT - PROVIDE C-SAMPLE SMG 280/200 HARDWARE | ROBERT BOSCH LLC 38000 HILLS TECH DRIVE FARMINGTON HILLS, MI  48331 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.550 | **State what the contract or lease is for and the nature of the debtor's interest** | PRODUCTION AGREEMENT - PROVIDE SAMPLE HARDWARE WITH VARIOUS SOFTWARE VERSIONS | ROBERT BOSCH LLC 38000 HILLS TECH DRIVE FARMINGTON HILLS, MI  48331 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.551 | **State what the contract or lease is for and the nature of the debtor's interest** | PRODUCTION AGREEMENT - PROVIDE SIC INVERTER D-SAMPLES | ROBERT BOSCH LLC 38000 HILLS TECH DRIVE FARMINGTON HILLS, MI 48331 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.552 | **State what the contract or lease is for and the nature of the debtor's interest** | PRODUCTION AGREEMENT - SAMPLES FOR USE ON TEST TRACK AND ROAD | ROBERT BOSCH LLC 38000 HILLS TECH DRIVE FARMINGTON HILLS, MI 48331 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.553 | **State what the contract or lease is for and the nature of the debtor's interest** | PRODUCTION AGREEMENT - USE AND LIMITATIONS OF SAMPLES AS PART OF DEVELOPMENT AGREEMENT | ROBERT BOSCH LLC 38000 HILLS TECH DRIVE FARMINGTON HILLS, MI 48331 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.554 | **State what the contract or lease is for and the nature of the debtor's interest** | RELEASE AGREEMENT - APPROVAL FOR DELIVERY OF SERIES INTENT FCPM | ROBERT BOSCH LLC 38000 HILLS TECH DRIVE FARMINGTON HILLS, MI 48331 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.555 | **State what the contract or lease is for and the nature of the debtor's interest** | RELEASE AGREEMENT - INSTALLMENT OF SOFTWARE IN NIKOLA VEHICLES | ROBERT BOSCH LLC 38000 HILLS TECH DRIVE FARMINGTON HILLS, MI 48331 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.556 | **State what the contract or lease is for and the nature of the debtor's interest** | RELEASE AGREEMENT - USE OF HYS-1-EX SERIES INTENT PARTS | ROBERT BOSCH LLC 38000 HILLS TECH DRIVE FARMINGTON HILLS, MI 48331 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.557 | **State what the contract or lease is for and the nature of the debtor's interest** | RISK AGREEMENT - RISK ASSESSMENT FOR 745 PIECES OF SAMPLES | ROBERT BOSCH LLC<br>38000 HILLS TECH DRIVE<br>FARMINGTON HILLS, MI  48331 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.558 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - AGREEMENT FOR JOINT VENTURE FOR HEAVY DUTY TRUCK INVERTERS | ROBERT BOSCH LLC<br>38000 HILLS TECH DRIVE<br>FARMINGTON HILLS, MI  48331 |
| | **State the term remaining** | 12/31/2027 | |
| | **List the contract number of any government contract** | | |
| 2.559 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - COMMITMENT TO OBTAIN SMG ACTIVE PARTS | ROBERT BOSCH LLC<br>38000 HILLS TECH DRIVE<br>FARMINGTON HILLS, MI  48331 |
| | **State the term remaining** | 12/31/2030 | |
| | **List the contract number of any government contract** | | |
| 2.560 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - PROVIDE BETA SAMPLES FOR THE NIKOLA TRE FCEV APPLICATIONS | ROBERT BOSCH LLC<br>38000 HILLS TECH DRIVE<br>FARMINGTON HILLS, MI  48331 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.561 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ROAD RELEASE AND WARRANTY EXCLUSION FOR 3 NIKOLA TRE FCEV 6X2 TEST VEHICLES | ROBERT BOSCH LLC<br>38000 HILLS TECH DRIVE<br>FARMINGTON HILLS, MI  48331 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.562 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF HYDROGEN SUPPLY CONTROL UNITS | ROBERT BOSCH LLC<br>38000 HILLS TECH DRIVE<br>FARMINGTON HILLS, MI  48331 |
| | **State the term remaining** | 12/31/2030 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.563 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF INVERTER SAMPLES | ROBERT BOSCH LLC 38000 HILLS TECH DRIVE FARMINGTON HILLS, MI 48331 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.564 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY THE COMPANY WITH A MAXIMUM OF 160 UFS6E D-SAMPLE SENSORS | ROBERT BOSCH LLC 38000 HILLS TECH DRIVE FARMINGTON HILLS, MI 48331 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.565 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT; AMENDMENT - ADDITIONAL VOLUME AMENDED TO FUEL CELL SUPPLY FRAMEWORK AGREEMENT | ROBERT BOSCH LLC 38000 HILLS TECH DRIVE FARMINGTON HILLS, MI 48331 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.566 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT; AMENDMENT - AMENDED PRICING OF PRODUCTS IN SMG SUPPLY AGREEMENT | ROBERT BOSCH LLC 38000 HILLS TECH DRIVE FARMINGTON HILLS, MI 48331 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.567 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT; AMENDMENT - AMENDED PRICING OF SUPPLY AGREEMENT | ROBERT BOSCH LLC 38000 HILLS TECH DRIVE FARMINGTON HILLS, MI 48331 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.568 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT; AMENDMENT - AMENDMENT TO RAW MATERIALS PRICES IN SUPPLY FRAMEWORK AGREEMENT | ROBERT BOSCH LLC 38000 HILLS TECH DRIVE FARMINGTON HILLS, MI 48331 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.569 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT; AMENDMENT - THIRD AMENDMENT TO INVERTER SUPPLY AGREEMENT, UPDATED WITH THE SALE OF 600 INVERTERS | ROBERT BOSCH LLC 38000 HILLS TECH DRIVE FARMINGTON HILLS, MI  48331 |
|  | **State the term remaining** | UNKNOWN | |
|  | **List the contract number of any government contract** | | |
| 2.570 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT; AMENDMENT - UPDATED PRICING OF RAW MATERIALS, ELECTRONICS, LOGISTICS, WAGES, ENERGY AND PACKAGING TO SUPPLY AGREEMENT | ROBERT BOSCH LLC 38000 HILLS TECH DRIVE FARMINGTON HILLS, MI  48331 |
|  | **State the term remaining** | UNKNOWN | |
|  | **List the contract number of any government contract** | | |
| 2.571 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT; AMENDMENT - UPDATED VOLUME AND QUALITY ASSUMPTIONS | ROBERT BOSCH LLC 38000 HILLS TECH DRIVE FARMINGTON HILLS, MI  48331 |
|  | **State the term remaining** | UNKNOWN | |
|  | **List the contract number of any government contract** | | |
| 2.572 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT; AMENDMENT - UPDATED VOLUME ASSUMPTIONS FOR SUPPLY FRAMEWORK AGREEMENT | ROBERT BOSCH LLC 38000 HILLS TECH DRIVE FARMINGTON HILLS, MI  48331 |
|  | **State the term remaining** | UNKNOWN | |
|  | **List the contract number of any government contract** | | |
| 2.573 | **State what the contract or lease is for and the nature of the debtor's interest** | TEST AGREEMENT - LIMITED TEST TRACK AGREEMENT FOR VARIOUS SAMPLES | ROBERT BOSCH LLC 38000 HILLS TECH DRIVE FARMINGTON HILLS, MI  48331 |
|  | **State the term remaining** | UNKNOWN | |
|  | **List the contract number of any government contract** | | |
| 2.574 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - DELIVERY OF GOODS AND SERVICES BY BOSCH FOR THE PURPOSE OF UPDATING AND UPGRADING THE SOFTWARE | ROBERT BOSCH S DE RL DE CV CIRCUITO G. GONZALEZ CAMARENA # 333 CENTRO DE CIUDAD SANTA FE, MEXICO CITY, CDMX  01210 MEXICO |
|  | **State the term remaining** | UNKNOWN | |
|  | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.575 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY SAMPLES FOR VARIOUS TOOLS AND EQUIPMENT | ROBERT BOSCH, LLC 38000 HILLS TECH DRIVE FARMINGTON HILLS, MI 48331 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.576 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | ROBERTSHAW CONTROLS COMPANY 1222 HAMILTON PARKWAY ITHASCA, IL 60143 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.577 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | ROBERTSHAW CONTROLS COMPANY PO BOX 74007322 CHICAGO, IL 60674 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.578 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - FULFILL PURCHASE ORDERS FOR REPLACEMENT BATTERIES FOR 5 YEARS | ROMEO SYSTEMS, INC. 4380 AYERS AVENUE VERNON, CA 90058 |
| | **State the term remaining** | 8/28/2025 | |
| | **List the contract number of any government contract** | | |
| 2.579 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | RPK S. COOP. IND. CALLE PORTAL DE GAMARRA, 34 VITORIA-GASTEIZ, ÁLAVA 01013 SPAIN |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.580 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE DESIGN/DRAFTING, ENGINEERING, PROCUREMENT, CONSTRUCTION, INSPECTION, MAINTENANCE AND/OR OTHER CONSULTING SERVICES | RPT ALLIANCE LLC 8400 N. SAM HOUSTON PKWY W SUITE 100 HOUSTON, TX 77604 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.581 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE CERTAIN TAX SERVICES | RSM US LLP<br>2375 E. CAMELBACK RD SUITE 300<br>PHOENIX, AZ  85016 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.582 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - AUTHORIZE CONTRACTOR TO ENGAGE IN CERTAIN WORK | S&B ENGINEERS AND CONSTRUCTORS LTD<br>15150 MEMORIAL DRIVE<br>HOUSTON, TX  77079 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.583 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION AGREEMENT - LIMITED LICENSE TO USE S&P SERVICES INTERNALLY | S&P GLOBAL MARKET INTELLIGENCE LLC<br>55 WATER STREET<br>NEW YORK, NY  10041 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.584 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | SAB AUTOMOTIVE GROUP<br>KONYA 3. ORGANIZE SANAYI BÖLGESI<br>T ZIYAEDDIN AKBULUT CADDESI 8 SOKAK NO 3<br>SELCUKLU, KONYA  42050<br>TURKIYE |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.585 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION SERVICE AGREEMENT - DESIGN AND CONSTRUCTION OF CIRCUIT OUT OF PARKER SUBSTATION | SALT RIVER PROJECT<br>AGRICULTURAL IMPROVEMENT AND POWER DIST<br>P.O. BOX 52025<br>PHOENIX, AZ  85072 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.586 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - DISTRIBUTION DESIGN & CONSTRUCTION CONTRACT | SALT RIVER PROJECT<br>AGRICULTURAL IMPROVEMENT<br>P.O. BOX 52025<br>PHOENIX, AZ  85072 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.587 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | SANHUA INTERNATIONAL INC 2880 ZANKER ROAD SUITE 203, OFFICE #211 SAN JOSE, CA 95134 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.588 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | SARA ING SANDRO BENUSSI SRL VIA DELLA MUSICA 72 BRESCIA, BS 25135 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.589 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | SARA ING SANDRO BENUSSI SRL VIA DELLA MUSICA 72 BRESCIA, BS 25135 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.590 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | SARA ING SANDRO BENUSSI SRL VIA DELLA MUSICA 72 BRESCIA, BS 25135 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.591 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | SARIGOZOGLU HIDROLIK MAKINAVE KALIP SANAYI VE TICARET A.S. KECILIKOYOSB NO:7 MANISA OSB 2. KISIM KECILIKOYOSB MUSTAFA KEMAL MUSTAFA KEMAL YUNUSEMRE MANISA 54030 TURKIYE |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.592 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | SBE-VARVIT S.P.A. VIA LAZZARETTI, 2/A REGGIO EMILIA, RE 42122 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.593 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT - PROVIDE DESIGN, ENGINEERING, AND/OR OTHER CONSULTING SERVICES <br><br> UNKNOWN | SCHUETZ CONTAINER SYSTEMS INC <br> 200 ASPEN HILL ROAD <br> NORTH BRAND, NJ 08876 |
| 2.594 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO <br><br> UNKNOWN | SCHWAB INDUSTRIES INC <br> 50850 RIZZO DR. <br> SHELBY TWP., MI 48315 |
| 2.595 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE AGREEMENT - LEASE FOR 200 MOTOR VEHICLE PARKING SPACES <br><br> UNKNOWN | SEACLIFF QUATTRO LLC <br> 222 E CARRILLO STREET SUITE 111 <br> SANTA BARBARA, CA 93101 |
| 2.596 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUBLEASE AGREEMENT - SUBLEASE OF REAL PROPERTY IN PHOENIX, AZ <br><br> 1/31/2027 | SEACLIFF QUATTRO LLC <br> ALBANY ROAD-QUATTRO LLC <br> TOR ENGINEERING CORPORATION <br> 3731 E. GROVE ST. <br> PHOENIX, AZ 85040 |
| 2.597 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT - PROVIDE PROFESSIONAL SERVICES SPECIALIZING IN ENGINEERING CONSULTING <br><br> UNKNOWN | SEMCO CONSULTANTS INC <br> 5231 SW 28TH PLACE <br> CAPE CORAL, FL 33914 |
| 2.598 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPLY AGREEMENT - SUPPLY BRAKE RESISTOR CONTROLLER FOR VEHICLES <br><br> 4/1/2026 | SEMIKRON DANFOSS INC <br> 11 EXECUTIVE DRIVE <br> HUDSON, NH 03051 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.599 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | SEMIKRON DANFOSS INC 11 EXECUTIVE DRIVE HUDSON, NH 03051 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.600 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | SEMIKRON 11 EXECUTIVE DRIVE HUDSON, NH 03051 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.601 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - ACCOUNTS PAYABLE AUTOMATION PROJECT SOW | SERRALA SOLUTIONS US CORPORATION 205 N. MICHIGAN AVE SUITE 4110 CHICAGO, IL 60601 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.602 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - MASTER SUBSCRIPTION LICENSE FOR VARIOUS SOFTWARE | SERRALA SOLUTIONS US CORPORATION 205 N. MICHIGAN AVE SUITE 4110 CHICAGO, IL 60601 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.603 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | SERVICIO DE INGENIERIA INDUSTRIAL Y OUTSOURCING SA DE CV AVENIDA MEXICO-JAPON 309 COLONIA CUIDAD INDUSTRIAL CELAYA, GTO 38010 MEXICO |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.604 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - LEASE OF OFFICE SPACE IN LOS ANGELES COUNTY, CA | SFS HERITAGE PARK, LLC 12215 TELEGRAPH RD SUITE 210-B SANTA FE SPRINGS, CA 90670 |
| | **State the term remaining** | 6/30/2026 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.605 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT - LICENSE FOR SIBROS SOFTWARE AND PERFORMANCE OF CERTAIN SERVICES | SIBROS TECHNOLOGIES, INC. 2580 N 1ST ST SUITE 290 SAN JOSE, CA 95131 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.606 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - STATEMENT OF WORK UNDER MASTER SERVICES AGREEMENT FOR VARIOUS IT RELATED SERVICES | SIEMENS INDUSTRY INC 100 TECHNOLOGY DRIVE ALPHARETTA, GA 30005 |
| | **State the term remaining** | 6/30/2025 | |
| | **List the contract number of any government contract** | | |
| 2.607 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - STATEMENT OF WORK UNDER MASTER SERVICES AGREEMENT FOR VARIOUS IT RELATED SERVICES | SIEMENS INDUSTRY INC 100 TECHNOLOGY DRIVE ALPHARETTA, GA 30005 |
| | **State the term remaining** | 6/30/2025 | |
| | **List the contract number of any government contract** | | |
| 2.608 | **State what the contract or lease is for and the nature of the debtor's interest** | PRODUCTION AGREEMENT - ACCEPTANCE OF TEST SAMPLES | SILTHERM GROUP HOLDINGS LTD B-10 HUANGPUTAN SCIENCE PARK NO 2842 XINGANG DONG ROAD HAIZHU DISTRICT GUANGZHOU 510308 CHINA |
| | **State the term remaining** | 5/1/2025 | |
| | **List the contract number of any government contract** | | |
| 2.609 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | SIROCO SAS 10 RUE JEAN ROSTAND ZI BP 315 GENAS CEDEX 69745 FRANCE |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.610 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | SISFLEX SA DE CV RAUL SOLIS 201 UNION DE AGROPECUARIOS LAZARO CARDENAS ESCOBEDO, NL 66053 MEXICO |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.611 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT - PROVIDE CONSULTING, TECHNICAL OR OTHER PROFESSIONAL SERVICES | SLALOM INC 255 S KING ST STE 1800 SEATTLE, WA 98104-3320 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.612 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | SMP AUTOMOTIVE TECHNOLOGY IBERICA SL U CTRA. B-142 A SENTMENAT 18-20 POLINYA 8213 SPAIN |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.613 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | SO.ME.L SPA VIA ROMA 27 LEVONE, TO 10070 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.614 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION AGREEMENT - USE OF SOCIAL MEDIA MONITORING SERVICES | SOCIAL NAVIGATOR INC 155 CHAIN LAKE DRIVE SUITE 8 HALIFAX, NS B3S 1B3 CANADA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.615 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION AGREEMENT - PLATFORM ACCOUNT CONTRACT THAT GRANTS RIGHT AND ACCESS TO USE THE PLATFORM DESCRIBED | SOCIAL REALITY INC 2629 TOWNSGATE RD SUITE 215 WESTLAKE VILLAGE, CA 91361 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.616 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE TECHNOLOGY SOLUTIONS AND IT CONSULTING RELATED SERVICES | SOFTCHOICE LP 173 DUFFERIN STREET TORONTO, ON M6K 3H7 CANADA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.617** **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | SOUTHCO INC 210 N. BRINTON LAKE ROAD CONCORDVILLE, PA  19331 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.618** **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | SOUTHWEST BATTERY COMPANY 4320 E. BROADWAY RD PHOENIX, AZ  85040 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.619** **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT - GRANT OF LICENSE FOR VOXEL AND COMPUTER-AIDED DESIGN DATA RELATED TO VEHICLE PLATFORMS | SPACIS LLC 9 GARVAN ST EAST HARTFORD, CT  06108 |
| **State the term remaining** | 8/26/2025 | |
| **List the contract number of any government contract** | | |
| **2.620** **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | STABILUS GMBH WALLERSHEIMER WEG 100 KOBLENZ  56070 GERMANY |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.621** **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - RELEASE OF PROTOTYPES FOR VEHICLE AND SYSTEM VALIDATION | STACK AV CO 1001 TECHNOLOGY DRIVE SUITE 1129 MOUNT PLEASANT, PA  15666 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.622** **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - AGREEMENT TO PROVIDE PROFESSIONAL SERVICES | STEARNS, CONRAD AND SCHMIDT CONSULTING ENGINEERS INC 3900 KILROY AIRPORT WAY SUITE 100 LONG BEACH, CA  90806 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.623 **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE DESIGN, ENGINEERING, AND/OR OTHER CONSULTING SERVICES | STEVEN TARNOWSKY PE PLLC 6579 ALDEN DRIVE WEST BLOOMFIELD, MI  48324 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.624 **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - LEASE OF REAL PROPERTY IN COOLIDGE, AZ | STORE MASTER FUNDING XXXII, LLC 8377 E. HARTFORD DRIVE SUITE 100 SCOTTSDALE, AZ  85255 |
| **State the term remaining** | 6/30/2122 | |
| **List the contract number of any government contract** | | |
| 2.625 **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | SUMMIT ELECTRIC SUPPLY CO INC 2900 STANFORD DRIVE NE ALBUQUERQUE, NM  87107 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.626 **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - CLEANTECH ADVISOR AGREEMENT TO IDENTIFY AND EVALUATE OFF-SITE RENEWABLE ENERGY PROJECTS | SUMMIT ENERGY SERVICES INC 10350 ORMSBY PARK PLACE SUITE 400 LOUISVILLE, KY  40223 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.627 **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - MASTER TERMS AND CONDITIONS FOR CONSTRUCTION SERVICES | SUNDT CONSTRUCTION INC 2015 W RIVER RD STE 101 TUCSON, AZ  85704 |
| **State the term remaining** | 3/29/2025 | |
| **List the contract number of any government contract** | | |
| 2.628 **State what the contract or lease is for and the nature of the debtor's interest** | DESIGN AGREEMENT - STANDARD DESIGN-BUILD AGREEMENT FOR PROJECT IN COOLIDGE, AZ | SUNDT CONSTRUCTION INC 2620 SOUTH 55TH ST TEMPE, AZ  85282 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.629 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE SURVEYING AND DUE DILIGENCE STUDIES | SUSTAINABILITY ENGINEERING GROUP LLC 8280 E. GELDING DR. # 101 SCOTTSDALE, AZ  85260 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.630 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | SUZHOU YONGCHUANG METAL SCIENCE AND TECHNOLOGY CO., LTD. NO. 3699, PUZHANG ROAD WUZHONG DISTRICT SUZHOU, JIANGSU CHINA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.631 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT - KHALI KEMPLE ENGAGED AS INDEPENDENT CONTRACTOR | TALENTA LLC 5427 AIRO RD LAS VEGAS, NV  89122 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.632 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - MASTER SERVICES AGREEMENT FOR PROFESSIONAL SERVICES | TATA TECHNOLOGIES INC 6001 CASS AVENUE SUITE 600 DETROIT, MI  48202 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.633 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT; AGREEMENT - VOLUME DISCOUNT LETTER AMENDMENT | TATA TECHNOLOGIES INC 6001 CASS AVENUE SUITE 600 DETROIT, MI  48202 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.634 | **State what the contract or lease is for and the nature of the debtor's interest** | JOINT DEVELOPMENT AGREEMENT - AGREEMENT FOR THE JOINT DEVELOPMENT, CONSTRUCTION, OWNERSHIP, AND OPERATION OF THE HYDROGEN SUPPLY HUB AND MIDSTREAM PROJECTS | TC ENERGY DEVELOPMENT HOLDINGS INC 700 LOUISIANA ST. SUITE 1300 HOUSTON, TX  77002 |
| | **State the term remaining** | 10/6/2026 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.635 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | TECHNICA ENGINEERING INC 1660 AIRPORT ROAD WATERFORD, MI 48327 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.636 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | TECHNIQUE INC 1500 TECHNOLOGY DRIVE JACKSON, MI 49201 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.637 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | TECNOMEC S.R.L VIA NAZIONALE 9 BIS ARNAD, AO 11020 ITALY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.638 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL AGREEMENT - LEASE THE TEMPORARY WAREHOUSE AND ALL RELATED EQUIPMENT | TEMPORARY WAREHOUSE STRUCTURES, LLC 5911 CHIPPEWA BLVD. HOUSTON, TX 77086 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.639 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE ENGINEERING, CONSTRUCTION MANAGEMENT, AND/OR PROJECT CONTROLS SUPPORT | TETRA TECH INC 1100 S. MCCASLIN BLVD. SUITE 150 SUPERIOR, CO 80027 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.640 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | THE FEDERAL GROUP USA 10711 NORTHEND FERNDALE, MI 48220 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.641 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT - GRANT LICENSE OF SOFTWARE TO DEVELOP AND DISTRIBUTE APPLICATIONS AND/OR DEVICES | THE QT COMPANY INC<br>3031 TISCH WAY 110 PLAZA WEST<br>SAN JOSE, CA  95128 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.642 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT - NIKOLA BRANDED VEHICLES MADE AVAILABLE FOR SALE | THE TRUCK PEOPLE INC<br>6614 WILKINS ROAD<br>KNOXVILLE, TN  37924 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.643 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - TO MAKE AVAILABLE FOR SALE NIKOLA BRANDED VEHICLES, RELATED PARTS AND ACCESSORIES, AND SUPPORTING ENERGY INFRASTRUCTURE TO DEALER | THOMPSON TRACTOR CO INC<br>2401 PINSON HWY<br>BIRMINGHAM, AL  35217 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.644 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - TO MAKE AVAILABLE FOR SALE NIKOLA BRANDED VEHICLES, RELATED PARTS AND ACCESSORIES, AND SUPPORTING ENERGY INFRASTRUCTURE TO DEALER | THOMPSON TRUCK CENTER LLC<br>1255 BRIDGESTONE BLVD<br>LAVERNE, TN  37086 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.645 | **State what the contract or lease is for and the nature of the debtor's interest** | DEALER AGREEMENT - MAKE AVAILABLE FOR SALE OR LEASE NIKOLA BRANDED PRODUCTS | TOM'S TRUCK CENTER NORTH COUNTY, LLC<br>13443 FREEWAY DRIVE<br>SANTA FE SPRINGS, CA  90670 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.646 | **State what the contract or lease is for and the nature of the debtor's interest** | DEALER AGREEMENT - MAKE AVAILABLE FOR SALE OR LEASE NIKOLA BRANDED PRODUCTS | TOM'S TRUCK CENTER, INC.<br>909 N GRAND AVE<br>SANTA ANA, CA  92701 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.647 | State what the contract or lease is for and the nature of the debtor's interest | PARTNER AGREEMENT - REDACTED | TOYOTA MOTOR CORPORATION<br>1 TOYOTA-CHO<br>TOYOTA AICHI  471-8572<br>JAPAN |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.648 | State what the contract or lease is for and the nature of the debtor's interest | AGENCY AGREEMENT; AMENDMENT - FIRST AMENDMENT TO TERMS OF SPECIAL AGENCY AGREEMENT BETWEEN THE PARTIES | TOYOTA MOTOR NORTH AMERICA INC<br>1630 186TH STREET<br>GARDENA, CA  90248 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.649 | State what the contract or lease is for and the nature of the debtor's interest | AGENCY AGREEMENT; AMENDMENT - SECOND AMENDMENT TO TERMS OF SPECIAL AGENCY AGREEMENT BETWEEN THE PARTIES | TOYOTA MOTOR NORTH AMERICA INC.<br>1630 186TH STREET<br>GARDENA, CA  90248 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.650 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT - PROVIDE PROJECT FEASIBILITY AND MULTI-STAGE ENGINEERING OF FUEL CELL GRADE HYDROGEN PRODUCTION FACILITIES AND/OR FUELING LOCATIONS | TOYOTA MOTOR NORTH AMERICA INC.<br>1630 186TH STREET<br>GARDENA, CA  90248 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.651 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING AGREEMENT - REDACTED | TOYOTA MOTOR NORTH AMERICA, INC.<br>6565 HEADQUARTERS DRIVE<br>PLANO, TX  75025 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.652 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - SUBLEASE OF REAL PROPERTY IN EAST LIBERTY, OH | TRANSPORTATION RESEARCH CENTER INC<br>10820 STATE ROUTE 347<br>PO BOX B-67<br>EAST LIBERTY, OH  44319 |
| | State the term remaining | 12/31/2026 | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.653 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBLEASE AGREEMENT - SUB-LEASE OF PROPERTY IN EAST LIBERTY, OH | TRANSPORTATION RESEARCH CENTER INC 10820 STATE ROUTE 347 PO BOX B-67 EAST LIBERTY, OH  44319 |
| | **State the term remaining** | 2/28/2025 | |
| | **List the contract number of any government contract** | | |
| 2.654 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - SUPPLY OF TECHNICIAN PERSONNEL AND TOOLED SERVICE UNIT | TRUE NORTH INSTRUMENT & ELECTRICAL SERVICES 7935 EDGAR INDUSTRIAL DRIVE RED DEER, AB  T4P 3R2 CANADA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.655 | **State what the contract or lease is for and the nature of the debtor's interest** | DEALER AGREEMENT - MAKE AVAILABLE FOR SALE OR LEASE NIKOLA BRANDED PRODUCTS | TURLOCK TRACTOR, INC. 1215 W. GLENWOOD TURLOCK, CA  95380 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.656 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT - PROVIDE SOFTWARE FOR TESTING AND EVALUATION PURPOSES | TUXERA US INC 222118 20TH AVENUE SE STE 135 BOTHELL, WA  98021 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.657 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE SECURITY PROFESSIONAL SERVICES | UNIVERSAL PROTECTION SERVICE LP EIGHT TOWER BRIDGE 161 WASHINGTON STREET SUITE 600 CONSHOHOCKEN, PA  19428 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.658 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE LEAVE AND ADA ADMINISTRATION SERVICES | UNUM GROUP 1 FOUNTAIN SQUARE CHATTANOOGA, TN  37402 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.659** **State what the contract or lease is for and the nature of the debtor's interest**    SERVICES AGREEMENT - ESTABLISH A TEST SERVICES EFFORT BETWEEN THE PARTIES <br> **State the term remaining**    UNKNOWN <br> **List the contract number of any government contract** | US ARMY COMBAT CAPABILITIES DEVELOPMENT COMMAND GROUND VEHICLE SYSTEMS CENTER 6501 EAST ELEVEN MILE ROAD WARREN, MI 48397 |
| **2.660** **State what the contract or lease is for and the nature of the debtor's interest**    SERVICES AGREEMENT - ESTABLISH A TEST SERVICES EFFORT BETWEEN THE PARTIES <br> **State the term remaining**    4/1/2025 <br> **List the contract number of any government contract** | US ARMY COMBAT CAPABILITIES DEVELOPMENT COMMAND GROUND VEHICLE SYSTEMS CENTER 6501 EAST ELEVEN MILE ROAD WARREN, MI 48397 |
| **2.661** **State what the contract or lease is for and the nature of the debtor's interest**    LICENSE AGREEMENT - GRANT OF LIMITED, REVOCABLE, NON-EXCLUSIVE, NON-ASSIGNABLE, NON-SUBLICENSABLE, LICENSE TO INSTALL PRODUCT ON LICENSEE'S WEBSITE <br> **State the term remaining**    UNKNOWN <br> **List the contract number of any government contract** | USERWAY INC 1007 N. ORANGE ST., 10TH FLOOR WILMINGTON, DE 19801 |
| **2.662** **State what the contract or lease is for and the nature of the debtor's interest**    SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO <br> **State the term remaining**    UNKNOWN <br> **List the contract number of any government contract** | VANTAGE CAST EUROPE SRL VIA SICILIA, 8 CAROBBIO DEGLI ANGELI, BG 24060 ITALY |
| **2.663** **State what the contract or lease is for and the nature of the debtor's interest**    SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO <br> **State the term remaining**    UNKNOWN <br> **List the contract number of any government contract** | VBH TECHNOLOGIES INC 6615 CORPORATE DR. CINCINNATI, OH 45242 |
| **2.664** **State what the contract or lease is for and the nature of the debtor's interest**    SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO <br> **State the term remaining**    UNKNOWN <br> **List the contract number of any government contract** | VENAIR INC 16716 PARK CENTRE BLVD MIAMI GARDENS, FL 33169 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.665 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | VERNAY LABORATORIES INC PO BOX 758 GRIFFIN, GA 30224 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.666 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - LEASE OF BUILDING AT 4320 E. COTTON CENTER, PHOENIX, AZ 85040 | VIC PEAR REALTY 19633 E. ARROWHEAD TRAIL QUEEN CREEK, AZ 85142 |
| | **State the term remaining** | 9/18/2026 | |
| | **List the contract number of any government contract** | | |
| 2.667 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - ORDER FOR SAAS SERVICES | VISIER INC 548 MARKET STREET # 62284 SAN FRANCISCO, CA 94104 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.668 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTNER AGREEMENT - REDACTED | VOLKSWAGEN AG BERLINER BERLINER RING 2 WOLFSBURG 38440 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.669 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - BUYER TO PURCHASE BATTERY ELECTRIC AND FUEL CELL BEV SYSTEMS | VOLVO BATTERY SOLUTIONS LLC 1815 ROLLINS ROAD BURLINGAME, CA 94010 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.670 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | VORWERK AUTOTEC 801 WEST ANN ARBOR TRAIL SUITE 230 PLYMOUTH, MI 48170 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.671 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY FLEX HOSES FOR NIKOLA VEHICLES | VOSS AUTOMOTIVE GMBH LEIERSMUHLE 2-6 WIPPERFURTH 51688 GERMANY |
| | **State the term remaining** | 12/31/2026 | |
| | **List the contract number of any government contract** | | |
| 2.672 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | VOSS AUTOMOTIVE GMBH LEIERSMUHLE 2-6 WIPPERFURTH 51688 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.673 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY HYDROGEN FUEL AND VENT LINES | VOSS AUTOMOTIVE INC 4640 HILLEGAS ROAD FORT WAYNE, IN 46818 |
| | **State the term remaining** | 12/31/2026 | |
| | **List the contract number of any government contract** | | |
| 2.674 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | VOSS AUTOMOTIVE NOWA WIEŚ LEGNICKA 101 LEGNICKIE POLE 59-241 POLAND |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.675 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT - PURCHASE OF HYDROGEN | WABASH VALLEY RESOURCES LLC 444 W. SANDFORD AVE WEST TERRE HAUTE, IN 47885 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.676 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PURCHASE AN DELIVERY OF AMMONIA | WABASH VALLEY RESOURCES LLC 444 W. SANDFORD AVE WEST TERRE HAUTE, IN 47885 |
| | **State the term remaining** | 12/31/2036 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.677** **State what the contract or lease is for and the nature of the debtor's interest** SUPPLY AGREEMENT - START DEVELOPMENT AND CO-DESIGN OF PRODUCTS<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | WABCO NORTH AMERICA LLC 1220 PACIFIC DRIVE AUBURN HILLS, MI 48326 |
| **2.678** **State what the contract or lease is for and the nature of the debtor's interest** SALE AGREEMENT - SALE OF PROTOTYPE COMPONENTS<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | WABCO USA LLC 1220 PACIFIC DRIVE AUBURN HILLS, MI 48326 |
| **2.679** **State what the contract or lease is for and the nature of the debtor's interest** SUPPLY AGREEMENT - PURCHASE AND SUPPLY OF ADVANCED DRIVER ASSISTANCE SYSTEMS, BRAKING SYSTEMS, AND OTHER COMPONENTS<br><br>**State the term remaining** 12/31/2025<br><br>**List the contract number of any government contract** | WABCO USA LLC ZF CV SYSTEMS NORTH AMERICA LLC 1220 PACIFIC DRIVE AUBURN HILLS, MI 48326 |
| **2.680** **State what the contract or lease is for and the nature of the debtor's interest** SUPPLY AGREEMENT; AMENDMENT - AMENDMENT TO CORRECT PREVIOUS INCORRECT REFERENCES<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | WABCO USA LLC ZF CV SYSTEMS NORTH AMERICA LLC 1220 PACIFIC DRIVE AUBURN HILLS, MI 48326 |
| **2.681** **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT - TO MAKE AVAILABLE FOR SALE NIKOLA BRANDED VEHICLES, RELATED PARTS AND ACCESSORIES, AND SUPPORTING ENERGY INFRASTRUCTURE TO DEALER<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | WAGNER EQUIPMENT CO 18000 SMITH ROAD AURORA, CO 80011 |
| **2.682** **State what the contract or lease is for and the nature of the debtor's interest** CONTRACTOR AGREEMENT - STANDARD FORM OF AGREEMENT FOR INITIAL PHASE OF CONSTRUCTION OF MANUFACTURING FACILITY<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | WALBRIDGE ALDINGER LLC 777 WOODWARD AVENUE SUITE 300 DETROIT, MI 48226 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.683 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | WAUKESHA METAL PRODUCTS N53 W 24635 SOUTH CORPORATE CIRCLE SUSSEX, WI  53089 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.684 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE DESIGN, ENGINEERING, AND/OR OTHER CONSULTING SERVICES | WD MANOR MECHANICAL CONTRACTORS INC 1838 N. 23RD AVENUE PHOENIX, AZ  85009 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.685 | **State what the contract or lease is for and the nature of the debtor's interest** | TEST AGREEMENT - SALE OF ELECTRIC VEHICLE TEST SYSTEM PRODUCTS | WEBASTO CHARGING SYSTEMS INC 1333 S. MAYFLOWER AVE STE 100 MONROVIA, CA  91016 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.686 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - ENGAGEMENT TO BEGIN EITHER DEVELOPING OR CO-DEVELOPING THE PRODUCT DEFINED | WEBASTO GROUP 15083 NORTH ROAD FENTON, MI  48430 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.687 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | WEBASTO THERMO & COMFORT SE WERNER-BALER-STRASSE 1 NEUBRANDENBURG  17033 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.688 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO | WELDEX CORPORATION 6751 KATALLA AVENUE CYPRESS, CA  90630 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.689 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - LEASE FOR MOBILE OFFICE AND VARIOUS EQUIPMENT | WILLIAMS SCOTSMAN INC 11811 GREENSTONE AVE SANTA FE SPRINGS, CA 90670 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.690 | **State what the contract or lease is for and the nature of the debtor's interest** | SALE AGREEMENT - EQUIPMENT SALE AGREEMENT | WINN-MARION COMPANIES 7151 S. BLACKHAWK STE 900 CENTENNIAL, CO 80112 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.691 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT - GRANT TO EVALUATE WHIS SOFTWARE | WITTENSTEIN AEROSPACE & SIMULATION ITD BROWN'S COURT LONG ASHTON BUSINESS PARK YANLEY LANE, LONG ASHTON BRISTOL  BS41 9LB UNITED KINGDOM |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.692 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT - SAFERTOS SOFTWARE AND DOCUMENTATION FOR CORPORATE USE ON ONE PLATFORM | WITTENSTEIN AEROSPACE & SIMULATION ITD BROWN'S COURT LONG ASHTON BUSINESS PARK YANLEY LANE, LONG ASHTON BRISTOL  BS41 9LB UNITED KINGDOM |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.693 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT - JOINT PURCHASE OF TOOLS/MATERIALS | WOCO INDUSHIETECHNIK GMBH INDUSTRIESTRAßE 7 KRONACH  96317 GERMANY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.694 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - PROVIDE DESIGN, ENGINEERING, AND/OR OTHER CONSULTING SERVICES | XIAO-LIN YANG ADDRESS REDACTED |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.695 **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - TO MAKE AVAILABLE FOR SALE NIKOLA BRANDED VEHICLES, RELATED PARTS AND ACCESSORIES, AND SUPPORTING ENERGY INFRASTRUCTURE TO DEALER | YANCEY BROS. COMPANY<br>330 LEE INDUSTRIAL BLVD<br>AUSTELL, GA  30168 |


| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.695 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - TO MAKE AVAILABLE FOR SALE NIKOLA BRANDED VEHICLES, RELATED PARTS AND ACCESSORIES, AND SUPPORTING ENERGY INFRASTRUCTURE TO DEALER |
| | **State the term remaining** | UNKNOWN |
| | **List the contract number of any government contract** | |
| | | YANCEY BROS. COMPANY<br>330 LEE INDUSTRIAL BLVD<br>AUSTELL, GA  30168 |
| 2.696 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO |
| | **State the term remaining** | UNKNOWN |
| | **List the contract number of any government contract** | |
| | | ZF ACTIVE SAFETY AND ELECTRONICS US LLC<br>800 HEATH STREET<br>LAFAYETTE, IN  47904 |
| 2.697 | **State what the contract or lease is for and the nature of the debtor's interest** | TRIAL AGREEMENT - PARTICIPATE IN TRIALS TO EVALUATE THE SUITABILITY OF ELECTRIC BRAKING SYSTEM PRODUCTS |
| | **State the term remaining** | 11/26/2025 |
| | **List the contract number of any government contract** | |
| | | ZF CV SYSTEMS NORTH AMERICA LLC<br>1220 PACIFIC DRIVE<br>AUBURN HILLS, MI  48326 |
| 2.698 | **State what the contract or lease is for and the nature of the debtor's interest** | TRIAL AGREEMENT - DEVELOP VEHICLE SUSPENSIONS FOR THE NORTH AMERICAN COMMERCIAL MARKET |
| | **State the term remaining** | UNKNOWN |
| | **List the contract number of any government contract** | |
| | | ZF GAINESVILLE LLC<br>1220 PACIFIC DRIVE<br>AUBURN HILLS, MI  48326 |
| 2.699 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT - SUPPLY OF GOODS AND/OR SERVICES AS SET FORTH IN PRODUCTION PO |
| | **State the term remaining** | UNKNOWN |
| | **List the contract number of any government contract** | |
| | | ZHEJIANG HONGXIN TECHNOLOGY CO. LTD<br>NO. 75 DEJIAN ROAD<br>JIANKOU STREET HUANGYAN DISTRICT<br>TAIZHOU, ZHEJIAN  318020<br>CHINA |
| 2.700 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT - MAKE AVAILABLE FOR SALE OR LEASE NIKOLA BRANDED PRODUCTS |
| | **State the term remaining** | UNKNOWN |
| | **List the contract number of any government contract** | |
| | | ZIEGLER TRUCK GROUP<br>901 WEST 94TH ST<br>BLOOMINGTON, MN  55420 |

**Fill in this information to identify the case:**

Debtor    Nikola Corporation

United States Bankruptcy Court for the:    Delaware

Case number    25-10258
(if known)

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

1.   **Does the debtor have any codebtors?**

☑ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes.

Fill in this information to identify the case:

| | |
|---|---|
| Debtor | Nikola Corporation |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 25-10258 |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Delcaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/19/2025
             MM / DD / YYYY

✗ */s/ Thomas Okray*
_____
Signature of individual signing on behalf of debtor

THOMAS OKRAY
_____
Printed name

CHIEF FINANCIAL OFFICER
_____
Position or relationship to debtor