# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nikola Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10258 (TMH)<br><br>(Jointly Administered)<br><br>**Re: Docket No. \_\_\_** |

### ORDER AUTHORIZING THE DEBTORS TO (I) REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND EXECUTORY CONTRACTS;(II) ABANDON ANY REMAINING PERSONAL PROPERTY LOCATED AT THE LEASED PREMISES; AND (III) GRANTING CERTAIN RELATED RELIEF

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order") (i) rejecting the Proposed Rejected Contracts and Leases listed on **Exhibit 1** to this Order effective as of the dates set forth therein, and (ii) authorizing the Debtors to abandon any remaining personal property located at the Leased Premises, with such abandonment effective as of the applicable rejection date set forth on **Exhibit 1** to this Order (each a "Rejection Date" and collectively, the "Rejection Dates"); all as more fully set forth in the Motion; and upon the Worthen Declaration; and this Court having jurisdiction over this matter in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Nikola Corporation (registered to do business in California as Nikola Truck Manufacturing Corporation) (1153); Nikola Properties, LLC (3648); Nikola Subsidiary Corporation (1876); Nikola Motor Company LLC (0139); Nikola Energy Company LLC (0706); Nikola Powersports LLC (6771); Free Form Factory Inc. (2510); Nikola H2 2081 W Placentia Lane LLC (N/A); 4141 E Broadway Road LLC (N/A); and Nikola Desert Logistics LLC (N/A). The Debtors' headquarters are located at 4141 East Broadway Road, Phoenix, AZ 85040.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of these cases is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein and that such relief is in the best interests of the Debtors, their estates, their creditors and all parties in interest; and upon all of the proceedings had before the Court after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT,

1. The Motion is GRANTED as set forth herein.

2. The Proposed Rejected Contracts and Leases, as set forth on **Exhibit 1** hereto, including any amendments, supplements, or modifications thereto, are hereby rejected as of the applicable Rejection Dates set forth on **Exhibit 1**, pursuant to section 365 of the Bankruptcy Code and Bankruptcy Rule 6006.

3. Nothing in the Motion or this Order shall constitute (a) an admission as to the validity or priority of any claim against the Debtors, or (b) a waiver of the rights of the Debtors or the Official Committee of Unsecured Creditors (the "Committee"), to dispute any claim.

4. Any rejection damages claims shall be filed by the counterparties to the Proposed Rejected Contracts and Leases by the later of thirty days after service of this Order and the deadline set in these cases for filing prepetition claims against the Debtors.

5. The right of the Committee to seek additional disclosures from the Debtors regarding the Proposed Rejected Contracts and Leases is expressly reserved, and the Debtors shall

2

IMPAC - 12116580v.8

provide the advisors to the Committee with reasonable access to information to the Debtors and their advisors with respect to the Proposed Rejected Contracts and Leases.

6. Pursuant to sections 105(a) and 554(a) of the Bankruptcy Code and Bankruptcy Rule 6007, the Debtors are authorized and deemed to have abandoned any personal property (e.g., furniture, fixtures and equipment) remaining in the Leased Premises, with such abandonment effective as of the respective Rejection Date. Upon entry of this Order, the landlord of the Leased Premises may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such property without liability to the Debtors and, to the extent applicable, the automatic stay is modified to allow such disposition.

7. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

# EXHIBIT 1

## Proposed Rejected Contracts and Leases

| Debtor Entity | Contract | Counterparty | Contract Date | Effective Date of Rejection |
|---|---|---|---|---|
| Nikola Corporation | Nasdaq - Master Subscription Agreement | Nasdaq Corporate Solutions, LLC | August 25, 2020 | March 31, 2025 |
| Nikola Corporation | Hexagon Agreement | Hexagon Manufacturing Intelligence, Inc. | October 23, 2024 | March 31, 2025 |
| Nikola Motor Company LLC | Equilar Agreement | Equilar, Inc. | February 1, 2025 | March 31, 2025 |
| Nikola Corporation | Visier Agreement | Visier, Inc. | November 19, 2024 | March 31, 2025 |
| Nikola Motor Company LLC | D&B Risk Analytics Agreement | Dun & Bradstreet Inc. | June 28, 2024 | March 31, 2025 |

| Debtor Entity | Contract | Counterparty | Contract Date | Effective Date of Rejection |
|---|---|---|---|---|
| Nikola Corporation | aPriori Technologies Agreement | aPriori Technologies, Inc. | July 12, 2024 | March 31, 2025 |
| Nikola Corporation | Dassault Systemes Agreement | Dassault Systemes Americas Corp. | December 23, 2024 | March 31, 2025 |
| Nikola Corporation | ANSYS Enterprise Agreement | ANSYS, Inc. | October 30, 2024 | March 31, 2025 |
| Nikola Motor Company | CompuNet/Varonis Contract | CompuNet/Varonis Systems Inc | February 21, 2023 | March 31, 2025 |
| Nikola Motor Company LLC | LinkedIn Contract | LinkedIn Corporation | September 1, 2022 | March 31, 2025 |
| Nikola Motor Company LLC | Siemens | Siemens Industry Software Inc. | August 7, 2024 | March 31, 2025 |
| Nikola Corporation | Brightflag - Master Subscription Agreement | Brightflag, Inc. | September 20, 2021 | March 31, 2025 |

| **Debtor Entity** | **Contract** | **Counterparty** | **Contract Date** | **Effective Date of Rejection** |
|---|---|---|---|---|
| Nikola Corporation | Auvesy-MDT | Auvesy-MDT | November 5, 2024 | March 31, 2025 |
| Nikola Corporation | Dedicated Contract Services Transportation Agreement (DCSTA) Master | J.B. Hunt Transport, Inc | July 28, 2023 | March 31, 2025 |
| Nikola Corporation | (DCSTA) Schedule-A | J.B. Hunt Transport, Inc | January 21, 2024 | March 31, 2025 |
| Nikola Corporation | (DCSTA) Schedule-B | J.B. Hunt Transport, Inc | January 21, 2024 | March 31, 2025 |
| Nikola Corporation | (DCSTA) Schedule-C | J.B. Hunt Transport, Inc | January 21, 2024 | March 31, 2025 |
| Nikola Corporation | (DCSTA) Schedule-D Fuel Adjustment | J.B. Hunt Transport, Inc | January 21, 2024 | March 31, 2025 |

| Debtor Entity | Contract | Counterparty | Contract Date | Effective Date of Rejection |
|---|---|---|---|---|
| Nikola Corporation | (DCSTA) Schedule-E Amortized Equipment Values | J.B. Hunt Transport, Inc | January 21, 2024 | March 31, 2025 |
| Nikola Corporation | (DCSTA) Schedule-F Equipment Use Agreement | J.B. Hunt Transport, Inc | January 21, 2024 | March 31, 2025 |
| Nikola Corporation | Standard multi-Tenant Office Lease In Santa Fe Springs, CA | SFS Heritage Park, LLC | July 1, 2024 | March 26, 2025 |