# EXHIBIT B

**Worthen Declaration**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nikola Corp., *et al.*,[1] | Case No. 25-10258 (TMH) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF BRITTON M. WORTHEN IN SUPPORT OF THE DEBTORS' SECOND OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO (I) REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND EXECUTORY CONTRACTS;(II) ABANDON ANY REMAINING PERSONAL PROPERTY LOCATED AT THE LEASED PREMISES; AND (III) GRANTING CERTAIN RELATED RELIEF

I, Britton M. Worthen, being duly sworn, state the following under the penalty of perjury:

1. I am the Chief Legal Officer at Nikola Corporation. I am authorized to submit this Declaration and am competent to testify to the matters herein.

2. I submit this declaration (the "Declaration") in support of the *Debtors' Second Omnibus Motion for Entry of an Order Authorizing the Debtors to (I) Reject Certain Unexpired Leases of Nonresidential Real Property and Executory Contracts; (II) Abandoning any Remaining Personal Property Located at the Leased Premises; and (III) Granting Certain Related Relief* (the "Motion"). Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3. In connection with the Debtors' efforts to maximize the value of their estates, the Debtors reviewed certain executory contracts and unexpired leases to which they are parties.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Nikola Corporation (registered to do business in California as Nikola Truck Manufacturing Corporation) (1153); Nikola Properties, LLC (3648); Nikola Subsidiary Corporation (1876); Nikola Motor Company LLC (0139); Nikola Energy Company LLC (0706); Nikola Powersports LLC (6771); Free Form Factory Inc. (2510); Nikola H2 2081 W Placentia Lane LLC (N/A); 4141 E Broadway Road LLC (N/A); and Nikola Desert Logistics LLC (N/A). The Debtors' headquarters are located at 4141 East Broadway Road, Phoenix, AZ 85040.

4. Through this review, the Debtors identified certain executory contracts and unexpired leases that are burdensome and/or not necessary to the ongoing operation of the Debtors' business and are unlikely to provide any value to the Debtors' estates in connection in with the sale process.

5. Specifically, the Debtors have identified the following contracts (collectively, the "Proposed Rejected Contracts and Leases"), which should be rejected.

6. Debtor Nikola Corporation is party to a Master Services Agreement with Nasdaq Corporate Solutions, LLC dated August 25, 2020 (the "Nasdaq MSA"). Under the Nasdaq MSA, the Debtors receive certain software and related services that are no longer needed for operations.

7. Debtor Nikola Corporation is party to a Master Software License Agreement dated on or about January 17, 2023, with Hexagon Manufacturing Intelligence, Inc., and a related order schedule and invoice (collectively, the "Hexagon Agreement"). The Hexagon Agreement provides for certain software licenses no longer needed for the Debtors' remaining operations.

8. Debtor Nikola Motor Company is party to a Statement of Work with Equilar, Inc., effective February 1, 2025 (the "Equilar Agreement"). The Equilar Agreement provides for various employee compensation data services and benchmarking. The Debtors' remaining operations no longer require compensation benchmarking tools.

9. Debtor Nikola Corporation subscribes to various human resources analytic services provided by Visier, Inc ("Visier" and such agreement, the "Visier Agreement"). The analytic services provided by Visier under the Visier Agreement are no longer needed for the Debtors' remaining operations.

10. Dun & Bradstreet ("D&B") provides certain risk analytic services pursuant to an agreement with Debtor Nikola Motor Company LLC (the "D&B Agreement"). The risk analytic

services provided by D&B under the D&B Agreement are no longer necessary for the Debtors' remaining operations.

11. Debtor Nikola Corporation is party to a software agreement dated December 29, 2022 with aPriori Technologies, Inc., for various software services (the "aPriori Technologies Agreement"). The software services provided under the aPriori Technologies Agreement are not utilized in the Debtors' operations and represent an unnecessary expense.

12. Debtor Nikola Corporation is a party to an agreement (including end-user order forms and other agreements) with Dassault Systemes Americas Corp. (such agreement, the "Dassault Systemes Agreement") for certain cloud-based internet services. The services provided under the Dassault Systemes Agreement are no longer needed for the Debtors' remaining operations.

13. Debtor Nikola Corporation is a party to a software license agreement dated September 30, 2022 with ANSYS, Inc., for the ANSYS Enterprise Suite (the "Ansys Enterprise Agreement"). The high-cost software provided under the Ansys Enterprise Agreement is no longer utilized in the Debtors' operations and poses a material financial burden on the Debtors' states.

14. Debtor Nikola Corporation is party to Subscription Services Agreement with Varonis Systems, Inc. (the "Subscription Services Agreement"), for certain software services and licenses, which were sold to Debtors Nikola Corporation and Nikola Motor Company LLC, by CompuNet, Inc. The Debtors seek to reject the Subscription Services Agreement, purchase orders and invoices, and all other related agreements with Varonis Systems, Inc., and CompuNet, Inc.

15. Debtor Nikola Motor Company LLC, receives certain recruiting, advertising, and related services provided by LinkedIn under an Order Form and accompanying LinkedIn Order

Terms dated November 15, 2023 (the "LinkedIn Agreement"). The Debtors no longer need the services provided under the LinkedIn Agreement.

16. Debtor Nikola Motor Company LLC is party to a Maintenance Specification Contract with Siemens Industry Software Inc. ("Siemens"), pursuant to which Siemens provides software, hardware, and related maintenance to Debtors Nikola Motor Company LLC and Nikola Corporation (the "Siemens Software License Agreement"). The services provided under the Siemens Software License Agreement are no longer needed by the Debtors.

17. Debtor Nikola Corporation is a party to a Master Subscription Agreement with Brightflag, Inc., and related order form dated September 9, 2022, for certain legal-related software services (the "BrightFlag Agreement"). The software services provided pursuant to the BrightFlag Agreement are no longer needed for the Debtors' operations.

18. MDT, Inc., provides certain software services to Debtor Nikola Corporation (the "MDT Agreement"). The software services provided under the MDT Agreement are no longer needed for the Debtors' remaining operations.

19. Debtor Nikola Corporation is party to a Dedicated Contract Services Transportation Agreement (including the schedules thereto, the "Transportation Agreement") with J.B. Hunt Transport, Inc. ("J.B. Hunt"). J.B. Hunt provides transportation services pursuant to the Transportation Agreement, which are no longer needed for the Debtors' remaining operations.

20. Debtor Nikola Corporation is a lessee under a Standard Multi-Tenant Office Lease in Santa Fe Springs, California dated July 1, 2024 (the "Santa Fe Lease"). The Santa Fe Lease is no longer needed for the Debtors' remaining operations. The Debtors vacated the Leased Premises on March 26, 2025, including by surrendering the keys.

IMPAC - 12116580v.8

21. For these reasons, authorizing the Debtors to reject the Proposed Rejected Contracts and Leases as of the applicable Rejection Dates is warranted and in the best interests of the Debtors and their estates.

22. Finally, I believe that abandoning any personal property located at the Leased Premises effective as of the applicable Rejection Date is in the best interests of the Debtors and their estates and a sound exercise of business judgment. Among other reasons, by the Rejection Date, any personal property remaining at the Leased Premises will be of little (if any) value, which is outweighed by the cost of retrieving, marketing and reselling the personal property.

23. I have reviewed the accompanying Motion and, to the best of my knowledge, information, and belief, its contents are true and correct.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 31, 2025

*/s/ Britton M. Worthen*

Name: Britton M. Worthen
Title: Chief Legal Officer