# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nikola Corp., *et al*.,[1] | Case No. 25-10258 (TMH) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON APRIL 2, 2025 AT 1:15 P.M. (ET)

> **This proceeding will be conducted remotely via Zoom.**
> **Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

## MATTER GOING FORWARD:

1. [SEALED] Motion for Order Allowing Inspection Without Restrictions [Docket No. 269 – filed April 1, 2025]

    Response/Objection Deadline:    At the hearing

    Responses/Objections Received:

    i.    Informal response from the Debtors.

    ii.   Informal response from the Official Committee of Unsecured Creditors.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Nikola Corporation (registered to do business in California as Nikola Truck Manufacturing Corporation) (1153); Nikola Properties, LLC (3648); Nikola Subsidiary Corporation (1876); Nikola Motor Company LLC (0139); Nikola Energy Company LLC (0706); Nikola Powersports LLC (6771); Free Form Factory Inc. (2510); Nikola H2 2081 W Placentia Lane LLC (N/A); 4141 E Broadway Road LLC (N/A); and Nikola Desert Logistics LLC (N/A).  The Debtors' headquarters are located at 4141 East Broadway Road, Phoenix, AZ 85040.

IMPAC - 12151394v.1

Related Documents:

A. [SEALED] Declaration in Support of Motion to Allow for Inspection [Docket No. 270 – filed April 1, 2025]

B. Order Granting Emergency Motion to Set a Hearing Date and Shorten Notice on ISSO LLC's Motion for Order Allowing Inspection Without Restrictions [Docket No. 273 – entered April 2, 2025]

Status: This matter is going forward.

Dated: April 2, 2025
       Wilmington, Delaware

Joshua D. Morse, Esq.
Jonathan R. Doolittle, Esq.
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Four Embarcadero Center, 22nd Floor
San Francisco, California 94111-5998
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: joshua.morse@pillsburylaw.com
       jonathan.doolittle@pillsburylaw.com

-and-

Andrew V. Alfano, Esq.
Chazz C. Coleman, Esq.
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
31 West 52nd Street
New York, New York 10019
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
Email: andrew.alfano@pillsburylaw.com
       chazz.coleman@pillsburylaw.com

Respectfully submitted,

*/s/ Maria Kotsiras*
M. Blake Cleary (No. 3614)
Brett M. Haywood (No. 6166)
Maria Kotsiras (No. 6840)
Shannon A. Forshay (No. 7293)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: bcleary@potteranderson.com
       bhaywood@potteranderson.com
       mkotsiras@potteranderson.com
       sforshay@potteranderson.com

*Counsel to the Debtors and Debtors in Possession*