# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nikola Corp., *et al.,*[1] | Case No. 25-10258 (TMH) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AMENDED RULE 2004 EXAMINATION

Joshua D. Morse, Esq.
Jonathan R. Doolittle, Esq.
PILLSBURY WINTHROP SHAW
 PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, California 94111-5998
joshua.morse@pillsburylaw.com
jonathan.doolittle@pillsburylaw.com

Andrew V. Alfano, Esq.
Caroline Tart, Esq.
Chazz C. Coleman, Esq.
PILLSBURY WINTHROP SHAW
 PITTMAN LLP
31 West 52nd Street
New York, New York 10019
andrew.alfano@pillsburylaw.com
caroline.tart@pillsburylaw.com
chazz.coleman@pillsburylaw.com

M. Blake Cleary, Esq.
Brett M. Haywood, Esq.
Maria Kotsiras, Esq.
Shannon A. Forshay, Esq.
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
bcleary@potteranderson.com
bhaywood@potteranderson.com
mkotsiras@potteranderson.com
sforshay@potteranderson.com

*Counsel to the Debtors and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Nikola Corporation (registered to do business in California as Nikola Truck Manufacturing Corporation) (1153); Nikola Properties, LLC (3648); Nikola Subsidiary Corporation (1876); Nikola Motor Company LLC (0193); Nikola Energy Company LLC (0706); Nikola Powersports LLC (6771); Free Form Factory Inc. (2510); Nikola H2 2081 W Placentia Lane LLC (N/A); 4141 E Broadway Road LLC (N/A); and Nikola Desert Logistics LLC (N/A). The Debtors' headquarters are located at 4141 East Broadway Road, Phoenix, AZ 85040.

ny-2939271

17262971/1

On or before April 8, 2025, per agreement with Nikola Corp, et al., (collectively, the "Debtors"), and the Official Committee of Unsecured Creditors (the "Committee"), the Debtors will produce to the Committee the documents requested in the Subpoena, attached hereto as **Exhibit A**. Any and all documents will be electronically delivered to: Theresa A. Foudy (tfoudy@mofo.com) and Chané Buck (cbuck@mofo.com), counsel to the Committee.

| | |
|---|---|
| Dated: April 3, 2025 | **MORRIS JAMES LLP** |
| | */s/ Eric J. Monzo* |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | Siena B. Cerra (DE Bar No. 7290) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: emonzo@morrisjames.com |
| | bkeilson@morrisjames.com |
| | scerra@morrisjames.com |
| | -and- |
| | **MORRISON & FOERSTER LLP** |
| | Lorenzo Marinuzzi (admitted *pro hac vice*) |
| | Doug Mannal (admitted *pro hac vice*) |
| | Benjamin Butterfield (admitted *pro hac vice*) |
| | Theresa A. Foudy (admitted *pro hac vice*) |
| | Raff Ferraioli (admitted *pro hac vice*) |
| | 250 West 55th Street |
| | New York, NY 10019 |
| | Telephone: (212) 468-8000 |
| | Facsimile: (212) 468-7900 |
| | E-mail: lmarinuzzi@mofo.com |
| | dmannal@mofo.com |
| | bbutterfield@mofo.com |
| | tfoudy@mofo.com |
| | rferraioli@mofo.com |
| | *Proposed Counsel to the Official Committee of Unsecured Creditors* |