# **<u>EXHIBIT B</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nikola Corp., *et al.*,[1] | Case No. 25-10258 (TMH) (Jointly Administered) |
| Debtors. | |

**ORDER GRANTING MOTION OF TREVOR MILTON TO
ENFORCE PROTECTIVE ORDER AND QUASH
RULE 2004 EXAMINATION AND SUBPOENA DUCES TECUM
PROPOUNDED BY DEBTORS**

Upon consideration of the *Motion Of Trevor Milton To Enforce Protective Order And Quash Rule 2004 Examination And Subpoena Duces Tecum Propounded By Debtors* (the "Motion"), regarding the subpoena duces tecum issued by the Official Committee of Unsecured Creditors on April 1, 2025 (the "Subpoena"), and after being fully advised of the issues, the Court having reviewed the Motion in support of the relief requested therein; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefore, **IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Nikola Corporation (registered to do business in California as Nikola Truck Manufacturing Corporation) (1153); Nikola Properties, LLC (3648); Nikola Subsidiary Corporation (1876); Nikola Motor Company LLC (0193); Nikola Energy Company LLC (0706); Nikola Powersports LLC (6771); Free Form Factory Inc. (2510); Nikola H2 2081 W Placentia Lane LLC (N/A); 4141 E Broadway Road LLC (N/A); and Nikola Desert Logistics LLC (N/A). The Debtors' headquarters are located at 4141 East Broadway Road, Phoenix, AZ 85040.

2. The Subpoena is hereby quashed.