**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Nikola Corp., *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 25-10258 (TMH)<br>(Jointly Administered)<br><br>RE: D.I. 289 |

**MOTION FOR SHORTENED NOTICE AND EXPEDITED CONSIDERATION OF MOTION OF TREVOR MILTON TO ENFORCE PROTECTIVE ORDER AND QUASH RULE 2004 EXAMINATION AND SUBPOENA DUCES TECUM PROPOUNDED BY DEBTORS**

Trevor Milton ("Milton"), by and through undersigned counsel, hereby moves (the "Motion") the Court for the entry of an order, substantially in the form attached hereto (the "Order") shortening notice and expediting consideration of *Motion Of Trevor Milton To Enforce Protective Order And Quash Rule 2004 Examination And Subpoena Duces Tecum Propounded By Debtors* (the "Motion to Quash") [D.I. 289]. In support of this Motion, Milton respectfully submits as follows:

**JURISDICTION**

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. The statutory predicates for the relief sought herein are section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9006-1(e) of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

**RELIEF REQUESTED**

3. By this Motion, Milton seeks entry of an order shortening notice of the hearing on the Motion to Quash and requests that this Court consider the Motion to Quash on an expedited basis, preferably at the hearing scheduled for April 10, 2025.

4. Del. Bankr. LR 9006-1(c)(i) provides that unless the Federal Rules of Bankruptcy Procedure or the Local Rules state otherwise, "all motion papers shall be filed and served in accordance with Local Rule 2002-1(b) at least fourteen (14) days prior to the hearing date." Del. Bankr. Local Rule 9006-1(e) provides in pertinent part that "no motion will be scheduled on less notice than required by these Rules or the Fed. R. Bankr. P. except by order of the court, on written motion specifying the exigencies justifying shortened notice."

5. Milton submits that exigencies justifying shortened notice and expedited consideration of the Motion to Quash exist here because the Debtors have agreed with the Committee to imminently produce documents in response to the Subpoena (as the same is defined in the Motion to Quash).

6. Counsel for Milton has made a reasonable effort to notify the relevant parties regarding the expedited relief requested herein.

7. Milton submits that shortened notice and an expedited hearing on the Motion to Quash will not substantially prejudice any parties in interest under these circumstances. Thus, expedited relief from this Court is necessary and appropriate under the circumstances.

WHEREFORE, for the reasons set forth herein as well as in the Motion to Quash, Milton respectfully requests the entry of an Order, substantially in the form attached hereto approving the shortening of notice and expedited consideration of the Motion to Quash, and granting such other relief as this Court deems just and proper.

Dated: April 3, 2025  
Wilmington, Delaware

GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (No. 3933)
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
Email: mbusenkell@gsbblaw.com

*Attorneys for Trevor Milton*