IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Nikola Corp., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 25-10258 (TMH) <br> (Jointly Administered) <br><br> RE: D.I. 289 and 290 |

**ORDER GRANTING MOTION FOR SHORTENED NOTICE AND EXPEDITED
CONSIDERATION OF MOTION OF TREVOR MILTON TO
ENFORCE PROTECTIVE ORDER AND QUASH
RULE 2004 EXAMINATION AND SUBPOENA DUCES TECUM
PROPOUNDED BY DEBTORS**

AND NOW, upon consideration of the *Motion for Shortened Notice and Expedited Consideration of Motion Of Trevor Milton To Enforce Protective Order And Quash Rule 2004 Examination And Subpoena Duces Tecum Propounded By Debtors* (the "Motion"), it is hereby

ORDERED AND DECREED that the Motion to Shorten is GRANTED.

The hearing on the Motion to Quash (as defined in the Motion) shall take place on April 10, 2025, at 10:00 am (ET); and

The Objection Deadline for the Motion to Quash shall be at the time of the hearing.

**Dated: April 3rd, 2025**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**