**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Nikola Corp., *et al.*,[1] | Case No. 25-10258 (TMH) (Jointly Administered) |
| Debtors. | RE: D.I. 289 and 295 |

**NOTICE OF HEARING REGARDING MOTION OF TREVOR MILTON TO ENFORCE PROTECTIVE ORDER AND QUASH**
**RULE 2004 EXAMINATION AND SUBPOENA DUCES TECUM**
**PROPOUNDED BY DEBTORS**

**PLEASE TAKE NOTICE** that on April 3, 2025, the Trevor Milton ("Milton"), by and through undersigned counsel filed the *Motion of Trevor Milton To Enforce Protective Order and Quash Rule 2004 Examination and Subpoena Duces Tecum Propounded By Debtors* (the "Motion") [D.I. 289] with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on April 3, 2025, Milton filed the *Motion for Shortened Notice and Expedited Consideration of Motion of Trevor Milton To Enforce Protective Order and Quash Rule 2004 Examination and Subpoena Duces Tecum Propounded By Debtors* (the "Motion to Shorten") [D.I. 290].

**PLEASE TAKE FURTHER NOTICE** that on April 3, 2025, the Court entered the *Order Granting Motion for Shortened Notice and Expedited Consideration of Motion of Trevor Milton*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Nikola Corporation (registered to do business in California as Nikola Truck Manufacturing Corporation) (1153); Nikola Properties, LLC (3648); Nikola Subsidiary Corporation (1876); Nikola Motor Company LLC (0193); Nikola Energy Company LLC (0706); Nikola Powersports LLC (6771); Free Form Factory Inc. (2510); Nikola H2 2081 W Placentia Lane LLC (N/A); 4141 E Broadway Road LLC (N/A); and Nikola Desert Logistics LLC (N/A). The Debtors' headquarters are located at 4141 East Broadway Road, Phoenix, AZ 85040.

*To Enforce Protective Order and Quash Rule 2004 Examination and Subpoena Duces Tecum Propounded By Debtors* (the "Order") [D.I. 295].

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, if you oppose the Motion or if you want the court to consider your views regarding the Motion, you must file a written response with the Court detailing your objection or response **at the time of the hearing.** You must also serve a copy of your response upon undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion is scheduled for **April 10, 2025, at 10:00 am (ET)** before the Honorable Thoams M. Horan, at the United States Bankruptcy Court for the District of Delaware, 5th Floor, Courtroom 5.

**IF YOU DO NOT TAKE THESE STEPS BY DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION AT THE SCHEDULED HEARING.**

| | |
|---|---|
| Dated: April 4, 2025<br>Wilmington, Delaware | GELLERT SEITZ BUSENKELL & BROWN, LLC<br><br>*/s/ Michael Busenkell*<br>Michael Busenkell (No. 3933)<br>1201 North Orange Street, Suite 300<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-5800<br>Facsimile: (302) 425-5814<br>Email: mbusenkell@gsbblaw.com<br><br>*Attorneys for Trevor Milton* |