**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Nikola Corp., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 25-10258 (TMH)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 15, 33, 138<br><br>Obj. Deadline: 4/04/2025 at 4:00 p.m.<br>Hearing Date: 4/10/2025 at 10:00 a.m. |

**DECLARATION OF JOANNE ELLSWORTH IN SUPPORT OF GLOBAL WATER UTILITIES' OBJECTION TO SALE MOTION AND PROPOSED ASSUMPTION AND ASSIGNMENT OF MASTER UTILITY AGREEMENT**

I, Joanne Ellsworth, declare under penalty of perjury as follows:

1. I am the Vice President of Global Water – Palo Verde Utilities Company, Inc. ("GW-Palo Verde") and Global Water – Santa Cruz Water Company, Inc. ("GW-Santa Cruz") (both public service corporations under Arizona Constitution Article 15, § 2, and together referred to as "Global Water Utilities"). Except as otherwise indicated in this Declaration, the facts set forth below are based upon my personal knowledge, information provided to me by employees of Global Water Utilities or advisors, or my opinion based upon my knowledge and experience. I am authorized to submit this Declaration on behalf of Global Water Utilities.

2. I submit this declaration in support of *Global Water Utilities' Objection to Sale Motion and Proposed Assumption and Assignment of Master Utility Agreement*, filed

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Nikola Corporation (registered to do business in California as Nikola Truck Manufacturing Corporation) (1153); Nikola Properties, LLC (3648); Nikola Subsidiary Corporation (1876); Nikola Motor Company LLC (0193); Nikola Energy Company LLC (0706); Nikola Powersports LLC (6771); Free Form Factory Inc. (2510); Nikola H2 2081 W Placentia Lane LLC (N/A); 4141 E Broadway Road LLC (N/A); and Nikola Desert Logistics LLC (N/A). The Debtors' headquarters are located at 4141 East Broadway Road, Phoenix, AZ 85040.

contemporaneously with this Declaration (the "Objection"). Capitalized terms not defined in this Declaration have the meaning ascribed to them in the Objection.

3. GW-Palo Verde and GW-Santa Cruz are each public service corporations under Arizona law. Their predecessors (Global Water – Picacho Cove Utilities Company, Inc., and Global Water – Picacho Cove Water Company, Inc.) and Nikola Corporation ("Nikola") entered into that certain Master Utilities Agreement dated December 15, 2020, recorded as Fee Number 2021-002625 in the Official Records of the Pinal County Recorder (the "MUA"). The MUA provides for the extension and provision of water, wastewater, and recycled water services (collectively, the "Services") to the real property located in the City of Coolidge, Pinal County, Arizona (the "Property"). A copy of the MUA is attached as **Exhibit A**.

4. Nikola was the owner of the Property at the time Nikola and Global Water Utilities entered into the MUA.

5. Section 1.01 of the MUA provides, among other things, that Global Water Utilities will construct and install, or cause to be constructed and installed, the infrastructure necessary to "reliably furnish the Services for the Property on an ongoing basis." *See* Exhibit A, § 1.01.

6. Section 1.01(A) of the MUA also provides for the development of the water infrastructure in phases. For each of these phases, Nikola agreed to place in escrow at the start of each phase certain sums of money to fund the estimated construction cost. *See* MUA, § 1.06. Pursuant to Section 1.06 of the MUA, once the escrow account is exhausted, Nikola is obligated to fund 65% of the excess costs directly to Global Water Utilities (over and above the estimated costs), within 30 days of being invoiced. Global Water Utilities must fund the other 35% over and above the estimated costs, in accordance with Section 1.06 of the MUA.

7. On September 29, 2021, pursuant to Decision No. 78245, the Arizona Corporations Commission designated GW-Santa Cruz as the exclusive water utility service provider and GW-Palo Verde as the exclusive wastewater utility service provider for the Property. Accordingly, GW-Santa Cruz provides water services to Nikola under various rules and regulations that govern GW-Santa Cruz.

8. The MUA is a real covenant that runs with the land and is recorded against the Property as described above. Indeed, the MUA provides in pertinent part:

> This Agreement constitutes a covenant running with the land and any person acquiring any portion of the Property, upon acquisition thereof, and shall be deemed to have assumed the obligations of the Landowner arising from this Agreement with respect to that portion of the Property acquired, without the necessity for the execution of any separate instrument.

MUA, § 4.09.

9. The first phase under the MUA began on or around April of 2021. *See* Notice to Construct attached as **Exhibit B**. The escrow containing the estimated funds for such phase was established under the Construction and Escrow Agreement dated May 3, 2021, consistent with the MUA. *See* Construction and Escrow Agreement attached as **Exhibit C**.

10. Under Section 1.07 of the MUA, Global Water Utilities shall own, operate and maintain the infrastructure constructed. A portion of the Property containing the water utility infrastructure built by Global Water Utilities, along with easements in favor of Global Water Utilities, were deeded by Nikola to Global Water Utilities on May 18 and 19, 2021. *See* Special Warranty Deeds and Easement Agreement attached as **Exhibit D**.

11. Global Water Utilities' invoices submitted from June 2021 through October 2023 were paid from the escrow. The escrow, however, was insufficient to fund the last two draw requests submitted in June 2024 and February 2025 for construction costs that were incurred

between August 1, 2023 and December 31, 2024. Copies of all eight invoices with detail submitted for the first phase of construction are attached as **Exhibit E**.

12. In accordance with the MUA, Global Water Utilities also submitted invoices for these draw requests to Nikola on February 18, 2025, requesting $430,800.81 for Nikola's 65% share of the actual cost, over and above the estimated cost of construction. *See* February 18 Letter attached as **Exhibit F**.

13. Global Water Utilities also submitted the invoices to STORE Master Funding XXXII, LLC ("STORE"). STORE purchased the Property from Nikola on June 29, 2023 (approximately 2.5 years after execution and recordation of the MUA). The purchase excludes all buildings, fixtures, and improvements located on the land, as well as the land deeded to Global Water Utilities (described above). *See* Special Warranty Deed attached as **Exhibit G**.

14. Contemporaneously with the Property sale, STORE leased the Property back to Nikola for an initial term of 99 years. *See* Memorandum of Ground Lease, attached as **Exhibit H**.

15. The first phase of infrastructure construction was completed on November 7, 2024, before the bankruptcy,[2] as demonstrated by the Approvals of Construction issued by the Arizona Department of Environmental Quality attached as **Exhibit I**.

16. The next phase has not yet started. As of the date of this Objection, no less than $430,800.81 is owed under the MUA (not including attorneys' fees and costs).

17. Any buyer desiring to step into Nikola's rights vis-à-vis the Property needs the MUA (or a modified version of it with Global Water Utilities' consent). Global Water Utilities is the exclusive provider of water-related and wastewater-related infrastructure to the Property under

---

[2] Some residual non-infrastructure-related construction of a brick wall for the wellsite continued until approximately February 2, 2025.

Arizona law, meaning no other party can provide water or wastewater infrastructure or such utility services to the Property.

18. This point is further illustrated by the terms of the Lease, which contain indemnification and other provisions to remedy defaults under the MUA. Multiple provisions of the Lease require Nikola (as the lessee) to pay the amounts due under the MUA. For example, Section 4.04 of the Lease requires Nikola to pay and discharge any "Monetary Obligations" (defined as "all other sums payable . . . to any third party on behalf of Lessor"). Section 4.03 requires Nikola to pay "[a]ll costs and obligations of every kind and nature whatsoever relating to [Nikola's] operation and use of Property and Improvements." The MUA, as a real covenant running with the Property, arises from use of the Property and improvements. Section 7.03 requires Nikola to comply with covenants and restrictions encumbering the Property, which would include the MUA as a covenant running with the Property. Section 8.02 requires Nikola to bear the sole cost and expense to fully comply with all "Legal Requirements and all restrictions, covenants and encumbrances of record," which would also include the MUA.

19. In accordance with Section 10.01 of the Lease, Nikola must indemnify STORE and anyone who acquires "all or a substantial portion of the assets and business of" STORE from any "breach of, default under, or failure to perform any term or provision" of the Lease.

20. Global Water Utilities does not know the identity of the bidders that may have submitted bids for Nikola's assets. If and when Nikola identifies a buyer, Nikola will need to provide Global Water Utilities with adequate assurance that the assignee can meet ongoing obligations under the MUA (or some modified version with Global Water Utilities' consent). Global Water Utilities reserves the right to supplement this Objection in that regard.

##

DATED this 4th day of April, 2024.

*Joanne Ellsworth*
_____

Joanne Ellsworth, Vice President
GW-Palo Verde / GW-Santa Cruz

# AMERICAS 1104134829 - Global Water - Declaration in Support of Sale Objection

Final Audit Report                                           2025-04-03

| | |
|---|---|
| Created: | 2025-04-03 |
| By: | Ross Mouhot (ross.mouhot@gwresources.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAjk_CwAtoyEdrYchNftd8XwC021FIYrYa |

## "AMERICAS 1104134829 - Global Water - Declaration in Support of Sale Objection" History

- Document created by Ross Mouhot (ross.mouhot@gwresources.com)
  2025-04-03 - 10:55:33 PM GMT

- Document emailed to Joanne Ellsworth (joanne.ellsworth@gwresources.com) for signature
  2025-04-03 - 10:55:37 PM GMT

- Email viewed by Joanne Ellsworth (joanne.ellsworth@gwresources.com)
  2025-04-03 - 10:57:00 PM GMT

- Document e-signed by Joanne Ellsworth (joanne.ellsworth@gwresources.com)
  Signature Date: 2025-04-03 - 10:57:36 PM GMT - Time Source: server

- Agreement completed.
  2025-04-03 - 10:57:36 PM GMT

Adobe Acrobat Sign