# EXHIBIT B

April XX, 2021

RE: Notice to Construct, pursuant to that certain Master Utility Agreement, dated December 15, 2020 (the "Master Utility Agreement"), by and between Global Water—Picacho Cove Water Company, Inc., and Global Water—Picacho Cove Utilities Company, Inc. (collectively, "Global Water"), and Nikola Corporation ("Nikola")

Global Water:

This letter shall constitute Nikola's Notice to Construct with respect to the improvements identified on Exhibit A attached hereto. Having received the estimated cost of construction from Global Water, on April 19, 2021, Nikola understands its obligations under the Master Utility Agreement to deposit its share of the costs of construction as set forth therein, which must be satisfied prior to Global Water being obligated to undertake any work. We look forward to working with Global Water to finalize the escrow agreement and proceed with this project.

Sincerely,

**NIKOLA CORPORATION**,
a Delaware corporation

By: _____
Name: MARK DUCHESNE
Title: HEAD OF MANUFACTURING

**Exhibit A**

<u>Improvements</u>

*[attached]*

**POTABLE INFRASTRUCTURE COST ESTIMATE - NIKOLA**
Phase 1.0

| System | Item | Description | Quantity | Unit | Unit Price | Installation | Cost | |
|---|---|---|---|---|---|---|---|---|
| Well & Pipeline | 1 | Well Pump w/ VFD | 1 | ea | $ 83,000 | $ 29,100 | $ 112,100 | |
| | 2 | Concrete Well Pad and Extend Casing | 1 | ea | $ 3,539 | | $ 3,539 | |
| | 3 | Offsite Pipeline and Valving, 12" (Well to WDC) | 1 | ls | $ 560,117 | | $ 560,117 | |
| | 4 | Onsite Pipeline and Valving | 1 | ls | $ 50,000 | | $ 50,000 | |
| | 5 | Flow Meter, 8" | 1 | ea | $ 10,000 | $ 3,500 | $ 13,500 | |
| | 6 | Sand Filter | 1 | ea | $ 15,000 | $ 7,500 | $ 22,500 | |
| | 7 | pH Monitoring | 1 | ls | $ 5,000 | $ 1,300 | $ 6,300 | |
| | 8 | Perimeter CMU Wall | 800 | lf | $ 140 | | $ 112,000 | |
| | 9 | Rolling Gate, 16' | 2 | ea | $ 15,000 | $ 7,500 | $ 37,500 | |
| | 10 | CAIDD Gate, 12' | 2 | ea | $ 12,000 | $ 6,000 | $ 30,000 | |
| | 11 | GWRS Electrical and Instrumentation | 1 | ls | $ 150,000 | | $ 150,000 | |
| | 12 | Generator | 1 | ea | $ 82,768 | $ 12,400 | $ 95,168 | |
| | 13 | RTU | 1 | ea | $ 2,600 | $ 900 | $ 3,500 | |
| | 14 | APS Electrical Service (to Transformer) | 1 | ls | $ 150,000 | | $ 150,000 | ---estimated |
| | 15 | APS Service Entrance Section (Delta Cost) | 1 | ls | $ 250,000 | | $ 250,000 | ---estimated |
| | 16 | Fiber Optic & Conduit (Well to WDC) | 6125 | lf | $ 20 | | $ 122,500 | |
| | 17 | Site Work & Gravel Surfacing | 1 | ls | $ 25,000 | | $ 25,000 | |
| | 18 | CAIDD Canal Culvert | 220 | lf | $ 250 | | $ 55,000 | |
| | 19 | Retention Basin and Drywell | 1 | ls | $ 15,000 | | $ 15,000 | |
| | 20 | Project Management | 1 | ls | $ 181,372 | | $ 181,372 | |
| Potable Water Plant | 1 | Treatment (if required) | 1 | ea | $ 350,000 | $ 87,500 | $ 437,500 | ---estimated |
| | 2 | Transfer Pump Skid to Treatment (if required) | 1 | ea | $ 50,000 | $ 12,500 | $ 62,500 | |
| | 3 | Raw Water Tank for Treatment (if required) | 1 | ea | $ 26,134 | $ 6,500 | $ 32,634 | |
| | 4 | Poly Storage Tank, 15,000 gal | 2 | ea | $ 26,134 | $ 6,500 | $ 58,768 | |
| | 5 | Booster Pump Station | 1 | ea | $ 50,225 | $ 25,100 | $ 75,325 | |
| | 6 | Disinfection System | 1 | ea | $ 12,116 | $ 6,100 | $ 18,216 | |
| | 7 | Equipment Foundations | 1 | ls | $ 35,000 | $ 17,500 | $ 52,500 | |
| | 8 | Shade Structures | 1 | ls | $ 50,000 | $ 25,000 | $ 75,000 | |
| | 9 | Piping, Valves, and Appurtenances | 1 | ls | $ 50,000 | $ 25,000 | $ 75,000 | |
| | 10 | Automated Isolation Valve and Power | 1 | ea | $ 10,000 | $ 3,500 | $ 13,500 | |
| | 11 | Fire Line Backflow Prevention Assembly, 12" | 1 | ea | $ 20,000 | $ 7,000 | $ 27,000 | |
| | 12 | Doemstic Backflow Prevention Assembly, 8" | 1 | ea | $ 15,000 | $ 5,300 | $ 20,300 | |
| | 13 | Fire Line Flowmeter, 4" | 1 | ea | $ 5,000 | $ 1,800 | $ 6,800 | |
| | 14 | Domestic Flowmeter, 3" | 1 | ea | $ 4,000 | $ 1,400 | $ 5,400 | |
| | 15 | Perimeter CMU Wall | 1,200 | lf | $ 140 | | $ 168,000 | |
| | 16 | Rolling Gate, 16' | 1 | ea | $ 15,000 | $ 5,300 | $ 20,300 | |
| | 17 | GWRS Electrical and Instrumentation | 1 | ls | $ 250,000 | | $ 250,000 | |
| | 18 | Generator | 1 | ea | $ 80,000 | $ 12,000 | $ 92,000 | |
| | 19 | RTU | 1 | ea | $ 5,500 | $ 1,900 | $ 7,400 | |
| | 20 | APS Electrical Service (to Transformer) | 1 | ls | $ 100,000 | | $ 100,000 | ---estimated |
| | 21 | APS Service Entrance Section (Delta Cost) | 1 | ls | $ 150,000 | | $ 150,000 | ---estimated |
| | 22 | Fiber Conduit | 1 | ls | $ 115,000 | | $ 115,000 | |
| | 23 | Pull Fiber Optic | 1 | ls | $ 18,818 | | $ 18,818 | |
| | 24 | Site Work, Gravel Surfacing, & Parking | 1 | ls | $ 50,000 | | $ 50,000 | |
| | 25 | Project Management | 1 | ls | $ 193,196 | | $ 193,196 | |

| | | | |
|---|---|---|---|
| Total = | | $ 4,120,254 | |
| 35% of Total = | | $ 1,442,089 | GWR Portion |
| 65% of Total = | | $ 2,678,165 | Nikola Portion |

