

All Cases Nikola Corporation 25-10258 Nikola Corporation

Sorted Alphabetically

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Comment | CUDU | Claim Value | Total |
|---|---|---|---|---|---|---|---|
| A&M Carriers Inc.<br>1875 Rohlwing Rd, Ste B<br>Rolling Meadows, 60008 | 10014 | 03/04/2025 | Nikola Corporation | | | Unsecured: $24,000.00 | $24,000.00 |
| ACAR Leasing LTD<br>D/B/A GM Financial<br>P.O. Box 183853<br>Arlington, 76096 | 10013 | 02/28/2025 | Nikola Subsidiary Corporation | | | Unsecured: $30,958.20 | $30,958.20 |
| Advance Paper & Maint Supply Inc<br>1135 N. McQueen Rd., Suite 143<br>Gilbert, AZ 85233 | 10060 | 03/24/2025 | Nikola Motor Company LLC | | | Unsecured: $4,257.32 | $4,257.32 |
| Advanced Wheel Sales, LLC<br>400 West Wilson Bridge Road<br>Suite 300<br>WORTHINGTON, 43085 | 10037 | 03/17/2025 | Nikola Corporation | | | Unsecured: $2,498.00 | $2,498.00 |
| Airgas USA, LLC<br>6055 Rockside Woods Blvd<br>Independence, 44131 | 10033 | 03/14/2025 | Nikola Corporation | | | Unsecured: $313.90 | $313.90 |
| AMERICAN CASUALTY CO OF READING PA & THE CONTINENTAL INS CO<br>C/O CNA INSURANCE COMPANY<br>500 COLONIAL CENTER PKWY<br>LAKE MARY, FL 32746 | 20 | 03/25/2025 | Nikola Corporation | | | Unsecured: $269,860.80 | $269,860.80 |
| aPriori Technologies, Inc.<br>300 Baker Avenue, Ste 370<br>Concord, MA 01742 | 10073 | 03/27/2025 | Nikola Corporation | | | Unsecured: $256,175.00 | $256,175.00 |
| Arizona Commerce Authority<br>ATTN Scott Roney<br>100 N. 7th Ave, Suite 400<br>Phoenix, AZ 85007 | 10077 | 03/28/2025 | Nikola Corporation | | | Secured: $2,000,000.00<br>Unsecured: $0.00 | $2,000,000.00 |
| ARIZONA DEPARTMENT OF REVENUE<br>C/O Office of the Arizona AG<br>ATTN Tax, Bankruptcy and Collection<br>2005 N Central Ave, Ste 100<br>Phoenix, 85004 | 10028 | 03/12/2025 | Nikola Subsidiary Corporation | | Unliquidated | Priority: $100,000.00 | $100,000.00 |
| ARIZONA DEPARTMENT OF REVENUE<br>C/O Office of the Arizona AG<br>ATTN Tax, Bankruptcy and Collection<br>2005 N Central Ave, Suite 100<br>Phoenix, 85004 | 10020 | 03/10/2025 | Nikola Motor Company LLC | | Unliquidated | Priority: $6,156.00<br>Unsecured: $234.00 | $6,390.00 |
| ARIZONA DEPARTMENT OF REVENUE<br>C/O Office of the Arizona AG<br>ATTN Tax, Bankruptcy and Collection<br>2005 N Central Ave, Ste 100<br>Phoenix, 85004 | 10022 | 03/11/2025 | Nikola Powersports LLC | | Unliquidated | Priority: $6,156.00<br>Unsecured: $234.00 | $6,390.00 |
| ARIZONA DEPARTMENT OF REVENUE<br>C/O Office of the Arizona AG<br>ATTN Tax, Bankruptcy and Collection<br>2005 N Central Ave, Ste 100<br>Phoenix, 85004 | 10023 | 03/11/2025 | Nikola Energy Company LLC | | Unliquidated | Priority: $3,652.00<br>Unsecured: $182.00 | $3,834.00 |
| ARIZONA PUBLIC SERVICE<br>2043 W CHERYL DR, BLDG M, M/S 3209<br>PHOENIX, AZ 85021 | 3 | 03/05/2025 | Nikola Corporation | | | Unsecured: $52,218.29 | $52,218.29 |



All Cases Nikola Corporation 25-10258 Nikola Corporation

Sorted Alphabetically

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Comment | CUDU | Claim Value | Total |
|---|---|---|---|---|---|---|---|
| Avila, David<br>Address on file | 10015 | 03/05/2025 | Nikola Corporation | | Unliquidated | Unsecured: $38,099.45 | $38,099.45 |
| Barco Rent A Truck<br>717 South 5600 West<br>Salt Lake City, UT 84104 | 10071 | 03/27/2025 | Nikola Corporation | | | Unsecured: $8,410.52 | $8,410.52 |
| BDO USA, P.C.<br>ATTN JARED SCHIERBAUM<br>4250 LANCASTER PIKE SUITE 120<br>WILMINGTON, 19805 | 9 | 03/19/2025 | Nikola Corporation | | | Unsecured: $2,000,000.00 | $2,000,000.00 |
| Block Harbor Cybersecurity, LLC<br>2050 15th St<br>Detroit, MI 48216 | 10066 | 03/25/2025 | Nikola Corporation | | | Unsecured: $59,488.00 | $59,488.00 |
| Carla Radelli<br>Via Carcioni 17<br>Belgirate IT 28832,<br>Italy | 10036 | 03/17/2025 | Nikola Corporation | CLAIM AMOUNT IS 122,590.86 EUR | Unliquidated | Unsecured: $0.00 | $0.00 |
| Catalina Components Incorporated<br>4015 W Milky Way<br>Chandler, AZ 85226 | 10070 | 03/26/2025 | Nikola Corporation | AMENDS CLAIM #10000 | | Unsecured: $22,027.00 | $22,027.00 |
| Circle T Trucking<br>PO Box 1064<br>Hawley, 56549 | 10042 | 03/18/2025 | Nikola Corporation | | | Unsecured: $2,433.43 | $2,433.43 |
| Comfort Systems USA Southwest<br>6875 W. Galveston St<br>Chandler, 85226 | 10008 | 02/24/2025 | Nikola Corporation | | | Unsecured: $93,179.50 | $93,179.50 |
| Commonwealth of Virginia<br>PO BOX 2156<br>Richmond , VA 23218 | 10078 | 03/28/2025 | Nikola Subsidiary Corporation | | | Unsecured: $10.00 | $10.00 |
| Contreras Trucking LLC<br>30444 W Mckinley St<br>Buckeye , AZ 85396 | 10072 | 03/27/2025 | Nikola Corporation | | | Admin: $4,100.00 | $4,100.00 |
| Costa Guenter Walter<br>Address on file | 10069 | 03/26/2025 | Nikola Corporation | | | Unsecured: $638.37 | $638.37 |
| Crum & Forster Specialty Ins. Co.<br>305 Madison Avenue<br>Morristown, 07960 | 10044 | 03/18/2025 | Nikola Properties, LLC | | Contingent | Admin: $0.00 | $0.00 |
| Crum & Forster Specialty Ins. Co.<br>305 Madison Avenue<br>Morristown, 07960 | 10045 | 03/18/2025 | Nikola Corporation | | Contingent | Admin: $0.00 | $0.00 |
| Cryogenic Industries Srv Co., LLC<br>1851 Kaiser Avenue<br>Irvine, 92614 | 10039 | 03/17/2025 | Nikola Corporation | AMENDS CLAIM #10025 | Unliquidated | Admin: $123,793.47<br>Unsecured: $129,364.86 | $253,158.33 |
| Cryogenic Industries Srv Co., LLC<br>21250 SPELL CIRCLE<br>TOMBALL, TX 77375 | 10025 | 03/11/2025 | Nikola Corporation | | Unliquidated | Admin: $141,517.76<br>Unsecured: $45,452.33 | $186,970.09 |



| Creditor Name and Address | Claim No. | Claim Date | Debtor | Comment | CUDU | Claim Value | Total |
|---|---|---|---|---|---|---|---|
| CT Corporation<br>Attn: Bankruptcy (SOP)<br>28 Liberty Street<br>New York, 10005 | 10046 | 03/19/2025 | Nikola Corporation | | | Unsecured: $95.00 | $95.00 |
| Dassault Systemes Americas Corp.<br>175 WYMAN STREET<br>WALTHAM, 02451 | 10016 | 03/06/2025 | Nikola Corporation | | | Unsecured: $114,624.88 | $114,624.88 |
| DAWSON ENTERPRISES INC<br>C/O ARIZONA PROPANE CO<br>17251 E SHEA BLVD, #1<br>FOUNTAIN HILLS, AZ 85268 | 16 | 03/25/2025 | Nikola Corporation | | | Unsecured: $711.97 | $711.97 |
| DEPARTMENT OF THE TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 14 | 03/25/2025 | Nikola Subsidiary Corporation | | | Unsecured: $11,323.41 | $11,323.41 |
| DEPARTMENT OF THE TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 15 | 03/25/2025 | Nikola Corporation | | | Priority: $40,840,427.47<br>Unsecured: $823,705.96 | $41,664,133.43 |
| Dino Mattana<br>Via Dante Alighieri 49<br>Sesto San Giovanni IT 20099,<br>Italy | 10035 | 03/17/2025 | Nikola Corporation | CLAIM AMOUNT IS 96,633.65 EUR | Unliquidated | Unsecured: $0.00 | $0.00 |
| Dirt Dogs Holdings LLC<br>37467 Polo Run Dr<br>Elizabeth, CO 80107 | 10067 | 03/25/2025 | Nikola Corporation | | | Priority: $4,542.84 | $4,542.84 |
| Dirt Dogs Holdings LLC<br>37467 Polo Run Dr<br>Elizabeth, CO 80107 | 10068 | 03/25/2025 | Nikola Corporation | | | Unsecured: $7,294.14 | $7,294.14 |
| Elevate Energy Corp.<br>717 7th Ave SW, Ste 610<br>Calgary, ABT2P 0Z3<br>Canada | 10010 | 02/26/2025 | Nikola Corporation | Claimed amount is 1,660.56 Canadian Dollars | Unliquidated | Unsecured: $0.00 | $0.00 |
| Emanuela Barco<br>Via Carcioni 17<br>Belgirate IT 28832,<br>Italy | 10034 | 03/17/2025 | Nikola Corporation | CLAIM AMOUNT IS 5,697.58 EUR | Unliquidated | Unsecured: $0.00 | $0.00 |
| Engineered Machined Products, Inc.<br>ATTN: Ray LaMarche<br>3111 N. 28th Street<br>P.O. Box 1246<br>Escanaba, 49829 | 10041 | 03/18/2025 | Nikola Properties, LLC | | | Unsecured: $96,665.00 | $96,665.00 |
| Engineering Center Steyr GmbH&Co KG<br>Steyrer Strasse 32<br>4300 St. Valentin<br>Austria<br>St. Valentin 4300,<br>Austria | 10059 | 03/24/2025 | Nikola Corporation | | | Unsecured: $975.00 | $975.00 |
| Estampaciones Metálicas Egui<br>Ctra.Mallabia, Km 1,7<br>Ermua 48260,<br>Spain | 10006 | 02/24/2025 | Nikola Corporation | Claim amount is 69,817.00 EUR | Unliquidated | Unsecured: $0.00 | $0.00 |



| Creditor Name and Address | Claim No. | Claim Date | Debtor | Comment | CUDU | Claim Value | Total |
|---|---|---|---|---|---|---|---|
| Expedient<br>1 Allegheny Sq Ste 600<br>Pittsburgh, PA 15212 | 10053 | 03/21/2025 | Nikola Corporation | | | Unsecured: $5,164.55 | $5,164.55 |
| EZI METALES SA DE CV<br>CALLE LERDO DE TEJADA 765<br>EL LECHUGAL<br>SANTA CATARINA 66376,<br>Mexico | 10081 | 03/31/2025 | Nikola Corporation | CLAIM IS OUT OF BALANCE | Unliquidated | Priority: $327,652.00<br>Admin: $327,652.00 | $327,652.00 |
| FABIAN KASER<br>Address on file | 10058 | 03/24/2025 | Nikola Corporation | CLAIM AMOUNT IS 73.955,68 EUR | Unliquidated | Unsecured: $0.00 | $0.00 |
| First Citizens Bank & Trust Company<br>10201 Centurion Pkwy N, Ste 100<br>Jacksonville , FL 32256 | 10027 | 03/12/2025 | Nikola Corporation | | | Secured: $92,236.17<br>Unsecured: $0.00 | $92,236.17 |
| Fluitron LLC<br>330 S. Warminster Road, Ste 330<br>Hatboro, 19040 | 10001 | 02/19/2025 | Nikola Corporation | | | Unsecured: $125,158.00 | $125,158.00 |
| Georgia Department of Revenue<br>ATTN Bankruptcy<br>2595 Century Pkwy NE, Suite 339<br>Atlanta, GA 30345-3173 | 10082 | 04/01/2025 | Nikola Subsidiary Corporation | | | Priority: $109.00<br>Unsecured: $592.66 | $701.66 |
| Grupo Industrial Magnoacero<br>1247 Ave. Almazan<br>Monterrey NL 64260,<br>Mexico | 10002 | 02/20/2025 | Nikola Corporation | | | Unsecured: $8,170.00 | $8,170.00 |
| H&E EQUIPMENT SERVICES, INC.<br>7500 PECUE LANE<br>BATON ROUGE, 70809 | 10009 | 02/26/2025 | Nikola Corporation | | | Unsecured: $22,510.15 | $22,510.15 |
| HARMUN TRUCKING INC<br>1938 ELLIOTT DR<br>YUBA CITY, CA 95993 | 12 | 03/25/2025 | Nikola Corporation | | | Unsecured: $2,152,000.00 | $2,152,000.00 |
| Hewlett-Packard Financial Services<br>1701 East Mossy Oaks Road<br>Spring, TX 77389 | 10048 | 03/20/2025 | Nikola Corporation | | | Admin: $1,018.44<br>Unsecured: $7,129.08 | $8,147.52 |
| Hexagon Purus GmbH<br>C/O Foley & Lardner LLP<br>Attn Tamar Dolcourt<br>500 Woodward Ave., Ste. 2700<br>Detroit, MI 48226 | 10076 | 03/28/2025 | Nikola Corporation | | | Unsecured: $963,853.72 | $963,853.72 |
| Hisco Inc<br>9151 Blvd 26, 4th Fl<br>North Richland Hills, 76180 | 10024 | 03/11/2025 | Nikola Motor Company LLC | | | Unsecured: $4,353.36 | $4,353.36 |
| HYDRO-PAC INC<br>7470 MARKET RD.<br>PO BOX 921<br>FAIRVIEW, PA 16415 | 10079 | 03/31/2025 | Nikola Corporation | | | Unsecured: $6,180.00 | $6,180.00 |
| Indicor Holdings, LLC<br>8930 S Beck Ave, Ste 107<br>Tempe, AZ 85284 | 10062 | 03/25/2025 | Nikola Corporation | | | Unsecured: $3,942.00 | $3,942.00 |


| Creditor Name and Address | Claim No. | Claim Date | Debtor | Comment | CUDU | Claim Value | Total |
|---|---|---|---|---|---|---|---|
| Jost International, Corp<br>1770 Hayes<br>Grand Haven, MI 49417 | 10056 | 03/21/2025 | Nikola Corporation | | | Unsecured: $12,779.00 | $12,779.00 |
| Karamba Security Inc<br>41000 Woodward Avenue<br> Building E, Suite 350<br>Bloomfield Hills , MI 48304 | 10061 | 03/25/2025 | Nikola Corporation | | | Unsecured: $45,225.00 | $45,225.00 |
| KYOCERA AVX Components Corporation<br>One AVX Boulevard<br>Fountain Inn, SC 29644-9039 | 10064 | 03/25/2025 | Nikola Corporation | | | Unsecured: $3,250.00 | $3,250.00 |
| Level 3 Communications, LLC<br>C/O Lumen Technologies Group<br>ATTN Legal-BKY<br>931 14th Street, 9th Floor<br>Denver, 80202 | 10026 | 03/12/2025 | Nikola Motor Company LLC | | | Unsecured: $3,414.99 | $3,414.99 |
| Lighthouse Document Technologies<br>51 University Street<br>Suite 400<br>Seattle, WA 98101 | 10038 | 03/17/2025 | Nikola Corporation | | | Unsecured: $99,809.23 | $99,809.23 |
| Madhu Kumawat<br>Händel Star 34<br>38440<br>Wolfsburg NS 38440,<br>Germany | 10032 | 03/14/2025 | Nikola Corporation | | | Priority: $4,578.80 | $4,578.80 |
| MAHLE Behr GmbH & Co. KG<br>MAHLE International GmbH<br>Pragstraße 26-46<br>Stuttgart BW 70376,<br>Germany | 10017 | 03/10/2025 | Nikola Corporation | CLAIM AMOUNT IS 149,760.00 EUR | Unliquidated | Unsecured: $0.00 | $0.00 |
| MAHLE Behr GmbH & Co. KG<br>MAHLE International GmbH<br>Pragstraße 26-46<br>Stuttgart BW 70376,<br>Germany | 10018 | 03/10/2025 | Nikola Corporation | CLAIM AMOUNT IS 149,760.00 EUR; AMENDS CLAIM #10017 | Unliquidated | Unsecured: $0.00 | $0.00 |
| Maricopa County Treasurer<br>C/O Burgess Law Group<br>Attn Janel Glynn<br>3131 E. Camelback Road, Suite 224<br>Phoenix, AZ 85016 | 10052 | 03/20/2025 | Nikola Corporation | | | Secured: $250,702.78 | $250,702.78 |
| Martinov Borislav, Tzvetkov<br>Address on file | 10029 | 03/12/2025 | Nikola Corporation | | Unliquidated | Unsecured: $18,805.80 | $18,805.80 |
| Microsoft Corporation<br>C/O Fox Rothschild LLP<br>Attn: Maria A. Milano<br>1001 4th Ave. Suite 4400<br>Seattle, WA 98154 | 10051 | 03/20/2025 | Nikola Corporation | | | Unsecured: $55,485.01 | $55,485.01 |
| MOUSER ELECTRONICS INC<br>1000 NORTH MAIN ST<br>MANSFIELD, TX 76063 | 17 | 03/20/2025 | Nikola Corporation | | | Unsecured: $11,317.73 | $11,317.73 |



All Cases Associated with 25-10258 Nikola Corporation
Sorted Alphabetically

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Comment | CUDU | Claim Value | Total |
|---|---|---|---|---|---|---|---|
| NATALIE GARCIA<br>Address on file | 10049 | 03/20/2025 | Nikola Corporation | | | Priority: $15,000.00 | $15,000.00 |
| Nicole Saxton Catalina Components<br>4015 W Milky Way<br>Chandler, 85226 | 10000 | 02/19/2025 | Nikola Corporation | | | Unsecured: $22,027.00 | $22,027.00 |
| Nor-Fab Manufacturing, LLC/ Zuern<br>3520 Sjoquist Dr<br>Gladstone, MI 49837 | 10057 | 03/24/2025 | Nikola Motor Company LLC | | | Unsecured: $33,884.88 | $33,884.88 |
| Nor-Fab Manufacturing, LLC/ Zuern<br>3520 Sjoquist Dr<br>Gladstone, MI 49837 | 10083 | 04/01/2025 | Nikola Corporation | AMENDS CLAIM #10057 | | Unsecured: $33,884.88 | $33,884.88 |
| NYS DEPT OF LABOR<br>1220 WASHINGTON AVE, BLDG 12, RM 256<br>ALBANY, NY 12226 | 18 | 03/20/2025 | Nikola Corporation | | | Priority: $660.87 | $660.87 |
| Oculens LLC<br>410 N Scottsdale Rd Suite 1000<br>Tempe, 85288 | 10031 | 03/13/2025 | Nikola Corporation | | | Unsecured: $39,340.06 | $39,340.06 |
| OMR S.P.A.<br>VIA CARAVAGGIO 3<br>REMEDELLO BRESCIA IT 25010,<br>Italy | 6 | 03/13/2025 | Nikola Motor Company LLC | | | Unsecured: $267,861.61 | $267,861.61 |
| Online Metals<br>C/O Thyssenkrupp Materials NA<br>13338 Orden Dr.<br>Santa Fe Springs, CA 90670 | 10050 | 03/20/2025 | Nikola Corporation | | | Unsecured: $9,707.43 | $9,707.43 |
| OSL TECHNOLOGY SRL<br>14BIS VIA PACIFICO CAROTTI<br>JESI IT 60035,<br>Italy | 1 | 02/27/2025 | Nikola Motor Company LLC | Claim amount is 121,667.00 Euros | | Unsecured: $0.00 | $0.00 |
| PACIFIC COMPENSATION INSURANCE CO<br>C/O LERNER & WEISS APC<br>ATTN MICHAEL I WEISS, ESQ<br>21600 OXNARD ST, STE 130<br>WOODLAND HILLS, CA 91367 | 19 | 03/24/2025 | Nikola Corporation | | | Unsecured: $375,074.00 | $375,074.00 |
| PDC Machines LLC<br>30 Fretz Rd<br>Souderton, PA 18964 | 10040 | 03/17/2025 | Nikola Corporation | | | Unsecured: $4,338.01 | $4,338.01 |
| Peregrine Integrity Management Ltd.<br>406, 11979 - 40th Street SE<br>Calgary, ABT2Z 4M3<br>Canada | 10005 | 02/24/2025 | Nikola Corporation | | | Unsecured: $22,280.06 | $22,280.06 |
| Perla Investments<br>3302 E Atlanta Ave.<br>Phoenix, AZ 85040 | 10065 | 03/25/2025 | Nikola Corporation | | | Unsecured: $168,685.79 | $168,685.79 |
| PG&E<br>ATTN BANKRUPTCY<br>PO BOX 8329<br>STOCKTON, 95208 | 8 | 03/17/2025 | Nikola Subsidiary Corporation | | | Unsecured: $3,089.18 | $3,089.18 |


| Creditor Name and Address | Claim No. | Claim Date | Debtor | Comment | CUDU | Claim Value | Total |
|---|---|---|---|---|---|---|---|
| PINAL COUNTY TREASURER<br>PO BOX 729<br>FLORENCE, 85132 | 2 | 03/05/2025 | Nikola Motor Company LLC | | Unliquidated | Priority: $281,751.73 | $281,751.73 |
| Presidio Networked Solutions<br>PO BOX 822169<br>Philadelphia, 19182 | 10019 | 03/10/2025 | Nikola Motor Company LLC | | | Unsecured: $225,912.77 | $225,912.77 |
| QT Company, The<br>3031 Tisch Way<br>110 Plaza West<br>San Jose , CA 95128 | 10063 | 03/25/2025 | Nikola Corporation | | | Unsecured: $9,683.01 | $9,683.01 |
| REEYA ENTERPRISES LLC<br>PO BOX AC<br>YUBA CITY, CA 95992 | 11 | 03/25/2025 | Nikola Corporation | | | Unsecured: $2,690,000.00 | $2,690,000.00 |
| Rising Creek Transportation LLC<br>21900 County Road 15/21<br>ELBERT, CO 80106 | 10047 | 03/19/2025 | Nikola Corporation | | | Unsecured: $18,704.65 | $18,704.65 |
| ROBERTSHAW CONTROLS COMPANY<br>1222 HAMILTON PARKWAY<br>ITASCA, IL 60143 | 4 | 03/12/2025 | Nikola Motor Company LLC | | | Unsecured: $9,231.74 | $9,231.74 |
| SARIGÖZOGLU HID. MAK. TIC. A.S.<br>C/O DOGUKAN ALGAN<br>MANSUROGLU MAH. 288/3 Sok.<br>No.3 SELVILI 2 APT. Blok B<br>IZMIR 35530,<br>Turkey | 10012 | 02/28/2025 | Nikola Corporation | | | Unsecured: $11,684,132.60 | $11,684,132.60 |
| SCHWAB INDUSTRIES, INC<br>50850 RIZZO DRIVE<br>SHELBY TOWNSHIP, MI 48315 | 10084 | 04/01/2025 | Nikola Corporation | | | Unsecured: $54,275.62 | $54,275.62 |
| SERVICIO DE INGENIERIA INDUSTRIAL<br>Av Mexico Japon 309 Cd. Industrial<br>Celaya Gt 38010,<br>Mexico | 10003 | 02/21/2025 | Nikola Corporation | | Unliquidated | Unsecured: $497,441.57 | $497,441.57 |
| SEWS-CABIND S.p.A.<br>Corso Pastrengo, 40 Collegno<br>Collegno ( Turin ) It 10093,<br>Italy | 10021 | 03/11/2025 | Nikola Corporation | | | Unsecured: $16,587.97 | $16,587.97 |
| SIMPPLR INC<br>3 Twin Dolphin Drive, Suite 160<br>Redwood City, 94065 | 10030 | 03/13/2025 | Nikola Motor Company LLC | | | Unsecured: $33,231.60 | $33,231.60 |
| SIMPPLR INC<br>3 Twin Dolphin Drive, Suite 160<br>Redwood City, 94065 | 7 | 03/14/2025 | Nikola Motor Company LLC | | | Unsecured: $33,231.60 | $33,231.60 |
| SMITHERS TIRE & AUTO TESTING INC<br>ATTN SMITHERS MSE INC<br>425 WEST MARKET STREET<br>AKRON, OH 44303 | 13 | 03/25/2025 | Nikola Corporation | | | Unsecured: $348,039.00 | $348,039.00 |
| Solas Energy Consulting Inc.<br>1721 29 Ave SW, Suite 282<br>Calgary, ABT2T 6T7<br>Canada | 10004 | 02/21/2025 | Nikola Corporation | Claim amount is 26,541.51 CAD | Unliquidated | Unsecured: $0.00 | $0.00 |


| Creditor Name and Address | Claim No. | Claim Date | Debtor | Comment | CUDU | Claim Value | Total |
|---|---|---|---|---|---|---|---|
| SUNBELT RENTALS INC<br>1275 W MOUND ST<br>COLUMBUS, OH 43223 | 10 | 03/19/2025 | Nikola Motor Company LLC | | | Unsecured: $19,640.76 | $19,640.76 |
| TCW Services Canada Inc<br>181 Bay Street, Suite 4400<br>Toronto, ONM5J 2T3<br>Canada | 10075 | 03/27/2025 | Nikola Corporation | CLAIM AMOUNT IS 103,312.66 CAD | Unliquidated | Unsecured: $0.00 | $0.00 |
| Tennessee Department of Revenue<br>c/o Attorney General<br>PO Box 20207<br>Nashville, TN 37202-0207 | 10054 | 03/21/2025 | Nikola Corporation | | Unliquidated | Priority: $98,295.00 | $98,295.00 |
| Tennessee Department of Revenue<br>c/o Attorney General<br>PO Box 20207<br>Nashville, TN 37219 | 10055 | 03/21/2025 | Nikola Subsidiary Corporation | | Unliquidated | Priority: $98,295.00 | $98,295.00 |
| TRIDENT TRANSPORT LLC<br>505 RIVERFRONT PKWY<br>CHATTANOOGA, TN 37402 | 10043 | 03/18/2025 | Nikola Corporation | | | Unsecured: $21,247.00 | $21,247.00 |
| V.G.V. S.r.l.<br>VIA ISORELLA N. 49<br>CALVISANO IT 25012,<br>Italy | 10011 | 02/27/2025 | Nikola Corporation | | | Unsecured: $82,985.00 | $82,985.00 |
| Vikram Sahadevan<br>Address on file | 10007 | 02/24/2025 | Nikola Corporation | | | Unsecured: $227,000.00 | $227,000.00 |
| W.W. GRAINGER, INC.<br>401 S WRIGHT RD<br>JANESVILLE, WI 53546 | 5 | 03/10/2025 | Nikola Corporation | | | Admin: $6,168.79<br>Unsecured: $26,095.71 | $32,264.50 |
| WMBE Payrolling Inc<br>D/B/A TCWGlobal<br>3545 Aero Court<br>San Diego, CA 92123 | 10074 | 03/27/2025 | Nikola Corporation | | | Unsecured: $73,405.92 | $73,405.92 |
| XPO Logistics Freight, Inc.<br>Attn Bankruptcy Dept<br>9151 Boulevard 26, Bldg A<br>Ann Arbor, MI 48105 | 10080 | 03/31/2025 | Nikola Corporation | | | Unsecured: $2,147.50 | $2,147.50 |