# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nikola Corp, et al. | Case No. 25-10258-TMH |
| Debtor(s). | (Jointly Administered) |

## NOTICE OF SUBSTITUTION OF ATTORNEY

PLEASE TAKE NOTICE that, pursuant to Local Rule 9010-2, Servicio De Ingenieria Industrial Y Outsourcing Sa De CV ("Servicio"), hereby substitutes Kasen Law Group, P.C. as counsel of record in place of Kasen & Kasen, P.C.

PLEASE TAKE FURTHER NOTICE that Servicio hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and section 342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon:

Kasen Law Group, P.C.
c/o Jenny R. Kasen, Esq.
Society Hill Office Park
1874 E. Marlton Pike, Suite 3
Cherry Hill, NJ 08003
Telephone: (302)652-3300
E-Mail: jkasen@kasenlawgroup.com

The undersigned hereby consent to this substitution of attorney.

| KASEN & KASEN, P.C. | KASEN LAW GROUP, P.C. |
|---|---|
| /s/ David A. Kasen | /s/ Jenny R. Kasen |
| David A. Kasen, Esq. | Jenny R. Kasen, Esquire (DE Bar No. 5849) |
| 1874 E. Marlton Pike, Suite 3 | 1213 N. King Street, Suite 2 |
| Cherry Hill, NJ 08003 | Wilmington, DE 19801 |
| Phone: 856-424-4144 | Telephone: (302) 652-3300 |
| Facsimile: 856-424-7565 | Facsimile: (856) 424-7565 |
| E-Mail: dkasen@kasenlaw.com | E-Mail: jkasen@kasenlawgroup.com |
| *Withdrawing Counsel* | *Superseding Counsel* |