2

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nikola Corp, et al. | Case No. 25-10258-TMH |
| Debtor(s). | (Jointly Administered) |

## CERTIFICATION OF SERVICE

JENNY R. KASEN, of full age, hereby certifies as follows:

On June 13, 2025, I caused a copy of the following document(s) to be served upon the client and all parties registered to receive notice through the Court's CM/ECF system.

*Notice of Substitution of Attorney*

I hereby certify that the foregoing statements made by me are true. I am aware that if any of said statements are willfully false, I am subject to punishment.

Dated: June 13, 2025

KASEN LAW GROUP, P.C.

*/s/ Jenny R. Kasen*
Jenny R. Kasen, Esquire (DE Bar No. 5849)
1213 N. King Street
Suite 2
Wilmington, DE 19801
Telephone: (302) 652-3300
E-Mail: jkasen@kasenlawgroup.com

*Superseding Counsel*

2