**EXHIBIT B**

Nikola Corporation
Re Debtor Representation

DISBURSEMENTS

Through June 30, 2025

**1402 - Westlaw Legal Research**

| | | |
|---|---|---:|
| 1402 | June 2025 Westlaw Online Research | 1.43 |
| | **Total Westlaw Legal Research** | **$1.43** |

**1414 - Court Reporters - Transcripts**

| | | |
|---|---|---:|
| 1414 | VENDOR: Reliable Wilmington INVOICE#: WL124299 DATE: 6/10/2025 | 94.90 |
| | Reliable Wilmington 06.09.25 Daily Transcript | |
| | **Total Court Reporters - Transcripts** | **$94.90** |

**1419 - Meals**

| | | |
|---|---|---:|
| 1419 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 7486095006111724 DATE: 6/11/2025 | 318.93 |
| | 6/9 working lunch for 10 for hearing prep - DiMeo's | |
| | **Total Meals** | **$318.93** |

**1464 - Pacer Electronic Filings**

| | | |
|---|---|---:|
| 1464 | Q2 2025 Pacer Electronic Records | 361.80 |
| | **Total Pacer Electronic Filings** | **$361.80** |

**401A - Outside Copying Services**

| | | |
|---|---|---:|
| 401A | VENDOR: Innovative Driven INVOICE#: 270539 DATE: 6/10/2025 | 25.00 |
| | Innovative Driven Courier Services | |
| | **Total Outside Copying Services** | **$25.00** |

| | |
|---|---:|
| Total Disbursements | $802.06 |