# EXHIBIT A

**Worthen Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nikola Corp., *et al.*,[1] | Case No. 25-10258 (TMH) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF BRITTON M. WORTHEN IN SUPPORT OF
THE DEBTORS' (I) MEMORANDUM OF LAW IN SUPPORT OF
THE DEBTORS' CHAPTER 11 LIQUIDATING PLAN REGARDING PROPER
CLASSIFICATION OF THE MILTON CLAIM PURSUANT TO SECTION 510(C)
OF THE BANKRUPTCY CODE AND (II) OBJECTION TO THE MILTON CLAIM**

Pursuant to 28 U.S.C. § 1746, I, Britton M. Worthen, do hereby declare, under penalty of perjury, the following to the best of my knowledge and belief:

1. I submit this declaration in support of the *Debtors' (I) Memorandum of Law in Support of the Debtors' Chapter 11 Liquidating Plan Regarding Proper Classification of the Milton Claim Pursuant to Section 510(C) of the Bankruptcy Code, and (II) Objection to the Milton Claim* (the "Memorandum and Objection").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

2. I am the Chief Legal Officer at Nikola Corporation. I am authorized to submit this Declaration and am competent to testify to the matters herein. I have personally reviewed the Memorandum and Objection, and the information contained in the Memorandum and

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Nikola Corporation (registered to do business in California as Nikola Truck Manufacturing Corporation) (1153); Nikola Properties, LLC (3648); Nikola Subsidiary Corporation (1876); Nikola Motor Company LLC (0139); Nikola Energy Company LLC (0706); Nikola Powersports LLC (6771); Free Form Factory Inc. (2510); Nikola H2 2081 W Placentia Lane LLC (N/A); 4141 E Broadway Road LLC (N/A); and Nikola Desert Logistics LLC (N/A). The Debtors' mailing address is PO Box 27028, Tempe, AZ 85285.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Memorandum and Objection.

1

2

Objection and the exhibits attached thereto are true and correct. In addition, I have reviewed the facts and circumstances relating to the Milton Claim and all supporting documentation attached thereto. Following a review of this documentation, as well as discussions with the Debtors' professionals, I have concluded, for the reasons set forth in the Memorandum and Objection, that it would be in the best interest of the Debtors' bankruptcy estates if the Milton Claim were subordinated to the Allowed General Unsecured Claims in Class 3 and classified in Class 8 as an Equitably Subordinated Claim as further described in the Liquidating Plan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 29, 2025         Respectfully submitted,

*/s/ Britton M. Worthen*
Britton M. Worthen
Chief Legal Officer