CASE NAME: Nikola Corp
CASE NO: 25-10258

SIGN-IN SHEET

COURTROOM LOCATION: 5
DATE: 9/5/2025 at 10:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Joshua Morse | Pillsbury | DIPs |
| Andrew Alfano | " " | " |
| Edward Caudell | " " | " |
| Blake Chen | Porter Anderson | " |
| Brett Haywood | " " | " |
| Maria Kotsiras | " | " |
| Sara Brauner | Alain Gump | Ubben Released Parties |
| Kat Shapiro | Alain Gump | Ubben Released Parties |
| Lorenzo Marinuzzi | Morris & Foerster | Ubben Released Parties |
| DW6 Marinel | " " | " |
| Ruth Fernabiodi | " " | " |
| Eric Monzo | Morris James | " |
| Trevor Schwer | SEC | SEC |
| Scott Cousin | Trevor Milton | Lewis Brisbois |
| Stein Brennecke | " " | " |
| Jon Detweiler | Womble Bond | Mitsubishi |
| Chazz Coleman | Pillsbury | Debtors |
| Joseph C. Barsalona II | Pashm Stein Weller Hyden | Class Claimants |
| Alessandra Glorioso | Gregg I Whitney | U L Estate Trustee |
| David Baddley | SEC | SEC |
| Michael Fitzpatrick | Cole Schotz | Ubben |
| Timothy J. Fox Jr. | Office of U.S. Trustee | U.S. Trustee |

Nikola Corp 25-10258
September 5, 2025

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Brigette | McGrath | ASK LLP | Aztek Technologies SA DE CV | Video and Audio |
| Marianna | Udem | ASK LLP | Aztek Technologies SA DE CV | Video and Audio |
| Alexander | Warso | Epiq Corporate Restructuring, LLC | Claims and Noticing Agent | Video and Audio |
| Emily | Young | Epiq Corporate Restructuring, LLC | Claims and Noticing Agent - Voting Declarant | Video and Audio |
| Michael | Birnbaum | Morrison and Foerster LLP | Committee of Creditors | Video and Audio |
| Chan | Buck | Morrison and Foerster LLP | Committee of Creditors | Video and Audio |
| Ilayna | Guevrekian | Morrison and Foerster LLP | Committee of Creditors | Video and Audio |
| Joseph | Murphy | Morrison and Foerster LLP | Committee of Creditors | Video and Audio |
| Helen | Yan | Morrison and Foerster LLP | Committee of Creditors | Video and Audio |
| Sara | Brauner | Akin Gump Strauss Hauer & Feld | Creditor | Video and Audio |
| Andrew | Alfano | Pillsbury Winthrop Shaw Pittman LLP | Debtors | Video and Audio |
| M. | Cleary | Potter Anderson & Corroon LLP | Debtors | Video and Audio |
| Chazz | Coleman | Pillsbury Winthrop Shaw Pittman LLP | Debtors | Video and Audio |
| Jonathan | Doolittle | Pillsbury Winthrop Shaw Pittman LLP | Debtors | Video and Audio |
| Lauren | Eastburn | Potter Anderson & Corroon LLP | Debtors | Video and Audio |
| Shannon | Forshay | Potter Anderson & Corroon LLP | Debtors | Video and Audio |
| Sarah | Gladieux | Potter Anderson & Corroon LLP | Debtors | Video and Audio |
| Brett | Haywood | Potter Anderson & Corroon | Debtors | Video and Audio |
| Maria | Kotsiras | Potter Anderson & Corroon LLP | Debtors | Video and Audio |
| Joshua | Morse | Pillsbury Winthrop Shaw Pittman LLP | Debtors | Video and Audio |
| Tom | Acton | M3 Advisory Partners, LP | Financial Advisor to the Debtors | Video and Audio |
| Richard | Easterly | M3 Advisory Partners, LP | Financial Advisor to the Debtors | Video and Audio |
| Adam | Engleking | M3 Advisory Partners, LP | Financial Advisor to the Debtors | Video and Audio |
| Kunal | Kamlani | M3 Advisory Partners, LP | Financial Advisor to the Debtors | Video and Audio |
| Dennis | Meloro | Greenberg Traurig, P.A | Greenberg Traurig, LLP | Video and Audio |
| Kimberly | Leding | Poniatowski Leding Parikh PC | Holt of California | Video and Audio |
| Doug | Rappaport | Akin Gump Strauss Hauer & Feld LLP | Inclusive Capital Partners | Audio Only |
| Manushi | Tanna | Akin Gump Strauss Hauer & Feld LLP | Inclusive Capital Partners | Audio Only |
| Katharina | Earle | Gibbons P.C. | interested party | Audio Only |
| James | Bromley | Sullivan & Cromwell LLP | Iveco S.p.A. | Video and Audio |
| Joshua | Brooks | Landis Rath & Cobb LLP | Iveco S.p.A. | Video and Audio |
| Michael | Etkin | Lowenstein Sandler LLP | Lead Plaintiff | Video and Audio |
| Ata | Nalbantoglu | | LG Energy Solution, Ltd | Video and Audio |
| Andrew | Behlmann | Lowenstein Sandler LLP | Litigation Plaintiffs | Video and Audio |

Nikola Corp 25-10258
September 5, 2025

| Brett | Middleton | Johnson Fistel, PLLP | Litigation Plaintiffs | Video and Audio |
|---|---|---|---|---|
| Emily | Yaron | Snell & Wilmer LLP | Lucid | Video and Audio |
| Maria | Chutchian | Bloomberg Law | Media | Audio Only |
| Brian | Trumbauer | Bodman PLC | | Video and Audio |
| Matthew | Ward | Womble Bond Dickinson (US) LLP | Mitsubishi HC Capital America, Inc. | Video and Audio |
| Nichole | Wilcher | Womble Bond Dickinson (US) LLP | Mitsubishi HC Capital America, Inc. | Video and Audio |
| chen | goldner | my self | my self | Video and Audio |
| Jeffrey | Schlerf | Stinson LLP | NEL | Video and Audio |
| Carretera | Monterrey-Garcia | AZTEK TECHNOLOGIES SA DE CV | Nikola Corporation | Video and Audio |
| Juan Jose | Ochoa Renteria | AZTEK TECHNOLOGIES SA DE CV | Nikola Corporation | Video and Audio |
| Francisco Oprando | Vargas Rodriguez | AZTEK TECHNOLOGIES SA DE CV | Nikola Corporation | Video and Audio |
| DVIR | WEINBERG | | Nikola Corporation | Video and Audio |
| Siena | Cerra | Morris James LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Raff | Ferraioli | Morrison & Foerster LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Theresa | Foudy | Morrison & Foerster LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Doug | Mannal | Morrison & Foerster LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Lorenzo | Marinuzzi | Morrison & Foerster LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Eric | Monzo | Morris James LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Darren | Smolarski | Morrison & Foerster LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Thomas | Amburgy | Kasowitz LLP | Special Litigation Counsel to the Debtors | Video and Audio |
| Chad | Hester | Wallin Hester PLC | Trevor Milton | Video and Audio |
| Minyao | Wang | Lewis Brisbois | Trevor Milton | Video and Audio |
| Megan | Seliber | | US Trustee | Video and Audio |
| Rick | Archer | Law360 | | Audio Only |
| Allison | Axenrod | | | Video and Audio |
| Benjamin | Butterfield | Morrison and Foerster LLP | | Video and Audio |
| Jonah | Eber | Hain | | Video and Audio |
| Scott | Flaherty | LevFin Insights/press | | Audio Only |
| Clara | Geoghegan | Law360 | | Audio Only |
| Uday | Gorrepati | | | Audio Only |
| Taylor | Harrison | | | Audio Only |
| Ben | Haydock | PROTERRA POWERED LLC | | Video and Audio |
| Evan | Itzkowitz | ALLEN OVERY SHEARMAN STERLING US LLP | | Video and Audio |
| Sophia | Jia | Farallon Capital Management, L.L.C. | | Audio Only |
| Jeff | Kaplan | | | Video and Audio |

Nikola Corp 25-10258
September 5, 2025

| First | Last | Firm | Type |
|---|---|---|---|
| Keith | McCormack | | Video and Audio |
| Tyler | McLaren | | Audio Only |
| Jacob | Mezei | ALLEN OVERY SHEARMAN STERLING US LLP | Video and Audio |
| Jen | Miller | PROTERRA POWERED LLC | Video and Audio |
| Theresa | Mistretta | Potter | Video and Audio |
| Sean | O&#039;Kane | | Audio Only |
| Raph | Posner | ANTARA CAPITAL LP | Video and Audio |
| Julia | Raphael | Sullivan & Cromwell | Audio Only |
| Ashley | Remillard | HEXAGON PURUS GMBH | Video and Audio |
| Melissa | Romano | | Video and Audio |
| Blaine | Scott | Akin Gump Strauss Hauer & Feld LLP | Audio Only |
| Vince | Sullivan | Law360 | Audio Only |
| Michael | Tomback | | Audio Only |