# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nikola Corp., *et al.*, | Case No. 25-10258 (TMH) |
| Debtors. | (Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following omnibus hearing date in the above-captioned cases:

| **Date & Time** | **Location** |
|---|---|
| November 25, 2025 at 10:00 a.m. (ET)  Interim Fee Hearing | U.S. Bankruptcy Court for the District of Delaware  824 North Market Street, 5th Floor, Courtroom No. 5  Wilmington, Delaware 19801 |

*Thomas M. Horan* (signature)

**Dated: September 23rd, 2025**  
**Wilmington, Delaware**

**THOMAS M. HORAN**  
**UNITED STATES BANKRUPTCY JUDGE**

IMPAC - 12472501v.1