IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nikola Corp., *et al.*,[1] | Case No. 25-10258 (TMH) |
| Debtors. | (Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 29, 2025 AT 2:00 P.M. (ET)**

> **This proceeding will be conducted in-person in Courtroom No. 5 on the 5th Floor. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.**
>
> **Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (ET) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

**RESOLVED MATTERS:**

1. Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing Assumption of Certain Executory Contracts and Unexpired Leases (II) Fixing Cure Amounts, and (III) Granting Related Relief [Docket No. 995 – filed September 4, 2025]

    Response/Objection Deadline:    September 18, 2025 at 4:00 p.m. (ET).

    Responses/Objections Received:    None.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Nikola Corporation (registered to do business in California as Nikola Truck Manufacturing Corporation) (1153); Nikola Properties, LLC (3648); Nikola Subsidiary Corporation (1876); Nikola Motor Company LLC (0139); Nikola Energy Company LLC (0706); Nikola Powersports LLC (6771); Free Form Factory Inc. (2510); Nikola H2 2081 W Placentia Lane LLC (N/A); 4141 E Broadway Road LLC (N/A); and Nikola Desert Logistics LLC (N/A). The Debtors' mailing address is PO Box 27028, Tempe, AZ 85285.

[2] **Amended items appear in bold.**

Related Documents:

A. Certificate of No Objection Regarding Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing Assumption of Certain Executory Contracts and Unexpired Leases (II) Fixing Cure Amounts, and (III) Granting Related Relief [Docket No. 1067 – filed September 19, 2025]

B. Order (I) Authorizing Assumption of Certain Executory Contracts and Unexpired Leases, (II) Fixing Cure Amounts, and (III) Granting Related Relief [Docket No. 1070 – entered September 22, 2025]

Status: The Court entered an order approving the relief requested. No hearing is required regarding this matter.

2. Debtors' Ninth Omnibus Motion for Entry of an Order Authorizing the Debtors to (I) Reject Certain Unexpired Leases of Nonresidential Real Property and Executory Contracts; (II) Abandon Any Remaining Personal Property Located at the Leased Premises; and (III) Granting Certain Related Relief [Docket No. 996 – filed September 4, 2025]

    Response/Objection Deadline:     September 18, 2025 at 4:00 p.m. (ET).

    Responses/Objections Received:     None.

Related Documents:

A. Certificate of No Objection Regarding Debtors' Ninth Omnibus Motion for Entry of an Order Authorizing the Debtors to (I) Reject Certain Unexpired Leases of Nonresidential Real Property and Executory Contracts; (II) Abandon Any Remaining Personal Property Located at the Leased Premises; and (III) Granting Certain Related Relief [Docket No. 1068 – filed September 19, 2025]

B. Ninth Order Authorizing the Debtors to (I) Reject Certain Unexpired Leases of Nonresidential Real Property and Executory Contracts; (II) Abandon Any Remaining Personal Property Located at the Leased Premises; and (III) Granting Certain Related Relief [Docket No. 1071 – entered September 22, 2025]

Status: The Court entered an order approving the relief requested. No hearing is required regarding this matter.

3. Debtors' Second Motion for Entry of an Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances [Docket No. 1047 – filed September 15, 2025]

    Response/Objection Deadline:     September 22, 2025 at 4:00 p.m. (ET).

    Responses/Objections Received:    None.

    Related Documents:

    A.    Certificate of No Objection Regarding Debtors' Second Motion for Entry of an Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances [Docket No. 1085 – filed September 23, 2025]

    B.    Second Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances [Docket No. 1089 – entered September 24, 2025]

    Status: The Court entered an order approving the relief requested. No hearing is required regarding this matter.

4.    Motion of the Official Committee of Unsecured Creditors for the Issuance of a Letter of Request Pursuant to the Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters [Docket No. 1048 – filed September 15, 2025]

    Response/Objection Deadline:    September 22, 2025 at 4:00 p.m. (ET).

    Responses/Objections Received:    None.

    Related Documents:

    A.    Certificate of No Objection Regarding Motion of the Official Committee of Unsecured Creditors for the Issuance of a Letter of Request Pursuant to the Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters [Docket No. 1084 – filed September 23, 2025]

    B.    Order Granting Motion of the Official Committee of Unsecured Creditors for the Issuance of a Letter of Request Pursuant to the Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters [Docket No. 1088 – entered September 24, 2025]

    Status: The Court entered an order approving the relief requested. No hearing is required regarding this matter.

**MATTER UNDER CERTIFICATION:**

5. Debtors' Second Omnibus (Substantive) Objection to Proofs of Claim [Docket No. 862 – filed August 8, 2025]

    Response/Objection Deadline:   August 29, 2025 at 4:00 p.m. (ET).  Extended for Performance Court QOZB, LLC ("Performance Court") to September 15, 2025.

    Responses/Objections Received:

    i.   Informal response from Servicios Integrales Alme ("SIA").

    ii.  Informal response from Transportation Research Center Inc. ("TRC").

    iii. Informal response from Air Water America Inc. ("Air Water").

    iv.  Informal response from Performance Court.

    v.   Response of Chart Inc. and Chart Leasing, LLC to Debtors' Second Omnibus Objection to Their Proofs of Claim [Docket No. 953 – filed August 29, 2025]

    Related Documents:

    A.  Notice of Submission of Copies of Proofs of Claim Regarding Debtors' Second Omnibus (Substantive) Objection to Proofs of Claim [Docket No. 1031 – filed September 11, 2025]

    B.  Certification of Counsel Regarding Debtors' Second Omnibus (Substantive) Objection to Proofs of Claim [Docket No. 1096 – filed September 25, 2025]

    Status: On September 25, 2025, the Debtors filed a revised proposed order under certification of counsel resolving the informal response of TRC, SIA and Air Water. This matter has been adjourned solely with respect to the response from Chart Inc. and Chart Leasing, LLC and Performance Court to the hearing scheduled for October 31, 2025 at 11:00 a.m. (ET).

**MATTER GOING FORWARD:**

6. Debtors' First Omnibus (Non-Substantive) Objection to Proofs of Claim [Docket No. 861 – filed August 8, 2025]

    Response/Objection Deadline:   August 29, 2025 at 4:00 p.m. (ET).  Extended for Performance Court to September 26, 2025.

IMPAC - 12478338v.1

Responses/Objections Received:

i. Informal response from SIA.

ii. Informal response from Danotherm Electric A/S ("Danotherm").

iii. Informal response from Performance Court.

iv. Vikram Sahadevan Response to Debtors' First Omnibus (Non-Substantive) Objection to Proofs of Claim [Docket No. 915 – filed August 21, 2025]

v. David Hengehold Response to Debtors' First Omnibus (Non-Substantive) Objection to Proofs of Claim [Docket No. 938 – filed August 26, 2025]

vi. Vikram Sahadevan Revised Response and Objection to Debtors' First Omnibus (Non-Substantive) Objection to Proofs of Claim [Docket No. 939 – filed August 27, 2025]

vii. OMG Officine Meccaniche s.r.l. Response to Debtors' First Omnibus (Non-Substantive) Objection to Proofs of Claim [Undocketed – received August 28, 2025]

**viii. Informal response from Rohde & Schwarz USA, Inc. ("R&S").**

Related Documents:

A. Notice of Submission of Copies of Proofs of Claim Regarding Debtors' First Omnibus (Non-Substantive) Objection to Proofs of Claim [Docket No. 1030 – filed September 11, 2025]

B. Reply In Support of the Debtors' First Omnibus (Non-Substantive) Objection to Proofs of Claim [Docket No. 1091 – filed September 24, 2025]

Status: This matter is going forward with respect to items iv, v, vi, and vii above. The Debtors resolved the informal responses received from SIA, Danotherm **and R&S**. This matter has been adjourned solely with respect to the informal response from Performance Court to the hearing scheduled for October 31, 2025 at 11:00 a.m. (ET).

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: September 25, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Maria Kotsiras* |
| Joshua D. Morse, Esq.<br>Jonathan R. Doolittle, Esq.<br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, California 94111-5998<br>Telephone: (415) 983-1000<br>Facsimile: (415) 983-1200<br>Email: joshua.morse@pillsburylaw.com<br>           jonathan.doolittle@pillsburylaw.com<br><br>-and-<br><br>Andrew V. Alfano, Esq.<br>Chazz C. Coleman, Esq.<br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>31 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 858-1000<br>Facsimile: (212) 858-1500<br>Email: andrew.alfano@pillsburylaw.com<br>           chazz.coleman@pillsburylaw.com | M. Blake Cleary (No. 3614)<br>Brett M. Haywood (No. 6166)<br>Maria Kotsiras (No. 6840)<br>Shannon A. Forshay (No. 7293)<br>Sarah R. Gladieux (No. 7404)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: bcleary@potteranderson.com<br>           bhaywood@potteranderson.com<br>           mkotsiras@potteranderson.com<br>           sforshay@potteranderson.com<br>           sgladieux@potteranderson.com |

*Counsel to the Debtors and Debtors in Possession*