United States Bankruptcy Court for the District of Delaware
Case No.: 25-10258 (TMH)
Claimant: Solas Energy Consulting Inc.
Claim No.: 10004
Hearing Date: December 16, 2025 at 10:00 a.m. ET
Objection Deadline: December 5, 2025 at 4:00 p.m. ET

Response to Debtors' Sixth Omnibus Objection to Proofs of Claim

Honorable Judge Horan:

Solas Energy Consulting Inc. ("Claimant") respectfully submits this response to the Debtors' Sixth Omnibus (Substantive) Objection to Proofs of Claim regarding Claim No. 10004.

Background:
Claimant filed a proof of claim in the amount of $26,541.51 for consulting services provided to Nikola Corporation and its affiliates prior to the Petition Date. The Debtors seek to reduce this claim to $794.68, asserting that all but one invoice was paid prepetition.

Basis for Response:
Claimant disputes the proposed reduction and asserts that the full claim amount remains valid and unpaid. Specifically:

1. **Invoices Remain Outstanding:** The following invoices were included in the proof of claim and remain unpaid: 3300, 3343, 3370, 3386.

We agree that invoice 3324 was paid.

The statement of account sent to Nikola by email lists invoice 3299 was issued Aug 06 as a retainer invoice. This was not paid. It is not collectable and was not included in the claim. All the claimed unpaid invoices are for services rendered.

2. **Supporting Documentation:** Attached are copies of all invoices, correspondence confirming the outstanding balances, payment records, and contract documents.

The bank statement dated Nov 24, 2024 includes evidence of the payment for invoice 3324 received November 19, 2024. No other payments for work invoiced between September 2024 and the Petition Date were received between August 22, 2024 and the Petition Date, as demonstrated in the statements.

3. Currency Conversion: The claim was filed based on actual CAD amounts invoiced. The Debtors' conversion rate of 0.68 may not accurately reflect the Petition Date exchange rate.

Relief Requested:
Claimant respectfully requests that the Court deny the Objection as it relates to Claim No. 10004 and allow the claim in the full amount of $26,541.51, or such other amount as the Court determines based on the evidence presented.

Contact Information:
Paula McGarrigle
Solas Energy Consulting Inc.
Suite 282, 1721-29 Ave SW, Calgary, AB T2T6T7
Email: pmgarrigle@solasenergy.com
Phone: 403.875.4593

Respectfully submitted,

Paula McGarrigle
President & CEO

Attachments
Attachment 1: Invoice copies
Attachment 2: Email correspondence
Attachment 3: Payment records
Attachment 4: Contract agreements

**Attachment 1 - Invoices**



**Solas Energy Consulting Inc.**
Suite 282, 1721-29 Ave SW
Calgary AB  T2T 6T7
+4549463
pmcgarrigle@solasenergy.com
www.solasenergy.com
GST/HST Registration No.: 814155024

> **APPROVED**
> By Laureen Wray at 11:21 am, Dec 12, 2024

Attachment A Invoices

**BILL TO**
Nikola Corporation
4141 E. Broadway Road
Phoenix Arizona  85040

**INVOICE 3386**

**DATE** 12/06/2024   **TERMS** Net 30

**DUE DATE** 01/05/2025

**PURCHASE ORDER:**
4500006125

**PROJECT NAME**
Permitting Refuelling Station

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Solas Hours in November 2024 | | | |
| **B. Phillips - CAD**<br>B. Phillips - Sr. Consultant | 2.50 | 340.00 | 850.00 |
| **P. Bhavsar - CAD**<br>P. Bhavsar - Analyst | 0.60 | 155.00 | 93.00 |
| **P. McGarrigle - CAD**<br>P. McGarrigle - Managing Director | 0.50 | 340.00 | 170.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 1,113.00 |
| GST @ 5% | | 55.65 |
| TOTAL | | 1,168.65 |

**TOTAL DUE**   **CAD 1,168.65**



**SOLAS ENERGY®**

Solas Energy Consulting Inc.
Suite 282, 1721-29 Ave SW
Calgary AB  T2T 6T7
+4549463
pmcgarrigle@solasenergy.com
www.solasenergy.com
GST/HST Registration No.: 814155024

**APPROVED**
By Laureen Wray at 5:01 pm, Nov 15, 2024

**BILL TO**
Nikola Corporation
4141 E. Broadway Road
Phoenix Arizona  85040

**INVOICE 3370**

**DATE** 11/12/2024   **TERMS** Net 30

**DUE DATE** 12/12/2024

**PURCHASE ORDER:**
4500006125

**PROJECT NAME**
Permitting Refuelling Station

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Solas Hours in October 2024 | | | |
| **A. McGarrigle - CAD**<br>A. McGarrigle - Project Lead | 0.90 | 175.00 | 157.50 |
| **B. Phillips - CAD**<br>B. Phillips - Sr. Consultant | 17.40 | 340.00 | 5,916.00 |
| **G. Risbud-Vincent - CAD**<br>G. Risbud-Vincent - Engineer | 0.60 | 165.00 | 99.00 |
| **P. Bhavsar - CAD**<br>P. Bhavsar - Analyst | 21.30 | 155.00 | 3,301.50 |
| **P. McGarrigle - CAD**<br>P. McGarrigle - Managing Director | 3.90 | 340.00 | 1,326.00 |
| | | Subtotal: | 10,800.00 |
| TWD hours to October 25, 2024 | | | |
| **TWD - Project Manager**<br>TWD - Project Manager | 3.80 | 203.00 | 771.40 |
| **TWD - Project Manager**<br>TWD - Project Manager | 4.50 | 179.00 | 805.50 |
| **TWD - Project Manager**<br>TWD - Project Manager | 0.50 | 275.00 | 137.50 |
| **TWD - Project Services**<br>TWD - Project Services | 0.50 | 126.00 | 63.00 |
| **TWD - Electrical Engineer**<br>TWD - Electrical Engineer | 8.80 | 179.00 | 1,575.20 |
| **TWD - HSE**<br>TWD - HSE | 0.50 | 80.00 | 40.00 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **TWD - Controller/Estimator/Scheduler/Project Services Jr** <br> TWD - Controller/Estimator/Scheduler/Project Services Jr | 3 | 102.00 | 306.00 |

Subtotal: 3,698.60

| | |
|---|---|
| SUBTOTAL | 14,498.60 |
| GST @ 5% | 724.95 |
| TOTAL | 15,223.55 |

| TOTAL DUE | CAD 15,233.55 |
|---|---|



**Solas Energy Consulting Inc.**
Suite 282, 1721-29 Ave SW
Calgary AB  T2T 6T7
+4549463
pmcgarrigle@solasenergy.com
www.solasenergy.com
GST/HST Registration No.: 814155024

Attachment 1 - Invoices

**APPROVED**
By Laureen Wray at 3:54 pm, Oct 08, 2024

**BILL TO**
Nikola Corporation
4141 E. Broadway Road
Phoenix Arizona  85040

## INVOICE 3343

**DATE** 10/04/2024    **TERMS** Net 30

**DUE DATE** 11/03/2024

**PURCHASE ORDER:**
4500006125

**PROJECT NAME**
Permitting Refuelling Station

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Solas Hours in September 2024 | | | |
| **A. McGarrigle - CAD**<br>A. McGarrigle - Project Lead | 1.80 | 175.00 | 315.00 |
| **B. Phillips - CAD**<br>B. Phillips - Sr. Consultant | 10.10 | 340.00 | 3,434.00 |
| **P. Bhavsar - CAD**<br>P. Bhavsar - Analyst | 5 | 155.00 | 775.00 |
| **P. McGarrigle - CAD**<br>P. McGarrigle - Managing Director | 0.30 | 340.00 | 102.00 |

| | |
|---|---|
| SUBTOTAL | 4,626.00 |
| GST @ 5% | 231.30 |
| TOTAL | 4,857.30 |
| **TOTAL DUE** | **CAD 4,857.30** |



## SOLAS ENERGY®

**Solas Energy Consulting Inc.**
Suite 282, 1721-29 Ave SW
Calgary AB  T2T 6T7
+4549463
pmcgarrigle@solasenergy.com
www.solasenergy.com
GST/HST Registration No.: 814155024

**APPROVED**
By Laureen Wray at 11:21 am, Aug 08, 2024

**BILL TO**
Nikola Corporation
4141 E. Broadway Road
Phoenix Arizona  85040

## INVOICE 3300

**DATE** 08/06/2024   **TERMS** Net 30

**DUE DATE** 09/05/2024

**PURCHASE ORDER:**
4500006125

**PROJECT NAME**
Permitting Refuelling Station

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Solas Hours in July 2024 | | | |
| **A. McGarrigle - CAD**<br>A. McGarrigle - Project Lead | 0.70 | 175.00 | 122.50 |
| **B. Phillips - CAD**<br>B. Phillips - Sr. Consultant | 6.50 | 340.00 | 2,210.00 |
| **L. Wray - CAD**<br>L. Wray - Administration | 0.60 | 100.00 | 60.00 |
| **N. McWhirter - CAD**<br>N. McWhirter - Junior Analyst | 2.80 | 120.00 | 336.00 |
| **P. Bhavsar - CAD**<br>P. Bhavsar - Analyst | 14.50 | 75.00 | 1,087.50 |
| **P. McGarrigle - CAD**<br>P. McGarrigle - Managing Director | 3.60 | 340.00 | 1,224.00 |

| | |
|---|---|
| SUBTOTAL | 5,040.00 |
| GST @ 5% | 252.01 |
| TOTAL | 5,292.01 |
| **TOTAL DUE** | **CAD 5,292.01** |



**Solas Energy Consulting Inc.**
Suite 282, 1721-29 Ave SW
Calgary AB  T2T 6T7
4034549463
Attachment 1- Invoices pmcgarrigle@solasenergy.com
www.solasenergy.com
GST/HST Registration No.: 814155024

# SOLAS ENERGY®

**BILL TO**
Nikola Corporation
4141 E. Broadway Road
Phoenix Arizona  85040

## INVOICE 3324

**DATE** 09/18/2024    **TERMS** Net 30

**DUE DATE** 10/18/2024

**PURCHASE ORDER:**
4500006125

**PROJECT NAME**
Permitting Refuelling Station

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Solas Hours in Aug 2024 | | | |
| **B. Phillips - CAD**<br>B. Phillips - Sr. Consultant | 0.80 | 340.00 | 272.00 |
| **P. Bhavsar - CAD**<br>P. Bhavsar - Analyst | 3 | 155.00 | 465.00 |
| **P. McGarrigle - CAD**<br>P. McGarrigle - Managing Director | 0.80 | 340.00 | 272.00 |

*PAID*

| | |
|---|---|
| SUBTOTAL | 1,009.00 |
| GST @ 5% | 50.45 |
| TOTAL | 1,059.45 |
| PAYMENT | 1,059.45 |
| **TOTAL DUE** | **CAD 0.00** |

**Attachment 2 - Email Correspondence**

       Inbox - Laureen Wray - Outlook

 Outlook

---

## Re: Returned Payments

---

**From** Laureen Wray <Admin@solasenergy.com>
**Date** Fri 2025-01-10 5:00 PM
**To** AP Inquiry <APInquiry@nikolamotor.com>

Hi again,

Our bank replied today with some potential things to check regarding the payments that didn't come through to us. In case using the other information doesn't work, I thought I would pass this on as well.

"This does create a bit of further mystery as I can't imagine what is different between the three missing payments and the successful ones, **the only thing I can think of is depending on the sending bank they may have made changes to their automated payment systems and Nikola may be using an outdated scheduling system that the bank is just refusing because it doesn't meet the new regulations (Quite a few banks set up 2 factor authentication this year for larger amounts). But if that is the case, the sending bank should see that as the problem right away when they look into it.** Unfortunately I think this is a sending bank problem, however **if Nikola comes back to you and says that RBC should have it, please request they provide the wire sending information from their bank so we can attempt to match wire information and banking details directly, we'd need something that has the bank sending info so we can contact them directly.**"

Let me know when you try to send payment so we can confirm if it goes through. Thanks for your help is sorting this out. Have a great weekend!
Laureen

---

**From:** Laureen Wray <Admin@solasenergy.com>
**Sent:** January 10, 2025 10:46 AM
**To:** AP Inquiry <APInquiry@nikolamotor.com>
**Subject:** Re: Returned Payments

Hi Reanna,

Thanks for confirming the December payments were rejected. If you are sending from a CAN bank account, then the top section you have outlined in red is typically what is needed for payment. If you are sending from a US bank account, we're told the highlighted info is the one to use. However, if that isn't working, it is probably worth trying with the other info. If you know what information was used to send us the payment in November, that payment did reach us.

Let me know when you try to send a payment using the red outlined information and I'll look out for it.

Thanks,
Laureen

---

12/3/25, 11:14 AM                          Inbox - Laureen Wray - Outlook

**From:** AP Inquiry <APInquiry@nikolamotor.com>
**Sent:** January 10, 2025 7:36 AM
**To:** Laureen Wray <Admin@solasenergy.com>
**Subject:** RE: Returned Payments

[WARNING - EXTERNAL SENDER]
Hi Laureen,

Confirming that the December payments were rejected by the bank, but I think the reason is that we were utilizing the highlighted section for the wire instead of the red outlined information. Are you able to confirm that the red outlined is the most viable for wires?

## Wire Transfer Information/Banking Information

Company Name: Solas Energy Consulting Inc.
Company Address: Suite 282, 1721 - 29 Ave S.W., Calgary, Alberta, Canada, T2T 6T7
Managing Director: Paula McGarrigle
Contact Phone: 403-875-4593 (Cell)

Transit: 00009 (Branch ID)
Financial Institution Number: 003 (Institution ID)
Bank Account Number: ███████

IBAN: █████████████
ABA Routing: ████████
Swift Code: ██████████

*Wiring from the US details:*
    ABA Routing: ████████
    Account number: ██████████

**Name of Bank:**
Royal Bank of Canada
Address:
Main Branch, 339 - 8 Avenue S.W.
Calgary, Alberta, Canada
T2P 1C4
Phone Number: **403-292-3311**
Fax Number: 403 292-3766

Thank you,

**Reanna Korcek**
Business Account Administrator, II

# NIKOLA.

**From:** Tony Eisele <Tony.Eisele@Nikolamotor.com>
**Sent:** Thursday, January 9, 2025 12:05 PM

Inbox - Laureen Wray - Outlook

**To:** AP Inquiry <APInquiry@nikolamotor.com>
**Cc:** Cole Moffat <Cole.Moffat@NikolaMotor.com>; Laureen Wray <Admin@solasenergy.com>
**Subject:** RE: Returned Payments

Just inquiring if we have been able to make any headway on this request from Solas. Cole, just looping in Solas here now as well.

Thanks,

Tony

**Tony Eisele, P.Eng.**
Operations Manager – Canada
HYLA Hydrogen Refueling Infrastructure
tony.eisele@nikolamotor.com
mobile: 403.700.2692



---

**From:** Tony Eisele
**Sent:** Wednesday, January 8, 2025 3:37 PM
**To:** AP Inquiry <APInquiry@nikolamotor.com>
**Cc:** Cole Moffat <cole.moffat@nikolamotor.com>
**Subject:** FW: Returned Payments

Are we able to get back to Solas on the query below. It sounds like you have been chatting with them but they are reaching out to me now as well. Your attention to this is greatly appreciated.

Thanks,

Tony

**Tony Eisele, P.Eng.**
Operations Manager – Canada
HYLA Hydrogen Refueling Infrastructure
tony.eisele@nikolamotor.com
mobile: 403.700.2692



---

**From:** Laureen Wray <Admin@solasenergy.com>
**Sent:** Wednesday, January 8, 2025 3:34 PM
**To:** Tony Eisele <Tony.Eisele@Nikolamotor.com>
**Subject:** Fw: Returned Payments

> **Caution:** This email originated from an external sender. Always use caution when opening links or attachments from external parties.

Hi Tony,

Happy New Year! I wanted to loop you in on a conversation with accounts payable. I haven't heard back from them regarding the December payments that were issued by Nikola but seem to be blocked by one/both of the banks... They aren't showing in our account so I'm assuming they were also blocked but it would be helpful to have that confirmed.
Would it be possible to replace the payments with a cheque, just so we can get things cleared up for both of us? Let me know what you think is the best way to resolve this.

Thanks for your help,
Laureen

---

**From:** Laureen Wray <Admin@solasenergy.com>
**Sent:** January 6, 2025 7:11 PM
**To:** AP Inquiry <APInquiry@nikolamotor.com>
**Subject:** Re: Returned Payments

Hi Nicole,

I hope 2025 has been good to you so far. Following up on the payment issue, can you confirm that the December payments issued were also refused? They haven't shown up in our accounts yet, so it appears they were also blocked.
Have you had this issue when paying other Royal Bank customers in Canada? Our bank says this is usually an issue with the sending bank blocking payment, rather than ours, but they are looking into the issue. I'm hoping to hear back from them in the next couple of days. I'll send an update when I hear.

Thanks,
Laureen

---

**From:** Laureen Wray <Admin@solasenergy.com>
**Sent:** December 30, 2024 2:18 PM
**To:** AP Inquiry <APInquiry@nikolamotor.com>
**Cc:** Paula McGarrigle <Pmcgarrigle@solasenergy.com>
**Subject:** Fw: Returned Payments

Hi Nicole,

I'm not sure why the payment would be returned to you. I'll get in touch with your bank about this. In the meantime, can you double-check if the payments issued on December 03 and 12 have also been returned? I can see that the November 19 payment went through to our account, but the December payments aren't showing on our bank statement.

We'll sort out getting this resolved as quickly as possible. I've also attached our banking information so you can compare to what's in your system. As November went through, I doubt it's a typo anywhere, but always good to confirm.

Thanks,
Laureen



**Laureen Wray** B.Sc. LLB. M.A.
Office Manager
*She/Her*

**Office:** 403.454.9463
**Web:** www.solasenergy.com

INNOVATIVE I COMPREHENSIVE I TRUSTED

Solas Energy acknowledges that we live, work and play on the traditional territories of the Blackfoot Confederacy, which includes Siksika, the Piikani, and the Kainai. We also acknowledge the Tsuut'ina and Stoney Nakoda First Nations, the Métis Nation of Alberta (District 5&6), and all people who make their homes in the Treaty 7 region of Southern Alberta.



This electronic message and any attached documents are intended only for the named addressee(s). This communication from Solas Energy® may contain information that is privileged, confidential or otherwise protected from disclosure and it must not be disclosed, copied, forwarded or distributed without authorization. If you have received this message in error, please notify the sender immediately and delete the original message. Thank you.

Ce message électronique et tous les documents joints sont destinés uniquement au(x) destinataire(s) désigné(s). Cette communication de Solas Energy® peut contenir des informations privilégiées, confidentielles ou autrement protégées contre la divulgation et elles ne doivent pas être divulguées, copiées, transmises ou distribuées sans autorisation. Si vous avez reçu ce message par erreur, veuillez en informer immédiatement l'expéditeur et supprimer le message d'origine. Merci.

*Please consider the environment before printing this e-mail. Avant d'imprimer, pensez à l'environnement.*

**Sent:** December 30, 2024 1:25 PM
**To:** Laureen Wray <Admin@solasenergy.com>
**Subject:** Returned Payments

[WARNING - EXTERNAL SENDER]
Good Afternoon,

We have been trying to issue payment to your company for Invoices 3299 & 3300 for the total amount of 13,167.01 CAD. The payment has been returned to us twice. Can you please advise why the payment is not being processed/accepted? Please let me know if you need additional information.

Thank you,

**Nicole Swords**
*Accounts Payable Supervisor*

Inbox - Laureen Wray - Outlook

Send invoices to: invoices@nikolamotor.com
Send payment inquiries to: apinquiry@nikolamotor.com



NIKOLA CORPORATION | nikolamotor.com
4141 E Broadway Rd | Phoenix | AZ | 85040

H

 Outlook

---

## Re: Overdue Accounts - Solas Energy Consulting Inc.

---

**From** Belinda Phillips <bphillips@solasenergy.com>

**Date** Wed 2025-02-19 10:28 AM

**To** AP Inquiry <APInquiry@nikolamotor.com>

**Cc** Laureen Wray <Admin@solasenergy.com>; Paula McGarrigle <Pmcgarrigle@solasenergy.com>; Tony Eisele <tony.eisele@nikolamotor.com>

Good afternoon.
I have not heard back from you regarding payment or a meeting time to discuss payment.

Please advise when we can expect payment or a time to discuss payment.

Regards
Belinda Phillips

---

**From:** Belinda Phillips <bphillips@solasenergy.com>
**Sent:** Thursday, February 13, 2025 8:12 AM
**To:** AP Inquiry <APInquiry@nikolamotor.com>
**Cc:** Laureen Wray <Admin@solasenergy.com>; Paula McGarrigle <Pmcgarrigle@solasenergy.com>; Tony Eisele <tony.eisele@nikolamotor.com>
**Subject:** Re: Overdue Accounts - Solas Energy Consulting Inc.

Good morning.
Please advise a time that we could meet to discuss the overdue accounts to Solas Energy.

Best regards
Belinda Phillips



**Belinda Phillips** P.Eng., MBA
Sr. Consultant - Hydrogen & Renewable Energy

**Solas Energy**
**Cell:** 403.605.2052
**Email:** bphillips@solasenergy.com
**Web:** www.solasenergy.com

INNOVATIVE I COMPREHENSIVE I TRUSTED

Inbox - Laureen Wray - Outlook

---

**From:** Tony Eisele <Tony.Eisele@Nikolamotor.com>
**Sent:** Monday, February 10, 2025 10:48 AM
**To:** Belinda Phillips <bphillips@solasenergy.com>; Paula McGarrigle <Pmcgarrigle@solasenergy.com>;
AP Inquiry <APInquiry@nikolamotor.com>
**Cc:** Laureen Wray <Admin@solasenergy.com>
**Subject:** RE: Overdue Accounts - Solas Energy Consulting Inc.

[WARNING - EXTERNAL SENDER]
Belinda,

Looping in @AP Inquiry on your request.

Tony

**Tony Eisele, P.Eng.**
Operations Manager – Canada
HYLA Hydrogen Refueling Infrastructure
tony.eisele@nikolamotor.com
mobile: 403.700.2692



---

**From:** Belinda Phillips <bphillips@solasenergy.com>
**Sent:** Monday, February 10, 2025 8:37 AM
**To:** Paula McGarrigle <Pmcgarrigle@solasenergy.com>; Tony Eisele <Tony.Eisele@Nikolamotor.com>
**Cc:** Laureen Wray <Admin@solasenergy.com>
**Subject:** Re: Overdue Accounts - Solas Energy Consulting Inc.
**Importance:** High

> **Caution:** This email originated from an external sender. Always use caution when opening
> links or attachments from external parties.

Good morning Tony,
Could you please provide us with a contact within your accounting / finance team so that we can
directly discuss payment on the overdue invoices.

Thanks Tony
Belinda

---

**From:** Paula McGarrigle <Pmcgarrigle@solasenergy.com>
**Sent:** Tuesday, February 4, 2025 1:16 PM
**To:** Tony Eisele <Tony.Eisele@Nikolamotor.com>
**Cc:** Belinda Phillips <bphillips@solasenergy.com>; Laureen Wray <Admin@solasenergy.com>
**Subject:** Re: Overdue Accounts - Solas Energy Consulting Inc.

Tony,

Please set up a call with your accounting department with Belinda and Laureen. We'd like to pursue payment.

Thanks,
Paula

---

**From:** Paula McGarrigle <Pmcgarrigle@solasenergy.com>
**Sent:** Monday, February 3, 2025 1:30 PM
**To:** Tony Eisele <Tony.Eisele@Nikolamotor.com>
**Cc:** Belinda Phillips <bphillips@solasenergy.com>; Laureen Wray <Admin@solasenergy.com>
**Subject:** Overdue Accounts - Solas Energy Consulting Inc.

**Caution:** This email originated from an external sender. Always use caution when opening links or attachments from external parties.

Hello Tony,
I hope this message finds you well. I am writing to touch base on the recent invoices issued. We noticed that the payment due date has passed, and we have not yet received the payment for these invoices.

If you have already sent the payment, please disregard this reminder.

Invoice numbers:
3299, 3300, 3324, 3342, 3370, 3386 – Total amount owing CAD$26,541.51

However, if not, we kindly ask that you check on the status of this payment at your earliest convenience. Ensuring timely payments helps us to continue providing the high-quality services and support you expect from Solas Energy.

Should there be any issues or concerns regarding this matter, or if you require any further documentation from our side, please do not hesitate to reach out. We greatly value your partnership and are here to assist in any way we can.

Thank you for your attention to this matter and your continued trust in Solas Energy. We look forward to your prompt response and to continuing our successful partnership.

I have attached our wiring instructions and the current statement.
Kind regards,
Paula



**Paula McGarrigle**  P.Eng. MBA
President and CEO - Canada
*She/Her*

**Solas Energy®**
**Cell:** 403-875-4593
**Email:** pmcgarrigle@solasenergy.com
**Web:** www.solasenergy.com

INNOVATIVE I COMPREHENSIVE I TRUSTED

Solas Energy acknowledges that we live, work and play on the traditional territories of the Blackfoot Confederacy, which includes Siksika, the Piikani, and the Kainai. We also acknowledge the Tsuut'ina and Stoney Nakoda First Nations, the Métis Nation (Region 3), and all people who make their homes in the Treaty 7 region of Southern Alberta.



This electronic message and any attached documents are intended only for the named addressee(s). This communication from Solas Energy® may contain information that is privileged, confidential or otherwise protected from disclosure, and it must not be disclosed, copied, forwarded or distributed without authorization. If you have received this message in error, please notify the sender immediately and delete the original message. Thank you.

Ce message électronique et tous les documents joints sont destinés uniquement au(x) destinataire(s) désigné(s). Cette communication de Solas Energy® peut contenir des informations privilégiées, confidentielles ou autrement protégées contre la divulgation et elles ne doivent pas être divulguées, copiées, transmises ou distribuées sans autorisation. Si vous avez reçu ce message par erreur, veuillez en informer immédiatement l'expéditeur et supprimer le message d'origine. Merci.

*Please consider the environment before printing this e-mail. Avant d'imprimer, pensez à l'environnement.*



**Solas Energy Consulting Inc.**
Suite 282, 1721-29 Ave SW
Calgary AB  T2T 6T7
4034549463
pmcgarrigle@solasenergy.com
www.solasenergy.com

# SOLAS
ENERGY®

## Statement

**TO**
Nikola Corporation
4141 E. Broadway Road
Phoenix Arizona  85040

**STATEMENT NO.** 1316
**DATE** 02/03/2025
**TOTAL DUE** CAD 26,541.51
**ENCLOSED**

| DATE | ACTIVITY | AMOUNT | BALANCE |
|---|---|---|---|
| 07/31/2024 | Balance Forward | | 0.00 |
| 08/06/2024 | Invoice #3299 | 7,875.00 | 7,875.00 |
| 08/06/2024 | Invoice #3300 | 5,292.01 | 13,167.01 |
| 09/18/2024 | Invoice #3324 | 1,059.45 | 14,226.46 |
| 10/04/2024 | Invoice #3343 | 4,857.30 | 19,083.76 |
| 10/08/2024 | Credit Memo #3359 | -7,875.00 | 11,208.76 |
| 11/12/2024 | Invoice #3370 | 15,223.55 | 26,432.31 |
| 11/19/2024 | Payment #5100000592 | -1,059.45 | 25,372.86 |
| 12/06/2024 | Invoice #3386 | 1,168.65 | 26,541.51 |

| Current Due | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | 90+ Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 1,168.65 | 11,473.55 | 0.00 | 13,899.31 | **CAD 26,541.51** |

*Solas Energy Consulting Inc.*
*Suite 282, 1721 - 29 Ave S.W.*
*Calgary, Alberta, T2T 6T7*



**SOLAS**
ENERGY CONSULTING

**Wire Transfer Information/Banking Information**

Company Name: Solas Energy Consulting Inc.
Company Address: Suite 282, 1721 - 29 Ave S.W., Calgary, Alberta, Canada,
T2T 6T7
Managing Director: Paula McGarrigle
Contact Phone: 403-875-4593 (Cell)
E-mail: pmcgarrigle@solasenergy.com

Royal Bank of Canada
Main Branch, 339 - 8 Avenue S.W.
Calgary, Alberta, Canada, T2P 1C4
Transit: 00009 (Branch ID)
Financial Institution Number: 003 (Institution ID)
Bank Account Number: ▮▮▮▮▮▮

IBAN: ▮▮▮▮▮▮▮▮
ABA Routing: ▮▮▮▮▮▮
▮▮▮▮▮▮

*Wiring from the US details:*
    ABA Routing: ▮▮▮▮▮▮
    Account number: ▮▮▮▮▮▮

**Name of Bank:**
Royal Bank of Canada
Address:
Main Branch, 339 - 8 Avenue S.W.
Calgary, Alberta, Canada
T2P 1C4
Phone Number: **403-292-3311**
Fax Number: 403 292-3766

Remittance e-mail address: admin@solasenergy.com

**Attachment 3 - Payment Records**

 **ROYAL BANK OF CANADA**
P.O. BAG SERVICE 2650
CALGARY AB  T2P 2M7

# Business Account Statement

RBBDA30000_8167135 E  D  00009    **00164**
SOLAS ENERGY CONSULTING INC.
1906 31 AVE SW
CALGARY AB  T2T 1S9

### August 22, 2025 to September 24, 2025

**Account number:** 

**How to reach us:**
Please contact your RBC Banking representative or call
**1-800-Royal®2-0**
(1-800-769-2520)
www.rbcroyalbank.com/business

## Account Summary for this Period

**RBC Ultimate Business™ account package**

**Royal Bank of Canada**
339 8TH AVE SW, CALGARY, AB  T2P 1C4

| | |
|---|---:|
| Opening balance on August 22, 2025 | $509,127.82 |
| Total deposits & credits (11) | + 118,934.69 |
| Total cheques & debits (40) | - 200,995.97 |
| **Closing balance on September 24, 2025** | **= $427,066.54** |

## Account Activity Details

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|---|---|---:|---:|---:|
| | **Opening balance** | | | **509,127.82** |
| 25 Aug | Cheque - 2534 | 7,717.50 | | 501,410.32 |
| 27 Aug | e-Transfer sent  Scott Land | 1,051.42 | | |
| | e-Transfer sent  Tokie Brideaux | 1,344.02 | | |
| | e-Transfer sent  Mary-Ellen Selby | 1,905.75 | | |
| | e-Transfer sent  Mike Barer | 1,914.06 | | 495,195.07 |
| | Online Banking wire payment  6OB612391515090 | 6,900.00 | | |
| | Online Banking transfer - 2145 | 10,253.84 | | |
| | Online Banking wire fee  6OB612391515090 | 20.00 | | 478,021.23 |
| 28 Aug | ATM deposit - CC641701 A001 | | 3,552.68 | 481,573.91 |
| | e-Transfer - Autodeposit  Belinda  C1AhyXm9fsa3 | | 165.00 | 481,738.91 |
| 02 Sep | Bill Payment  PAY-FILE FEES | 8.00 | | |
| | Insurance  VICTOR   INSURANCE | 1,868.51 | | |



# Business Account Statement

August 22, 2025 to September 24, 2025
Account number: ▆▆▆ ▆▆▆

## Account Activity Details - continued

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|------|-------------|---------------------:|----------------------:|------------:|
| 02 Sep | Misc Payment  CSPACE PROJECTS | 4,087.70 | | 475,774.70 |
| 03 Sep | Payroll Deposit  INTUIT 07871956  PAYROLL | 188.22 | | |
| | Payroll Deposit  INTUIT 07871956  PAYROLL | 547.87 | | |
| | Payroll Deposit  INTUIT 07871956  PAYROLL | 672.02 | | |
| | Payroll Deposit  INTUIT 07871956  PAYROLL | 2,463.47 | | |
| | Payroll Deposit  INTUIT 07871956  PAYROLL | 2,704.31 | | |
| | Payroll Deposit  INTUIT 07871956  PAYROLL | 3,295.97 | | |
| | Payroll Deposit  INTUIT 07871956  PAYROLL | 3,479.42 | | |
| | Payroll Deposit  INTUIT 07871956  PAYROLL | 4,641.54 | | |
| | Payroll Deposit  INTUIT 07871956  PAYROLL | 5,142.02 | | |
| | Payroll Deposit  INTUIT 07871956  PAYROLL | 5,175.05 | | |
| | Payroll Deposit  INTUIT 07871956  PAYROLL | 5,300.08 | | |
| | Payroll Deposit  INTUIT 07871956  PAYROLL | 5,367.92 | | |
| | Payroll Deposit  INTUIT 07871956  PAYROLL | 7,451.16 | | |
| | Payroll Deposit  INTUIT 07871956  PAYROLL | 9,651.88 | | |
| | Payroll Deposit  INTUIT 07871956  PAYROLL | 10,145.66 | | 409,548.11 |
| 05 Sep | e-Transfer - Autodeposit<br>Solar Energy Society of Alberta  C1A76zHP28D3 | | 112.50 | 409,660.61 |
| 09 Sep | Funds transfer credit  TT EDP RENEWABL | | 13,350.13 | 423,010.74 |
| 11 Sep | BR TO BR - 0319 | | 42,693.44 | |
| | Cheque - 2535 | 9,040.00 | | 456,664.18 |
| 12 Sep | Bill Payment  BEAM | | 10,734.16 | 467,398.34 |
| 15 Sep | Online Banking transfer - 7237 | 25,534.17 | | |
| | COMMERCIAL TAXES  EMPTX 1072555 | 24,609.85 | | 417,254.32 |
| 18 Sep | Funds transfer credit  TT AEUG SOLAR D | | 1,178.94 | |
| | Funds transfer fee  TT AEUG SOLAR D | 17.00 | | 418,416.26 |
| 22 Sep | e-Transfer cancel | | 866.78 | |
| | e-Transfer sent  Improving | 866.78 | | |
| | e-Transfer sent  Josh Barry | 1,100.00 | | |
| | e-Transfer sent  U-Turn Consulting | 2,223.00 | | |
| | e-Transfer sent  Mike Barer | 3,642.19 | | 411,451.07 |
| | Funds transfer credit  TT LANDSVIRKJUN | | 23,050.83 | |
| | Online Banking wire payment  6OB362641638480 | 766.50 | | |
| | Funds transfer fee  TT LANDSVIRKJUN | 17.00 | | |
| | Online Banking wire fee  6OB362641638480 | 15.00 | | |
| | COMMERCIAL TAXES  TXINS 1579850 | 2,035.00 | | 431,668.40 |
| 23 Sep | Funds transfer credit  TT EDP RENEWABL | | 20,515.23 | |



**ROYAL BANK OF CANADA**
P.O. BAG SERVICE 2650
CALGARY AB  T2P 2M7

# Business Account Statement

August 22, 2025 to September 24, 2025
**Account number:** ███ ███

## Account Activity Details - continued

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|------|-------------|---------------------:|-----------------------:|------------:|
| 23 Sep | e-Transfer sent  Power Grid Specialists Corp | 4,462.50 | | 447,721.13 |
| | Online Banking payment - 7153   MLT AIKINS LLP | 23,369.59 | | 424,351.54 |
| 24 Sep | Account Payable Pmt  ECOCANADA | | 2,715.00 | 427,066.54 |
| | **Closing balance** | | | **427,066.54** |

**Account Fees:  $69.00**



**ROYAL BANK OF CANADA**
P.O. BAG SERVICE 2650
CALGARY AB  T2P 2M7

# Business Account Statement

RBBDA30000_1537695 E  D  00009    **00151**
SOLAS ENERGY CONSULTING INC.
1906 31 AVE SW
CALGARY AB  T2T 1S9

September 24, 2024 to October 24, 2024

**Account number:** 

**How to reach us:**
Please contact your RBC Banking representative or call
1-800-Royal®2-0
(1-800-769-2520)
www.rbcroyalbank.com/business

## Account Summary for this Period

**RBC Ultimate Business™ account package**

**Royal Bank of Canada**
339 8TH AVE SW, CALGARY, AB  T2P 1C4

| | |
|---|---:|
| Opening balance on September 24, 2024 | $491,508.65 |
| Total deposits & credits (7) | + 72,022.75 |
| Total cheques & debits (34) | - 168,963.68 |
| **Closing balance on October 24, 2024** | **= $394,567.72** |

## Account Activity Details

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|---|---|---:|---:|---:|
| | **Opening balance** | | | **491,508.65** |
| 26 Sep | Misc Payment  Government of A | | 30,000.00 | 521,508.65 |
| 27 Sep | Misc Payment  016185451553AD9 | | 12,584.78 | 534,093.43 |
| 01 Oct | Online Banking transfer - 9303 | 5,085.04 | | |
| | Bill Payment  PAY-FILE FEES | 4.00 | | |
| | Insurance  VICTOR  INSURANCE | 1,287.81 | | |
| | Misc Payment  CSPACE PROJECTS | 3,542.49 | | |
| | Cheque - 2497 | 3,024.00 | | |
| | Cheque - 2499 | 10,495.35 | | 510,654.74 |
| 02 Oct | Payroll Deposit  INTUIT 04180405 PAYROLL | 216.31 | | |
| | Payroll Deposit  INTUIT 04180405 PAYROLL | 229.64 | | |
| | Payroll Deposit  INTUIT 04180405 PAYROLL | 760.64 | | |
| | Payroll Deposit  INTUIT 04180405 PAYROLL | 2,741.44 | | |



# Business Account Statement

September 24, 2024 to October 24, 2024
**Account number:** ▮▮ ▮▮

## Account Activity Details - continued

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|---|---|---|---|---|
| 02 Oct | Payroll Deposit  INTUIT 04180405  PAYROLL | 3,006.71 | | |
| | Payroll Deposit  INTUIT 04180405  PAYROLL | 3,871.07 | | |
| | Payroll Deposit  INTUIT 04180405  PAYROLL | 4,689.39 | | |
| | Payroll Deposit  INTUIT 04180405  PAYROLL | 4,868.53 | | |
| | Payroll Deposit  INTUIT 04180405  PAYROLL | 4,869.12 | | |
| | Payroll Deposit  INTUIT 04180405  PAYROLL | 4,904.37 | | |
| | Payroll Deposit  INTUIT 04180405  PAYROLL | 5,029.57 | | |
| | Payroll Deposit  INTUIT 04180405  PAYROLL | 5,075.85 | | |
| | Payroll Deposit  INTUIT 04180405  PAYROLL | 9,967.75 | | |
| | Cheque - 2500 | 701.73 | | 459,722.62 |
| 03 Oct | Cheque - 2498 | 34,812.64 | | 424,909.98 |
| 07 Oct | Misc Payment  016237470120ABR | | 13,253.10 | |
| | Cheque - 2481 | 2,627.57 | | 435,535.51 |
| 08 Oct | Cheque - 2496 | 5,614.45 | | 429,921.06 |
| 11 Oct | e-Transfer sent  Gabriel Risbud-Vincent | 41.79 | | |
| | e-Transfer sent  Parth Bhavsar | 141.22 | | |
| | e-Transfer sent  Michelle Hauer | 190.85 | | |
| | e-Transfer sent  Laureen Wray | 382.83 | | |
| | e-Transfer sent  Darren Flach | 8,955.00 | | 420,209.37 |
| | Misc Payment  PORT HAWKESBURY | | 3,613.59 | 423,822.96 |
| 15 Oct | Bill Payment  BEAM | | 5,080.96 | |
| | COMMERCIAL TAXES  EMPTX 856282 | 21,307.22 | | 407,596.70 |
| 17 Oct | Account Payable Pmt  Mrs. Moneypenny  0000308337 | | 5,636.02 | |
| | Online Banking transfer - 8002 | 13,685.00 | | 399,547.72 |
| 22 Oct | Funds transfer credit  TT CASTLE ROCK | | 1,854.30 | |
| | Funds transfer fee  TT CASTLE ROCK | 17.00 | | |
| | COMMERCIAL TAXES  TXINS 1524250 | 1,477.00 | | 399,908.02 |
| 23 Oct | Cheque - 2501 | 4,452.00 | | 395,456.02 |
| 24 Oct | Cheque - 2502 | 888.30 | | 394,567.72 |
| | **Closing balance** | | | **394,567.72** |

Account Fees: **$17.00**



**ROYAL BANK OF CANADA**
P.O. BAG SERVICE 2650
CALGARY AB  T2P 2M7

# Business Account Statement

RBBDA30000_2135708 E  D  00009    **00531**
SOLAS ENERGY CONSULTING INC.
1906 31 AVE SW
CALGARY AB  T2T 1S9

October 24, 2024 to November 22, 2024

**Account number:** ▉▉▉▉  ▉▉▉▉

**How to reach us:**
Please contact your RBC Banking representative or call
1-800-Royal®2-0
(1-800-769-2520)
www.rbcroyalbank.com/business

## Account Summary for this Period

**RBC Ultimate Business™ account package**

**Royal Bank of Canada**
339 8TH AVE SW, CALGARY, AB  T2P 1C4

| | |
|---|---:|
| Opening balance on October 24, 2024 | $394,567.72 |
| Total deposits & credits (16) | + 115,598.84 |
| Total cheques & debits (38) | - 121,835.58 |
| **Closing balance on November 22, 2024** | **= $388,330.98** |

## Account Activity Details

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|---|---|---:|---:|---:|
| | Opening balance | | | 394,567.72 |
| 25 Oct | Misc Payment  016349460643ACC | | 1,501.50 | |
| | Misc Payment  PORT HAWKESBURY | | 4,573.81 | 400,643.03 |
| 28 Oct | e-Transfer sent  Improving | 2,625.00 | | |
| | e-Transfer sent  Scott Land | 2,989.35 | | |
| | e-Transfer sent  Mike Barer | 3,685.94 | | 391,342.74 |
| 30 Oct | Bill Payment  BEAM | | 2,448.08 | 393,790.82 |
| 01 Nov | Mobile cheque deposit -  5451 | | 1,268.93 | |
| | Mobile cheque deposit -  5308 | | 4,282.29 | |
| | Mobile cheque deposit -  5581 | | 7,698.61 | |
| | Online Banking transfer - 3648 | 4,552.33 | | |
| | Bill Payment  PAY-FILE FEES | 4.00 | | |
| | Insurance  VICTOR  INSURANCE | 1,287.81 | | |



# Business Account Statement

October 24, 2024 to November 22, 2024
**Account number:** ▓▓▓ ▓▓▓

## Account Activity Details - continued

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|---|---|---|---|---|
| 01 Nov | Misc Payment  CSPACE PROJECTS | 3,542.65 | | 397,653.86 |
| 04 Nov | e-Transfer sent  Josh Barry | 100.00 | | |
| | e-Transfer sent  Raquib Mesbah | 165.02 | | |
| | e-Transfer sent  Adrienne McGarrigle | 465.06 | | |
| | e-Transfer sent  Josh Barry | 900.00 | | 396,023.78 |
| | Funds transfer credit  TT GREENCELLS E | | 6,977.58 | |
| | Funds transfer credit  TT AEUG SOLAR D | | 9,779.22 | |
| | Online Banking payment - 8032  LLOYD SADD INSU | 4,871.00 | | |
| | Funds transfer fee  TT AEUG SOLAR D | 17.00 | | |
| | Payroll Deposit  INTUIT 04516120  PAYROLL | 30.68 | | |
| | Payroll Deposit  INTUIT 04516120  PAYROLL | 40.91 | | |
| | Payroll Deposit  INTUIT 04516120  PAYROLL | 188.83 | | |
| | Payroll Deposit  INTUIT 04516120  PAYROLL | 463.16 | | |
| | Payroll Deposit  INTUIT 04516120  PAYROLL | 3,404.50 | | |
| | Payroll Deposit  INTUIT 04516120  PAYROLL | 4,216.03 | | |
| | Payroll Deposit  INTUIT 04516120  PAYROLL | 4,904.37 | | |
| | Payroll Deposit  INTUIT 04516120  PAYROLL | 4,912.92 | | |
| | Payroll Deposit  INTUIT 04516120  PAYROLL | 5,031.73 | | |
| | Payroll Deposit  INTUIT 04516120  PAYROLL | 5,075.85 | | |
| | Payroll Deposit  INTUIT 04516120  PAYROLL | 5,327.23 | | |
| | Payroll Deposit  INTUIT 04516120  PAYROLL | 6,440.59 | | |
| | Payroll Deposit  INTUIT 04516120  PAYROLL | 9,967.75 | | 357,888.03 |
| 07 Nov | Bill Payment  PARKLAND IND | | 13,316.63 | 371,204.66 |
| 08 Nov | Misc Payment  PORT HAWKESBURY | | 6,094.21 | |
| | Misc Payment  016437316565ACV | | 36,962.54 | 414,261.41 |
| 12 Nov | Account Payable Pmt  LETHBRIDGE TWO | | 2,518.32 | |
| | Account Payable Pmt  LETHBRIDGE THRE | | 3,777.48 | 420,557.21 |
| 15 Nov | COMMERCIAL TAXES  EMPTX 1907160 | 20,318.00 | | 400,239.21 |
| 18 Nov | e-Transfer sent  Itopia | 180.30 | | |
| | e-Transfer sent  Darren Flach | 720.00 | | |
| | e-Transfer sent  Josh Barry | 1,400.00 | | |
| | e-Transfer sent  Laureen Wray | 1,589.45 | | |
| | e-Transfer sent  Improving | 2,625.00 | | |
| | e-Transfer sent  Mary-Ellen Selby | 2,685.38 | | 391,039.08 |
| | Online Banking transfer - 0960 | 13,046.11 | | 377,992.97 |
| 19 Nov | COMMERCIAL TAXES  TXINS 8950730 | 1,477.00 | | 376,515.97 |
| 20 Nov | Account Payable Pmt  CLIMATE CHANGE | | 2,466.45 | 378,982.42 |



**ROYAL BANK OF CANADA**
P.O. BAG SERVICE 2650
CALGARY AB   T2P 2M7

# Business Account Statement

October 24, 2024 to November 22, 2024
**Account number:** ▮▮▮ ▮▮▮

## Account Activity Details - continued

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|------|-------------|---------------------:|-----------------------:|------------:|
| 21 Nov | Funds transfer credit  TT NIKOLA CORPO | | 1,059.45 | |
| | Funds transfer fee  TT NIKOLA CORPO | 17.00 | | 380,024.87 |
| 22 Nov | Funds transfer credit  TT ACCIONA ENER | | 10,873.74 | |
| | Funds transfer fee  TT ACCIONA ENER | 17.00 | | |
| | Cheque - 2509 | 2,550.63 | | 388,330.98 |
| | **Closing balance** | | | **388,330.98** |

**Account Fees: $51.00**



**ROYAL BANK OF CANADA**
P.O. BAG SERVICE 2650
CALGARY AB  T2P 2M7

# Business Account Statement

RBBDA30000_2773869 E D 00009    00586
SOLAS ENERGY CONSULTING INC.
1906 31 AVE SW
CALGARY AB  T2T 1S9

November 22, 2024 to December 24, 2024

**Account number:** ▮▮▮▮▮  ▮▮▮▮▮

**How to reach us:**
Please contact your RBC Banking representative or call
**1-800-Royal®2-0**
(1-800-769-2520)
www.rbcroyalbank.com/business

## Account Summary for this Period

**RBC Ultimate Business ™ account package**

**Royal Bank of Canada**
339 8TH AVE SW, CALGARY, AB  T2P 1C4

| | |
|---|---|
| Opening balance on November 22, 2024 | $388,330.98 |
| Total deposits & credits (16) | + 146,960.44 |
| Total cheques & debits (56) | − 177,609.50 |
| **Closing balance on December 24, 2024** | **= $357,681.92** |

## Account Activity Details

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|---|---|---|---|---|
| | **Opening balance** | | | **388,330.98** |
| 25 Nov | Account Payable Pmt  ECOCANADA | | 2,500.00 | 390,830.98 |
| 26 Nov | COMMERCIAL TAXES  GST-P 5094378 | 15,865.98 | | 374,965.00 |
| 27 Nov | Online Banking wire payment  6OB263321513170 | 10,000.00 | | |
| | Online Banking transfer - 8210 | 4,841.14 | | |
| | Online Banking wire fee  6OB263321513170 | 20.00 | | 360,103.86 |
| 28 Nov | Bill Payment  BEAM  3369 | | 211.58 | 360,315.44 |
| 02 Dec | e-Transfer sent  Power Grid Specialists Corp | 262.50 | | 360,052.94 |
| | Bill Payment  PARKLAND IND | | 6,458.59 | |
| | Misc Payment  016567522739ABR | | 23,724.23 | |
| | Funds transfer credit  TT GREENCELLS E | | 10,873.62 | |
| | Online Banking wire payment  6OB553371140530 | 842.50 | | |
| | Online Banking wire payment  6OB273371135330 | 1,150.50 | | |


**RBC.**

# Business Account Statement

November 22, 2024 to December 24, 2024
**Account number:** ▮▮▮ ▮▮▮

## Account Activity Details - continued

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|---|---|---|---|---|
| 02 Dec | Online Banking wire payment  6OB973371128140 | 1,995.00 | | |
| | Online Banking wire payment  6OB423371133380 | 3,514.52 | | |
| | Online Banking wire fee  6OB273371135330 | 15.00 | | |
| | Online Banking wire fee  6OB553371140530 | 15.00 | | |
| | Online Banking wire fee  6OB973371128140 | 15.00 | | |
| | Online Banking wire fee  6OB423371133380 | 20.00 | | |
| | Bill Payment  PAY-FILE FEES | 6.00 | | |
| | Insurance  VICTOR  INSURANCE | 1,583.85 | | |
| | Misc Payment  CSPACE PROJECTS | 3,511.78 | | 388,440.23 |
| 03 Dec | Canada Carbon Rebate  CANADA | | 8,718.00 | |
| | Payroll Deposit  INTUIT 04652385  PAYROLL | 49.17 | | |
| | Payroll Deposit  INTUIT 04652385  PAYROLL | 61.36 | | |
| | Payroll Deposit  INTUIT 04652385  PAYROLL | 270.37 | | |
| | Payroll Deposit  INTUIT 04652385  PAYROLL | 1,279.59 | | |
| | Payroll Deposit  INTUIT 04652385  PAYROLL | 3,231.25 | | |
| | Payroll Deposit  INTUIT 04652385  PAYROLL | 3,729.68 | | |
| | Payroll Deposit  INTUIT 04652385  PAYROLL | 4,856.23 | | |
| | Payroll Deposit  INTUIT 04652385  PAYROLL | 5,075.85 | | |
| | Payroll Deposit  INTUIT 04652385  PAYROLL | 5,115.50 | | |
| | Payroll Deposit  INTUIT 04652385  PAYROLL | 5,236.89 | | |
| | Payroll Deposit  INTUIT 04652385  PAYROLL | 5,428.07 | | |
| | Payroll Deposit  INTUIT 04652385  PAYROLL | 5,464.94 | | |
| | Payroll Deposit  INTUIT 04652385  PAYROLL | 9,967.75 | | 347,391.58 |
| 06 Dec | Misc Payment  PORT HAWKESBURY | | 9,981.84 | 357,373.42 |
| 09 Dec | e-Transfer cancel | | 2,625.00 | |
| | e-Transfer sent  Power Grid Specialists Corp | 525.00 | | |
| | e-Transfer sent  East Central Alberta Review | 1,042.92 | | |
| | e-Transfer sent  Josh Barry | 1,100.00 | | |
| | e-Transfer sent  Mike Barer | 1,990.62 | | |
| | e-Transfer sent  Virginia St. Denis | 3,360.00 | | 351,979.88 |
| | Mobile cheque deposit -   4325 | | 3,760.06 | |
| | Mobile cheque deposit -   4100 | | 6,148.81 | |
| | Mobile cheque deposit -   4166 | | 11,975.26 | |
| | Online Banking wire payment  6OB653441049360 | 9,401.48 | | |
| | Online Banking wire fee  6OB653441049360 | 20.00 | | |
| | Stop payment fee - self serve  2 @ $12.50 | 25.00 | | 364,417.53 |
| 10 Dec | Misc Payment  016621313294AB2 | | 36,848.67 | 401,266.20 |



**ROYAL BANK OF CANADA**
P.O. BAG SERVICE 2650
CALGARY AB T2P 2M7

# Business Account Statement

November 22, 2024 to December 24, 2024
Account number: ███ ███

## Account Activity Details - continued

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|---|---|---|---|---|
| 12 Dec | Bill Payment  PARKLAND IND | | 5,432.70 | 406,698.90 |
| 13 Dec | Funds transfer credit  TT AEUG SOLAR D | | 11,005.57 | 417,704.47 |
| | Funds transfer fee  TT AEUG SOLAR D | 17.00 | | 417,687.47 |
| 16 Dec | e-Transfer sent  Itopia | 58.26 | | 417,629.21 |
| | Misc Payment  PORT HAWKESBURY | | 6,454.36 | |
| | Online Banking wire payment  6OB473511017220 | 1,228.50 | | |
| | Online Banking wire payment  6OB823511012440 | 1,500.00 | | |
| | Online Banking transfer - 1384 | 9,000.00 | | |
| | Online Banking transfer - 7016 | 9,000.00 | | |
| | Online Banking wire fee  6OB473511017220 | 15.00 | | |
| | Online Banking wire fee  6OB823511012440 | 15.00 | | |
| | COMMERCIAL TAXES  EMPTX 631909 | 18,024.49 | | 385,300.58 |
| 18 Dec | Cheque - 2504 | 1,178.63 | | 384,121.95 |
| 19 Dec | e-Transfer - Autodeposit<br>Solar Energy Society of Alberta  C1ABG6PmXB28 | | 242.15 | |
| | Online Banking transfer - 4473 | 10,000.00 | | 374,364.10 |
| 20 Dec | Cheque - 2507 | 761.99 | | |
| | Cheque - 2505 | 2,079.00 | | 371,523.11 |
| 23 Dec | Online Banking wire payment  6OB863581114170 | 10,000.00 | | |
| | Online Banking wire fee  6OB863581114170 | 20.00 | | |
| | Cheque - 2506 | 682.50 | | 360,820.61 |
| 24 Dec | Online Banking wire payment  6OB553591018000 | 2,992.36 | | |
| | Online Banking wire fee  6OB553591018000 | 20.00 | | |
| | Misc Payment  PAYPAL | 126.33 | | 357,681.92 |
| | **Closing balance** | | | **357,681.92** |

**Account Fees: $217.00**



**ROYAL BANK OF CANADA**
P.O. BAG SERVICE 2650
CALGARY AB T2P 2M7

# Business Account Statement

RBBDA30000_3458510 E D 00009    00618
SOLAS ENERGY CONSULTING INC.
1906 31 AVE SW
CALGARY AB T2T 1S9

**December 24, 2024 to January 24, 2025**

**Account number:** 

**How to reach us:**
Please contact your RBC Banking representative or call
1-800-Royal®2-0
(1-800-769-2520)
www.rbcroyalbank.com/business

## Account Summary for this Period

RBC Ultimate Business™ account package

**Royal Bank of Canada**
339 8TH AVE SW, CALGARY, AB T2P 1C4

| | |
|---|---|
| Opening balance on December 24, 2024 | $357,681.92 |
| Total deposits & credits (15) | + 249,383.42 |
| Total cheques & debits (40) | - 142,619.24 |
| **Closing balance on January 24, 2025** | **= $464,446.10** |

## Account Activity Details

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|---|---|---|---|---|
| | Opening balance | | | 357,681.92 |
| 27 Dec | Funds transfer credit  TT EDP RENEWABL | | 127,581.44 | 485,263.36 |
| | COMMERCIAL TAXES  TXINS 4030460 | 1,477.00 | | 483,786.36 |
| 02 Jan | Mobile cheque deposit -  2501 | | 1,268.93 | |
| | Debit adjustment | 1,268.93 | | |
| | Bill Payment  PAY-FILE FEES | 4.00 | | |
| | COMMERCIAL TAXES  TXINS 1776760 | 1,477.00 | | |
| | Payroll Deposit  INTUIT 04842509  PAYROLL | 24.58 | | |
| | Payroll Deposit  INTUIT 04842509  PAYROLL | 29.63 | | |
| | Payroll Deposit  INTUIT 04842509  PAYROLL | 276.56 | | |
| | Insurance  VICTOR  INSURANCE | 1,583.85 | | |
| | Payroll Deposit  INTUIT 04842509  PAYROLL | 3,074.08 | | |
| | Misc Payment  CSPACE PROJECTS | 3,634.79 | | |

1 of 4



# Business Account Statement

December 24, 2024 to January 24, 2025
Account number:

## Account Activity Details - continued

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|---|---|---|---|---|
| 02 Jan | Payroll Deposit  INTUIT 04842509  PAYROLL | 3,740.09 | | |
| | Payroll Deposit  INTUIT 04842509  PAYROLL | 4,031.40 | | |
| | Payroll Deposit  INTUIT 04842509  PAYROLL | 4,856.23 | | |
| | Payroll Deposit  INTUIT 04842509  PAYROLL | 5,325.40 | | |
| | Payroll Deposit  INTUIT 04842509  PAYROLL | 5,339.96 | | |
| | Payroll Deposit  INTUIT 04842509  PAYROLL | 5,476.02 | | |
| | Payroll Deposit  INTUIT 04842509  PAYROLL | 8,947.71 | | |
| | Payroll Deposit  INTUIT 04842509  PAYROLL | 9,967.75 | | 425,997.31 |
| 03 Jan | Mobile cheque deposit -   5414 | | 4,932.38 | 430,929.69 |
| 06 Jan | Bill Payment  PARKLAND IND | | 3,196.73 | 434,126.42 |
| 08 Jan | INTERAC e-Transfer reclaim fee | 5.00 | | 434,121.42 |
| | Expired INTERAC e-Transfer credit | | 2,625.00 | |
| | Misc Payment  HSA CAD CAN | 55.54 | | |
| | Cheque - 2510 | 2,294.25 | | 434,396.63 |
| 10 Jan | Funds transfer credit  TT CAPSTONE POW | | 6,300.00 | |
| | Funds transfer fee  TT CAPSTONE POW | 17.00 | | 440,679.63 |
| 13 Jan | e-Transfer sent  Belinda Racicot | 21.00 | | |
| | e-Transfer sent  Parth Bhavsar | 21.00 | | |
| | e-Transfer sent  Itopia | 32.66 | | |
| | e-Transfer sent  Laureen Wray | 78.65 | | |
| | e-Transfer sent  ArchWeb Marketing | 393.75 | | |
| | e-Transfer sent  Gabriel Risbud-Vincent | 564.83 | | |
| | e-Transfer sent  Josh Barry | 900.00 | | |
| | e-Transfer sent  Mike Barer | 1,695.31 | | |
| | e-Transfer sent  Mary-Ellen Selby | 3,205.13 | | |
| | e-Transfer sent  Shrike Environmental | 5,257.10 | | 428,510.20 |
| | Misc Payment  Government of A | | 30,000.00 | 458,510.20 |
| 14 Jan | Federal Payment  CANADA | | 5.00 | |
| | Misc Payment  016823823933AB7 | | 24,459.21 | |
| | COMMERCIAL TAXES  TXINS 3354820 | 1,477.00 | | |
| | COMMERCIAL TAXES  ABCIT 3353690 | 4,000.00 | | 477,497.41 |
| 15 Jan | Account Payable Pmt  LETHBRIDGE THRE | | 914.34 | |
| | Account Payable Pmt  LETHBRIDGE TWO | | 9,434.46 | |
| | COMMERCIAL TAXES  EMPTX 1776692 | 18,041.42 | | |
| | Misc Payment  HSA CAD CAN | 650.40 | | 469,154.39 |
| 16 Jan | Account Payable Pmt  CLIMATE CHANGE | | 1,984.50 | 471,138.89 |
| 17 Jan | Misc Payment  016850589381AC7 | | 4,508.18 | 475,647.07 |



**ROYAL BANK OF CANADA**
P.O. BAG SERVICE 2650
CALGARY AB   T2P 2M7

# Business Account Statement

December 24, 2024 to January 24, 2025
**Account number:** ▮▮▮  ▮▮▮

## Account Activity Details - continued

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|------|-------------|---------------------:|----------------------:|------------:|
| 20 Jan | e-Transfer sent   Darren Flach | 6,720.00 | | 468,927.07 |
| | Federal Payment   CANADA | | 29,673.25 | |
| | Online Banking payment - 0876   ESRI CDA LTD | 1,365.00 | | |
| | Online Banking transfer - 2630 | 32,664.22 | | |
| | Cheque - 2511 | 2,625.00 | | 461,946.10 |
| 22 Jan | Account Payable Pmt   ECOCANADA | | 2,500.00 | 464,446.10 |
| | **Closing balance** | | | **464,446.10** |

**Account Fees: $22.00**



**ROYAL BANK OF CANADA**
P.O. BAG SERVICE 2650
CALGARY AB T2P 2M7

# Business Account Statement

RBBDA30000_4082528 E D 00009    00152
SOLAS ENERGY CONSULTING INC.
1906 31 AVE SW
CALGARY AB T2T 1S9

January 24, 2025 to February 24, 2025

| Account number: | ███████ ███████ |
|---|---|

**How to reach us:**
Please contact your RBC Banking representative or call
1-800-Royal2-0
(1-800-769-2520)
www.rbcroyalbank.com/business

## Account Summary for this Period

**RBC Ultimate Business™ account package**

**Royal Bank of Canada**
339 8TH AVE SW, CALGARY, AB T2P 1C4

| | |
|---|---|
| Opening balance on January 24, 2025 | $464,446.10 |
| Total deposits & credits (14) | + 493,861.88 |
| Total cheques & debits (46) | - 180,430.30 |
| **Closing balance on February 24, 2025** | **= $777,877.68** |

## Account Activity Details

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|---|---|---|---|---|
| | **Opening balance** | | | **464,446.10** |
| 27 Jan | Mobile cheque deposit -   2013 | | 1,969.28 | |
| | Mobile cheque deposit -   1949 | | 9,698.85 | 476,114.23 |
| 30 Jan | Cheque - 2514 | 516.60 | | 475,597.63 |
| 31 Jan | Misc Payment  HSA CAD CAN | 254.74 | | |
| | Cheque - 2512 | 3,099.36 | | 472,243.53 |
| 03 Feb | Bill Payment  PAY-FILE FEES | 8.00 | | |
| | COMMERCIAL TAXES  TXINS 2142500 | 596.00 | | |
| | COMMERCIAL TAXES  TXINS 2147410 | 4,339.00 | | |
| | COMMERCIAL TAXES  ABCIT 2142840 | 5,393.00 | | |
| | Payroll Deposit  INTUIT 05485009  PAYROLL | 27.29 | | |
| | Payroll Deposit  INTUIT 05485009  PAYROLL | 30.69 | | |
| | Payroll Deposit  INTUIT 05485009  PAYROLL | 176.34 | | |

1 of 5



# Business Account Statement

January 24, 2025 to February 24, 2025
**Account number:** ████ ████

## Account Activity Details - continued

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|------|-------------|---------------------:|-----------------------:|------------:|
| 03 Feb | Payroll Deposit  INTUIT 05485009  PAYROLL | 263.63 | | |
| | Insurance  VICTOR   INSURANCE | 1,583.85 | | |
| | Payroll Deposit  INTUIT 05485009  PAYROLL | 3,521.29 | | |
| | Payroll Deposit  INTUIT 05485009  PAYROLL | 3,653.36 | | |
| | Misc Payment  CSPACE PROJECTS | 3,716.53 | | |
| | Payroll Deposit  INTUIT 05485009  PAYROLL | 4,108.50 | | |
| | Payroll Deposit  INTUIT 05485009  PAYROLL | 4,830.19 | | |
| | Payroll Deposit  INTUIT 05485009  PAYROLL | 4,858.87 | | |
| | Payroll Deposit  INTUIT 05485009  PAYROLL | 4,889.69 | | |
| | Payroll Deposit  INTUIT 05485009  PAYROLL | 4,890.28 | | |
| | Payroll Deposit  INTUIT 05485009  PAYROLL | 5,097.07 | | |
| | Payroll Deposit  INTUIT 05485009  PAYROLL | 5,263.00 | | |
| | Payroll Deposit  INTUIT 05485009  PAYROLL | 6,217.45 | | |
| | Payroll Deposit  INTUIT 05485009  PAYROLL | 9,250.37 | | 399,529.13 |
| 04 Feb | e-Transfer sent  Tokie Brideaux | 367.51 | | |
| | e-Transfer sent  Power Grid Specialists Corp | 525.00 | | |
| | e-Transfer sent  Josh Barry | 1,210.00 | | |
| | e-Transfer sent  Itopia | 1,296.05 | | |
| | e-Transfer sent  Mary-Ellen Selby | 2,685.38 | | 393,445.19 |
| | Account Payable Pmt  LETHBRIDGE THRE | | 1,860.60 | |
| | Online Banking transfer - 3073 | 4,492.04 | | 390,813.75 |
| 05 Feb | Misc Payment  HSA CAD CAN | 515.98 | | 390,297.77 |
| 07 Feb | Misc Payment  016980627661ACJ | | 126,091.95 | 516,389.72 |
| 10 Feb | e-Transfer sent  Paula McGarrigle | 1,070.51 | | 515,319.21 |
| | Misc Payment  016989550068ACT | | 1,747.16 | 517,066.37 |
| 11 Feb | Mobile cheque deposit -   7261 | | 990.68 | |
| | Mobile cheque deposit -   7158 | | 1,651.40 | |
| | Cheque - 2520 | 17,400.00 | | 502,308.45 |
| 12 Feb | Tax Refund  CANADA | | 881.39 | 503,189.84 |
| 13 Feb | Mobile cheque deposit -   3904 | | 234,292.17 | 737,482.01 |
| 14 Feb | Funds transfer credit  TT ACCIONA ENER | | 13,966.14 | |
| | Funds transfer credit  TT EDP RENEWABL | | 92,087.55 | |
| | Funds transfer fee  TT ACCIONA ENER | 17.00 | | 843,518.70 |
| 17 Feb | COMMERCIAL TAXES  EMPTX 1401287 | 27,240.77 | | 816,277.93 |
| 18 Feb | Cheque - 2519 | 9,858.98 | | 806,418.95 |
| 19 Feb | e-Transfer sent  Itopia | 89.76 | | |
| | e-Transfer sent  Tokie Brideaux | 294.00 | | |


**ROYAL BANK OF CANADA**
P.O. BAG SERVICE 2650
CALGARY AB  T2P 2M7

# Business Account Statement

January 24, 2025 to February 24, 2025
**Account number:** ▮▮▮  ▮▮▮

## Account Activity Details - continued

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|------|-------------|---------------------:|-----------------------:|------------:|
| 19 Feb | e-Transfer sent  Canadian Hydrogen Association | 2,756.26 | | 803,278.93 |
| | Mobile cheque deposit -   7361 | | 1,139.25 | 804,418.18 |
| 20 Feb | Online Banking transfer - 8283 | 15,346.02 | | 789,072.16 |
| 21 Feb | Federal Payment  CANADA | | 5.00 | |
| | COMMERCIAL TAXES  GST-P 1264000 | 1,308.10 | | |
| | COMMERCIAL TAXES  TXINS 1263230 | 2,035.00 | | |
| | Cheque - 2518 | 1,912.46 | | |
| | Cheque - 2517 | 2,475.11 | | |
| | Cheque - 2513 | 8,141.70 | | 773,204.79 |
| 24 Feb | Misc Payment  SOL Aurora Ltd. | | 7,480.46 | |
| | Cheque - 2521 | 2,807.57 | | 777,877.68 |
| | **Closing balance** | | | **777,877.68** |

**Account Fees: $17.00**

**Attachment 4 - Contract Agreements**

 **HYLA**™

Nikola Corporation
4141 E Broadway Rd
Phoenix, AZ 85040 USA

# Purchase Order: 4500006125

Solas Energy Consulting Inc.
Suite 282, 1721 - 29 Ave S.W.
CALGARY AB  T2T 6T7
CANADA

| | |
|---|---|
| **Purchase Order:** | 4500006125 |
| **Created on:** | 30-Jul-24 |
| **Contact Person:** | Anthony Eisele |
| **E-Mail:** | tony.eisele@nikolamotor.com |
| **Supplier ID:** | 0001003764 |
| **PR Number:** | 10007695 |

**Ship-to Address:**
HYLA
4141 E Broadway Rd.
PHOENIX AZ  85040
USA

**Send invoice to:** invoices@nikolamotor.com
**Send payment status/statement related questions to:** apinquiry@nikolamotor.com

| Item | ID | Description | Quantity | Delivery Date / Service Period | Net Price | Net Value | TAX Ind |
|---|---|---|---|---|---|---|---|
| 00010 | | Regulatory Strategy Development | 30,000 EA | 1-Nov-24 | 1.00 CAD per 1 EA | 30,000.00 CAD | |
| | | **Discount** | | | **Discount Amount** | | |
| | **Notes:**<br>In order to avoid future major regulatory delays (similar to Blackjacks in Edmonton) for fueler deployments across Western Canada (and potentially Canada) we need to develop a regulatory road map for both provincial and local jurisdictional organizations. We need to be setting the agenda on approvals in Canada not fire fighting problems. | | | | | | |

**Total Value:**        30,000.00 CAD

**Payment Terms:**        60 days 0.000%

UNLESS OTHERWISE AGREED TO AS BEING EITHER (i) TIME AND MATERIALS-BASED PRICING OR (ii) COST-REIMBURSABLE PRICING AND NOTWITHSTANDING ANY AGREEMENT OR OTHER CONTRACTUAL RELATIONSHIP BETWEEN THE PARTIES, THE PRICING REGIME ASSOCIATED WITH THIS PURCHASE ORDER IS FIRM FIXED AND SHALL SO REMAIN FOR THE TERM OF THE ASSOCIATED CONTRACTUAL RELATIONSHIP. PERFORMANCE OF THIS PURCHASE ORDER SHALL DEFINITIVELY CONSTITUTE BOTH ACCEPTANCE OR THIS TERM AND WRITTEN AMENDMENT OF THE ASSOCIATED CONTRACTUAL RELATIONSHIP.

PRIOR TO THE COMMENCEMENT OF WORK ASSOCIATED WITH ANY CHANGES, SUCH CHANGES MUST BE APPROVED IN WRITING BY NIKOLA FINANCE & LEGAL AS SUBSTANTIATED BY NIKOLA'S ISSUANCE OF A CORRESPONDING PURCHASE ORDER.  IN THE ABSENCE OF SUCH PURCHASE ORDER, SUCH CHANGES ARE INVALID AND WILL NOT BE RECOGNIZED BY NIKOLA.

Suite 282, 1721 - 29 Ave SW
Calgary, Alberta, Canada, T2T 6T7
Phone: 403.454.9463
info@solasenergy.com



## SERVICES AUTHORIZATION

| DATE | JUNE 18, 2024 | CLIENT | Nikola Corporation |
|------|---------------|--------|--------------------|
| **PROJECT NAME** | Alberta Permitting and Regulatory Support | **ADDRESS** | 4141 E. Broadway Road Phoenix, Arizona 85040 USA |

**AUTHORIZATION:**

Client requests and authorizes Solas Energy Consulting Inc ("Solas Energy") with its address at Suite 282, 1721 – 29 Ave SW, Calgary, Alberta, Canada, T2T 6T7 to perform the services specified in the following scope of services (the "Services") in accordance with the terms and conditions of this Services Authorization (the "Agreement").

**SCOPE OF SERVICES:**

Solas Energy will provide the services in the attached proposal dated June 18, 2024.

**COMPENSATION:**

Client agrees to pay Solas Energy for the performance of the Services as outlined in the attached proposal dated June 18, 2024.

**PAYMENT:**

Solas Energy will invoice Client monthly for the Services performed and Client agrees to pay each invoice within 30 days without holdback. Interest at the rate of 2% per month will be charged on all overdue amounts. Solas Energy may suspend the Services, after giving Client 5 days written notice, until any overdue amounts have been paid in full.

**PROFESSIONAL RESPONSIBILITY AND LEGAL LIABILITY:**

- **Standard of Care** The standard of care applicable to the Services will be the degree of care, skill and diligence normally employed by professional engineers or consultants performing the same or similar services at the time and place that the Services are performed.

- **Professional Liability Insurance** Solas Energy shall maintain throughout the term of this Agreement Professional Liability Insurance with per claim and annual aggregate limits which it deems to be reasonable, insuring Solas Energy's professional liability resulting from the performance of the Services. Solas Energy shall provide Client with proof of such insurance upon written request.

- **Limitation of Liability** Solas Energy's aggregate liability to Client for claims arising out of this Agreement, or in any way relating to the Services, will be limited to the amount of our fees in no event will Solas Energy be liable for indirect or consequential damages including without limitation loss of use, loss of revenue or loss of profits. No claim may be brought against Solas Energy more than 1 year after the Services was last performed under this Agreement provided, however, that if (and only if) the shortest limitations period for claims under the Governing Law (as defined below) is greater than 1 year and the Governing Law does not permit the parties to reduce that limitations period by contract, no claim may be brought against Solas Energy after the limitations period prescribed by the Governing Law expires. These limitations of liability and indemnity will apply, to the extent permitted by law, whether Solas Energy's' liability arises under breach of contract or warranty: tort, including negligence; strict liability; statutory liability; or any other cause of action, and will extend to and include Solas Energy's directors, officers, employees, insurers, agents and sub consultants.

**CONFIDENTIALITY:**

In the course of performing the Services, the Client will notify Solas Energy in writing if any or all information provided is confidential ("Confidential Information"). Upon notification, Solas Energy will not disclose, distribute, copy, or reproduce the Confidential Information to any third party for a period of two years from the date of this Agreement. The Client authorizes Solas Energy to disclose information to Solas Energy subconsultants as is necessary to assist in performance of the Services. The Client authorizes disclosure of Confidential Information by

Suite 282, 1721 - 29 Ave SW
Calgary, Alberta, Canada, T2T 6T7
Phone: 403.454.9463
info@solasenergy.com



Solas Energy when requested in a legal proceeding under the governing Law or by any Governmental Authority. Solas Energy will provide notice of such disclosure to the Client, as promptly as is permitted by the governing Law.

**TERMINATION:**
This Agreement may be terminated for convenience by either party on 30 days' written notice or if either party fails substantially to perform through no fault of the other and does not commence correction of such non-performance within 5 days of written notice and diligently complete the correction thereafter. On termination, Solas Energy will be paid for all authorized work performed up to the termination date plus reasonable termination expenses. Confidentiality provisions will survive the contract term.

**GOVERNING LAW:**
This Agreement shall be governed by and interpreted in accordance with the laws of the Province of Alberta in all respects including its construction, interpretation and performance and without regard to its conflict of laws, rules or policies (the "governing Law"). The Parties agree that the sole and exclusive venue for resolution of any dispute in respect to this Agreement shall be the courts of the Province of Alberta.

**ENTIRE AGREEMENT:**
This Agreement contains the entire agreement of the parties and supersedes all previous communications and negotiations between them relating to the Services. If Client issues a Purchase Order in connection with the Services, the terms and conditions thereof do not apply to this Agreement.

**Nikola Corporation**

By: _Anthony Eisele_

Tony Eisele, Operations Manager – Western Canada

**Solas Energy Consulting Inc.**

By: _McGarrigle_

P. McGarrigle, President and CEO



Suite 282, 1721 - 29 Ave SW
Calgary, Alberta, T2T 6T7
Phone: 403.454.9463
info@solasenergy.com

**SOLAS ENERGY**

| **Client Name:** | Nikola Corporation |
|---|---|
| **Client Address** | Nikola Corporation<br>4141 E. Broadway Road<br>Phoenix, Arizona 85040<br>USA |

| **Date** | **12-June-2024** |
|---|---|

### CONFIDENTIAL

| **Attention:** | Tony Eisele, Operations Manager – Western Canada |
|---|---|
| **RE:** | Request for Scope of Work – Alberta Permitting and Regulatory Support |

Please find below a scope of work and proposed budget for services to be provided by Solas Energy Consulting Inc. (Solas Energy) at the request of Nikola Corporation (Nikola).

Nikola is developing a hydrogen refueling station in Nisku, Leduc County, Alberta ("Project") on private land and requires assistance with stakeholder consultation and potentially permitting and regulatory aspects of their project. The fueling station was constructed in Arizona, USA and redeployed to the site at the Blackjacks Roadhouse. The Project is expected to be commissioned in early Q3, 2024. The hydrogen supply will be via hydrogen tube trailer and two long-haul trucks are ready for receiving this fuel.

Nikola is beginning planning for a second refueling station in the Calgary area and requires assistance to create a full permitting matrix for this project (municipal, provincial and federal, if required) and to support stakeholder consultation planning. Nikola may request additional engineering support for the projects and Solas Energy will provide this support where it is able to do so.

Finally, Nikola is beginning strategy work to deploy an additional 8 units across Canada.  Permitting, regulatory and stakeholder support for this additional work will be managed via a change order to this Proposal.

Suite 282, 1721 - 29 Ave SW
Calgary, Alberta, Canada, T2T 6T7
Phone: 403.454.9463
info@solasenergy.com



---

**Scope of Work and Schedule**

Nikola requires support to finalize stakeholder consultation for the Nisku project. Solas Energy is pleased to submit this proposal, which outlines the required tasks for stakeholder consultation.

**TASKS:**

The proposed scope of work consists of three phases:

- **Phase 1: Nisku/Leduc County** – Solas Energy will review the current stakeholder materials and activities that have been conducted and support the execution of the required stakeholder consultation.

- **Phase 2: Calgary** – support permitting, regulatory and stakeholder activities for a refueling site in the Calgary area (specific site to be confirmed by Nikola).

- **Phase 3: Future Canadian deployment** - support permitting, regulatory and stakeholder activities for up to 8 refuelling sites across Canada in designated regions of eastern & western Canada. The Scope for this phase will be confirmed via change order at the appropriate time.

The scope of these phases is detailed below.

*Table 1: Project Execution Plan*

| Task List | Description | Deliverables |
|---|---|---|
| **Phase 1: Stakeholder support for Nisku/Leduc County** | | |
| **Task 1.1** | **_Information Gathering_**<br>• Nikola to provide relevant information to Solas Energy.<br>  • Copies of engagement/ consultation to date,<br>  • Current risk matrix, if available.<br>  • Nikola will provide any existing permitting matrix, or components to Solas Energy, from work previously completed. | • Review of current stakeholder materials. |

Suite 282, 1721 - 29 Ave SW
Calgary, Alberta, Canada, T2T 6T7
Phone: 403.454.9463
info@solasenergy.com



| Task List | Description | Deliverables |
|---|---|---|
| **Task 1.2** | **_Stakeholder Map_**<br>• Based on the submitted information from Task 1.1, Solas will recommend a stakeholder consultation map to identify the relevant stakeholders. | • Stakeholder Map for Nisku/Leduc Country project. |
| **Task 1.3** | **_Stakeholder Consultation Materials_**<br>• Solas Energy will create a stakeholder information package that leverages the materials provided in Task 1.1. | • Stakeholder project information package for consultation.<br>• Assumption is that Nikola will manage stakeholder consultation, however Solas is prepared to support as requested. |
| **Task 1.4** | **_Stakeholder Record Management_**<br>• Solas Energy will create a central database with all records of communication for the Project. | • One database with records of communication with each stakeholder. |
| **Phase 2: Permitting, Regulatory and Stakeholder Support for Refueling Station in Calgary** | | |
| **2.1 Complete Permit Matrix** | • Solas Energy will create a Permitting/Regulatory Matrix based on information provided by Nikola, and our external review.  This matrix will include relevant federal, provincial, municipal and any First Nations consultation requirements. | • One Permitting /Regulatory matrix for the Calgary station. |
| **2.2 Develop Permit Applications** | • As required, develop permit applications and support filing activities. | • Per direction from Nikola, develop and file necessary permits. |
| **2.3 Create Schedule** | • Solas Energy will create a single detailed project schedule with relevant interdependencies for permits. | • One Project schedule |

Suite 282, 1721 - 29 Ave SW
Calgary, Alberta, Canada, T2T 6T7
Phone: 403.454.9463
info@solasenergy.com



| Task List | Description | Deliverables |
|---|---|---|
| | • Nikola to provide input on if Smartsheet is acceptable for schedule development. | |
| **2.4 Create Stakeholder List** | • Solas Energy will create a stakeholder list for the project with the relevant level of authorities identified. | • One list of relevant stakeholders |
| **2.5 Stakeholder Consultation** | • Solas Energy will identify stakeholders potentially affected by the project and prepare a project information package to provide information to the stakeholders. | • One stakeholder list<br>• One stakeholder information package<br>• One database of stakeholder communication |
| **2.6 Risk Matrix** | • Solas Energy will create a risk matrix for the permitting of the project and identify risk mitigation opportunities | • One project risk matrix |
| **2.7 Create Strategy** | • Solas Energy will create a strategy based on the above tasks for the permitting of the project. | • One memo outlining the strategy for permitting.<br>• Review meeting to recommend go forward strategy. |
| **Phase 3: Future Canadian Deployment** | | |
| The following phase will be populated based on feedback and learnings from Phase 1 and 2. Solas Energy will provide a change order at the end of Phase 2 outlining the required tasks. | | |

**CLIENT SUPPORT REQUIRED:**

SOLAS ENERGY will require the following support from Nikola for some key aspects of the project.

- Access to previous stakeholder information for Phase 1
- Timely review of materials
- Assistance in setting up meetings.

**KEY PERSONNEL:**

The following personnel are proposed for this work:

- Paula McGarrigle – 25 years of Renewable Energy experience – including hydrogen.

Suite 282, 1721 - 29 Ave SW
Calgary, Alberta, Canada, T2T 6T7
Phone: 403.454.9463
info@solasenergy.com



- Belinda Phillips – 30 years of upgrading, refinery, and renewable experience – including hydrogen.
- Adrienne McGarrigle – Project Lead with experience in stakeholder engagement and permitting.
- Parth Bhavsar – Renewable Energy Analyst with project management and hydrogen experience.

**PROPOSED BUDGET:**

Based on SOLAS ENERGY'S experience in developing this analysis, a proposed initial budget of $30,000 plus applicable taxes. An initial deposit of 25% is required to begin the development work. This work is billed on time and materials.

**SCHEDULE:**

*Table 2: Milestones and Target Dates for Nikola Hydrogen Refueling Station*

| Milestones | |
| --- | --- |
| **Phase 1: Nisku/Leduc County** | |
| Project Kickoff | Week 1 |
| Receive Project Documentation<br>• Including Project overviews, engagement/consultation records to date, copies of stakeholder communication/presentations<br>• Current risk matrix<br>• Any additional relevant documents that will be necessary to establish stakeholder and permit reviews/recommendations.<br>• Process Flow Diagram (PFD), Piping & Instrumentation Diagram (P&ID)<br>• Establish data room/drop box for key document | Week 1 |
| Strategy and Detailed Schedule Development<br>• Stakeholder identification | Week 2 |
| Strategy Review with Nikola | Week 3 |
| Execution of Approved Strategy<br>• Stakeholder consultation | Week 3-5 |

Phase 2 & Phase 3 schedules will be prepared after the completion of the Phase 1.

Kind regards,

Parth Bhavsar, M.Eng, EIT, CAPM

Hydrogen and Renewable Energy Analyst

Solas Energy Consulting Inc.

# CHANGE ORDER REQUEST SUMMARY



**SOLAS ENERGY®**

**Modifications can include addition to the work agreed, omission of the work, or substitution or alteration of the work agreed.**

| PROJECT NAME | Nikola Nisku Building Permit | | |
|---|---|---|---|
| LOCATION OF WORK | Calgary, Alberta | CHANGE ORDER # | 1 |
| PROJECT MANAGER | Belinda Phillips | CLIENT | Nikola |
| REQUESTING PARTY | Solas Energy Consulting Inc. | DATE OF REQUEST | Oct 18, 2024 |
| EXISTING CONTRACT DETAILS | Services Authorization dated September 27, 2024, Project Name: Nisku Building Permit Support | | |

| CHANGE REQUEST OVERVIEW | | | |
|---|---|---|---|
| **DESCRIPTION OF CHANGES NEEDED** | Additional requirement to have Architect confirm Building Classification per **2023 National Building Code (Alberta Edition)** prior to completion of assessment of tent structure for the refueller. See additional details in "Additional Information" below. | | |

| **REASON FOR CHANGE** | | Customer initiated change | |
|---|---|---|---|
| | Yes | Ambiguous scope of work | Assessment of requirements and data from Client revelated that Building Classification has not be completed by professional engineer/architect. Building supplier does not have the capability to complete this work per Client. |
| | | Unforeseen conditions | |
| | | Schedule delays | |
| | Yes | Scope increase | |
| | | Scope omission | |
| | | Scope substitution | |
| | | Other | |

*List all attached documents which support the requested change and justify any increased cost and time.*

| **SUPPORT & JUSTIFICATION DOCUMENTS** | Identified during Oct 8th meeting. Client confirmed building supplier did not have the capability on Oct 10th. TWD (sub) engaging with Architect to confirm scope/cost/schedule. Architect scope is Fixed Fee with additional overhead at T&M.<br>Fixed Fee = $7,820<br>PM/Project Controls/ Additional Contingency / Administration = $3,459<br><br>Note: Some scope may be duplicative with planned work from TWD. As TWD work was T&M, base scope **may** decrease once additional review is complete. |
|---|---|
| **SPECIFICATIONS/ DELIVERABLES** | Building designation per 2023 National Building Code (Alberta Edition) and Schedules as required by 2023 NBC-AE |

| | |
|---|---|
| **ADDITIONAL INFORMATION** | • Prepare a Building Code Analysis based on the 2023 National Building Code -Alberta Edition (2023 NBC-AE)<br>• The Building Code Analysis (stamped and sealed by HAI ("Contractor")) will review the classification of the building, requirements for fire rating, requirements for the containment, hazardous materials, etc.)<br>• Contractor will determine if the building conforms to Part 10 Relocatable Industrial Accommodation, 2023 NBC-AE<br>• Contractor will require a review of the Site Plan as prepared by others. Note, the building should be a minimum of 25m from any other building or property line. (Site plan has previously been supplied)<br>• Contractor will require a review of requirements for fire routes and truck turning radius's – Nikola to supply any existing drawings or studies on fire routes and truck turning radius'<br>• Contractor will require building drawings with an engineer's stamp and seal for the sprung fabric building is required. (Drawings have previously been supplied)<br>• Foundations should be reviewed and stamped and sealed by a professional engineer registered.<br>• Contractor will provision Schedules as required by the 2023 NBC-AE<br>• Contractor will provision of a maximum two (2) site reviews.<br>• Contractor will provision of up to two (2) meetings and/or discussions with the Authority Having Jurisdiction. |

| CHANGE IN CONTRACT PRICE | | CHANGE IN CONTRACT TIMES | |
|---|---|---|---|
| **ORIGINAL PRICE** | $30,224 + GST | **ORIGINAL TIME** | Oct 18th 2024 |
| **NET CHANGES OF PREVIOUS CHANGE ORDERS** | 0 | **NET CHANGES OF PREVIOUS CHANGE ORDERS IN DAYS** | 0 |
| **NET INCREASE / DECREASE** | $12,000 + GST | **NET INCREASE / DECREASE** | ~3 weeks (estimate) |
| **TOTAL CONTRACT PRICE WITH APPROVED CHANGES** | $42,224 + GST | **NEW DATE OF PROJECT DELIVERY** | Nov 8, 2024 |
| | | **TOTAL CONTRACT TIME WITH APPROVED CHANGES** | + 3 weeks (estimate) |

| **ACCEPTED BY** | | **APPROVED BY** | |
|---|---|---|---|
| **SIGNATURE** | Paula McGarrigle | **SIGNATURE** | Tony Eisele |
| **NAME & TITLE** | Paula McGarrigle<br>President & CEO - Canada | **NAME & TITLE** | Tony Eisele<br>Operations Manager – Canada |
| **DATE** | October 20, 2024 | **DATE** | |

**Signature:** *Paula McGarrigle*

  **Email:** PMCGARRIGLE@SOLASENERGY.COM

**Signature:** *Anthony Eisele*

  **Email:** tony.eisele@nikolamotor.com

# Nikola Nisku Building Permit CO#1 V1.0 21Oct2024

Final Audit Report                                                      2024-10-21

| | |
|---|---|
| Created: | 2024-10-21 |
| By: | Belinda Phillips (bphillips@solasenergy.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAcGyJTWrf1XJwk3o_fto9NcyR34jvVEZz |

## "Nikola Nisku Building Permit CO#1 V1.0 21Oct2024" History

Document created by Belinda Phillips (bphillips@solasenergy.com)
2024-10-21 - 6:05:20 PM GMT

Document emailed to Paula McGarrigle (PMCGARRIGLE@SOLASENERGY.COM) for signature
2024-10-21 - 6:05:26 PM GMT

Email viewed by Paula McGarrigle (PMCGARRIGLE@SOLASENERGY.COM)
2024-10-21 - 6:07:38 PM GMT

Document e-signed by Paula McGarrigle (PMCGARRIGLE@SOLASENERGY.COM)
Signature Date: 2024-10-21 - 6:08:03 PM GMT - Time Source: server

Document emailed to Tony Eisele (tony.eisele@nikolamotor.com) for signature
2024-10-21 - 6:08:05 PM GMT

Email viewed by Tony Eisele (tony.eisele@nikolamotor.com)
2024-10-21 - 6:08:50 PM GMT

Document e-signed by Tony Eisele (tony.eisele@nikolamotor.com)
Signature Date: 2024-10-21 - 6:09:44 PM GMT - Time Source: server

Agreement completed.
2024-10-21 - 6:09:44 PM GMT

**Adobe Acrobat Sign**

Suite 282, 1721 - 29 Ave SW
Calgary, Alberta, Canada, T2T 6T7
Phone: 403.454.9463
info@solasenergy.com



## SERVICES AUTHORIZATION

| **DATE** | September 27, 2024 | **CLIENT** | Nikola Corporation |
|---|---|---|---|
| **PROJECT NAME** | Nisku Building Permit Support | **ADDRESS** | 4141 E. Broadway Road Phoenix, Arizona 85040 USA |

**AUTHORIZATION:**

Client requests and authorizes Solas Energy Consulting Inc ("Solas Energy") with its address at Suite 282, 1721 – 29 Ave SW, Calgary, Alberta, Canada, T2T 6T7 to perform the services specified in the following scope of services (the "Services") in accordance with the terms and conditions of this Services Authorization (the "Agreement").

**SCOPE OF SERVICES:**

Solas Energy will provide the services in the attached proposal dated Sept 27, 2024

**COMPENSATION:**

Client agrees to pay Solas Energy for the performance of the Services as outlined in the attached proposal dated Sept 27, 2024.

**PAYMENT:**

Solas Energy will invoice Client monthly for the Services performed and Client agrees to pay each invoice within 30 days without holdback. Interest at the rate of 2% per month will be charged on all overdue amounts. Solas Energy may suspend the Services, after giving Client 5 days written notice, until any overdue amounts have been paid in full.

**PROFESSIONAL RESPONSIBILITY AND LEGAL LIABILITY:**

- **Standard of Care** The standard of care applicable to the Services will be the degree of care, skill and diligence normally employed by professional engineers or consultants performing the same or similar services at the time and place that the Services are performed.

- **Professional Liability Insurance** Solas Energy shall maintain throughout the term of this Agreement Professional Liability Insurance with per claim and annual aggregate limits which it deems to be reasonable, insuring Solas Energy's professional liability resulting from the performance of the Services. Solas Energy shall provide Client with proof of such insurance upon written request.

- **Limitation of Liability** Solas Energy's aggregate liability to Client for claims arising out of this Agreement, or in any way relating to the Services, will be limited to the amount of our fees in no event will Solas Energy be liable for indirect or consequential damages including without limitation loss of use, loss of revenue or loss of profits. No claim may be brought against Solas Energy more than 1 year after the Services was last performed under this Agreement provided, however, that if (and only if) the shortest limitations period for claims under the Governing Law (as defined below) is greater than 1 year and the Governing Law does not permit the parties to reduce that limitations period by contract, no claim may be brought against Solas Energy after the limitations period prescribed by the Governing Law expires. These limitations of liability and indemnity will apply, to the extent permitted by law, whether Solas Energy's' liability arises under breach of contract or warranty: tort, including negligence; strict liability; statutory liability; or any other cause of action, and will extend to and include Solas Energy's directors, officers, employees, insurers, agents and sub consultants.

**CONFIDENTIALITY:**

In the course of performing the Services, the Client will notify Solas Energy in writing if any or all information provided is confidential ("Confidential Information). Upon notification, Solas Energy will not disclose, distribute, copy, or reproduce the Confidential Information to any third party for a period of two years from the date of this Agreement. The Client authorizes Solas Energy to disclose information to Solas Energy subconsultants as is necessary to assist in performance of the Services. The Client authorizes disclosure of Confidential Information by Solas Energy when requested in a legal proceeding under the governing Law or by any Governmental Authority. Solas Energy will provide notice of such disclosure to the Client, as promptly as is permitted by the governing Law.

Suite 282, 1721 - 29 Ave SW
Calgary, Alberta, Canada, T2T 6T7
Phone: 403.454.9463
info@solasenergy.com



**TERMINATION:**
This Agreement may be terminated for convenience by either party on 30 days' written notice or if either party fails substantially to perform through no fault of the other and does not commence correction of such non-performance within 5 days of written notice and diligently complete the correction thereafter. On termination, Solas Energy will be paid for all authorized work performed up to the termination date plus reasonable termination expenses. Confidentiality provisions will survive the contract term.

**GOVERNING LAW:**
This Agreement shall be governed by and interpreted in accordance with the laws of the Province of Alberta in all respects including its construction, interpretation and performance and without regard to its conflict of laws, rules or policies (the "governing Law"). The Parties agree that the sole and exclusive venue for resolution of any dispute in respect to this Agreement shall be the courts of the Province of Alberta.

**ENTIRE AGREEMENT:**
This Agreement contains the entire agreement of the parties and supersedes all previous communications and negotiations between them relating to the Services. If Client issues a Purchase Order in connection with the Services, the terms and conditions thereof do not apply to this Agreement.

**COMPANY NAME**                                        **Solas Energy Consulting Inc.**

By: _Anthony Eisele_                                   By: _____
Authorized Representative                              P. McGarrigle, President and CEO



Suite 282, 1721 - 29 Ave SW
Calgary, Alberta, T2T 6T7
Phone: 403.454.9463
info@solasenergy.com

**SOLAS ENERGY**

| | |
|---|---|
| **Client Name:** | Nikola Motor |
| **Client Address** | HYLA, 4141 E Broadway Road, Phoenix, AZ, 85040 USA |

**Date**        Sept 27, 2024

### CONFIDENTIAL

| | |
|---|---|
| **Attention:** | Tony Eisele, P.Eng.  -  Operations Manager – Western Canada |
| **RE:** | Scope of Work – Nisku Hydrogen Refueler – Building Permit Application |

Nikola Motor (Nikola) has requested that Solas Energy Consulting Inc. (Solas Energy) provide support to deliver the building permit application for the County of Leduc for a shelter over a hydrogen refueller.

Solas Energy understands that Nikola requires support for a building permit for a refueller tent over a hydrogen refueller located at Blackjacks in Nisku (County of Leduc). The refueller tent is required to provide shelter over the refueling skid and maintain a minimum temperature of 0°C for hydrogen refuelling operations during winter. Solas Energy understands that the refuelling skid does not permanently store hydrogen, and vents when refuelling operations are completed. The building will have passive venting capability. The total volume of hydrogen while the unit is under operations is <0.3kg (to be verified). There is no heat source for the refueller tent.

Solas Energy is supported by TWD Technologies Ltd. (TWD) to complete this scope of work. All documents will be reviewed by Solas Energy prior to sending to Nikola. This scope of work covers the project management, engineering deliverables, mechanical and electrical requirements. Please review to the detailed scope of work in the following section and confirm acceptance.

Suite 282, 1721 - 29 Ave SW
Calgary, Alberta, Canada, T2T 6T7
Phone: 403.454.9463
info@solasenergy.com



Solas Energy has listed out the below tasks to execute this scope of work.

Tasks:

1. Review building permit requirements for County of Leduc.
2. Assess building design for building code compliance, with minor design comments (referring to Alberta Building Code and Fire Code). Solas Energy understands that the refueller tent design has been completed for Nikola by Pavilion (AB).
   a. Review calculations and assumptions of the refueller tent design.
3. Confirm requirements for and, if required, produce an engineered report as part of the application.
   a. Input to the engineering report (if required)
   b. Authentication of the Engineering Report
4. Meetings
   a. One kickoff meeting with two Solas Energy personnel
   b. Weekly meetings with one Solas Energy personnel for four weeks

**Final Deliverable:**

- Application package for submission to County of Leduc for Building Permit application specific to the refuelling tent.
- Engineering report for the County of Leduc on the compliance of the refuelling tent.

**Client Support Required/ Assumptions:**

Solas Energy will require the following support from Nikola for some key aspects of the project.

- All information provided by Nikola is considered accurate for the purposes of this work.
- Solas Energy /TWD will provide a list of documents required from Nikola upon award and documents will be provided on a timely basis to achieve the desired schedule.
- Engineered building design and calculations (if required) will be made available to Solas Energy /TWD.
- Communication and coordination with any Code authority such as: fire department, AHJ, City, etc. is not included. Solas Energy can, at request by the Client, and with additional budget estimate, engage with the County of Leduc.
- Nikola to advise of any other activities that may impact this work.
- TWD will require site access and site point of contact to complete this work.
- Existing drawings will be supplied in AutoCAD format where possible.
- Final drawings shall be issued to Nikola in *.dwg format (AutoCAD 2019 or later).

Suite 282, 1721 - 29 Ave SW
Calgary, Alberta, Canada, T2T 6T7
Phone: 403.454.9463
info@solasenergy.com



- Standard Solas Energy/TWD document control systems are acceptable. No special document control procedures are required.
- All deliverables issued to Nikola for review will undergo one round of revision based on receipt of one set of consolidated comments.
- If there are impacts to the schedule or budget, Solas Energy will provide a change order as part of the project change management.

**Proposed Budget:**

Based on Solas Energy and TWD's experience in developing this scope, the proposed budget to complete all aspects of the work is $30,244 plus applicable taxes. This work will be billed on a time and materials basis.

*Table 1: Scope Budget Estimate – Time and Materials Basis*

| Budgetary Estimate | Class 3 | -20% to +30% |
|---|---|---|
| **Scope of Work** | **Est. Hours** | **Est. Cost (CAD)** |
| **Technical Scope** | **113** | **$20,708** |
| Mechanical Review and Assessment | 48 | $8,601 |
| Electrical Review and Assessment | 46 | $8,607 |
| Solas PPMP Requirements | 3 | $1,020 |
| Building Permit Documentation | 16 | $2,480 |
| **Project Management** | **49** | **$9,516** |
| Project Management | 9 | $2,512 |
| Project Controls | 6 | $707 |
| Kick Off /Client Meetings | 6 | $2,040 |
| Administration | 14 | $1,660 |
| Contingency | 14 | $2,597 |
| **TOTAL** | **162** | **$30,224** |

Suite 282, 1721 - 29 Ave SW
Calgary, Alberta, Canada, T2T 6T7
Phone: 403.454.9463
info@solasenergy.com



## Schedule:

We expect to complete start this work within 1-2 weeks of contract execution and expect the duration
of the work to be 2-3 weeks from kick-off. Please see the table below for the overall implementation
schedule. The schedule assumes no re-design of the building or skid to endure compliance with code
and no consultation with the County of Leduc.

*Table 2: Project Schedule*

| Scope of Work | Proposed Timeline |
|---|---|
| Project Scope Execution | October 1, 2024 |
| Project Kick Off and Document Transfer | October 1, 2024 |
| Weekly Check In – if required | |
| Building Permit Application Ready to Submit | On or before October 18, 2024 |
| | |

Kind regards,


Belinda Phillips

Sr. Consultant,


Solas Energy Consulting Inc.